Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Jenny S. Kim (Bar. No. 282562)
Email: jkim@onellp.com
Vishwanath Kootala Mohan (Bar No. 313759)
Email: vkmohan@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff,*
*Michael Grecco Productions, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>SHUTTERSTOCK, INC., a Delaware corporation; KOBERT MEDIA, an unknown entity, dba VOLLEYPOST; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>1. **COPYRIGHT INFRINGEMENT (17 U.S.C. § 501); AND**<br>2. **NEGLIGENCE (Cal. Civ. Code § 1714)**<br><br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Michael Grecco Productions, Inc ("Grecco"), by and through its attorneys of record, complains against Shutterstock, Inc., Kobert Media dba Volleypost, and DOES 1-10, inclusive, (collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1.      This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq and negligence under Cal. Civ. Code § 1714.

2.      This Court has subject matter jurisdiction over this copyright infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and supplemental jurisdiction over the negligence claim under 28 U.S.C § 1367.

3.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Grecco took place in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

4.      Plaintiff Grecco is a photography studio and business owned and operated by photographer Michael Grecco, registered with the State of California January 01, 1998. Grecco is the successor by corporate name change from Michael Grecco Photography, Inc. to Michael Grecco Productions, Inc. on January 26, 2012.  Grecco is a California corporation with its principal place of business at 3103 17th Street, Santa Monica, California 90405 and has appointed Michael Fattorosi, 5850 Canoga Avenue, Suite 400, Woodland Hills, CA 91367, as its agent for service of process.

5.      Grecco is informed and believes and, upon such, alleges that Defendant Shutterstock, Inc. is a corporation incorporated in Delaware with its principle place of business at 350 Fifth Avenue, 21st Floor, New York, NY 10118, United States and has appointed Corporation Service Company, 251 Little Falls Drive, Wilmington DE, 19898,

COMPLAINT

as its agent for service of process.

6.     Grecco is informed and believes and, upon such, alleges that Defendant Kobert Media is an unknown entity with its principle place of business at 1397 2nd Avenue, #133, New York, NY 10021.  Kobert Media does business as Volleypost, which has a website "www.volleypost.com."

7.     DOES 1 through 10, inclusive, are unknown to Grecco, who therefore sues said Defendants by such fictitious names.  Grecco will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.  Grecco is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" are legally responsible in some manner for the events and happenings herein alleged, and that Grecco's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

*Plaintiff's Business and the Photograph Forming the Subject Matter of This Dispute.*

8.     Michael Grecco, principal and owner of Grecco, is an award-winning commercial photographer and film director.  Grecco is noted for its iconic celebrity portraits, innovative magazine covers, editorial images, and advertising spreads for numerous top-tier media outlets.

9.     As part of its business as a prominent celebrity photography agency, Grecco is hired by a multitude of top-tier media outlets, such as Hollywood studios, to take photographs of celebrities.  Grecco then licenses its photographs on an exclusive and non-exclusive basis to the top-tier media outlets.  Grecco has licensed individual images of celebrities for thousands of dollars to major top-tier media outlets.

10.     Grecco has created many stylized and valuable photographs of celebrities. Among them is the photograph-at-issue—the photograph of Snapchat co-founders, Evan Spiegel and Bobby Murphy (the "Snapchat Photo").

///

3

**COMPLAINT**

11.     Grecco has timely obtained the copyright registration with the United States Copyright Office for the Snapchat Photo (Reg. No.: VAu 1-161-074).  A true and correct copy of the Snapchat Photo and its copyright registration is attached hereto as **Exhibit A**.

12.     Grecco filed for copyright registration of the Snapchat Photo within 90 days of its authorship and even before its publication and/or before Defendants' copyright infringement of the same.

*The Defendants and the Marketplace.*

13.     Plaintiff is informed and believes that Defendants are sophisticated and successful online content publishers serving their readers by publishing, creating, and distributing content for their audiences worldwide—through their respective websites, namely https://www.shutterstock.com/, http://www.kobertmedia.com/, and https://www.volleypost.com/—in a variety of different industries.  True and correct copies of screenshots of the Defendants' Websites are attached hereto as **Exhibit B.**

14.     Defendants tout themselves to be leading companies for content creation and distribution.  For example, Defendant Shutterstock asserts that it is a "leading global technology company offering a creative platform for high-quality assets [. . .] company licenses images, video, music, and editorial assets -- as well as custom content tailored to a brand's needs [. . .] Shutterstock portfolio of brands includes Bigstock, Offset, PremiumBeat, Rex Features and Shutterstock Custom."  Defendant Shutterstock's whole business revolves around licensing content and it ***licensed*** the Snapchat Photo to make money to at least Volleypost (true and correct copies of the e-mail from Volleypost co-founder and the associated Shutterstock license are attached hereto as **Exhibit C**)—this not just an accidental publication but an express and intentional act by Defendant Shutterstock.

15.     Plaintiff is informed and believes that Defendant Shutterstock's licensing business model has made it a vast and profitable company earning millions of dollars from licensing content.  A true and correct copy of Defendant Shutterstock's quarterly financial result as published on PRNewswire is attached hereto as **Exhibit D.**

**COMPLAINT**

16.     Further, Defendant Kobert Media asserts that it, "[f]ounded by a veteran team in the online advertising industry, [has] created an agency solely focused on content marketing."  It also asserts, among other things that it distributes "content and run[s] targeted campaigns on the top distribution channels available."  True and correct copies of screenshots of Defendants' "About Us" webpages are attached hereto as **Exhibit E**.

17.     Defendants are aware of the value of copyrights and the legal implications of copyright infringement.  Their websites have detailed notices on how to contact the legal department with any queries.  Their websites detailed "Terms of Use" that discuss intellectual property rights, prohibit illegal use, etc.  Further, the Shutterstock website has detailed discussions on copyright and the "Digital Millennium Copyright Act."  True and correct copies of screenshots of Defendants' websites exhibiting their legal sophistication, awareness of copyrights, and the legal implications of copyright infringement are attached hereto as **Exhibit F**.

18.     Plaintiff is informed and believes that Defendants have violated federal law by willfully infringing Grecco's copyrights to at least the Snapchat Photo identified herein.  Specifically, Defendants reproduced, distributed, and publicly displayed the Images, and/or derivatives thereof without permission, consent, or license.

19.     In fact, Defendant Volleypost posted the Snapchat Photo on its website in at least one article entitled, "Evan Spiegel's Net Worth: Everything to Know."  A true and correct copy of the screenshot evidencing the unauthorized use of the Snapchat Photo is attached hereto as Exhibit G.  Plaintiff is informed and believes that Defendant Volleypost, based on its license with Defendant Shutterstock ("Shutterstock license"), downloaded the Snapchat Photo from Shutterstock.  See Exhibit C.

20.     Grecco has never sold or licensed the Snapchat Photo to Defendant Shutterstock.  In fact, Grecco, because of the significant monetary loss suffered by licensing its photographs through stock licensing companies, such as Defendant Shutterstock, has stopped licensing its valuable photos to them.  Defendant Shutterstock licensed the Snapchat Photo to Defendant Volleypost without having any right to do so.

**COMPLAINT**

21.     In the marketplace, celebrity photos, such as the Snapchat Photo, carry tremendous monetary value. Grecco licenses these images to various third parties to create highly sought-after feature spreads, among other things, on television, print, and online.

22.     Defendants' reproduction, distribution, and public display of the Snapchat Photo, and derivatives thereof, has resulted in the Snapchat Photo being circulated widely on the internet. A true and correct copy of the Snapchat Photo as available on Google on the internet. A true and correct copy of the Snapchat Photo as available on Google because of its unauthorized display on Shutterstock.com is attached hereto as Exhibit H.

23.     Plaintiff is informed and believes that Defendants have driven significant traffic to the Website in large part due to the presence of the sought after and searched for celebrity photographs that frame this dispute. All of this traffic translates into substantial ill-gotten commercial advantage and revenue generation for Defendants as a direct consequence of their infringing actions.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501, Against All Defendants)

24.     Plaintiff Grecco incorporates herein by reference the allegations in paragraphs 1 through 23 above.

25.     Grecco is the rightsholder to the copyright of the Snapchat Photo, which substantially consists of wholly original material that constitutes copyrightable subject matter under the laws of the United States. Grecco has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. As evidenced by Exhibit A, the Snapchat Photo has been timely registered with the United States Copyright Office.

26.     Defendants have directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe Grecco's copyrights by reproducing, displaying, distributing, and utilizing the Snapchat Photo for purposes of trade without authorization of or payment to Grecco in violation of 17 U.S.C. § 501 et seq.

27.     Defendants have willfully infringed, and unless enjoined, will continue to infringe Grecco's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Snapchat Photo for purposes of trade.

28.     Plaintiff is informed and believes that Defendants' acts of infringement are willful because, inter alia, the Defendants are sophisticated businesses with full knowledge because, inter alia, the Defendants are sophisticated businesses with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

29.     Plaintiff is informed and believes that Defendants, despite such knowledge, willfully reproduced, publicly distributed, and publicly displayed the Snapchat Photo on their websites. Defendant Shutterstock, in fact, licensed the Snapchat Photo without ever possessing the right to do so.

30.     Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution, and utilization of the Snapchat Photo for purposes of trade, including by increasing the traffic to their websites and licensing deals.

31.     Defendants' unauthorized actions were and are continuing to be performed without Grecco's permission, license, or consent.

32.     Defendants' wrongful acts have caused, and are causing, great injury to Grecco, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Grecco will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Grecco seeks a declaration that Defendants are infringing Grecco's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Grecco's copyrights.

33.     As a result of Defendants' wrongful acts alleged herein, Grecco has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

///

**COMPLAINT**

34.     Because of the willful nature of Defendants' copyright infringement, Grecco is entitled to an award of statutory damages of up to $150,000 per copyrighted work per Defendant.

35.     Grecco has identified at least one copyrighted work—namely, the Snapchat Photo—infringed by Defendants, which occurred by way of reproduction, public distribution, and public display of the Snapchat Photo on the Defendants' websites and public display of the Snapchat Photo on the Defendants' websites and through licensing deals with other companies.  Therefore, Grecco is entitled to an award of $300,000 ($150,000 times two for each Defendant) in statutory damages.

36.     Alternatively, at its discretion, Grecco is entitled to actual damages in an amount to be proven at trial for the infringement of all works at issue.

37.     Grecco is also entitled to its attorney's fees in prosecuting this action.

## SECOND CLAIM FOR RELIEF
### (Negligence Against Defendant Shutterstock)

38.     Plaintiff Grecco incorporates herein by reference the allegations in paragraphs 1 through 37 above.

39.     Defendant Shutterstock obtained the Snapchat Photo at least negligently, if not intentionally, carelessly, and without authority.  As a sophisticated content licensor, Defendant Shutterstock knew or should have known that they need proper consent to utilize someone else's content (for example, to use someone's photograph—in this case, the Snapchat Photo) for commercial exploitation.  In fact, as evidenced by Exhibit F, Defendant Shutterstock is well aware of the reasonable care it owes in acquiring someone else' content.  As evidenced by Exhibit F, it has extensive rules and restrictions for the Snapchat Photo) for commercial exploitation.  In fact, as evidenced by Exhibit F, Defendant Shutterstock is well aware of the reasonable care it owes in acquiring someone else' content.  As evidenced by Exhibit F, it has extensive rules and restrictions for the same.  Despite having generated hundreds of millions of dollars from licensing content, as

**COMPLAINT**

evidenced by Exhibit D, Defendant Shutterstock lacked the properly functioning internal procedures and mechanisms in place to ensure that it used the Snapchat Photo only when it actually acquired it.  In fact, a simple Google search would have instructed Defendant Shutterstock that whoever it purchased the Snapchat Photo from did not own it in the first place and that in fact, the owner of the Snapchat Photo was Grecco.  Thus, it breached the reasonable duty of care it owed Grecco.

40.     As a direct and proximate cause of Defendant Shutterstock's actions, Plaintiff has been injured in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Grecco requests judgment against Defendants as follows:

1.     The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Grecco's rights in the photographs at issue.

2.     Defendants be held liable to Grecco in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504 (a)(2) and (c) and for costs, interest, and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3.     An accounting be made for all profits, income, receipts, or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon Grecco's copyrights pursuant to 17 U.S.C. § 504 (a)(1) and (b).

///

4.      Requiring Defendants to account for and pay over to Grecco all profits derived by Defendants from their acts of copyright infringement and to reimburse Grecco for all damages suffered by Grecco by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

5.      Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

6.      That Grecco be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: February 14, 2019          **ONE LLP**


                              By:  /s/ Vishwanath Kootala Mohan
                                   Vishwanath Kootala Mohan
                                   Peter R. Afrasiabi
                                   Jenny S. Kim

                                   *Attorneys for Plaintiff,*
                                   *Michael Grecco Productions, Inc.*


## **DEMAND FOR JURY TRIAL**

Plaintiff Grecco hereby demands a trial by jury as to all claims and all issues properly triable thereby.

Dated: February 14, 2019**ONE LLP**


                              By:  /s/ Vishwanath Kootala Mohan
                                   Vishwanath Kootala Mohan
                                   Peter R. Afrasiabi
                                   Jenny S. Kim

                                   *Attorneys for Plaintiff,*
                                   *Michael Grecco Productions, Inc.*

**COMPLAINT**

# EXHIBIT
# "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-161-074

**Effective date of registration:**

December 22, 2013

---

## Title

**Title of Work:** Grecco Unpublished 7/29/2013 to 12/22/2013

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** MGP, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

**Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** MGP, Inc.

3103 17th Street, Santa Monica, CA, 90405, United States

## Rights and Permissions

**Organization Name:** MGP, Inc.

**Name:** Michael Grecco

**Email:** michael@michaelgrecco.com          **Telephone:** 310-452-4461

**Address:** 3103 17th Street

Santa Monica, CA 90405 United States

## Certification

**Name:** Michael Grecco

**Date:** December 22, 2013

---



VA 0001161074 /
2013-12-22

## *-APPLICATION-*

# 0205

**Title** ────────────────────────────────────

Title of Work: Grecco Unpublished 7/29/2013 to 12/22/2013

**Completion/Publication** ───────────────────

Year of Completion: 2013

**Author** ──────────────────────────────────

■       Author: MGP, Inc.

Author Created: photograph(s)

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

Anonymous: Yes

**Copyright claimant** ─────────────────────

Copyright Claimant: MGP, Inc.

3103 17th Street, Santa Monica, CA, 90405, United States

**Rights and Permissions** ──────────────────

Organization Name: MGP, Inc.

Name: Michael Grecco

Email: michael@michaelgrecco.com          Telephone: 310-452-4461

Address: 3103 17th Street

Santa Monica, CA 90405 United States

**Certification** ────────────────────────────

Name: Michael Grecco

Date: December 22, 2013

Page 1 of 1

**Registration #:**

**Service Request #:** 1-1092782492

**Priority:** Routine      **Application Date:** December 22, 2013 07:45:35 PM

## Correspondent

**Organization Name:** MGP, Inc.

**Name:** Michael Grecco

**Email:** michael@michaelgrecco.com      **Telephone:** 310-452-4461

**Address:** 3103 17th Street
Santa Monica, CA 90405 United States

**Fax:** 310-452-4462

## Mail Certificate

MGP, Inc.
Michael Grecco
3103 17th Street
Santa Monica, CA 90405 United States

Copyright Office <noreply@loc.gov>          December 22, 2013  4:44 PM
To:
 Michael@MichaelGrecco.com Grecco <Michael@MichaelGrecco.com>
Confirmation of Receipt

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your application and payment for the work Grecco Unpublished 7/29/2013
to 12/22/2013 were received by the U.S. Copyright Office on 12/24/2013.

PLEASE NOTE:  Your submission is not complete until you upload or mail
the material you are registering. To do so, logon to eCO
(https://eco.copyright.gov/eService_enu/) and click on case number 1-
1092782492 in the Open Cases table. Follow the instructions to either
upload a digital copy or mail a physical copy (with shipping slip attached) of
the work being registered. Additional instructions and requirements for
submitting the material being registered can be found at
http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being
registered, the effective date of registration will be based on the date on
which we receive the copies WITH CORRESPONDING SHIPPING SLIPS
ATTACHED.

A printable copy of the application will be available within 24 hours by
clicking the My Applications link in the left top most navigation menu of the
Home screen.

You may check the status of this claim via eCO using this number 1-
1092782492. If you have questions or need assistance, Copyright Office
contact information can be found at
http://www.copyright.gov/help/index.html#general.

United States Copyright Office

paygovadmin@mail.doc.twai.gov                    December 22, 2013  4:44 PM

To:
  Michael@MichaelGrecco.com Grecco <michael@michaelgrecco.com>

Pay.gov Payment Confirmation: Copyright Fee Services

Your payment has been submitted to Pay.gov and the details are below. If
you have any questions or wish to cancel this payment, you will need to
contact Copyright Fee Services at ctoinfo@loc.gov or 877-476-0778.

Application Name: Copyright Fee Services
Pay.gov Tracking ID: 25DLE7G4
Agency Tracking ID: 1-I2M4EW

Account Holder Name: Michael Grecco Productions, Inc.
Transaction Type: ACH Debit
Transaction Amount: $35.00
Payment Date: Dec 24, 2013
Account Type: Business Checking
Routing Number: 122016066
Account Number: ************3281

Transaction Date: Dec 22, 2013 7:44:15 PM
Total Payments Scheduled: 1
Frequency: OneTime


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Copyright Office <cop-rc@loc.gov>                December 22, 2013  4:51 PM
To:
 Michael@MichaelGrecco.com Grecco <Michael@MichaelGrecco.com>
Acknowledgement of Uploaded Deposit

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic
Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-
1092782492

File Name :20130729_To_20131222_Grecco_Unpublished_1.zip
File Size :158959 KB
Date/Time :12/22/2013 7:45:35 PM

[THREAD ID: 1-I2M8ZZ]

United States Copyright Office

Copyright Office <cop-rc@loc.gov>                December 22, 2013  4:54 PM
To:
 Michael@MichaelGrecco.com Grecco <Michael@MichaelGrecco.com>

Acknowledgement of Uploaded Deposit

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic
Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-
1092782492

File Name :20130729_To_20131222_Grecco_Unpublished_2.zip
File Size :164411 KB
Date/Time :12/22/2013 7:48:42 PM


[THREAD ID: 1-I2M90X]

United States Copyright Office

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 2)

20130711_Hardwick_Lucas_MGP_483.jpg
20130711_Hardwick_Lucas_MGP_484.jpg
20130711_Hardwick_Lucas_MGP_485.jpg
20130711_Hardwick_Lucas_MGP_486.jpg
20130711_Hardwick_Lucas_MGP_487.jpg
20130711_Hardwick_Lucas_MGP_488.jpg
20130711_Hardwick_Lucas_MGP_489.jpg
20130711_Hardwick_Lucas_MGP_490.jpg
20130711_Hardwick_Lucas_MGP_491.jpg
20130711_Hardwick_Lucas_MGP_492.jpg
20130711_Hardwick_Lucas_MGP_493.jpg
20130711_Hardwick_Lucas_MGP_494.jpg
20130711_Hardwick_Lucas_MGP_495.jpg
20130711_Hardwick_Lucas_MGP_496.jpg
20130711_Hardwick_Lucas_MGP_497.jpg
20130711_Hardwick_Lucas_MGP_498.jpg
20130711_Hardwick_Lucas_MGP_499.jpg
20130711_Hardwick_Lucas_MGP_500.jpg
20130711_Hardwick_Lucas_MGP_501.jpg
20130711_Hardwick_Lucas_MGP_502.jpg
20130711_Hardwick_Lucas_MGP_503.jpg
20130711_Hardwick_Lucas_MGP_504.jpg
20130711_Hardwick_Lucas_MGP_505.jpg
20130711_Hardwick_Lucas_MGP_506.jpg
20130711_Hardwick_Lucas_MGP_507.jpg
20130711_Hardwick_Lucas_MGP_508.jpg
20130711_Hardwick_Lucas_MGP_509.jpg
20130711_Hardwick_Lucas_MGP_510.jpg
20130711_Hardwick_Lucas_MGP_511.jpg
20130711_Hardwick_Lucas_MGP_512.jpg
20130711_Hardwick_Lucas_MGP_513.jpg
20130711_Hardwick_Lucas_MGP_514.jpg
20130711_Jim_John_MGP_675.jpg
20130711_Jim_John_MGP_676.jpg
20130711_Jim_John_MGP_677.jpg
20130711_Jim_John_MGP_678.jpg
20130711_Jim_John_MGP_679.jpg
20130711_Jim_John_MGP_680.jpg
20130711_Jim_John_MGP_681.jpg
20130711_Jim_John_MGP_682.jpg
20130711_Jim_John_MGP_683.jpg
20130711_Jim_John_MGP_684.jpg
20130711_Jim_John_MGP_685.jpg
20130711_Jim_John_MGP_686.jpg
20130711_Jim_John_MGP_687.jpg
20130711_Jim_John_MGP_688.jpg
20130711_Jim_John_MGP_689.jpg
20130711_Jim_John_MGP_690.jpg
20130711_Jim_John_MGP_691.jpg
20130711_Jim_John_MGP_692.jpg
20130711_Jim_John_MGP_693.jpg

20130711_Jim_John_MGP_694.jpg
20130711_Jim_John_MGP_695.jpg
20130711_Jim_John_MGP_696.jpg
20130711_Jim_John_MGP_697.jpg
20130711_Jim_John_MGP_698.jpg
20130711_Jim_John_MGP_699.jpg
20130711_Jim_John_MGP_700.jpg
20130711_Jim_John_MGP_701.jpg
20130711_Jim_John_MGP_702.jpg
20130711_Jim_John_MGP_703.jpg
20130711_Jim_John_MGP_704.jpg
20130711_Jim_John_MGP_705.jpg
20130711_Jim_John_MGP_706.jpg
20130711_Jim_John_MGP_707.jpg
20130711_Jim_John_MGP_708.jpg
20130711_Jim_John_MGP_709.jpg
20130711_Jim_John_MGP_710.jpg
20130711_Jim_John_MGP_711.jpg
20130711_Jim_John_MGP_712.jpg
20130711_Jim_John_MGP_713.jpg
20130711_Jim_John_MGP_714.jpg
20130711_Kirby_Mike_MGP_10.jpg
20130711_Kirby_Mike_MGP_11.jpg
20130711_Kirby_Mike_MGP_12.jpg
20130711_Kirby_Mike_MGP_13.jpg
20130711_Kirby_Mike_MGP_14.jpg
20130711_Kirby_Mike_MGP_15.jpg
20130711_Kirby_Mike_MGP_16.jpg
20130711_Kirby_Mike_MGP_17.jpg
20130711_Kirby_Mike_MGP_18.jpg
20130711_Kirby_Mike_MGP_19.jpg
20130711_Kirby_Mike_MGP_2.jpg
20130711_Kirby_Mike_MGP_20.jpg
20130711_Kirby_Mike_MGP_21.jpg
20130711_Kirby_Mike_MGP_22.jpg
20130711_Kirby_Mike_MGP_23.jpg
20130711_Kirby_Mike_MGP_24.jpg
20130711_Kirby_Mike_MGP_25.jpg
20130711_Kirby_Mike_MGP_26.jpg
20130711_Kirby_Mike_MGP_27.jpg
20130711_Kirby_Mike_MGP_28.jpg
20130711_Kirby_Mike_MGP_29.jpg
20130711_Kirby_Mike_MGP_3.jpg
20130711_Kirby_Mike_MGP_30.jpg
20130711_Kirby_Mike_MGP_31.jpg
20130711_Kirby_Mike_MGP_32.jpg
20130711_Kirby_Mike_MGP_33.jpg
20130711_Kirby_Mike_MGP_34.jpg
20130711_Kirby_Mike_MGP_35.jpg
20130711_Kirby_Mike_MGP_36.jpg
20130711_Kirby_Mike_MGP_37.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 1)

0130729_To_20131222_Grecco_Unpublished_1
   20130711_Greenstreet_MGP
      20130711_Bragg_Dave_MGP_626.jpg
      20130711_Bragg_Dave_MGP_627.jpg
      20130711_Bragg_Dave_MGP_628.jpg
      20130711_Bragg_Dave_MGP_629.jpg
      20130711_Bragg_Dave_MGP_630.jpg
      20130711_Bragg_Dave_MGP_631.jpg
      20130711_Bragg_Dave_MGP_632.jpg
      20130711_Bragg_Dave_MGP_633.jpg
      20130711_Bragg_Dave_MGP_634.jpg
      20130711_Bragg_Dave_MGP_635.jpg
      20130711_Bragg_Dave_MGP_636.jpg
      20130711_Bragg_Dave_MGP_637.jpg
      20130711_Bragg_Dave_MGP_638.jpg
      20130711_Bragg_Dave_MGP_639.jpg
      20130711_Bragg_Dave_MGP_640.jpg
      20130711_Bragg_Dave_MGP_641.jpg
      20130711_Bragg_Dave_MGP_642.jpg
      20130711_Bragg_Dave_MGP_643.jpg
      20130711_Bragg_Dave_MGP_644.jpg
      20130711_Bragg_Dave_MGP_645.jpg
      20130711_Bragg_Dave_MGP_646.jpg
      20130711_Bragg_Dave_MGP_647.jpg
      20130711_Bragg_Dave_MGP_648.jpg
      20130711_Bragg_Dave_MGP_649.jpg
      20130711_Bragg_Dave_MGP_650.jpg
      20130711_Bragg_Dave_MGP_651.jpg
      20130711_Bragg_Dave_MGP_652.jpg
      20130711_Bragg_Dave_MGP_653.jpg
      20130711_Bragg_Dave_MGP_654.jpg
      20130711_Bragg_Dave_MGP_655.jpg
      20130711_Bragg_Dave_MGP_656.jpg
      20130711_Bragg_Dave_MGP_657.jpg
      20130711_Bragg_Dave_MGP_658.jpg
      20130711_Bragg_Dave_MGP_659.jpg
      20130711_Bragg_Dave_MGP_660.jpg
      20130711_Bragg_Dave_MGP_661.jpg
      20130711_Bragg_Dave_MGP_662.jpg
      20130711_Bragg_Dave_MGP_663.jpg
      20130711_Bragg_Dave_MGP_664.jpg
      20130711_Bragg_Dave_MGP_665.jpg
      20130711_Bragg_Dave_MGP_666.jpg
      20130711_Bragg_Dave_MGP_667.jpg
      20130711_Bragg_Dave_MGP_668.jpg
      20130711_Bragg_Dave_MGP_669.jpg
      20130711_Bragg_Dave_MGP_670.jpg
      20130711_Bragg_Dave_MGP_671.jpg
      20130711_Bragg_Dave_MGP_672.jpg
      20130711_Bragg_Dave_MGP_673.jpg
      20130711_Bragg_Dave_MGP_674.jpg

20130711_Hardwick_Lucas_MGP_432.jpg
20130711_Hardwick_Lucas_MGP_433.jpg
20130711_Hardwick_Lucas_MGP_434.jpg
20130711_Hardwick_Lucas_MGP_435.jpg
20130711_Hardwick_Lucas_MGP_436.jpg
20130711_Hardwick_Lucas_MGP_437.jpg
20130711_Hardwick_Lucas_MGP_438.jpg
20130711_Hardwick_Lucas_MGP_439.jpg
20130711_Hardwick_Lucas_MGP_440.jpg
20130711_Hardwick_Lucas_MGP_441.jpg
20130711_Hardwick_Lucas_MGP_442.jpg
20130711_Hardwick_Lucas_MGP_443.jpg
20130711_Hardwick_Lucas_MGP_444.jpg
20130711_Hardwick_Lucas_MGP_445.jpg
20130711_Hardwick_Lucas_MGP_446.jpg
20130711_Hardwick_Lucas_MGP_447.jpg
20130711_Hardwick_Lucas_MGP_448.jpg
20130711_Hardwick_Lucas_MGP_449.jpg
20130711_Hardwick_Lucas_MGP_450.jpg
20130711_Hardwick_Lucas_MGP_451.jpg
20130711_Hardwick_Lucas_MGP_452.jpg
20130711_Hardwick_Lucas_MGP_453.jpg
20130711_Hardwick_Lucas_MGP_454.jpg
20130711_Hardwick_Lucas_MGP_455.jpg
20130711_Hardwick_Lucas_MGP_456.jpg
20130711_Hardwick_Lucas_MGP_457.jpg
20130711_Hardwick_Lucas_MGP_458.jpg
20130711_Hardwick_Lucas_MGP_459.jpg
20130711_Hardwick_Lucas_MGP_460.jpg
20130711_Hardwick_Lucas_MGP_461.jpg
20130711_Hardwick_Lucas_MGP_462.jpg
20130711_Hardwick_Lucas_MGP_463.jpg
20130711_Hardwick_Lucas_MGP_464.jpg
20130711_Hardwick_Lucas_MGP_465.jpg
20130711_Hardwick_Lucas_MGP_466.jpg
20130711_Hardwick_Lucas_MGP_467.jpg
20130711_Hardwick_Lucas_MGP_468.jpg
20130711_Hardwick_Lucas_MGP_469.jpg
20130711_Hardwick_Lucas_MGP_470.jpg
20130711_Hardwick_Lucas_MGP_471.jpg
20130711_Hardwick_Lucas_MGP_472.jpg
20130711_Hardwick_Lucas_MGP_473.jpg
20130711_Hardwick_Lucas_MGP_474.jpg
20130711_Hardwick_Lucas_MGP_475.jpg
20130711_Hardwick_Lucas_MGP_476.jpg
20130711_Hardwick_Lucas_MGP_477.jpg
20130711_Hardwick_Lucas_MGP_478.jpg
20130711_Hardwick_Lucas_MGP_479.jpg
20130711_Hardwick_Lucas_MGP_480.jpg
20130711_Hardwick_Lucas_MGP_481.jpg
20130711_Hardwick_Lucas_MGP_482.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 4)

20130711_Leupold_Craig_MGP_364.jpg
20130711_Leupold_Craig_MGP_365.jpg
20130711_Leupold_Craig_MGP_366.jpg
20130711_Leupold_Craig_MGP_367.jpg
20130711_Leupold_Craig_MGP_368.jpg
20130711_Leupold_Craig_MGP_369.jpg
20130711_Leupold_Craig_MGP_370.jpg
20130711_Markman_Adam_MGP_226.jpg
20130711_Markman_Adam_MGP_227.jpg
20130711_Markman_Adam_MGP_228.jpg
20130711_Markman_Adam_MGP_229.jpg
20130711_Markman_Adam_MGP_230.jpg
20130711_Markman_Adam_MGP_231.jpg
20130711_Markman_Adam_MGP_232.jpg
20130711_Markman_Adam_MGP_233.jpg
20130711_Markman_Adam_MGP_234.jpg
20130711_Markman_Adam_MGP_235.jpg
20130711_Markman_Adam_MGP_236.jpg
20130711_Markman_Adam_MGP_237.jpg
20130711_Markman_Adam_MGP_238.jpg
20130711_Markman_Adam_MGP_239.jpg
20130711_Markman_Adam_MGP_240.jpg
20130711_Markman_Adam_MGP_241.jpg
20130711_Markman_Adam_MGP_242.jpg
20130711_Markman_Adam_MGP_243.jpg
20130711_Markman_Adam_MGP_244.jpg
20130711_Markman_Adam_MGP_245.jpg
20130711_Markman_Adam_MGP_246.jpg
20130711_Markman_Adam_MGP_247.jpg
20130711_Markman_Adam_MGP_248.jpg
20130711_Markman_Adam_MGP_249.jpg
20130711_Markman_Adam_MGP_250.jpg
20130711_Markman_Adam_MGP_251.jpg
20130711_Markman_Adam_MGP_252.jpg
20130711_Markman_Adam_MGP_253.jpg
20130711_Markman_Adam_MGP_254.jpg
20130711_Markman_Adam_MGP_255.jpg
20130711_Markman_Adam_MGP_256.jpg
20130711_Markman_Adam_MGP_257.jpg
20130711_Markman_Adam_MGP_258.jpg
20130711_Markman_Adam_MGP_259.jpg
20130711_Markman_Adam_MGP_260.jpg
20130711_Markman_Adam_MGP_261.jpg
20130711_Markman_Adam_MGP_262.jpg
20130711_Markman_Adam_MGP_263.jpg
20130711_Markman_Adam_MGP_264.jpg
20130711_Markman_Adam_MGP_265.jpg
20130711_Markman_Adam_MGP_266.jpg
20130711_Markman_Adam_MGP_267.jpg
20130711_Markman_Adam_MGP_268.jpg
20130711_Markman_Adam_MGP_269.jpg

20130711_Markman_Adam_MGP_270.jpg
20130711_Markman_Adam_MGP_271.jpg
20130711_Markman_Adam_MGP_272.jpg
20130711_Markman_Adam_MGP_273.jpg
20130711_Markman_Adam_MGP_274.jpg
20130711_Markman_Adam_MGP_275.jpg
20130711_Markman_Adam_MGP_276.jpg
20130711_Markman_Adam_MGP_277.jpg
20130711_Markman_Adam_MGP_278.jpg
20130711_Markman_Adam_MGP_279.jpg
20130711_Markman_Adam_MGP_280.jpg
20130711_Markman_Adam_MGP_281.jpg
20130711_Markman_Adam_MGP_282.jpg
20130711_Markman_Adam_MGP_283.jpg
20130711_Markman_Adam_MGP_284.jpg
20130711_Markman_Adam_MGP_285.jpg
20130711_Markman_Adam_MGP_286.jpg
20130711_Markman_Adam_MGP_287.jpg
20130711_Markman_Adam_MGP_288.jpg
20130711_Markman_Adam_MGP_289.jpg
20130711_Markman_Adam_MGP_290.jpg
20130711_Markman_Adam_MGP_291.jpg
20130711_Markman_Adam_MGP_292.jpg
20130711_Markman_Adam_MGP_293.jpg
20130711_Markman_Adam_MGP_294.jpg
20130711_Markman_Adam_MGP_295.jpg
20130711_Markman_Adam_MGP_296.jpg
20130711_Markman_Adam_MGP_297.jpg
20130711_Markman_Adam_MGP_298.jpg
20130711_Markman_Adam_MGP_299.jpg
20130711_Markman_Adam_MGP_300.jpg
20130711_Markman_Adam_MGP_301.jpg
20130711_Markman_Adam_MGP_302.jpg
20130711_Markman_Adam_MGP_303.jpg
20130711_Markman_Adam_MGP_304.jpg
20130711_Markman_Adam_MGP_305.jpg
20130711_Markman_Adam_MGP_306.jpg
20130711_Markman_Adam_MGP_307.jpg
20130711_Markman_Adam_MGP_308.jpg
20130711_Markman_Adam_MGP_309.jpg
20130711_Markman_Adam_MGP_310.jpg
20130711_Markman_Adam_MGP_311.jpg
20130711_Markman_Adam_MGP_312.jpg
20130711_Markman_Adam_MGP_313.jpg
20130711_Markman_Adam_MGP_314.jpg
20130711_Markman_Adam_MGP_315.jpg
20130711_Markman_Adam_MGP_316.jpg
20130711_Markman_Adam_MGP_317.jpg
20130711_McCulloch_Andy_MGP_146.jpg
20130711_McCulloch_Andy_MGP_147.jpg
20130711_McCulloch_Andy_MGP_148.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 3)

20130711_Kirby_Mike_MGP_38.jpg
20130711_Kirby_Mike_MGP_39.jpg
20130711_Kirby_Mike_MGP_4.jpg
20130711_Kirby_Mike_MGP_40.jpg
20130711_Kirby_Mike_MGP_41.jpg
20130711_Kirby_Mike_MGP_42.jpg
20130711_Kirby_Mike_MGP_43.jpg
20130711_Kirby_Mike_MGP_44.jpg
20130711_Kirby_Mike_MGP_45.jpg
20130711_Kirby_Mike_MGP_46.jpg
20130711_Kirby_Mike_MGP_47.jpg
20130711_Kirby_Mike_MGP_48.jpg
20130711_Kirby_Mike_MGP_49.jpg
20130711_Kirby_Mike_MGP_5.jpg
20130711_Kirby_Mike_MGP_50.jpg
20130711_Kirby_Mike_MGP_51.jpg
20130711_Kirby_Mike_MGP_52.jpg
20130711_Kirby_Mike_MGP_53.jpg
20130711_Kirby_Mike_MGP_54.jpg
20130711_Kirby_Mike_MGP_55.jpg
20130711_Kirby_Mike_MGP_56.jpg
20130711_Kirby_Mike_MGP_57.jpg
20130711_Kirby_Mike_MGP_58.jpg
20130711_Kirby_Mike_MGP_59.jpg
20130711_Kirby_Mike_MGP_6.jpg
20130711_Kirby_Mike_MGP_60.jpg
20130711_Kirby_Mike_MGP_61.jpg
20130711_Kirby_Mike_MGP_62.jpg
20130711_Kirby_Mike_MGP_63.jpg
20130711_Kirby_Mike_MGP_64.jpg
20130711_Kirby_Mike_MGP_65.jpg
20130711_Kirby_Mike_MGP_66.jpg
20130711_Kirby_Mike_MGP_67.jpg
20130711_Kirby_Mike_MGP_68.jpg
20130711_Kirby_Mike_MGP_69.jpg
20130711_Kirby_Mike_MGP_7.jpg
20130711_Kirby_Mike_MGP_70.jpg
20130711_Kirby_Mike_MGP_71.jpg
20130711_Kirby_Mike_MGP_72.jpg
20130711_Kirby_Mike_MGP_73.jpg
20130711_Kirby_Mike_MGP_74.jpg
20130711_Kirby_Mike_MGP_75.jpg
20130711_Kirby_Mike_MGP_76.jpg
20130711_Kirby_Mike_MGP_77.jpg
20130711_Kirby_Mike_MGP_78.jpg
20130711_Kirby_Mike_MGP_79.jpg
20130711_Kirby_Mike_MGP_8.jpg
20130711_Kirby_Mike_MGP_80.jpg
20130711_Kirby_Mike_MGP_81.jpg
20130711_Kirby_Mike_MGP_82.jpg
20130711_Kirby_Mike_MGP_83.jpg

20130711_Kirby_Mike_MGP_84.jpg
20130711_Kirby_Mike_MGP_85.jpg
20130711_Kirby_Mike_MGP_86.jpg
20130711_Kirby_Mike_MGP_87.jpg
20130711_Kirby_Mike_MGP_9.jpg
20130711_Leupold_Craig_MGP_318.jpg
20130711_Leupold_Craig_MGP_319.jpg
20130711_Leupold_Craig_MGP_320.jpg
20130711_Leupold_Craig_MGP_321.jpg
20130711_Leupold_Craig_MGP_322.jpg
20130711_Leupold_Craig_MGP_323.jpg
20130711_Leupold_Craig_MGP_324.jpg
20130711_Leupold_Craig_MGP_325.jpg
20130711_Leupold_Craig_MGP_326.jpg
20130711_Leupold_Craig_MGP_327.jpg
20130711_Leupold_Craig_MGP_328.jpg
20130711_Leupold_Craig_MGP_329.jpg
20130711_Leupold_Craig_MGP_330.jpg
20130711_Leupold_Craig_MGP_331.jpg
20130711_Leupold_Craig_MGP_332.jpg
20130711_Leupold_Craig_MGP_333.jpg
20130711_Leupold_Craig_MGP_334.jpg
20130711_Leupold_Craig_MGP_335.jpg
20130711_Leupold_Craig_MGP_336.jpg
20130711_Leupold_Craig_MGP_337.jpg
20130711_Leupold_Craig_MGP_338.jpg
20130711_Leupold_Craig_MGP_339.jpg
20130711_Leupold_Craig_MGP_340.jpg
20130711_Leupold_Craig_MGP_341.jpg
20130711_Leupold_Craig_MGP_342.jpg
20130711_Leupold_Craig_MGP_343.jpg
20130711_Leupold_Craig_MGP_344.jpg
20130711_Leupold_Craig_MGP_345.jpg
20130711_Leupold_Craig_MGP_346.jpg
20130711_Leupold_Craig_MGP_347.jpg
20130711_Leupold_Craig_MGP_348.jpg
20130711_Leupold_Craig_MGP_349.jpg
20130711_Leupold_Craig_MGP_350.jpg
20130711_Leupold_Craig_MGP_351.jpg
20130711_Leupold_Craig_MGP_352.jpg
20130711_Leupold_Craig_MGP_353.jpg
20130711_Leupold_Craig_MGP_354.jpg
20130711_Leupold_Craig_MGP_355.jpg
20130711_Leupold_Craig_MGP_356.jpg
20130711_Leupold_Craig_MGP_357.jpg
20130711_Leupold_Craig_MGP_358.jpg
20130711_Leupold_Craig_MGP_359.jpg
20130711_Leupold_Craig_MGP_360.jpg
20130711_Leupold_Craig_MGP_361.jpg
20130711_Leupold_Craig_MGP_362.jpg
20130711_Leupold_Craig_MGP_363.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 6)

20130711_Moore_Jason_MGP_543.jpg
20130711_Moore_Jason_MGP_544.jpg
20130711_Moore_Jason_MGP_545.jpg
20130711_Moore_Jason_MGP_546.jpg
20130711_Moore_Jason_MGP_547.jpg
20130711_Moore_Jason_MGP_548.jpg
20130711_Moore_Jason_MGP_549.jpg
20130711_Moore_Jason_MGP_550.jpg
20130711_Moore_Jason_MGP_551.jpg
20130711_Moore_Jason_MGP_552.jpg
20130711_Moore_Jason_MGP_553.jpg
20130711_Moore_Jason_MGP_554.jpg
20130711_Moore_Jason_MGP_555.jpg
20130711_Moore_Jason_MGP_556.jpg
20130711_Moore_Jason_MGP_557.jpg
20130711_Moore_Jason_MGP_558.jpg
20130711_Moore_Jason_MGP_559.jpg
20130711_Moore_Jason_MGP_560.jpg
20130711_Moore_Jason_MGP_561.jpg
20130711_Moore_Jason_MGP_562.jpg
20130711_Moore_Jason_MGP_563.jpg
20130711_Moore_Jason_MGP_564.jpg
20130711_Moore_Jason_MGP_565.jpg
20130711_Moore_Jason_MGP_566.jpg
20130711_Moore_Jason_MGP_567.jpg
20130711_Moore_Jason_MGP_568.jpg
20130711_Moore_Jason_MGP_570.jpg
20130711_Moore_Jason_MGP_571.jpg
20130711_Moore_Jason_MGP_572.jpg
20130711_Moore_Jason_MGP_573.jpg
20130711_Moore_Jason_MGP_574.jpg
20130711_Moore_Jason_MGP_575.jpg
20130711_Moore_Jason_MGP_576.jpg
20130711_Moore_Jason_MGP_577.jpg
20130711_Moore_Jason_MGP_578.jpg
20130711_Moore_Jason_MGP_579.jpg
20130711_Moore_Jason_MGP_580.jpg
20130711_Moore_Jason_MGP_581.jpg
20130711_Moore_Jason_MGP_582.jpg
20130711_Stewart_John_MGP_583.jpg
20130711_Stewart_John_MGP_584.jpg
20130711_Stewart_John_MGP_585.jpg
20130711_Stewart_John_MGP_586.jpg
20130711_Stewart_John_MGP_587.jpg
20130711_Stewart_John_MGP_588.jpg
20130711_Stewart_John_MGP_589.jpg
20130711_Stewart_John_MGP_590.jpg
20130711_Stewart_John_MGP_591.jpg
20130711_Stewart_John_MGP_592.jpg
20130711_Stewart_John_MGP_593.jpg
20130711_Stewart_John_MGP_594.jpg

20130711_Stewart_John_MGP_595.jpg
20130711_Stewart_John_MGP_596.jpg
20130711_Stewart_John_MGP_597.jpg
20130711_Stewart_John_MGP_598.jpg
20130711_Stewart_John_MGP_599.jpg
20130711_Stewart_John_MGP_600.jpg
20130711_Stewart_John_MGP_601.jpg
20130711_Stewart_John_MGP_602.jpg
20130711_Stewart_John_MGP_603.jpg
20130711_Stewart_John_MGP_604.jpg
20130711_Stewart_John_MGP_605.jpg
20130711_Stewart_John_MGP_606.jpg
20130711_Stewart_John_MGP_607.jpg
20130711_Stewart_John_MGP_608.jpg
20130711_Stewart_John_MGP_609.jpg
20130711_Stewart_John_MGP_610.jpg
20130711_Stewart_John_MGP_611.jpg
20130711_Stewart_John_MGP_612.jpg
20130711_Stewart_John_MGP_613.jpg
20130711_Stewart_John_MGP_614.jpg
20130711_Stewart_John_MGP_615.jpg
20130711_Stewart_John_MGP_616.jpg
20130711_Stewart_John_MGP_617.jpg
20130711_Stewart_John_MGP_618.jpg
20130711_Stewart_John_MGP_619.jpg
20130711_Stewart_John_MGP_620.jpg
20130711_Stewart_John_MGP_621.jpg
20130711_Stewart_John_MGP_622.jpg
20130711_Stewart_John_MGP_623.jpg
20130711_Stewart_John_MGP_624.jpg
20130711_Stewart_John_MGP_625.jpg
20130711_Sullivan_Jim_MGP_100.jpg
20130711_Sullivan_Jim_MGP_101.jpg
20130711_Sullivan_Jim_MGP_102.jpg
20130711_Sullivan_Jim_MGP_103.jpg
20130711_Sullivan_Jim_MGP_104.jpg
20130711_Sullivan_Jim_MGP_105.jpg
20130711_Sullivan_Jim_MGP_106.jpg
20130711_Sullivan_Jim_MGP_107.jpg
20130711_Sullivan_Jim_MGP_108.jpg
20130711_Sullivan_Jim_MGP_109.jpg
20130711_Sullivan_Jim_MGP_110.jpg
20130711_Sullivan_Jim_MGP_111.jpg
20130711_Sullivan_Jim_MGP_112.jpg
20130711_Sullivan_Jim_MGP_113.jpg
20130711_Sullivan_Jim_MGP_114.jpg
20130711_Sullivan_Jim_MGP_115.jpg
20130711_Sullivan_Jim_MGP_116.jpg
20130711_Sullivan_Jim_MGP_117.jpg
20130711_Sullivan_Jim_MGP_118.jpg
20130711_Sullivan_Jim_MGP_119.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 5)

20130711_McCulloch_Andy_MGP_149.jpg
20130711_McCulloch_Andy_MGP_150.jpg
20130711_McCulloch_Andy_MGP_151.jpg
20130711_McCulloch_Andy_MGP_152.jpg
20130711_McCulloch_Andy_MGP_153.jpg
20130711_McCulloch_Andy_MGP_154.jpg
20130711_McCulloch_Andy_MGP_155.jpg
20130711_McCulloch_Andy_MGP_156.jpg
20130711_McCulloch_Andy_MGP_157.jpg
20130711_McCulloch_Andy_MGP_158.jpg
20130711_McCulloch_Andy_MGP_159.jpg
20130711_McCulloch_Andy_MGP_160.jpg
20130711_McCulloch_Andy_MGP_161.jpg
20130711_McCulloch_Andy_MGP_162.jpg
20130711_McCulloch_Andy_MGP_163.jpg
20130711_McCulloch_Andy_MGP_164.jpg
20130711_McCulloch_Andy_MGP_165.jpg
20130711_McCulloch_Andy_MGP_166.jpg
20130711_McCulloch_Andy_MGP_167.jpg
20130711_McCulloch_Andy_MGP_168.jpg
20130711_McCulloch_Andy_MGP_169.jpg
20130711_McCulloch_Andy_MGP_170.jpg
20130711_McCulloch_Andy_MGP_171.jpg
20130711_McCulloch_Andy_MGP_172.jpg
20130711_McCulloch_Andy_MGP_173.jpg
20130711_McCulloch_Andy_MGP_174.jpg
20130711_McCulloch_Andy_MGP_175.jpg
20130711_McCulloch_Andy_MGP_176.jpg
20130711_McCulloch_Andy_MGP_177.jpg
20130711_McCulloch_Andy_MGP_178.jpg
20130711_McCulloch_Andy_MGP_179.jpg
20130711_McCulloch_Andy_MGP_180.jpg
20130711_McCulloch_Andy_MGP_181.jpg
20130711_McCulloch_Andy_MGP_182.jpg
20130711_McCulloch_Andy_MGP_183.jpg
20130711_McCulloch_Andy_MGP_184.jpg
20130711_McCulloch_Andy_MGP_185.jpg
20130711_McCulloch_Andy_MGP_186.jpg
20130711_McCulloch_Andy_MGP_187.jpg
20130711_McCulloch_Andy_MGP_188.jpg
20130711_McCulloch_Andy_MGP_189.jpg
20130711_McCulloch_Andy_MGP_190.jpg
20130711_McCulloch_Andy_MGP_191.jpg
20130711_McCulloch_Andy_MGP_192.jpg
20130711_McCulloch_Andy_MGP_193.jpg
20130711_McCulloch_Andy_MGP_194.jpg
20130711_McCulloch_Andy_MGP_195.jpg
20130711_McCulloch_Andy_MGP_196.jpg
20130711_McCulloch_Andy_MGP_197.jpg
20130711_McCulloch_Andy_MGP_198.jpg
20130711_McCulloch_Andy_MGP_199.jpg

20130711_McCulloch_Andy_MGP_200.jpg
20130711_McCulloch_Andy_MGP_201.jpg
20130711_McCulloch_Andy_MGP_202.jpg
20130711_McCulloch_Andy_MGP_203.jpg
20130711_McCulloch_Andy_MGP_204.jpg
20130711_McCulloch_Andy_MGP_206.jpg
20130711_McCulloch_Andy_MGP_207.jpg
20130711_McCulloch_Andy_MGP_208.jpg
20130711_McCulloch_Andy_MGP_209.jpg
20130711_McCulloch_Andy_MGP_210.jpg
20130711_McCulloch_Andy_MGP_211.jpg
20130711_McCulloch_Andy_MGP_212.jpg
20130711_McCulloch_Andy_MGP_213.jpg
20130711_McCulloch_Andy_MGP_214.jpg
20130711_McCulloch_Andy_MGP_215.jpg
20130711_McCulloch_Andy_MGP_216.jpg
20130711_McCulloch_Andy_MGP_217.jpg
20130711_McCulloch_Andy_MGP_218.jpg
20130711_McCulloch_Andy_MGP_219.jpg
20130711_McCulloch_Andy_MGP_220.jpg
20130711_McCulloch_Andy_MGP_221.jpg
20130711_McCulloch_Andy_MGP_222.jpg
20130711_McCulloch_Andy_MGP_223.jpg
20130711_McCulloch_Andy_MGP_224.jpg
20130711_McCulloch_Andy_MGP_225.jpg
20130711_Moore_Jason_MGP_517.jpg
20130711_Moore_Jason_MGP_518.jpg
20130711_Moore_Jason_MGP_519.jpg
20130711_Moore_Jason_MGP_520.jpg
20130711_Moore_Jason_MGP_521.jpg
20130711_Moore_Jason_MGP_522.jpg
20130711_Moore_Jason_MGP_523.jpg
20130711_Moore_Jason_MGP_524.jpg
20130711_Moore_Jason_MGP_525.jpg
20130711_Moore_Jason_MGP_526.jpg
20130711_Moore_Jason_MGP_527.jpg
20130711_Moore_Jason_MGP_528.jpg
20130711_Moore_Jason_MGP_529.jpg
20130711_Moore_Jason_MGP_530.jpg
20130711_Moore_Jason_MGP_531.jpg
20130711_Moore_Jason_MGP_532.jpg
20130711_Moore_Jason_MGP_533.jpg
20130711_Moore_Jason_MGP_534.jpg
20130711_Moore_Jason_MGP_535.jpg
20130711_Moore_Jason_MGP_536.jpg
20130711_Moore_Jason_MGP_537.jpg
20130711_Moore_Jason_MGP_538.jpg
20130711_Moore_Jason_MGP_539.jpg
20130711_Moore_Jason_MGP_540.jpg
20130711_Moore_Jason_MGP_541.jpg
20130711_Moore_Jason_MGP_542.jpg

20130724_Busch_JD_MGP_311.jpg
20130724_Busch_JD_MGP_312.jpg
20130724_Busch_JD_MGP_313.jpg
20130724_Busch_JD_MGP_314.jpg
20130724_Busch_JD_MGP_315.jpg
20130724_Busch_JD_MGP_316.jpg
20130724_Busch_JD_MGP_317.jpg
20130724_Busch_JD_MGP_318.jpg
20130724_Busch_JD_MGP_319.jpg
20130724_Busch_JD_MGP_320.jpg
20130724_Busch_JD_MGP_321.jpg
20130724_Busch_JD_MGP_322.jpg
20130724_Busch_JD_MGP_323.jpg
20130724_Busch_JD_MGP_324.jpg
20130724_Busch_JD_MGP_325.jpg
20130724_Busch_JD_MGP_326.jpg
20130724_Busch_JD_MGP_327.jpg
20130724_Busch_JD_MGP_328.jpg
20130724_Busch_JD_MGP_329.jpg
20130724_Busch_JD_MGP_330.jpg
20130724_Busch_JD_MGP_331.jpg
20130724_Busch_JD_MGP_332.jpg
20130724_Busch_JD_MGP_333.jpg
20130724_Busch_JD_MGP_334.jpg
20130724_Busch_JD_MGP_335.jpg
20130724_Busch_JD_MGP_336.jpg
20130724_Busch_JD_MGP_337.jpg
20130724_Busch_JD_MGP_338.jpg
20130724_Busch_JD_MGP_339.jpg
20130724_Busch_JD_MGP_340.jpg
20130724_Busch_JD_MGP_341.jpg
20130724_Busch_JD_MGP_342.jpg
20130724_Busch_JD_MGP_343.jpg
20130724_Busch_JD_MGP_344.jpg
20130724_Busch_JD_MGP_345.jpg
20130724_Busch_JD_MGP_346.jpg
20130724_Busch_JD_MGP_347.jpg
20130724_Busch_JD_MGP_348.jpg
20130724_Busch_JD_MGP_349.jpg
20130724_Busch_JD_MGP_350.jpg
20130724_Busch_JD_MGP_351.jpg
20130724_Busch_JD_MGP_352.jpg
20130724_Busch_JD_MGP_353.jpg
20130724_Busch_JD_MGP_354.jpg
20130724_Busch_JD_MGP_355.jpg
20130724_Busch_JD_MGP_356.jpg
20130724_Busch_JD_MGP_357.jpg
20130724_Busch_JD_MGP_358.jpg
20130724_Busch_JD_MGP_359.jpg
20130724_Busch_JD_MGP_360.jpg
20130724_Busch_JD_MGP_361.jpg
20130724_Busch_JD_MGP_362.jpg
20130724_Frankel_Eric_MGP_188.jpg
20130724_Frankel_Eric_MGP_189.jpg
20130724_Frankel_Eric_MGP_190.jpg
20130724_Frankel_Eric_MGP_191.jpg
20130724_Frankel_Eric_MGP_192.jpg
20130724_Frankel_Eric_MGP_194.jpg
20130724_Frankel_Eric_MGP_195.jpg
20130724_Frankel_Eric_MGP_196.jpg
20130724_Frankel_Eric_MGP_197.jpg
20130724_Frankel_Eric_MGP_198.jpg
20130724_Frankel_Eric_MGP_199.jpg
20130724_Frankel_Eric_MGP_200.jpg
20130724_Frankel_Eric_MGP_201.jpg
20130724_Frankel_Eric_MGP_202.jpg
20130724_Frankel_Eric_MGP_203.jpg
20130724_Frankel_Eric_MGP_204.jpg
20130724_Frankel_Eric_MGP_205.jpg
20130724_Frankel_Eric_MGP_206.jpg
20130724_Frankel_Eric_MGP_207.jpg
20130724_Frankel_Eric_MGP_208.jpg
20130724_Frankel_Eric_MGP_209.jpg
20130724_Frankel_Eric_MGP_210.jpg
20130724_Frankel_Eric_MGP_211.jpg
20130724_Frankel_Eric_MGP_212.jpg
20130724_Frankel_Eric_MGP_213.jpg
20130724_Frankel_Eric_MGP_214.jpg
20130724_Frankel_Eric_MGP_215.jpg
20130724_Frankel_Eric_MGP_216.jpg
20130724_Frankel_Eric_MGP_217.jpg
20130724_Frankel_Eric_MGP_218.jpg
20130724_Frankel_Eric_MGP_219.jpg
20130724_Frankel_Eric_MGP_220.jpg
20130724_Frankel_Eric_MGP_221.jpg
20130724_Frankel_Eric_MGP_222.jpg
20130724_Frankel_Eric_MGP_223.jpg
20130724_Frankel_Eric_MGP_224.jpg
20130724_Frankel_Eric_MGP_225.jpg
20130724_Frankel_Eric_MGP_226.jpg
20130724_Frankel_Eric_MGP_227.jpg
20130724_Frankel_Eric_MGP_228.jpg
20130724_Frankel_Eric_MGP_229.jpg
20130724_Frankel_Eric_MGP_230.jpg
20130724_Frankel_Eric_MGP_231.jpg
20130724_Frankel_Eric_MGP_232.jpg
20130724_Frankel_Eric_MGP_233.jpg
20130724_Frankel_Eric_MGP_234.jpg
20130724_Frankel_Eric_MGP_235.jpg
20130724_Frankel_Eric_MGP_236.jpg
20130724_Frankel_Eric_MGP_238.jpg
20130724_Frankel_Eric_MGP_239.jpg

20130711_Sullivan_Jim_MGP_120.jpg
20130711_Sullivan_Jim_MGP_121.jpg
20130711_Sullivan_Jim_MGP_122.jpg
20130711_Sullivan_Jim_MGP_123.jpg
20130711_Sullivan_Jim_MGP_124.jpg
20130711_Sullivan_Jim_MGP_125.jpg
20130711_Sullivan_Jim_MGP_126.jpg
20130711_Sullivan_Jim_MGP_127.jpg
20130711_Sullivan_Jim_MGP_128.jpg
20130711_Sullivan_Jim_MGP_129.jpg
20130711_Sullivan_Jim_MGP_130.jpg
20130711_Sullivan_Jim_MGP_131.jpg
20130711_Sullivan_Jim_MGP_132.jpg
20130711_Sullivan_Jim_MGP_133.jpg
20130711_Sullivan_Jim_MGP_134.jpg
20130711_Sullivan_Jim_MGP_135.jpg
20130711_Sullivan_Jim_MGP_136.jpg
20130711_Sullivan_Jim_MGP_137.jpg
20130711_Sullivan_Jim_MGP_138.jpg
20130711_Sullivan_Jim_MGP_139.jpg
20130711_Sullivan_Jim_MGP_140.jpg
20130711_Sullivan_Jim_MGP_141.jpg
20130711_Sullivan_Jim_MGP_142.jpg
20130711_Sullivan_Jim_MGP_143.jpg
20130711_Sullivan_Jim_MGP_144.jpg
20130711_Sullivan_Jim_MGP_145.jpg
20130711_Sullivan_Jim_MGP_88.jpg
20130711_Sullivan_Jim_MGP_89.jpg
20130711_Sullivan_Jim_MGP_90.jpg
20130711_Sullivan_Jim_MGP_91.jpg
20130711_Sullivan_Jim_MGP_92.jpg
20130711_Sullivan_Jim_MGP_93.jpg
20130711_Sullivan_Jim_MGP_94.jpg
20130711_Sullivan_Jim_MGP_95.jpg
20130711_Sullivan_Jim_MGP_96.jpg
20130711_Sullivan_Jim_MGP_97.jpg
20130711_Sullivan_Jim_MGP_98.jpg
20130711_Sullivan_Jim_MGP_99.jpg
20130711_White_Jason_MGP_371.jpg
20130711_White_Jason_MGP_372.jpg
20130711_White_Jason_MGP_373.jpg
20130711_White_Jason_MGP_374.jpg
20130711_White_Jason_MGP_375.jpg
20130711_White_Jason_MGP_376.jpg
20130711_White_Jason_MGP_377.jpg
20130711_White_Jason_MGP_378.jpg
20130711_White_Jason_MGP_379.jpg
20130711_White_Jason_MGP_380.jpg
20130711_White_Jason_MGP_381.jpg
20130711_White_Jason_MGP_382.jpg
20130711_White_Jason_MGP_383.jpg
20130711_White_Jason_MGP_384.jpg
20130711_White_Jason_MGP_385.jpg
20130711_White_Jason_MGP_386.jpg
20130711_White_Jason_MGP_387.jpg
20130711_White_Jason_MGP_388.jpg
20130711_White_Jason_MGP_389.jpg
20130711_White_Jason_MGP_390.jpg
20130711_White_Jason_MGP_391.jpg
20130711_White_Jason_MGP_392.jpg
20130711_White_Jason_MGP_393.jpg
20130711_White_Jason_MGP_394.jpg
20130711_White_Jason_MGP_395.jpg
20130711_White_Jason_MGP_396.jpg
20130711_White_Jason_MGP_397.jpg
20130711_White_Jason_MGP_398.jpg
20130711_White_Jason_MGP_399.jpg
20130711_White_Jason_MGP_400.jpg
20130711_White_Jason_MGP_401.jpg
20130711_White_Jason_MGP_402.jpg
20130711_White_Jason_MGP_403.jpg
20130711_White_Jason_MGP_404.jpg
20130711_White_Jason_MGP_405.jpg
20130711_White_Jason_MGP_406.jpg
20130711_White_Jason_MGP_407.jpg
20130711_White_Jason_MGP_408.jpg
20130711_White_Jason_MGP_409.jpg
20130711_White_Jason_MGP_410.jpg
20130711_White_Jason_MGP_411.jpg
20130711_White_Jason_MGP_412.jpg
20130711_White_Jason_MGP_413.jpg
20130711_White_Jason_MGP_414.jpg
20130711_White_Jason_MGP_415.jpg
20130711_White_Jason_MGP_416.jpg
20130711_White_Jason_MGP_417.jpg
20130711_White_Jason_MGP_418.jpg
20130711_White_Jason_MGP_419.jpg
20130711_White_Jason_MGP_420.jpg
20130711_White_Jason_MGP_421.jpg
20130711_White_Jason_MGP_422.jpg
20130711_White_Jason_MGP_423.jpg
20130711_White_Jason_MGP_424.jpg
20130711_White_Jason_MGP_425.jpg
20130711_White_Jason_MGP_426.jpg
20130711_White_Jason_MGP_427.jpg
20130711_White_Jason_MGP_428.jpg
20130711_White_Jason_MGP_429.jpg
20130711_White_Jason_MGP_430.jpg
20130724_Busch_JD_MGP_306.jpg
20130724_Busch_JD_MGP_307.jpg
20130724_Busch_JD_MGP_309.jpg
20130724_Busch_JD_MGP_310.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 10)

20130724_Knott_Michael_MGP_63.jpg
20130724_Knott_Michael_MGP_64.jpg
20130724_Knott_Michael_MGP_65.jpg
20130724_Knott_Michael_MGP_66.jpg
20130724_Knott_Michael_MGP_67.jpg
20130724_Knott_Michael_MGP_68.jpg
20130724_Knott_Michael_MGP_69.jpg
20130724_Knott_Michael_MGP_70.jpg
20130724_Knott_Michael_MGP_71.jpg
20130724_Knott_Michael_MGP_72.jpg
20130724_Knott_Michael_MGP_73.jpg
20130724_Knott_Michael_MGP_74.jpg
20130724_Knott_Michael_MGP_75.jpg
20130724_Knott_Michael_MGP_76.jpg
20130724_Knott_Michael_MGP_77.jpg
20130724_Knott_Michael_MGP_78.jpg
20130724_Knott_Michael_MGP_79.jpg
20130724_Knott_Michael_MGP_80.jpg
20130724_Knott_Michael_MGP_81.jpg
20130724_Knott_Michael_MGP_83.jpg
20130724_Knott_Michael_MGP_84.jpg
20130724_Knott_Michael_MGP_85.jpg
20130724_Knott_Michael_MGP_86.jpg
20130724_Knott_Michael_MGP_87.jpg
20130724_Knott_Michael_MGP_88.jpg
20130724_Knott_Michael_MGP_89.jpg
20130724_Knott_Michael_MGP_90.jpg
20130724_Knott_Michael_MGP_91.jpg
20130724_Knott_Michael_MGP_92.jpg
20130724_Knott_Michael_MGP_94.jpg
20130724_Knott_Michael_MGP_95.jpg
20130724_Knott_Michael_MGP_96.jpg
20130724_Knott_Michael_MGP_97.jpg
20130724_Knott_Michael_MGP_98.jpg
20130724_Knott_Michael_MGP_99.jpg
20130724_Lachance_Cedrick_MGP_426.jpg
20130724_Lachance_Cedrick_MGP_427.jpg
20130724_Lachance_Cedrick_MGP_428.jpg
20130724_Lachance_Cedrick_MGP_429.jpg
20130724_Lachance_Cedrick_MGP_430.jpg
20130724_Lachance_Cedrick_MGP_431.jpg
20130724_Lachance_Cedrick_MGP_432.jpg
20130724_Lachance_Cedrick_MGP_433.jpg
20130724_Lachance_Cedrick_MGP_434.jpg
20130724_Lachance_Cedrick_MGP_435.jpg
20130724_Lachance_Cedrick_MGP_436.jpg
20130724_Lachance_Cedrick_MGP_437.jpg
20130724_Lachance_Cedrick_MGP_438.jpg
20130724_Lachance_Cedrick_MGP_439.jpg
20130724_Lachance_Cedrick_MGP_440.jpg
20130724_Lachance_Cedrick_MGP_441.jpg
20130724_Lachance_Cedrick_MGP_442.jpg
20130724_Lachance_Cedrick_MGP_443.jpg
20130724_Lachance_Cedrick_MGP_444.jpg
20130724_Lachance_Cedrick_MGP_445.jpg
20130724_Lachance_Cedrick_MGP_446.jpg
20130724_Lachance_Cedrick_MGP_447.jpg
20130724_Lachance_Cedrick_MGP_448.jpg
20130724_Lachance_Cedrick_MGP_449.jpg
20130724_Lachance_Cedrick_MGP_450.jpg
20130724_Lachance_Cedrick_MGP_451.jpg
20130724_Lachance_Cedrick_MGP_452.jpg
20130724_Lachance_Cedrick_MGP_453.jpg
20130724_Lachance_Cedrick_MGP_454.jpg
20130724_Lachance_Cedrick_MGP_455.jpg
20130724_Lachance_Cedrick_MGP_456.jpg
20130724_Lachance_Cedrick_MGP_457.jpg
20130724_Lachance_Cedrick_MGP_458.jpg
20130724_Lachance_Cedrick_MGP_459.jpg
20130724_Lachance_Cedrick_MGP_460.jpg
20130724_Lachance_Cedrick_MGP_461.jpg
20130724_Lachance_Cedrick_MGP_462.jpg
20130724_Lachance_Cedrick_MGP_463.jpg
20130724_Lachance_Cedrick_MGP_464.jpg
20130724_Lachance_Cedrick_MGP_465.jpg
20130724_Lachance_Cedrick_MGP_466.jpg
20130724_Lachance_Cedrick_MGP_467.jpg
20130724_Lachance_Cedrick_MGP_468.jpg
20130724_Lachance_Cedrick_MGP_469.jpg
20130724_Lachance_Cedrick_MGP_470.jpg
20130724_Lachance_Cedrick_MGP_471.jpg
20130724_Lachance_Cedrick_MGP_472.jpg
20130724_Lachance_Cedrick_MGP_473.jpg
20130724_Lachance_Cedrick_MGP_474.jpg
20130724_Lachance_Cedrick_MGP_475.jpg
20130724_Lachance_Cedrick_MGP_476.jpg
20130724_Lachance_Cedrick_MGP_477.jpg
20130724_Lachance_Cedrick_MGP_478.jpg
20130724_Lachance_Cedrick_MGP_479.jpg
20130724_Lachance_Cedrick_MGP_480.jpg
20130724_Lachance_Cedrick_MGP_481.jpg
20130724_Lachance_Cedrick_MGP_482.jpg
20130724_Lachance_Cedrick_MGP_483.jpg
20130724_Lachance_Cedrick_MGP_484.jpg
20130724_Lachance_Cedrick_MGP_485.jpg
20130724_Lachance_Cedrick_MGP_486.jpg
20130724_Lachance_Cedrick_MGP_487.jpg
20130724_Lachance_Cedrick_MGP_488.jpg
20130724_Lachance_Cedrick_MGP_489.jpg
20130724_Lachance_Cedrick_MGP_490.jpg
20130724_Lachance_Cedrick_MGP_491.jpg
20130724_Lachance_Cedrick_MGP_492.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 9)

20130724_Frankel_Eric_MGP_240.jpg
20130724_Frankel_Eric_MGP_241.jpg
20130724_Frankel_Eric_MGP_242.jpg
20130724_Frankel_Eric_MGP_243.jpg
20130724_Frankel_Eric_MGP_244.jpg
20130724_Frankel_Eric_MGP_245.jpg
20130724_Frankel_Eric_MGP_246.jpg
20130724_Frankel_Eric_MGP_247.jpg
20130724_Johns_Andrew_MGP_363.jpg
20130724_Johns_Andrew_MGP_364.jpg
20130724_Johns_Andrew_MGP_365.jpg
20130724_Johns_Andrew_MGP_366.jpg
20130724_Johns_Andrew_MGP_367.jpg
20130724_Johns_Andrew_MGP_368.jpg
20130724_Johns_Andrew_MGP_369.jpg
20130724_Johns_Andrew_MGP_370.jpg
20130724_Johns_Andrew_MGP_371.jpg
20130724_Johns_Andrew_MGP_372.jpg
20130724_Johns_Andrew_MGP_373.jpg
20130724_Johns_Andrew_MGP_374.jpg
20130724_Johns_Andrew_MGP_375.jpg
20130724_Johns_Andrew_MGP_376.jpg
20130724_Johns_Andrew_MGP_377.jpg
20130724_Johns_Andrew_MGP_378.jpg
20130724_Johns_Andrew_MGP_379.jpg
20130724_Johns_Andrew_MGP_380.jpg
20130724_Johns_Andrew_MGP_381.jpg
20130724_Johns_Andrew_MGP_382.jpg
20130724_Johns_Andrew_MGP_383.jpg
20130724_Johns_Andrew_MGP_384.jpg
20130724_Johns_Andrew_MGP_386.jpg
20130724_Johns_Andrew_MGP_387.jpg
20130724_Johns_Andrew_MGP_388.jpg
20130724_Johns_Andrew_MGP_389.jpg
20130724_Johns_Andrew_MGP_390.jpg
20130724_Johns_Andrew_MGP_391.jpg
20130724_Johns_Andrew_MGP_392.jpg
20130724_Johns_Andrew_MGP_393.jpg
20130724_Johns_Andrew_MGP_394.jpg
20130724_Johns_Andrew_MGP_395.jpg
20130724_Johns_Andrew_MGP_396.jpg
20130724_Johns_Andrew_MGP_397.jpg
20130724_Johns_Andrew_MGP_398.jpg
20130724_Johns_Andrew_MGP_399.jpg
20130724_Johns_Andrew_MGP_400.jpg
20130724_Johns_Andrew_MGP_401.jpg
20130724_Johns_Andrew_MGP_402.jpg
20130724_Johns_Andrew_MGP_403.jpg
20130724_Johns_Andrew_MGP_404.jpg
20130724_Johns_Andrew_MGP_405.jpg
20130724_Johns_Andrew_MGP_406.jpg
20130724_Johns_Andrew_MGP_407.jpg
20130724_Johns_Andrew_MGP_408.jpg
20130724_Johns_Andrew_MGP_409.jpg
20130724_Johns_Andrew_MGP_410.jpg
20130724_Johns_Andrew_MGP_411.jpg
20130724_Johns_Andrew_MGP_412.jpg
20130724_Johns_Andrew_MGP_413.jpg
20130724_Johns_Andrew_MGP_414.jpg
20130724_Johns_Andrew_MGP_415.jpg
20130724_Johns_Andrew_MGP_416.jpg
20130724_Johns_Andrew_MGP_417.jpg
20130724_Johns_Andrew_MGP_418.jpg
20130724_Johns_Andrew_MGP_419.jpg
20130724_Johns_Andrew_MGP_420.jpg
20130724_Johns_Andrew_MGP_421.jpg
20130724_Johns_Andrew_MGP_422.jpg
20130724_Knott_Michael_MGP_101.jpg
20130724_Knott_Michael_MGP_102.jpg
20130724_Knott_Michael_MGP_103.jpg
20130724_Knott_Michael_MGP_104.jpg
20130724_Knott_Michael_MGP_105.jpg
20130724_Knott_Michael_MGP_106.jpg
20130724_Knott_Michael_MGP_107.jpg
20130724_Knott_Michael_MGP_108.jpg
20130724_Knott_Michael_MGP_109.jpg
20130724_Knott_Michael_MGP_110.jpg
20130724_Knott_Michael_MGP_112.jpg
20130724_Knott_Michael_MGP_113.jpg
20130724_Knott_Michael_MGP_114.jpg
20130724_Knott_Michael_MGP_115.jpg
20130724_Knott_Michael_MGP_116.jpg
20130724_Knott_Michael_MGP_117.jpg
20130724_Knott_Michael_MGP_118.jpg
20130724_Knott_Michael_MGP_119.jpg
20130724_Knott_Michael_MGP_120.jpg
20130724_Knott_Michael_MGP_121.jpg
20130724_Knott_Michael_MGP_122.jpg
20130724_Knott_Michael_MGP_124.jpg
20130724_Knott_Michael_MGP_125.jpg
20130724_Knott_Michael_MGP_127.jpg
20130724_Knott_Michael_MGP_51.jpg
20130724_Knott_Michael_MGP_53.jpg
20130724_Knott_Michael_MGP_54.jpg
20130724_Knott_Michael_MGP_55.jpg
20130724_Knott_Michael_MGP_56.jpg
20130724_Knott_Michael_MGP_57.jpg
20130724_Knott_Michael_MGP_58.jpg
20130724_Knott_Michael_MGP_59.jpg
20130724_Knott_Michael_MGP_60.jpg
20130724_Knott_Michael_MGP_61.jpg
20130724_Knott_Michael_MGP_62.jpg

20130724_Rothemund_Peter_MGP_288.jpg
20130724_Rothemund_Peter_MGP_289.jpg
20130724_Rothemund_Peter_MGP_290.jpg
20130724_Rothemund_Peter_MGP_291.jpg
20130724_Rothemund_Peter_MGP_292.jpg
20130724_Rothemund_Peter_MGP_293.jpg
20130724_Rothemund_Peter_MGP_295.jpg
20130724_Rothemund_Peter_MGP_296.jpg
20130724_Rothemund_Peter_MGP_297.jpg
20130724_Rothemund_Peter_MGP_298.jpg
20130724_Rothemund_Peter_MGP_299.jpg
20130724_Rothemund_Peter_MGP_300.jpg
20130724_Rothemund_Peter_MGP_301.jpg
20130724_Rothemund_Peter_MGP_302.jpg
20130724_Rothemund_Peter_MGP_303.jpg
20130724_Rothemund_Peter_MGP_304.jpg
20130724_Rothemund_Peter_MGP_305.jpg
20130724_Theiler_Jeff_MGP_10.jpg
20130724_Theiler_Jeff_MGP_11.jpg
20130724_Theiler_Jeff_MGP_12.jpg
20130724_Theiler_Jeff_MGP_13.jpg
20130724_Theiler_Jeff_MGP_14.jpg
20130724_Theiler_Jeff_MGP_15.jpg
20130724_Theiler_Jeff_MGP_16.jpg
20130724_Theiler_Jeff_MGP_17.jpg
20130724_Theiler_Jeff_MGP_18.jpg
20130724_Theiler_Jeff_MGP_19.jpg
20130724_Theiler_Jeff_MGP_2.jpg
20130724_Theiler_Jeff_MGP_20.jpg
20130724_Theiler_Jeff_MGP_21.jpg
20130724_Theiler_Jeff_MGP_22.jpg
20130724_Theiler_Jeff_MGP_23.jpg
20130724_Theiler_Jeff_MGP_24.jpg
20130724_Theiler_Jeff_MGP_25.jpg
20130724_Theiler_Jeff_MGP_26.jpg
20130724_Theiler_Jeff_MGP_27.jpg
20130724_Theiler_Jeff_MGP_28.jpg
20130724_Theiler_Jeff_MGP_29.jpg
20130724_Theiler_Jeff_MGP_3.jpg
20130724_Theiler_Jeff_MGP_30.jpg
20130724_Theiler_Jeff_MGP_31.jpg
20130724_Theiler_Jeff_MGP_32.jpg
20130724_Theiler_Jeff_MGP_33.jpg
20130724_Theiler_Jeff_MGP_35.jpg
20130724_Theiler_Jeff_MGP_36.jpg
20130724_Theiler_Jeff_MGP_37.jpg
20130724_Theiler_Jeff_MGP_38.jpg
20130724_Theiler_Jeff_MGP_39.jpg
20130724_Theiler_Jeff_MGP_4.jpg
20130724_Theiler_Jeff_MGP_40.jpg
20130724_Theiler_Jeff_MGP_41.jpg
20130724_Theiler_Jeff_MGP_42.jpg
20130724_Theiler_Jeff_MGP_43.jpg
20130724_Theiler_Jeff_MGP_44.jpg
20130724_Theiler_Jeff_MGP_45.jpg
20130724_Theiler_Jeff_MGP_46.jpg
20130724_Theiler_Jeff_MGP_5.jpg
20130724_Theiler_Jeff_MGP_6.jpg
20130724_Theiler_Jeff_MGP_7.jpg
20130724_Theiler_Jeff_MGP_8.jpg
20130724_Theiler_Jeff_MGP_9.jpg
**20130803_Dempsey_Patrick_MGP**
20130803_Dempsey_Patrick_MGP_0003.jpg
20130803_Dempsey_Patrick_MGP_0004.jpg
20130803_Dempsey_Patrick_MGP_0005.jpg
20130803_Dempsey_Patrick_MGP_0006.jpg
20130803_Dempsey_Patrick_MGP_0007.jpg
20130803_Dempsey_Patrick_MGP_0008.jpg
20130803_Dempsey_Patrick_MGP_0010.jpg
20130803_Dempsey_Patrick_MGP_0012.jpg
20130803_Dempsey_Patrick_MGP_0013.jpg
20130803_Dempsey_Patrick_MGP_0014.jpg
20130803_Dempsey_Patrick_MGP_0015.jpg
20130803_Dempsey_Patrick_MGP_0016.jpg
20130803_Dempsey_Patrick_MGP_0017.jpg
20130803_Dempsey_Patrick_MGP_0018.jpg
20130803_Dempsey_Patrick_MGP_0019.jpg
20130803_Dempsey_Patrick_MGP_0020.jpg
20130803_Dempsey_Patrick_MGP_0021.jpg
20130803_Dempsey_Patrick_MGP_0022.jpg
20130803_Dempsey_Patrick_MGP_0023.jpg
20130803_Dempsey_Patrick_MGP_0024.jpg
20130803_Dempsey_Patrick_MGP_0025.jpg
20130803_Dempsey_Patrick_MGP_0026.jpg
20130803_Dempsey_Patrick_MGP_0027.jpg
20130803_Dempsey_Patrick_MGP_0028.jpg
20130803_Dempsey_Patrick_MGP_0029.jpg
20130803_Dempsey_Patrick_MGP_0030.jpg
20130803_Dempsey_Patrick_MGP_0031.jpg
20130803_Dempsey_Patrick_MGP_0032.jpg
20130803_Dempsey_Patrick_MGP_0033.jpg
20130803_Dempsey_Patrick_MGP_0034.jpg
20130803_Dempsey_Patrick_MGP_0035.jpg
20130803_Dempsey_Patrick_MGP_0036.jpg
20130803_Dempsey_Patrick_MGP_0037.jpg
20130803_Dempsey_Patrick_MGP_0038.jpg
20130803_Dempsey_Patrick_MGP_0039.jpg
20130803_Dempsey_Patrick_MGP_0040.jpg
20130803_Dempsey_Patrick_MGP_0041.jpg
20130803_Dempsey_Patrick_MGP_0042.jpg
20130803_Dempsey_Patrick_MGP_0043.jpg
20130803_Dempsey_Patrick_MGP_0044.jpg

20130724_Lachance_Cedrick_MGP_493.jpg
20130724_Lachance_Cedrick_MGP_494.jpg
20130724_Lachance_Cedrick_MGP_495.jpg
20130724_Lachance_Cedrick_MGP_496.jpg
20130724_Lachance_Cedrick_MGP_497.jpg
20130724_Lachance_Cedrick_MGP_498.jpg
20130724_Reagan_Jed_MGP_128.jpg
20130724_Reagan_Jed_MGP_129.jpg
20130724_Reagan_Jed_MGP_130.jpg
20130724_Reagan_Jed_MGP_131.jpg
20130724_Reagan_Jed_MGP_132.jpg
20130724_Reagan_Jed_MGP_133.jpg
20130724_Reagan_Jed_MGP_134.jpg
20130724_Reagan_Jed_MGP_135.jpg
20130724_Reagan_Jed_MGP_136.jpg
20130724_Reagan_Jed_MGP_137.jpg
20130724_Reagan_Jed_MGP_138.jpg
20130724_Reagan_Jed_MGP_139.jpg
20130724_Reagan_Jed_MGP_140.jpg
20130724_Reagan_Jed_MGP_141.jpg
20130724_Reagan_Jed_MGP_142.jpg
20130724_Reagan_Jed_MGP_143.jpg
20130724_Reagan_Jed_MGP_144.jpg
20130724_Reagan_Jed_MGP_145.jpg
20130724_Reagan_Jed_MGP_146.jpg
20130724_Reagan_Jed_MGP_147.jpg
20130724_Reagan_Jed_MGP_148.jpg
20130724_Reagan_Jed_MGP_149.jpg
20130724_Reagan_Jed_MGP_150.jpg
20130724_Reagan_Jed_MGP_151.jpg
20130724_Reagan_Jed_MGP_152.jpg
20130724_Reagan_Jed_MGP_153.jpg
20130724_Reagan_Jed_MGP_154.jpg
20130724_Reagan_Jed_MGP_155.jpg
20130724_Reagan_Jed_MGP_156.jpg
20130724_Reagan_Jed_MGP_157.jpg
20130724_Reagan_Jed_MGP_158.jpg
20130724_Reagan_Jed_MGP_160.jpg
20130724_Reagan_Jed_MGP_161.jpg
20130724_Reagan_Jed_MGP_162.jpg
20130724_Reagan_Jed_MGP_163.jpg
20130724_Reagan_Jed_MGP_164.jpg
20130724_Reagan_Jed_MGP_165.jpg
20130724_Reagan_Jed_MGP_166.jpg
20130724_Reagan_Jed_MGP_167.jpg
20130724_Reagan_Jed_MGP_168.jpg
20130724_Reagan_Jed_MGP_169.jpg
20130724_Reagan_Jed_MGP_170.jpg
20130724_Reagan_Jed_MGP_171.jpg
20130724_Reagan_Jed_MGP_174.jpg
20130724_Reagan_Jed_MGP_175.jpg
20130724_Reagan_Jed_MGP_176.jpg
20130724_Reagan_Jed_MGP_177.jpg
20130724_Reagan_Jed_MGP_178.jpg
20130724_Reagan_Jed_MGP_179.jpg
20130724_Reagan_Jed_MGP_180.jpg
20130724_Reagan_Jed_MGP_181.jpg
20130724_Reagan_Jed_MGP_182.jpg
20130724_Reagan_Jed_MGP_183.jpg
20130724_Reagan_Jed_MGP_184.jpg
20130724_Reagan_Jed_MGP_186.jpg
20130724_Reagan_Jed_MGP_187.jpg
20130724_Rothemund_Peter_MGP_248.jpg
20130724_Rothemund_Peter_MGP_249.jpg
20130724_Rothemund_Peter_MGP_250.jpg
20130724_Rothemund_Peter_MGP_251.jpg
20130724_Rothemund_Peter_MGP_252.jpg
20130724_Rothemund_Peter_MGP_253.jpg
20130724_Rothemund_Peter_MGP_254.jpg
20130724_Rothemund_Peter_MGP_255.jpg
20130724_Rothemund_Peter_MGP_256.jpg
20130724_Rothemund_Peter_MGP_257.jpg
20130724_Rothemund_Peter_MGP_258.jpg
20130724_Rothemund_Peter_MGP_259.jpg
20130724_Rothemund_Peter_MGP_260.jpg
20130724_Rothemund_Peter_MGP_261.jpg
20130724_Rothemund_Peter_MGP_262.jpg
20130724_Rothemund_Peter_MGP_263.jpg
20130724_Rothemund_Peter_MGP_264.jpg
20130724_Rothemund_Peter_MGP_265.jpg
20130724_Rothemund_Peter_MGP_266.jpg
20130724_Rothemund_Peter_MGP_267.jpg
20130724_Rothemund_Peter_MGP_268.jpg
20130724_Rothemund_Peter_MGP_269.jpg
20130724_Rothemund_Peter_MGP_270.jpg
20130724_Rothemund_Peter_MGP_271.jpg
20130724_Rothemund_Peter_MGP_272.jpg
20130724_Rothemund_Peter_MGP_273.jpg
20130724_Rothemund_Peter_MGP_274.jpg
20130724_Rothemund_Peter_MGP_275.jpg
20130724_Rothemund_Peter_MGP_276.jpg
20130724_Rothemund_Peter_MGP_277.jpg
20130724_Rothemund_Peter_MGP_278.jpg
20130724_Rothemund_Peter_MGP_279.jpg
20130724_Rothemund_Peter_MGP_280.jpg
20130724_Rothemund_Peter_MGP_281.jpg
20130724_Rothemund_Peter_MGP_282.jpg
20130724_Rothemund_Peter_MGP_283.jpg
20130724_Rothemund_Peter_MGP_284.jpg
20130724_Rothemund_Peter_MGP_285.jpg
20130724_Rothemund_Peter_MGP_286.jpg
20130724_Rothemund_Peter_MGP_287.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 14)

20130803_Dempsey_Patrick_MGP_0155.jpg
20130803_Dempsey_Patrick_MGP_0156.jpg
20130803_Dempsey_Patrick_MGP_0157.jpg
20130803_Dempsey_Patrick_MGP_0158.jpg
20130803_Dempsey_Patrick_MGP_0159.jpg
20130803_Dempsey_Patrick_MGP_0160.jpg
20130803_Dempsey_Patrick_MGP_0161.jpg
20130803_Dempsey_Patrick_MGP_0162.jpg
20130803_Dempsey_Patrick_MGP_0163.jpg
20130803_Dempsey_Patrick_MGP_0164.jpg
20130803_Dempsey_Patrick_MGP_0165.jpg
20130803_Dempsey_Patrick_MGP_0166.jpg
20130803_Dempsey_Patrick_MGP_0167.jpg
20130803_Dempsey_Patrick_MGP_0169.jpg
20130803_Dempsey_Patrick_MGP_0170.jpg
20130803_Dempsey_Patrick_MGP_0171.jpg
20130803_Dempsey_Patrick_MGP_0172.jpg
20130803_Dempsey_Patrick_MGP_0173.jpg
20130803_Dempsey_Patrick_MGP_0174.jpg
20130803_Dempsey_Patrick_MGP_0176.jpg
20130803_Dempsey_Patrick_MGP_0177.jpg
20130803_Dempsey_Patrick_MGP_0178.jpg
20130803_Dempsey_Patrick_MGP_0179.jpg
20130803_Dempsey_Patrick_MGP_0180.jpg
20130803_Dempsey_Patrick_MGP_0181.jpg
20130803_Dempsey_Patrick_MGP_0182.jpg
20130803_Dempsey_Patrick_MGP_0183.jpg
20130803_Dempsey_Patrick_MGP_0184.jpg
20130803_Dempsey_Patrick_MGP_0185.jpg
20130803_Dempsey_Patrick_MGP_0187.jpg
20130803_Dempsey_Patrick_MGP_0188.jpg
20130803_Dempsey_Patrick_MGP_0189.jpg
20130803_Dempsey_Patrick_MGP_0190.jpg
20130803_Dempsey_Patrick_MGP_0191.jpg
20130803_Dempsey_Patrick_MGP_0192.jpg
20130803_Dempsey_Patrick_MGP_0193.jpg
20130803_Dempsey_Patrick_MGP_0194.jpg
20130803_Dempsey_Patrick_MGP_0195.jpg
20130803_Dempsey_Patrick_MGP_0196.jpg
20130803_Dempsey_Patrick_MGP_0197.jpg
20130803_Dempsey_Patrick_MGP_0198.jpg
20130803_Dempsey_Patrick_MGP_0199.jpg
20130803_Dempsey_Patrick_MGP_0200.jpg
20130803_Dempsey_Patrick_MGP_0201.jpg
20130803_Dempsey_Patrick_MGP_0202.jpg
20130803_Dempsey_Patrick_MGP_0203.jpg
20130803_Dempsey_Patrick_MGP_0204.jpg
20130803_Dempsey_Patrick_MGP_0205.jpg
20130803_Dempsey_Patrick_MGP_0208.jpg
20130803_Dempsey_Patrick_MGP_0209.jpg
20130803_Dempsey_Patrick_MGP_0210.jpg

20130803_Dempsey_Patrick_MGP_0211.jpg
20130803_Dempsey_Patrick_MGP_0212.jpg
20130803_Dempsey_Patrick_MGP_0213.jpg
20130803_Dempsey_Patrick_MGP_0214.jpg
20130803_Dempsey_Patrick_MGP_0215.jpg
20130803_Dempsey_Patrick_MGP_0216.jpg
20130803_Dempsey_Patrick_MGP_0217.jpg
20130803_Dempsey_Patrick_MGP_0218.jpg
20130803_Dempsey_Patrick_MGP_0219.jpg
20130803_Dempsey_Patrick_MGP_0220.jpg
20130803_Dempsey_Patrick_MGP_0221.jpg
20130803_Dempsey_Patrick_MGP_0222.jpg
20130803_Dempsey_Patrick_MGP_0223.jpg
20130803_Dempsey_Patrick_MGP_0224.jpg
20130803_Dempsey_Patrick_MGP_0225.jpg
20130803_Dempsey_Patrick_MGP_0226.jpg
20130803_Dempsey_Patrick_MGP_0227.jpg
20130803_Dempsey_Patrick_MGP_0228.jpg
20130803_Dempsey_Patrick_MGP_0229.jpg
20130803_Dempsey_Patrick_MGP_0230.jpg
20130803_Dempsey_Patrick_MGP_0231.jpg
20130803_Dempsey_Patrick_MGP_0232.jpg
20130803_Dempsey_Patrick_MGP_0233.jpg
20130803_Dempsey_Patrick_MGP_0234.jpg
20130803_Dempsey_Patrick_MGP_0235.jpg
20130803_Dempsey_Patrick_MGP_0236.jpg
20130803_Dempsey_Patrick_MGP_0237.jpg
20130803_Dempsey_Patrick_MGP_0238.jpg
20130803_Dempsey_Patrick_MGP_0239.jpg
20130803_Dempsey_Patrick_MGP_0240.jpg
20130803_Dempsey_Patrick_MGP_0241.jpg
20130803_Dempsey_Patrick_MGP_0242.jpg
20130803_Dempsey_Patrick_MGP_0243.jpg
20130803_Dempsey_Patrick_MGP_0244.jpg
20130803_Dempsey_Patrick_MGP_0245.jpg
20130803_Dempsey_Patrick_MGP_0246.jpg
20130803_Dempsey_Patrick_MGP_0247.jpg
20130803_Dempsey_Patrick_MGP_0248.jpg
20130803_Dempsey_Patrick_MGP_0249.jpg
20130803_Dempsey_Patrick_MGP_0250.jpg
20130803_Dempsey_Patrick_MGP_0251.jpg
20130803_Dempsey_Patrick_MGP_0252.jpg
20130803_Dempsey_Patrick_MGP_0253.jpg
20130803_Dempsey_Patrick_MGP_0254.jpg
20130803_Dempsey_Patrick_MGP_0255.jpg
20130803_Dempsey_Patrick_MGP_0256.jpg
20130803_Dempsey_Patrick_MGP_0257.jpg
20130803_Dempsey_Patrick_MGP_0258.jpg
20130803_Dempsey_Patrick_MGP_0259.jpg
20130803_Dempsey_Patrick_MGP_0260.jpg
20130803_Dempsey_Patrick_MGP_0261.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 13)

20130803_Dempsey_Patrick_MGP_0046.jpg
20130803_Dempsey_Patrick_MGP_0047.jpg
20130803_Dempsey_Patrick_MGP_0048.jpg
20130803_Dempsey_Patrick_MGP_0049.jpg
20130803_Dempsey_Patrick_MGP_0050.jpg
20130803_Dempsey_Patrick_MGP_0051.jpg
20130803_Dempsey_Patrick_MGP_0052.jpg
20130803_Dempsey_Patrick_MGP_0053.jpg
20130803_Dempsey_Patrick_MGP_0054.jpg
20130803_Dempsey_Patrick_MGP_0055.jpg
20130803_Dempsey_Patrick_MGP_0056.jpg
20130803_Dempsey_Patrick_MGP_0057.jpg
20130803_Dempsey_Patrick_MGP_0058.jpg
20130803_Dempsey_Patrick_MGP_0059.jpg
20130803_Dempsey_Patrick_MGP_0060.jpg
20130803_Dempsey_Patrick_MGP_0061.jpg
20130803_Dempsey_Patrick_MGP_0062.jpg
20130803_Dempsey_Patrick_MGP_0064.jpg
20130803_Dempsey_Patrick_MGP_0065.jpg
20130803_Dempsey_Patrick_MGP_0066.jpg
20130803_Dempsey_Patrick_MGP_0067.jpg
20130803_Dempsey_Patrick_MGP_0068.jpg
20130803_Dempsey_Patrick_MGP_0069.jpg
20130803_Dempsey_Patrick_MGP_0070.jpg
20130803_Dempsey_Patrick_MGP_0071.jpg
20130803_Dempsey_Patrick_MGP_0072.jpg
20130803_Dempsey_Patrick_MGP_0073.jpg
20130803_Dempsey_Patrick_MGP_0074.jpg
20130803_Dempsey_Patrick_MGP_0075.jpg
20130803_Dempsey_Patrick_MGP_0076.jpg
20130803_Dempsey_Patrick_MGP_0077.jpg
20130803_Dempsey_Patrick_MGP_0078.jpg
20130803_Dempsey_Patrick_MGP_0079.jpg
20130803_Dempsey_Patrick_MGP_0080.jpg
20130803_Dempsey_Patrick_MGP_0081.jpg
20130803_Dempsey_Patrick_MGP_0082.jpg
20130803_Dempsey_Patrick_MGP_0083.jpg
20130803_Dempsey_Patrick_MGP_0084.jpg
20130803_Dempsey_Patrick_MGP_0085.jpg
20130803_Dempsey_Patrick_MGP_0086.jpg
20130803_Dempsey_Patrick_MGP_0087.jpg
20130803_Dempsey_Patrick_MGP_0088.jpg
20130803_Dempsey_Patrick_MGP_0089.jpg
20130803_Dempsey_Patrick_MGP_0091.jpg
20130803_Dempsey_Patrick_MGP_0092.jpg
20130803_Dempsey_Patrick_MGP_0093.jpg
20130803_Dempsey_Patrick_MGP_0095.jpg
20130803_Dempsey_Patrick_MGP_0096.jpg
20130803_Dempsey_Patrick_MGP_0098.jpg
20130803_Dempsey_Patrick_MGP_0099.jpg
20130803_Dempsey_Patrick_MGP_0100.jpg

20130803_Dempsey_Patrick_MGP_0101.jpg
20130803_Dempsey_Patrick_MGP_0102.jpg
20130803_Dempsey_Patrick_MGP_0103.jpg
20130803_Dempsey_Patrick_MGP_0104.jpg
20130803_Dempsey_Patrick_MGP_0105.jpg
20130803_Dempsey_Patrick_MGP_0106.jpg
20130803_Dempsey_Patrick_MGP_0107.jpg
20130803_Dempsey_Patrick_MGP_0108.jpg
20130803_Dempsey_Patrick_MGP_0109.jpg
20130803_Dempsey_Patrick_MGP_0110.jpg
20130803_Dempsey_Patrick_MGP_0114.jpg
20130803_Dempsey_Patrick_MGP_0115.jpg
20130803_Dempsey_Patrick_MGP_0116.jpg
20130803_Dempsey_Patrick_MGP_0117.jpg
20130803_Dempsey_Patrick_MGP_0118.jpg
20130803_Dempsey_Patrick_MGP_0119.jpg
20130803_Dempsey_Patrick_MGP_0120.jpg
20130803_Dempsey_Patrick_MGP_0121.jpg
20130803_Dempsey_Patrick_MGP_0122.jpg
20130803_Dempsey_Patrick_MGP_0123.jpg
20130803_Dempsey_Patrick_MGP_0124.jpg
20130803_Dempsey_Patrick_MGP_0125.jpg
20130803_Dempsey_Patrick_MGP_0126.jpg
20130803_Dempsey_Patrick_MGP_0127.jpg
20130803_Dempsey_Patrick_MGP_0128.jpg
20130803_Dempsey_Patrick_MGP_0129.jpg
20130803_Dempsey_Patrick_MGP_0130.jpg
20130803_Dempsey_Patrick_MGP_0131.jpg
20130803_Dempsey_Patrick_MGP_0132.jpg
20130803_Dempsey_Patrick_MGP_0133.jpg
20130803_Dempsey_Patrick_MGP_0134.jpg
20130803_Dempsey_Patrick_MGP_0135.jpg
20130803_Dempsey_Patrick_MGP_0136.jpg
20130803_Dempsey_Patrick_MGP_0137.jpg
20130803_Dempsey_Patrick_MGP_0138.jpg
20130803_Dempsey_Patrick_MGP_0139.jpg
20130803_Dempsey_Patrick_MGP_0140.jpg
20130803_Dempsey_Patrick_MGP_0141.jpg
20130803_Dempsey_Patrick_MGP_0142.jpg
20130803_Dempsey_Patrick_MGP_0143.jpg
20130803_Dempsey_Patrick_MGP_0144.jpg
20130803_Dempsey_Patrick_MGP_0145.jpg
20130803_Dempsey_Patrick_MGP_0146.jpg
20130803_Dempsey_Patrick_MGP_0147.jpg
20130803_Dempsey_Patrick_MGP_0148.jpg
20130803_Dempsey_Patrick_MGP_0149.jpg
20130803_Dempsey_Patrick_MGP_0150.jpg
20130803_Dempsey_Patrick_MGP_0151.jpg
20130803_Dempsey_Patrick_MGP_0152.jpg
20130803_Dempsey_Patrick_MGP_0153.jpg
20130803_Dempsey_Patrick_MGP_0154.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 16)

20130803_Dempsey_Patrick_MGP_3226.jpg
20130803_Dempsey_Patrick_MGP_3227.jpg
20130803_Dempsey_Patrick_MGP_3228.jpg
20130803_Dempsey_Patrick_MGP_3229.jpg
20130803_Dempsey_Patrick_MGP_3230.jpg
20130803_Dempsey_Patrick_MGP_3231.jpg
20130803_Dempsey_Patrick_MGP_3232.jpg
20130803_Dempsey_Patrick_MGP_3233.jpg
20130803_Dempsey_Patrick_MGP_3234.jpg
20130803_Dempsey_Patrick_MGP_3235.jpg
20130803_Dempsey_Patrick_MGP_3236.jpg
20130803_Dempsey_Patrick_MGP_3237.jpg
20130803_Dempsey_Patrick_MGP_3238.jpg
20130803_Dempsey_Patrick_MGP_3239.jpg
20130803_Dempsey_Patrick_MGP_3240.jpg
20130803_Dempsey_Patrick_MGP_3241.jpg
20130803_Dempsey_Patrick_MGP_3242.jpg
20130803_Dempsey_Patrick_MGP_3243.jpg
20130803_Dempsey_Patrick_MGP_3244.jpg
20130803_Dempsey_Patrick_MGP_3245.jpg
20130803_Dempsey_Patrick_MGP_3246.jpg
20130803_Dempsey_Patrick_MGP_3247.jpg
20130803_Dempsey_Patrick_MGP_3248.jpg
20130803_Dempsey_Patrick_MGP_3249.jpg
20130803_Dempsey_Patrick_MGP_3250.jpg
20130803_Dempsey_Patrick_MGP_3251.jpg
20130803_Dempsey_Patrick_MGP_3252.jpg
20130803_Dempsey_Patrick_MGP_3253.jpg
20130803_Dempsey_Patrick_MGP_3254.jpg
20130803_Dempsey_Patrick_MGP_3255.jpg
20130803_Dempsey_Patrick_MGP_3256.jpg
20130803_Dempsey_Patrick_MGP_3257.jpg
20130803_Dempsey_Patrick_MGP_3258.jpg
20130803_Dempsey_Patrick_MGP_3259.jpg
20130803_Dempsey_Patrick_MGP_3260.jpg
20130803_Dempsey_Patrick_MGP_3261.jpg
20130803_Dempsey_Patrick_MGP_3262.jpg
20130803_Dempsey_Patrick_MGP_3263.jpg
20130803_Dempsey_Patrick_MGP_3264.jpg
20130803_Dempsey_Patrick_MGP_3265.jpg
20130803_Dempsey_Patrick_MGP_3266.jpg
20130803_Dempsey_Patrick_MGP_3267.jpg
20130803_Dempsey_Patrick_MGP_3268.jpg
20130803_Dempsey_Patrick_MGP_3269.jpg
20130803_Dempsey_Patrick_MGP_3270.jpg
20130803_Dempsey_Patrick_MGP_3271.jpg
20130803_Dempsey_Patrick_MGP_3272.jpg
20130803_Dempsey_Patrick_MGP_3273.jpg
20130803_Dempsey_Patrick_MGP_3274.jpg
20130803_Dempsey_Patrick_MGP_3275.jpg
20130803_Dempsey_Patrick_MGP_3276.jpg

20130803_Dempsey_Patrick_MGP_3277.jpg
20130803_Dempsey_Patrick_MGP_lp3220.jpg
20130803_Dempsey_Patrick_MGP_lp3221.jpg
20130803_Dempsey_Patrick_MGP_lp3222.jpg
20130803_Dempsey_Patrick_MGP_lp3223.jpg
20130803_Dempsey_Patrick_MGP_lp3225.jpg
20130803_Dempsey_Patrick_MGP_lp3226.jpg
20130803_Dempsey_Patrick_MGP_lp3227.jpg
20130803_Dempsey_Patrick_MGP_lp3228.jpg
20130803_Dempsey_Patrick_MGP_lp3229.jpg
20130803_Dempsey_Patrick_MGP_lp3230.jpg
20130803_Dempsey_Patrick_MGP_lp3231.jpg
20130803_Dempsey_Patrick_MGP_lp3232.jpg
20130803_Dempsey_Patrick_MGP_lp3233.jpg
20130803_Dempsey_Patrick_MGP_lp3214.jpg
20130803_Dempsey_Patrick_MGP_lp3235.jpg
20130803_Dempsey_Patrick_MGP_lp3236.jpg
20130803_Dempsey_Patrick_MGP_lp3237.jpg
20130803_Dempsey_Patrick_MGP_lp3238.jpg
20130803_Dempsey_Patrick_MGP_lp3239.jpg
20130803_Dempsey_Patrick_MGP_lp3240.jpg
20130803_Dempsey_Patrick_MGP_lp3241.jpg
20130803_Dempsey_Patrick_MGP_lp3243.jpg
20130803_Dempsey_Patrick_MGP_lp3244.jpg
20130803_Dempsey_Patrick_MGP_lp3245.jpg
20130803_Dempsey_Patrick_MGP_lp3246.jpg
20130803_Dempsey_Patrick_MGP_lp3247.jpg
20130803_Dempsey_Patrick_MGP_lp3248.jpg
20130803_Dempsey_Patrick_MGP_lp3249.jpg

**20130820_Gold_Stanley_MGP**

20130820_Gold_Stanley_MGP_0010.jpg
20130820_Gold_Stanley_MGP_0011.jpg
20130820_Gold_Stanley_MGP_0012.jpg
20130820_Gold_Stanley_MGP_0013.jpg
20130820_Gold_Stanley_MGP_0014.jpg
20130820_Gold_Stanley_MGP_0017.jpg
20130820_Gold_Stanley_MGP_0018.jpg
20130820_Gold_Stanley_MGP_0019.jpg
20130820_Gold_Stanley_MGP_0020.jpg
20130820_Gold_Stanley_MGP_0021.jpg
20130820_Gold_Stanley_MGP_0022.jpg
20130820_Gold_Stanley_MGP_0023.jpg
20130820_Gold_Stanley_MGP_0024.jpg
20130820_Gold_Stanley_MGP_0025.jpg
20130820_Gold_Stanley_MGP_0026.jpg
20130820_Gold_Stanley_MGP_0028.jpg
20130820_Gold_Stanley_MGP_0029.jpg
20130820_Gold_Stanley_MGP_0030.jpg
20130820_Gold_Stanley_MGP_0031.jpg
20130820_Gold_Stanley_MGP_0032.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 15)

20130803_Dempsey_Patrick_MGP_0262.jpg
20130803_Dempsey_Patrick_MGP_0263.jpg
20130803_Dempsey_Patrick_MGP_0264.jpg
20130803_Dempsey_Patrick_MGP_0265.jpg
20130803_Dempsey_Patrick_MGP_0266.jpg
20130803_Dempsey_Patrick_MGP_0267.jpg
20130803_Dempsey_Patrick_MGP_0268.jpg
20130803_Dempsey_Patrick_MGP_0269.jpg
20130803_Dempsey_Patrick_MGP_0270.jpg
20130803_Dempsey_Patrick_MGP_0271.jpg
20130803_Dempsey_Patrick_MGP_0272.jpg
20130803_Dempsey_Patrick_MGP_0273.jpg
20130803_Dempsey_Patrick_MGP_0274.jpg
20130803_Dempsey_Patrick_MGP_0275.jpg
20130803_Dempsey_Patrick_MGP_0276.jpg
20130803_Dempsey_Patrick_MGP_0277.jpg
20130803_Dempsey_Patrick_MGP_0278.jpg
20130803_Dempsey_Patrick_MGP_0279.jpg
20130803_Dempsey_Patrick_MGP_0280.jpg
20130803_Dempsey_Patrick_MGP_0281.jpg
20130803_Dempsey_Patrick_MGP_0282.jpg
20130803_Dempsey_Patrick_MGP_0283.jpg
20130803_Dempsey_Patrick_MGP_0284.jpg
20130803_Dempsey_Patrick_MGP_0285.jpg
20130803_Dempsey_Patrick_MGP_0286.jpg
20130803_Dempsey_Patrick_MGP_0288.jpg
20130803_Dempsey_Patrick_MGP_0289.jpg
20130803_Dempsey_Patrick_MGP_0290.jpg
20130803_Dempsey_Patrick_MGP_0291.jpg
20130803_Dempsey_Patrick_MGP_0292.jpg
20130803_Dempsey_Patrick_MGP_0293.jpg
20130803_Dempsey_Patrick_MGP_0294.jpg
20130803_Dempsey_Patrick_MGP_0295.jpg
20130803_Dempsey_Patrick_MGP_0296.jpg
20130803_Dempsey_Patrick_MGP_0297.jpg
20130803_Dempsey_Patrick_MGP_0298.jpg
20130803_Dempsey_Patrick_MGP_0299.jpg
20130803_Dempsey_Patrick_MGP_0300.jpg
20130803_Dempsey_Patrick_MGP_0301.jpg
20130803_Dempsey_Patrick_MGP_0302.jpg
20130803_Dempsey_Patrick_MGP_0303.jpg
20130803_Dempsey_Patrick_MGP_0304.jpg
20130803_Dempsey_Patrick_MGP_0305.jpg
20130803_Dempsey_Patrick_MGP_0306.jpg
20130803_Dempsey_Patrick_MGP_0307.jpg
20130803_Dempsey_Patrick_MGP_0308.jpg
20130803_Dempsey_Patrick_MGP_0309.jpg
20130803_Dempsey_Patrick_MGP_0310.jpg
20130803_Dempsey_Patrick_MGP_0311.jpg
20130803_Dempsey_Patrick_MGP_0312.jpg
20130803_Dempsey_Patrick_MGP_0313.jpg

20130803_Dempsey_Patrick_MGP_0314.jpg
20130803_Dempsey_Patrick_MGP_0315.jpg
20130803_Dempsey_Patrick_MGP_0316.jpg
20130803_Dempsey_Patrick_MGP_0317.jpg
20130803_Dempsey_Patrick_MGP_0318.jpg
20130803_Dempsey_Patrick_MGP_0319.jpg
20130803_Dempsey_Patrick_MGP_0320.jpg
20130803_Dempsey_Patrick_MGP_0321.jpg
20130803_Dempsey_Patrick_MGP_0322.jpg
20130803_Dempsey_Patrick_MGP_0323.jpg
20130803_Dempsey_Patrick_MGP_0324.jpg
20130803_Dempsey_Patrick_MGP_0325.jpg
20130803_Dempsey_Patrick_MGP_0326.jpg
20130803_Dempsey_Patrick_MGP_0327.jpg
20130803_Dempsey_Patrick_MGP_0328.jpg
20130803_Dempsey_Patrick_MGP_0329.jpg
20130803_Dempsey_Patrick_MGP_0330.jpg
20130803_Dempsey_Patrick_MGP_0331.jpg
20130803_Dempsey_Patrick_MGP_0332.jpg
20130803_Dempsey_Patrick_MGP_0333.jpg
20130803_Dempsey_Patrick_MGP_0334.jpg
20130803_Dempsey_Patrick_MGP_0335.jpg
20130803_Dempsey_Patrick_MGP_0336.jpg
20130803_Dempsey_Patrick_MGP_0337.jpg
20130803_Dempsey_Patrick_MGP_0338.jpg
20130803_Dempsey_Patrick_MGP_0339.jpg
20130803_Dempsey_Patrick_MGP_0340.jpg
20130803_Dempsey_Patrick_MGP_0341.jpg
20130803_Dempsey_Patrick_MGP_0342.jpg
20130803_Dempsey_Patrick_MGP_0343.jpg
20130803_Dempsey_Patrick_MGP_0344.jpg
20130803_Dempsey_Patrick_MGP_0345.jpg
20130803_Dempsey_Patrick_MGP_0346.jpg
20130803_Dempsey_Patrick_MGP_0347.jpg
20130803_Dempsey_Patrick_MGP_0348.jpg
20130803_Dempsey_Patrick_MGP_0349.jpg
20130803_Dempsey_Patrick_MGP_0350.jpg
20130803_Dempsey_Patrick_MGP_0351.jpg
20130803_Dempsey_Patrick_MGP_0352.jpg
20130803_Dempsey_Patrick_MGP_0353.jpg
20130803_Dempsey_Patrick_MGP_0354.jpg
20130803_Dempsey_Patrick_MGP_0355.jpg
20130803_Dempsey_Patrick_MGP_0356.jpg
20130803_Dempsey_Patrick_MGP_0357.jpg
20130803_Dempsey_Patrick_MGP_0358.jpg
20130803_Dempsey_Patrick_MGP_3220.jpg
20130803_Dempsey_Patrick_MGP_3221.jpg
20130803_Dempsey_Patrick_MGP_3222.jpg
20130803_Dempsey_Patrick_MGP_3223.jpg
20130803_Dempsey_Patrick_MGP_3224.jpg
20130803_Dempsey_Patrick_MGP_3225.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 18)

```
20130820_Gold_Stanley_MGP_0135.jpg
20130820_Gold_Stanley_MGP_0136.jpg
20130820_Gold_Stanley_MGP_0138.jpg
20130820_Gold_Stanley_MGP_0139.jpg
20130820_Gold_Stanley_MGP_0140.jpg
20130820_Gold_Stanley_MGP_0141.jpg
20130820_Gold_Stanley_MGP_0142.jpg
20130820_Gold_Stanley_MGP_0143.jpg
20130820_Gold_Stanley_MGP_0144.jpg
20130820_Gold_Stanley_MGP_0145.jpg
20130820_Gold_Stanley_MGP_0146.jpg
20130820_Gold_Stanley_MGP_0147.jpg
20130820_Gold_Stanley_MGP_0148.jpg
20130820_Gold_Stanley_MGP_0149.jpg
20130820_Gold_Stanley_MGP_0150.jpg
20130820_Gold_Stanley_MGP_0151.jpg
20130820_Gold_Stanley_MGP_0152.jpg
20130820_Gold_Stanley_MGP_0153.jpg
20130820_Gold_Stanley_MGP_0154.jpg
20130820_Gold_Stanley_MGP_0155.jpg
20130820_Gold_Stanley_MGP_0156.jpg
20130820_Gold_Stanley_MGP_0157.jpg
20130820_Gold_Stanley_MGP_0158.jpg
20130820_Gold_Stanley_MGP_0159.jpg
20130820_Gold_Stanley_MGP_0160.jpg
20130820_Gold_Stanley_MGP_0161.jpg
20130820_Gold_Stanley_MGP_0162.jpg
20130820_Gold_Stanley_MGP_0163.jpg
20130820_Gold_Stanley_MGP_0164.jpg
20130820_Gold_Stanley_MGP_0165.jpg
20130820_Gold_Stanley_MGP_0166.jpg
20130820_Gold_Stanley_MGP_0167.jpg
20130820_Gold_Stanley_MGP_0168.jpg
20130820_Gold_Stanley_MGP_0169.jpg
20130820_Gold_Stanley_MGP_0170.jpg
20130820_Gold_Stanley_MGP_0171.jpg
20130820_Gold_Stanley_MGP_0172.jpg
20130820_Gold_Stanley_MGP_0173.jpg
0130729_To_20131222_Grecco_Unpublished_2
20130827_Campos_Vitorino_MGP
20130827_Campos_Vitorino_MGP_0162.jpg
20130827_Campos_Vitorino_MGP_0164.jpg
20130827_Campos_Vitorino_MGP_0165.jpg
20130827_Campos_Vitorino_MGP_0166.jpg
20130827_Campos_Vitorino_MGP_0167.jpg
20130827_Campos_Vitorino_MGP_0168.jpg
20130827_Campos_Vitorino_MGP_0169.jpg
20130827_Campos_Vitorino_MGP_0170.jpg
20130827_Campos_Vitorino_MGP_0171.jpg
20130827_Campos_Vitorino_MGP_0172.jpg
20130827_Campos_Vitorino_MGP_0173.jpg

20130827_Campos_Vitorino_MGP_0174.jpg
20130827_Campos_Vitorino_MGP_0175.jpg
20130827_Campos_Vitorino_MGP_0176.jpg
20130827_Campos_Vitorino_MGP_0177.jpg
20130827_Campos_Vitorino_MGP_0178.jpg
20130827_Campos_Vitorino_MGP_0179.jpg
20130827_Campos_Vitorino_MGP_0180.jpg
20130827_Campos_Vitorino_MGP_0181.jpg
20130827_Campos_Vitorino_MGP_0182.jpg
20130827_Campos_Vitorino_MGP_0183.jpg
20130827_Campos_Vitorino_MGP_0184.jpg
20130827_Campos_Vitorino_MGP_0185.jpg
20130827_Campos_Vitorino_MGP_0186.jpg
20130827_Campos_Vitorino_MGP_0187.jpg
20130827_Campos_Vitorino_MGP_0188.jpg
20130827_Campos_Vitorino_MGP_0189.jpg
20130827_Campos_Vitorino_MGP_0190.jpg
20130827_Campos_Vitorino_MGP_0191.jpg
20130827_Campos_Vitorino_MGP_0192.jpg
20130827_Campos_Vitorino_MGP_0193.jpg
20130827_Campos_Vitorino_MGP_0194.jpg
20130827_Campos_Vitorino_MGP_0195.jpg
20130827_Campos_Vitorino_MGP_0196.jpg
20130827_Campos_Vitorino_MGP_0197.jpg
20130827_Campos_Vitorino_MGP_0198.jpg
20130827_Campos_Vitorino_MGP_0199.jpg
20130827_Campos_Vitorino_MGP_0200.jpg
20130827_Campos_Vitorino_MGP_0201.jpg
20130827_Campos_Vitorino_MGP_0202.jpg
20130827_Campos_Vitorino_MGP_0203.jpg
20130827_Campos_Vitorino_MGP_0204.jpg
20130827_Campos_Vitorino_MGP_0205.jpg
20130827_Campos_Vitorino_MGP_0206.jpg
20130827_Campos_Vitorino_MGP_0207.jpg
20130827_Campos_Vitorino_MGP_0208.jpg
20130827_Campos_Vitorino_MGP_0209.jpg
20130827_Campos_Vitorino_MGP_0210.jpg
20130827_Campos_Vitorino_MGP_0212.jpg
20130827_Campos_Vitorino_MGP_0215.jpg
20130827_Campos_Vitorino_MGP_0216.jpg
20130827_Campos_Vitorino_MGP_0217.jpg
20130827_Campos_Vitorino_MGP_0218.jpg
20130827_Campos_Vitorino_MGP_0219.jpg
20130827_Campos_Vitorino_MGP_0220.jpg
20130827_Campos_Vitorino_MGP_0221.jpg
20130827_Campos_Vitorino_MGP_0222.jpg
20130827_Campos_Vitorino_MGP_0223.jpg
20130827_Campos_Vitorino_MGP_0224.jpg
20130827_Campos_Vitorino_MGP_0225.jpg
20130827_Campos_Vitorino_MGP_0226.jpg
20130827_Campos_Vitorino_MGP_0227.jpg
```

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:    Sunday, December 22, 2013 at 4:29:16 PM

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 17)

```
20130820_Gold_Stanley_MGP_0033.jpg
20130820_Gold_Stanley_MGP_0034.jpg
20130820_Gold_Stanley_MGP_0035.jpg
20130820_Gold_Stanley_MGP_0036.jpg
20130820_Gold_Stanley_MGP_0037.jpg
20130820_Gold_Stanley_MGP_0038.jpg
20130820_Gold_Stanley_MGP_0039.jpg
20130820_Gold_Stanley_MGP_0040.jpg
20130820_Gold_Stanley_MGP_0041.jpg
20130820_Gold_Stanley_MGP_0042.jpg
20130820_Gold_Stanley_MGP_0043.jpg
20130820_Gold_Stanley_MGP_0044.jpg
20130820_Gold_Stanley_MGP_0045.jpg
20130820_Gold_Stanley_MGP_0046.jpg
20130820_Gold_Stanley_MGP_0047.jpg
20130820_Gold_Stanley_MGP_0048.jpg
20130820_Gold_Stanley_MGP_0049.jpg
20130820_Gold_Stanley_MGP_0050.jpg
20130820_Gold_Stanley_MGP_0051.jpg
20130820_Gold_Stanley_MGP_0052.jpg
20130820_Gold_Stanley_MGP_0053.jpg
20130820_Gold_Stanley_MGP_0054.jpg
20130820_Gold_Stanley_MGP_0055.jpg
20130820_Gold_Stanley_MGP_0056.jpg
20130820_Gold_Stanley_MGP_0057.jpg
20130820_Gold_Stanley_MGP_0058.jpg
20130820_Gold_Stanley_MGP_0059.jpg
20130820_Gold_Stanley_MGP_0060.jpg
20130820_Gold_Stanley_MGP_0061.jpg
20130820_Gold_Stanley_MGP_0062.jpg
20130820_Gold_Stanley_MGP_0063.jpg
20130820_Gold_Stanley_MGP_0064.jpg
20130820_Gold_Stanley_MGP_0065.jpg
20130820_Gold_Stanley_MGP_0066.jpg
20130820_Gold_Stanley_MGP_0067.jpg
20130820_Gold_Stanley_MGP_0068.jpg
20130820_Gold_Stanley_MGP_0069.jpg
20130820_Gold_Stanley_MGP_0070.jpg
20130820_Gold_Stanley_MGP_0071.jpg
20130820_Gold_Stanley_MGP_0072.jpg
20130820_Gold_Stanley_MGP_0073.jpg
20130820_Gold_Stanley_MGP_0074.jpg
20130820_Gold_Stanley_MGP_0075.jpg
20130820_Gold_Stanley_MGP_0076.jpg
20130820_Gold_Stanley_MGP_0077.jpg
20130820_Gold_Stanley_MGP_0078.jpg
20130820_Gold_Stanley_MGP_0079.jpg
20130820_Gold_Stanley_MGP_0080.jpg
20130820_Gold_Stanley_MGP_0082.jpg
20130820_Gold_Stanley_MGP_0083.jpg

20130820_Gold_Stanley_MGP_0084.jpg
20130820_Gold_Stanley_MGP_0085.jpg
20130820_Gold_Stanley_MGP_0086.jpg
20130820_Gold_Stanley_MGP_0087.jpg
20130820_Gold_Stanley_MGP_0088.jpg
20130820_Gold_Stanley_MGP_0089.jpg
20130820_Gold_Stanley_MGP_0090.jpg
20130820_Gold_Stanley_MGP_0091.jpg
20130820_Gold_Stanley_MGP_0092.jpg
20130820_Gold_Stanley_MGP_0093.jpg
20130820_Gold_Stanley_MGP_0094.jpg
20130820_Gold_Stanley_MGP_0095.jpg
20130820_Gold_Stanley_MGP_0096.jpg
20130820_Gold_Stanley_MGP_0097.jpg
20130820_Gold_Stanley_MGP_0098.jpg
20130820_Gold_Stanley_MGP_0099.jpg
20130820_Gold_Stanley_MGP_0100.jpg
20130820_Gold_Stanley_MGP_0101.jpg
20130820_Gold_Stanley_MGP_0102.jpg
20130820_Gold_Stanley_MGP_0103.jpg
20130820_Gold_Stanley_MGP_0104.jpg
20130820_Gold_Stanley_MGP_0105.jpg
20130820_Gold_Stanley_MGP_0106.jpg
20130820_Gold_Stanley_MGP_0107.jpg
20130820_Gold_Stanley_MGP_0108.jpg
20130820_Gold_Stanley_MGP_0109.jpg
20130820_Gold_Stanley_MGP_0110.jpg
20130820_Gold_Stanley_MGP_0111.jpg
20130820_Gold_Stanley_MGP_0112.jpg
20130820_Gold_Stanley_MGP_0113.jpg
20130820_Gold_Stanley_MGP_0114.jpg
20130820_Gold_Stanley_MGP_0115.jpg
20130820_Gold_Stanley_MGP_0116.jpg
20130820_Gold_Stanley_MGP_0117.jpg
20130820_Gold_Stanley_MGP_0118.jpg
20130820_Gold_Stanley_MGP_0119.jpg
20130820_Gold_Stanley_MGP_0120.jpg
20130820_Gold_Stanley_MGP_0121.jpg
20130820_Gold_Stanley_MGP_0122.jpg
20130820_Gold_Stanley_MGP_0123.jpg
20130820_Gold_Stanley_MGP_0124.jpg
20130820_Gold_Stanley_MGP_0125.jpg
20130820_Gold_Stanley_MGP_0126.jpg
20130820_Gold_Stanley_MGP_0127.jpg
20130820_Gold_Stanley_MGP_0128.jpg
20130820_Gold_Stanley_MGP_0129.jpg
20130820_Gold_Stanley_MGP_0130.jpg
20130820_Gold_Stanley_MGP_0131.jpg
20130820_Gold_Stanley_MGP_0132.jpg
20130820_Gold_Stanley_MGP_0133.jpg
20130820_Gold_Stanley_MGP_0134.jpg
```

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:    Sunday, December 22, 2013 at 4:29:16 PM

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 20)

20130827_Campos_Vitorino_MGP_0331.jpg
20130827_Campos_Vitorino_MGP_0332.jpg
20130827_Campos_Vitorino_MGP_0333.jpg
20130827_Campos_Vitorino_MGP_0334.jpg
20130827_Campos_Vitorino_MGP_0335.jpg
20130827_Campos_Vitorino_MGP_0336.jpg
20130827_Campos_Vitorino_MGP_0337.jpg
20130827_Campos_Vitorino_MGP_0338.jpg
20130827_Campos_Vitorino_MGP_0339.jpg
20130827_Campos_Vitorino_MGP_0340.jpg
20130827_Campos_Vitorino_MGP_0341.jpg
20130827_Campos_Vitorino_MGP_0342.jpg
20130827_Campos_Vitorino_MGP_0343.jpg
20130827_Campos_Vitorino_MGP_0344.jpg
20130827_Campos_Vitorino_MGP_0345.jpg
20130827_Campos_Vitorino_MGP_0346.jpg
20130827_Campos_Vitorino_MGP_0347.jpg
20130827_Campos_Vitorino_MGP_0348.jpg
20130827_Campos_Vitorino_MGP_0349.jpg
20130827_Campos_Vitorino_MGP_0350.jpg
20130827_Campos_Vitorino_MGP_0351.jpg
20130827_Campos_Vitorino_MGP_0352.jpg
20130827_Campos_Vitorino_MGP_0353.jpg
20130827_Campos_Vitorino_MGP_0354.jpg
20130827_Campos_Vitorino_MGP_0355.jpg
20130827_Campos_Vitorino_MGP_0356.jpg
20130827_Campos_Vitorino_MGP_0357.jpg
20130827_Campos_Vitorino_MGP_0358.jpg
20130827_Campos_Vitorino_MGP_0359.jpg
20130827_Campos_Vitorino_MGP_0360.jpg
20130827_Campos_Vitorino_MGP_0361.jpg
20130827_Campos_Vitorino_MGP_0362.jpg
20130827_Campos_Vitorino_MGP_0363.jpg
20130827_Campos_Vitorino_MGP_0364.jpg
20130827_Campos_Vitorino_MGP_0365.jpg
20130827_Campos_Vitorino_MGP_0366.jpg
20130827_Campos_Vitorino_MGP_0367.jpg
20130827_Campos_Vitorino_MGP_0368.jpg
20130827_Campos_Vitorino_MGP_0369.jpg
20130827_Campos_Vitorino_MGP_0370.jpg
20130827_Campos_Vitorino_MGP_0371.jpg
20130827_Campos_Vitorino_MGP_0372.jpg
20130827_Campos_Vitorino_MGP_0373.jpg
20130827_Campos_Vitorino_MGP_0374.jpg
20130827_Campos_Vitorino_MGP_0375.jpg
20130827_Campos_Vitorino_MGP_0376.jpg
20130827_Campos_Vitorino_MGP_0377.jpg
20130827_Campos_Vitorino_MGP_0378.jpg
20130827_Campos_Vitorino_MGP_0379.jpg
20130827_Campos_Vitorino_MGP_0380.jpg
20130827_Campos_Vitorino_MGP_0381.jpg
20130827_Campos_Vitorino_MGP_0382.jpg
20130827_Campos_Vitorino_MGP_0383.jpg
20130827_Campos_Vitorino_MGP_0384.jpg
20130827_Campos_Vitorino_MGP_0385.jpg
20130827_Campos_Vitorino_MGP_0386.jpg
20130827_Campos_Vitorino_MGP_0387.jpg
20130827_Campos_Vitorino_MGP_0388.jpg
20130827_Campos_Vitorino_MGP_0389.jpg
20130827_Campos_Vitorino_MGP_0390.jpg
20130827_Campos_Vitorino_MGP_0391.jpg
20130827_Campos_Vitorino_MGP_0392.jpg
20130827_Campos_Vitorino_MGP_0393.jpg
20130827_Campos_Vitorino_MGP_0394.jpg
20130827_Campos_Vitorino_MGP_0395.jpg
20130827_Campos_Vitorino_MGP_0396.jpg
20130827_Campos_Vitorino_MGP_0397.jpg
20130827_Campos_Vitorino_MGP_0398.jpg
20130827_Campos_Vitorino_MGP_0399.jpg
20130827_Campos_Vitorino_MGP_0400.jpg
20130827_Campos_Vitorino_MGP_0401.jpg
20130827_Campos_Vitorino_MGP_0402.jpg
20130827_Campos_Vitorino_MGP_0403.jpg
20130827_Campos_Vitorino_MGP_0404.jpg
20130827_Campos_Vitorino_MGP_0405.jpg
20130827_Campos_Vitorino_MGP_0406.jpg
20130827_Campos_Vitorino_MGP_0407.jpg
20130827_Campos_Vitorino_MGP_0408.jpg
20130827_Campos_Vitorino_MGP_0409.jpg
20130827_Campos_Vitorino_MGP_0410.jpg
20130827_Campos_Vitorino_MGP_0411.jpg
20130827_Campos_Vitorino_MGP_0412.jpg
20130827_Campos_Vitorino_MGP_0413.jpg
20130827_Campos_Vitorino_MGP_0414.jpg
20130827_Campos_Vitorino_MGP_0415.jpg
20130827_Campos_Vitorino_MGP_0416.jpg
20130827_Campos_Vitorino_MGP_0417.jpg
20130827_Campos_Vitorino_MGP_0418.jpg
20130827_Campos_Vitorino_MGP_0419.jpg
20130827_Campos_Vitorino_MGP_0420.jpg
20130827_Campos_Vitorino_MGP_0421.jpg
20130827_Campos_Vitorino_MGP_0422.jpg
20130827_Campos_Vitorino_MGP_0423.jpg
20130827_Campos_Vitorino_MGP_0424.jpg
20130827_Campos_Vitorino_MGP_0425.jpg
20130827_Campos_Vitorino_MGP_0426.jpg
20130827_Campos_Vitorino_MGP_0427.jpg
20130827_Campos_Vitorino_MGP_0428.jpg
20130827_Campos_Vitorino_MGP_0429.jpg
20130827_Campos_Vitorino_MGP_0430.jpg
20130827_Campos_Vitorino_MGP_0431.jpg
20130827_Campos_Vitorino_MGP_0432.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 19)

20130827_Campos_Vitorino_MGP_0228.jpg
20130827_Campos_Vitorino_MGP_0229.jpg
20130827_Campos_Vitorino_MGP_0230.jpg
20130827_Campos_Vitorino_MGP_0231.jpg
20130827_Campos_Vitorino_MGP_0232.jpg
20130827_Campos_Vitorino_MGP_0233.jpg
20130827_Campos_Vitorino_MGP_0234.jpg
20130827_Campos_Vitorino_MGP_0235.jpg
20130827_Campos_Vitorino_MGP_0236.jpg
20130827_Campos_Vitorino_MGP_0237.jpg
20130827_Campos_Vitorino_MGP_0238.jpg
20130827_Campos_Vitorino_MGP_0239.jpg
20130827_Campos_Vitorino_MGP_0240.jpg
20130827_Campos_Vitorino_MGP_0241.jpg
20130827_Campos_Vitorino_MGP_0242.jpg
20130827_Campos_Vitorino_MGP_0243.jpg
20130827_Campos_Vitorino_MGP_0244.jpg
20130827_Campos_Vitorino_MGP_0245.jpg
20130827_Campos_Vitorino_MGP_0246.jpg
20130827_Campos_Vitorino_MGP_0247.jpg
20130827_Campos_Vitorino_MGP_0248.jpg
20130827_Campos_Vitorino_MGP_0249.jpg
20130827_Campos_Vitorino_MGP_0250.jpg
20130827_Campos_Vitorino_MGP_0251.jpg
20130827_Campos_Vitorino_MGP_0252.jpg
20130827_Campos_Vitorino_MGP_0253.jpg
20130827_Campos_Vitorino_MGP_0254.jpg
20130827_Campos_Vitorino_MGP_0255.jpg
20130827_Campos_Vitorino_MGP_0256.jpg
20130827_Campos_Vitorino_MGP_0257.jpg
20130827_Campos_Vitorino_MGP_0258.jpg
20130827_Campos_Vitorino_MGP_0259.jpg
20130827_Campos_Vitorino_MGP_0260.jpg
20130827_Campos_Vitorino_MGP_0261.jpg
20130827_Campos_Vitorino_MGP_0262.jpg
20130827_Campos_Vitorino_MGP_0263.jpg
20130827_Campos_Vitorino_MGP_0264.jpg
20130827_Campos_Vitorino_MGP_0265.jpg
20130827_Campos_Vitorino_MGP_0266.jpg
20130827_Campos_Vitorino_MGP_0267.jpg
20130827_Campos_Vitorino_MGP_0268.jpg
20130827_Campos_Vitorino_MGP_0269.jpg
20130827_Campos_Vitorino_MGP_0270.jpg
20130827_Campos_Vitorino_MGP_0271.jpg
20130827_Campos_Vitorino_MGP_0272.jpg
20130827_Campos_Vitorino_MGP_0273.jpg
20130827_Campos_Vitorino_MGP_0274.jpg
20130827_Campos_Vitorino_MGP_0275.jpg
20130827_Campos_Vitorino_MGP_0276.jpg
20130827_Campos_Vitorino_MGP_0277.jpg
20130827_Campos_Vitorino_MGP_0278.jpg
20130827_Campos_Vitorino_MGP_0279.jpg
20130827_Campos_Vitorino_MGP_0280.jpg
20130827_Campos_Vitorino_MGP_0281.jpg
20130827_Campos_Vitorino_MGP_0282.jpg
20130827_Campos_Vitorino_MGP_0283.jpg
20130827_Campos_Vitorino_MGP_0284.jpg
20130827_Campos_Vitorino_MGP_0285.jpg
20130827_Campos_Vitorino_MGP_0286.jpg
20130827_Campos_Vitorino_MGP_0287.jpg
20130827_Campos_Vitorino_MGP_0288.jpg
20130827_Campos_Vitorino_MGP_0289.jpg
20130827_Campos_Vitorino_MGP_0290.jpg
20130827_Campos_Vitorino_MGP_0291.jpg
20130827_Campos_Vitorino_MGP_0292.jpg
20130827_Campos_Vitorino_MGP_0293.jpg
20130827_Campos_Vitorino_MGP_0294.jpg
20130827_Campos_Vitorino_MGP_0295.jpg
20130827_Campos_Vitorino_MGP_0296.jpg
20130827_Campos_Vitorino_MGP_0298.jpg
20130827_Campos_Vitorino_MGP_0299.jpg
20130827_Campos_Vitorino_MGP_0300.jpg
20130827_Campos_Vitorino_MGP_0301.jpg
20130827_Campos_Vitorino_MGP_0302.jpg
20130827_Campos_Vitorino_MGP_0303.jpg
20130827_Campos_Vitorino_MGP_0304.jpg
20130827_Campos_Vitorino_MGP_0305.jpg
20130827_Campos_Vitorino_MGP_0306.jpg
20130827_Campos_Vitorino_MGP_0307.jpg
20130827_Campos_Vitorino_MGP_0308.jpg
20130827_Campos_Vitorino_MGP_0309.jpg
20130827_Campos_Vitorino_MGP_0310.jpg
20130827_Campos_Vitorino_MGP_0311.jpg
20130827_Campos_Vitorino_MGP_0312.jpg
20130827_Campos_Vitorino_MGP_0313.jpg
20130827_Campos_Vitorino_MGP_0314.jpg
20130827_Campos_Vitorino_MGP_0315.jpg
20130827_Campos_Vitorino_MGP_0316.jpg
20130827_Campos_Vitorino_MGP_0317.jpg
20130827_Campos_Vitorino_MGP_0318.jpg
20130827_Campos_Vitorino_MGP_0319.jpg
20130827_Campos_Vitorino_MGP_0320.jpg
20130827_Campos_Vitorino_MGP_0321.jpg
20130827_Campos_Vitorino_MGP_0322.jpg
20130827_Campos_Vitorino_MGP_0323.jpg
20130827_Campos_Vitorino_MGP_0324.jpg
20130827_Campos_Vitorino_MGP_0325.jpg
20130827_Campos_Vitorino_MGP_0326.jpg
20130827_Campos_Vitorino_MGP_0327.jpg
20130827_Campos_Vitorino_MGP_0328.jpg
20130827_Campos_Vitorino_MGP_0329.jpg
20130827_Campos_Vitorino_MGP_0330.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 22)

20130827_Herrchcovitch_Alexandre_MGP_0070.jpg
20130827_Herrchcovitch_Alexandre_MGP_0071.jpg
20130827_Herrchcovitch_Alexandre_MGP_0072.jpg
20130827_Herrchcovitch_Alexandre_MGP_0073.jpg
20130827_Herrchcovitch_Alexandre_MGP_0074.jpg
20130827_Herrchcovitch_Alexandre_MGP_0075.jpg
20130827_Herrchcovitch_Alexandre_MGP_0076.jpg
20130827_Herrchcovitch_Alexandre_MGP_0077.jpg
20130827_Herrchcovitch_Alexandre_MGP_0078.jpg
20130827_Herrchcovitch_Alexandre_MGP_0079.jpg
20130827_Herrchcovitch_Alexandre_MGP_0080.jpg
20130827_Herrchcovitch_Alexandre_MGP_0081.jpg
20130827_Herrchcovitch_Alexandre_MGP_0082.jpg
20130827_Herrchcovitch_Alexandre_MGP_0083.jpg
20130827_Herrchcovitch_Alexandre_MGP_0084.jpg
20130827_Herrchcovitch_Alexandre_MGP_0085.jpg
20130827_Herrchcovitch_Alexandre_MGP_0086.jpg
20130827_Herrchcovitch_Alexandre_MGP_0087.jpg
20130827_Herrchcovitch_Alexandre_MGP_0088.jpg
20130827_Herrchcovitch_Alexandre_MGP_0089.jpg
20130827_Herrchcovitch_Alexandre_MGP_0090.jpg
20130827_Herrchcovitch_Alexandre_MGP_0091.jpg
20130827_Herrchcovitch_Alexandre_MGP_0092.jpg
20130827_Herrchcovitch_Alexandre_MGP_0093.jpg
20130827_Herrchcovitch_Alexandre_MGP_0094.jpg
20130827_Herrchcovitch_Alexandre_MGP_0095.jpg
20130827_Herrchcovitch_Alexandre_MGP_0096.jpg
20130827_Herrchcovitch_Alexandre_MGP_0097.jpg
20130827_Herrchcovitch_Alexandre_MGP_0098.jpg
20130827_Herrchcovitch_Alexandre_MGP_0099.jpg
20130827_Herrchcovitch_Alexandre_MGP_0100.jpg
20130827_Herrchcovitch_Alexandre_MGP_0101.jpg
20130827_Herrchcovitch_Alexandre_MGP_0102.jpg
20130827_Herrchcovitch_Alexandre_MGP_0103.jpg
20130827_Herrchcovitch_Alexandre_MGP_0104.jpg
20130827_Herrchcovitch_Alexandre_MGP_0105.jpg
20130827_Herrchcovitch_Alexandre_MGP_0106.jpg
20130827_Herrchcovitch_Alexandre_MGP_0107.jpg
20130827_Herrchcovitch_Alexandre_MGP_0108.jpg
20130827_Herrchcovitch_Alexandre_MGP_0109.jpg
20130827_Herrchcovitch_Alexandre_MGP_0110.jpg
20130827_Herrchcovitch_Alexandre_MGP_0111.jpg
20130827_Herrchcovitch_Alexandre_MGP_0112.jpg
20130827_Herrchcovitch_Alexandre_MGP_0113.jpg
20130827_Herrchcovitch_Alexandre_MGP_0114.jpg
20130827_Herrchcovitch_Alexandre_MGP_0115.jpg
20130827_Herrchcovitch_Alexandre_MGP_0116.jpg
20130827_Herrchcovitch_Alexandre_MGP_0117.jpg
20130827_Herrchcovitch_Alexandre_MGP_0118.jpg
20130827_Herrchcovitch_Alexandre_MGP_0119.jpg
20130827_Herrchcovitch_Alexandre_MGP_0120.jpg
20130827_Herrchcovitch_Alexandre_MGP_0121.jpg
20130827_Herrchcovitch_Alexandre_MGP_0122.jpg
20130827_Herrchcovitch_Alexandre_MGP_0123.jpg
20130827_Herrchcovitch_Alexandre_MGP_0124.jpg
20130827_Herrchcovitch_Alexandre_MGP_0125.jpg
20130827_Herrchcovitch_Alexandre_MGP_0126.jpg
20130827_Herrchcovitch_Alexandre_MGP_0127.jpg
20130827_Herrchcovitch_Alexandre_MGP_0128.jpg
20130827_Herrchcovitch_Alexandre_MGP_0129.jpg
20130827_Herrchcovitch_Alexandre_MGP_0130.jpg
20130827_Herrchcovitch_Alexandre_MGP_0131.jpg
20130827_Herrchcovitch_Alexandre_MGP_0132.jpg
20130827_Herrchcovitch_Alexandre_MGP_0133.jpg
20130827_Herrchcovitch_Alexandre_MGP_0134.jpg
20130827_Herrchcovitch_Alexandre_MGP_0135.jpg
20130827_Herrchcovitch_Alexandre_MGP_0136.jpg
20130827_Herrchcovitch_Alexandre_MGP_0137.jpg
20130827_Herrchcovitch_Alexandre_MGP_0138.jpg
20130827_Herrchcovitch_Alexandre_MGP_0139.jpg
20130827_Herrchcovitch_Alexandre_MGP_0140.jpg
20130827_Herrchcovitch_Alexandre_MGP_0141.jpg
20130827_Herrchcovitch_Alexandre_MGP_0142.jpg
20130827_Herrchcovitch_Alexandre_MGP_0143.jpg
20130827_Herrchcovitch_Alexandre_MGP_0144.jpg
20130827_Herrchcovitch_Alexandre_MGP_0145.jpg
20130827_Herrchcovitch_Alexandre_MGP_0146.jpg
20130827_Herrchcovitch_Alexandre_MGP_0147.jpg
20130827_Herrchcovitch_Alexandre_MGP_0148.jpg
20130827_Herrchcovitch_Alexandre_MGP_0149.jpg
20130827_Herrchcovitch_Alexandre_MGP_0150.jpg
20130827_Herrchcovitch_Alexandre_MGP_0151.jpg
20130827_Herrchcovitch_Alexandre_MGP_0152.jpg
20130827_Herrchcovitch_Alexandre_MGP_0153.jpg
20130827_Herrchcovitch_Alexandre_MGP_0154.jpg
20130827_Herrchcovitch_Alexandre_MGP_0155.jpg
20130827_Herrchcovitch_Alexandre_MGP_0156.jpg
20130827_Herrchcovitch_Alexandre_MGP_0158.jpg
20130827_Herrchcovitch_Alexandre_MGP_0159.jpg
20130827_Miele_Carlos_MGP
20130827_Miele_Carlos_MGP_0489.jpg
20130827_Miele_Carlos_MGP_0490.jpg
20130827_Miele_Carlos_MGP_0491.jpg
20130827_Miele_Carlos_MGP_0492.jpg
20130827_Miele_Carlos_MGP_0493.jpg
20130827_Miele_Carlos_MGP_0494.jpg
20130827_Miele_Carlos_MGP_0495.jpg
20130827_Miele_Carlos_MGP_0496.jpg
20130827_Miele_Carlos_MGP_0497.jpg
20130827_Miele_Carlos_MGP_0498.jpg
20130827_Miele_Carlos_MGP_0499.jpg
20130827_Miele_Carlos_MGP_0500.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 21)

20130827_Campos_Vitorino_MGP_0433.jpg
20130827_Campos_Vitorino_MGP_0434.jpg
20130827_Campos_Vitorino_MGP_0435.jpg
20130827_Campos_Vitorino_MGP_0436.jpg
20130827_Campos_Vitorino_MGP_0437.jpg
20130827_Campos_Vitorino_MGP_0438.jpg
20130827_Campos_Vitorino_MGP_0439.jpg
20130827_Campos_Vitorino_MGP_0440.jpg
20130827_Campos_Vitorino_MGP_0441.jpg
20130827_Campos_Vitorino_MGP_0442.jpg
20130827_Campos_Vitorino_MGP_0443.jpg
20130827_Campos_Vitorino_MGP_0444.jpg
20130827_Campos_Vitorino_MGP_0445.jpg
20130827_Campos_Vitorino_MGP_0446.jpg
20130827_Campos_Vitorino_MGP_0447.jpg
20130827_Campos_Vitorino_MGP_0448.jpg
20130827_Campos_Vitorino_MGP_0449.jpg
20130827_Campos_Vitorino_MGP_0450.jpg
20130827_Campos_Vitorino_MGP_0451.jpg
20130827_Campos_Vitorino_MGP_0452.jpg
20130827_Campos_Vitorino_MGP_0453.jpg
20130827_Campos_Vitorino_MGP_0454.jpg
20130827_Campos_Vitorino_MGP_0455.jpg
20130827_Campos_Vitorino_MGP_0456.jpg
20130827_Campos_Vitorino_MGP_0457.jpg
20130827_Campos_Vitorino_MGP_0458.jpg
20130827_Campos_Vitorino_MGP_0459.jpg
20130827_Campos_Vitorino_MGP_0460.jpg
20130827_Campos_Vitorino_MGP_0461.jpg
20130827_Campos_Vitorino_MGP_0462.jpg
20130827_Campos_Vitorino_MGP_0463.jpg
20130827_Campos_Vitorino_MGP_0464.jpg
20130827_Campos_Vitorino_MGP_0465.jpg
20130827_Campos_Vitorino_MGP_0466.jpg
20130827_Campos_Vitorino_MGP_0467.jpg
20130827_Campos_Vitorino_MGP_0468.jpg
20130827_Campos_Vitorino_MGP_0469.jpg
20130827_Campos_Vitorino_MGP_0470.jpg
20130827_Campos_Vitorino_MGP_0471.jpg
20130827_Campos_Vitorino_MGP_0472.jpg
20130827_Campos_Vitorino_MGP_0473.jpg
20130827_Campos_Vitorino_MGP_0474.jpg
20130827_Campos_Vitorino_MGP_0475.jpg
20130827_Campos_Vitorino_MGP_0476.jpg
20130827_Campos_Vitorino_MGP_0477.jpg
20130827_Campos_Vitorino_MGP_0478.jpg
20130827_Campos_Vitorino_MGP_0479.jpg
20130827_Campos_Vitorino_MGP_0480.jpg
20130827_Herchcovitch_Alexandre_MGP
20130827_Herchcovitch_Alexandre_MGP_0017.jpg
20130827_Herchcovitch_Alexandre_MGP_0018.jpg
20130827_Herrchcovitch_Alexandre_MGP_0019.jpg
20130827_Herrchcovitch_Alexandre_MGP_0020.jpg
20130827_Herrchcovitch_Alexandre_MGP_0021.jpg
20130827_Herrchcovitch_Alexandre_MGP_0022.jpg
20130827_Herrchcovitch_Alexandre_MGP_0023.jpg
20130827_Herrchcovitch_Alexandre_MGP_0024.jpg
20130827_Herrchcovitch_Alexandre_MGP_0025.jpg
20130827_Herrchcovitch_Alexandre_MGP_0026.jpg
20130827_Herrchcovitch_Alexandre_MGP_0027.jpg
20130827_Herrchcovitch_Alexandre_MGP_0028.jpg
20130827_Herrchcovitch_Alexandre_MGP_0029.jpg
20130827_Herrchcovitch_Alexandre_MGP_0030.jpg
20130827_Herrchcovitch_Alexandre_MGP_0031.jpg
20130827_Herrchcovitch_Alexandre_MGP_0032.jpg
20130827_Herrchcovitch_Alexandre_MGP_0033.jpg
20130827_Herrchcovitch_Alexandre_MGP_0034.jpg
20130827_Herrchcovitch_Alexandre_MGP_0035.jpg
20130827_Herrchcovitch_Alexandre_MGP_0036.jpg
20130827_Herrchcovitch_Alexandre_MGP_0037.jpg
20130827_Herrchcovitch_Alexandre_MGP_0038.jpg
20130827_Herrchcovitch_Alexandre_MGP_0039.jpg
20130827_Herrchcovitch_Alexandre_MGP_0040.jpg
20130827_Herrchcovitch_Alexandre_MGP_0041.jpg
20130827_Herrchcovitch_Alexandre_MGP_0042.jpg
20130827_Herrchcovitch_Alexandre_MGP_0043.jpg
20130827_Herrchcovitch_Alexandre_MGP_0044.jpg
20130827_Herrchcovitch_Alexandre_MGP_0045.jpg
20130827_Herrchcovitch_Alexandre_MGP_0046.jpg
20130827_Herrchcovitch_Alexandre_MGP_0047.jpg
20130827_Herrchcovitch_Alexandre_MGP_0048.jpg
20130827_Herrchcovitch_Alexandre_MGP_0049.jpg
20130827_Herrchcovitch_Alexandre_MGP_0050.jpg
20130827_Herrchcovitch_Alexandre_MGP_0051.jpg
20130827_Herrchcovitch_Alexandre_MGP_0052.jpg
20130827_Herrchcovitch_Alexandre_MGP_0053.jpg
20130827_Herrchcovitch_Alexandre_MGP_0054.jpg
20130827_Herrchcovitch_Alexandre_MGP_0055.jpg
20130827_Herrchcovitch_Alexandre_MGP_0056.jpg
20130827_Herrchcovitch_Alexandre_MGP_0057.jpg
20130827_Herrchcovitch_Alexandre_MGP_0058.jpg
20130827_Herrchcovitch_Alexandre_MGP_0059.jpg
20130827_Herrchcovitch_Alexandre_MGP_0060.jpg
20130827_Herrchcovitch_Alexandre_MGP_0061.jpg
20130827_Herrchcovitch_Alexandre_MGP_0062.jpg
20130827_Herrchcovitch_Alexandre_MGP_0063.jpg
20130827_Herrchcovitch_Alexandre_MGP_0064.jpg
20130827_Herrchcovitch_Alexandre_MGP_0065.jpg
20130827_Herrchcovitch_Alexandre_MGP_0066.jpg
20130827_Herrchcovitch_Alexandre_MGP_0067.jpg
20130827_Herrchcovitch_Alexandre_MGP_0068.jpg
20130827_Herrchcovitch_Alexandre_MGP_0069.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 24)

20130827_Miele_Carlos_MGP_0603.jpg
20130827_Miele_Carlos_MGP_0604.jpg
20130827_Miele_Carlos_MGP_0605.jpg
20130827_Miele_Carlos_MGP_0606.jpg
20130827_Miele_Carlos_MGP_0607.jpg
20130827_Miele_Carlos_MGP_0608.jpg
20130827_Miele_Carlos_MGP_0609.jpg
20130827_Miele_Carlos_MGP_0610.jpg
20130827_Miele_Carlos_MGP_0611.jpg
20130827_Miele_Carlos_MGP_0612.jpg
20130827_Miele_Carlos_MGP_0613.jpg
20130827_Miele_Carlos_MGP_0614.jpg
20130827_Miele_Carlos_MGP_0615.jpg
20130827_Miele_Carlos_MGP_0616.jpg
20130827_Miele_Carlos_MGP_0617.jpg
20130827_Miele_Carlos_MGP_0618.jpg
20130827_Miele_Carlos_MGP_0619.jpg
20130827_Miele_Carlos_MGP_0620.jpg
20130827_Miele_Carlos_MGP_0621.jpg
20130827_Miele_Carlos_MGP_0622.jpg
20130827_Miele_Carlos_MGP_0623.jpg
20130827_Miele_Carlos_MGP_0624.jpg
20130827_Miele_Carlos_MGP_0625.jpg
20130827_Miele_Carlos_MGP_0626.jpg
20130827_Miele_Carlos_MGP_0627.jpg
20130827_Miele_Carlos_MGP_0628.jpg
20130827_Miele_Carlos_MGP_0629.jpg
20130827_Miele_Carlos_MGP_0630.jpg
20130827_Miele_Carlos_MGP_0631.jpg
20130827_Miele_Carlos_MGP_0633.jpg
20130827_Miele_Carlos_MGP_0634.jpg
20130827_Miele_Carlos_MGP_0635.jpg
20130827_Miele_Carlos_MGP_0636.jpg
20130827_Miele_Carlos_MGP_0637.jpg
20130827_Miele_Carlos_MGP_0638.jpg
20130827_Miele_Carlos_MGP_0639.jpg
20130827_Miele_Carlos_MGP_0640.jpg
20130827_Miele_Carlos_MGP_0641.jpg
20130827_Miele_Carlos_MGP_0642.jpg
20130827_Miele_Carlos_MGP_0643.jpg
20130827_Miele_Carlos_MGP_0644.jpg
20130827_Miele_Carlos_MGP_0645.jpg
20130827_Miele_Carlos_MGP_0646.jpg
20130827_Miele_Carlos_MGP_0647.jpg
20130827_Miele_Carlos_MGP_0648.jpg
20130827_Miele_Carlos_MGP_0649.jpg
20130827_Miele_Carlos_MGP_0650.jpg
20130827_Miele_Carlos_MGP_0651.jpg
20130827_Miele_Carlos_MGP_0652.jpg
20130827_Miele_Carlos_MGP_0653.jpg
20130827_Miele_Carlos_MGP_0654.jpg

20130827_Miele_Carlos_MGP_0655.jpg
20130827_Miele_Carlos_MGP_0656.jpg
20130827_Miele_Carlos_MGP_0657.jpg
20130827_Miele_Carlos_MGP_0658.jpg
20130827_Miele_Carlos_MGP_0659.jpg
20130827_Miele_Carlos_MGP_0660.jpg
20130827_Miele_Carlos_MGP_0661.jpg
20130827_Miele_Carlos_MGP_0662.jpg
20130827_Miele_Carlos_MGP_0663.jpg
20130827_Miele_Carlos_MGP_0664.jpg
20130827_Miele_Carlos_MGP_0665.jpg
20130827_Miele_Carlos_MGP_0666.jpg
20130827_Miele_Carlos_MGP_0667.jpg
20130827_Miele_Carlos_MGP_0669.jpg
20130827_Miele_Carlos_MGP_0670.jpg
20130827_Miele_Carlos_MGP_0671.jpg
20130827_Miele_Carlos_MGP_0672.jpg
20130827_Miele_Carlos_MGP_0673.jpg
20130827_Miele_Carlos_MGP_0674.jpg
20130827_Miele_Carlos_MGP_0675.jpg
20130827_Miele_Carlos_MGP_0676.jpg
20130827_Miele_Carlos_MGP_0677.jpg
20130827_Miele_Carlos_MGP_0678.jpg
20130827_Miele_Carlos_MGP_0679.jpg
20130827_Miele_Carlos_MGP_0680.jpg
20130827_Miele_Carlos_MGP_0681.jpg
20130827_Miele_Carlos_MGP_0682.jpg
20130827_Miele_Carlos_MGP_0683.jpg
20130827_Miele_Carlos_MGP_0684.jpg
20130827_Miele_Carlos_MGP_0685.jpg
20130827_Miele_Carlos_MGP_0686.jpg
20130827_Miele_Carlos_MGP_0687.jpg
20130827_Miele_Carlos_MGP_0688.jpg
20130827_Miele_Carlos_MGP_0689.jpg
20130827_Miele_Carlos_MGP_0690.jpg
20130827_Miele_Carlos_MGP_0691.jpg
20130827_Miele_Carlos_MGP_0692.jpg
20130827_Miele_Carlos_MGP_0693.jpg
20130827_Miele_Carlos_MGP_0694.jpg
20130827_Miele_Carlos_MGP_0695.jpg
20130827_Miele_Carlos_MGP_0696.jpg
20130827_Miele_Carlos_MGP_0697.jpg
20130827_Miele_Carlos_MGP_0698.jpg
20130827_Miele_Carlos_MGP_0699.jpg
20130827_Miele_Carlos_MGP_0700.jpg
20130827_Miele_Carlos_MGP_0701.jpg
20130827_Miele_Carlos_MGP_0702.jpg
20130827_Miele_Carlos_MGP_0703.jpg
20130827_Miele_Carlos_MGP_0704.jpg
20130827_Miele_Carlos_MGP_0705.jpg
20130827_Miele_Carlos_MGP_0706.jpg

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:          Sunday, December 22, 2013 at 4:29:16 PM

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 23)

20130827_Miele_Carlos_MGP_0501.jpg
20130827_Miele_Carlos_MGP_0502.jpg
20130827_Miele_Carlos_MGP_0503.jpg
20130827_Miele_Carlos_MGP_0504.jpg
20130827_Miele_Carlos_MGP_0505.jpg
20130827_Miele_Carlos_MGP_0506.jpg
20130827_Miele_Carlos_MGP_0507.jpg
20130827_Miele_Carlos_MGP_0508.jpg
20130827_Miele_Carlos_MGP_0509.jpg
20130827_Miele_Carlos_MGP_0510.jpg
20130827_Miele_Carlos_MGP_0511.jpg
20130827_Miele_Carlos_MGP_0512.jpg
20130827_Miele_Carlos_MGP_0513.jpg
20130827_Miele_Carlos_MGP_0514.jpg
20130827_Miele_Carlos_MGP_0515.jpg
20130827_Miele_Carlos_MGP_0516.jpg
20130827_Miele_Carlos_MGP_0517.jpg
20130827_Miele_Carlos_MGP_0518.jpg
20130827_Miele_Carlos_MGP_0519.jpg
20130827_Miele_Carlos_MGP_0520.jpg
20130827_Miele_Carlos_MGP_0521.jpg
20130827_Miele_Carlos_MGP_0522.jpg
20130827_Miele_Carlos_MGP_0523.jpg
20130827_Miele_Carlos_MGP_0524.jpg
20130827_Miele_Carlos_MGP_0525.jpg
20130827_Miele_Carlos_MGP_0526.jpg
20130827_Miele_Carlos_MGP_0527.jpg
20130827_Miele_Carlos_MGP_0528.jpg
20130827_Miele_Carlos_MGP_0529.jpg
20130827_Miele_Carlos_MGP_0530.jpg
20130827_Miele_Carlos_MGP_0531.jpg
20130827_Miele_Carlos_MGP_0532.jpg
20130827_Miele_Carlos_MGP_0533.jpg
20130827_Miele_Carlos_MGP_0534.jpg
20130827_Miele_Carlos_MGP_0535.jpg
20130827_Miele_Carlos_MGP_0536.jpg
20130827_Miele_Carlos_MGP_0537.jpg
20130827_Miele_Carlos_MGP_0538.jpg
20130827_Miele_Carlos_MGP_0539.jpg
20130827_Miele_Carlos_MGP_0540.jpg
20130827_Miele_Carlos_MGP_0541.jpg
20130827_Miele_Carlos_MGP_0542.jpg
20130827_Miele_Carlos_MGP_0543.jpg
20130827_Miele_Carlos_MGP_0544.jpg
20130827_Miele_Carlos_MGP_0545.jpg
20130827_Miele_Carlos_MGP_0546.jpg
20130827_Miele_Carlos_MGP_0547.jpg
20130827_Miele_Carlos_MGP_0548.jpg
20130827_Miele_Carlos_MGP_0549.jpg
20130827_Miele_Carlos_MGP_0550.jpg
20130827_Miele_Carlos_MGP_0551.jpg

20130827_Miele_Carlos_MGP_0552.jpg
20130827_Miele_Carlos_MGP_0553.jpg
20130827_Miele_Carlos_MGP_0554.jpg
20130827_Miele_Carlos_MGP_0555.jpg
20130827_Miele_Carlos_MGP_0556.jpg
20130827_Miele_Carlos_MGP_0557.jpg
20130827_Miele_Carlos_MGP_0558.jpg
20130827_Miele_Carlos_MGP_0559.jpg
20130827_Miele_Carlos_MGP_0560.jpg
20130827_Miele_Carlos_MGP_0561.jpg
20130827_Miele_Carlos_MGP_0562.jpg
20130827_Miele_Carlos_MGP_0563.jpg
20130827_Miele_Carlos_MGP_0564.jpg
20130827_Miele_Carlos_MGP_0565.jpg
20130827_Miele_Carlos_MGP_0566.jpg
20130827_Miele_Carlos_MGP_0567.jpg
20130827_Miele_Carlos_MGP_0568.jpg
20130827_Miele_Carlos_MGP_0569.jpg
20130827_Miele_Carlos_MGP_0570.jpg
20130827_Miele_Carlos_MGP_0571.jpg
20130827_Miele_Carlos_MGP_0572.jpg
20130827_Miele_Carlos_MGP_0573.jpg
20130827_Miele_Carlos_MGP_0574.jpg
20130827_Miele_Carlos_MGP_0575.jpg
20130827_Miele_Carlos_MGP_0576.jpg
20130827_Miele_Carlos_MGP_0577.jpg
20130827_Miele_Carlos_MGP_0578.jpg
20130827_Miele_Carlos_MGP_0579.jpg
20130827_Miele_Carlos_MGP_0580.jpg
20130827_Miele_Carlos_MGP_0581.jpg
20130827_Miele_Carlos_MGP_0582.jpg
20130827_Miele_Carlos_MGP_0583.jpg
20130827_Miele_Carlos_MGP_0584.jpg
20130827_Miele_Carlos_MGP_0585.jpg
20130827_Miele_Carlos_MGP_0586.jpg
20130827_Miele_Carlos_MGP_0587.jpg
20130827_Miele_Carlos_MGP_0588.jpg
20130827_Miele_Carlos_MGP_0589.jpg
20130827_Miele_Carlos_MGP_0590.jpg
20130827_Miele_Carlos_MGP_0591.jpg
20130827_Miele_Carlos_MGP_0592.jpg
20130827_Miele_Carlos_MGP_0593.jpg
20130827_Miele_Carlos_MGP_0594.jpg
20130827_Miele_Carlos_MGP_0595.jpg
20130827_Miele_Carlos_MGP_0596.jpg
20130827_Miele_Carlos_MGP_0597.jpg
20130827_Miele_Carlos_MGP_0598.jpg
20130827_Miele_Carlos_MGP_0599.jpg
20130827_Miele_Carlos_MGP_0600.jpg
20130827_Miele_Carlos_MGP_0601.jpg
20130827_Miele_Carlos_MGP_0602.jpg

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:          Sunday, December 22, 2013 at 4:29:16 PM

20130829_Bozon_Adriana_MCP_0055.jpg
20130829_Bozon_Adriana_MCP_0056.jpg
20130829_Bozon_Adriana_MCP_0057.jpg
20130829_Bozon_Adriana_MCP_0058.jpg
20130829_Bozon_Adriana_MCP_0059.jpg
20130829_Bozon_Adriana_MCP_0060.jpg
20130829_Bozon_Adriana_MCP_0061.jpg
20130829_Bozon_Adriana_MCP_0062.jpg
20130829_Bozon_Adriana_MCP_0063.jpg
20130829_Bozon_Adriana_MCP_0064.jpg
20130829_Bozon_Adriana_MCP_0065.jpg
20130829_Bozon_Adriana_MCP_0066.jpg
20130829_Bozon_Adriana_MCP_0067.jpg
20130829_Bozon_Adriana_MCP_0068.jpg
20130829_Bozon_Adriana_MCP_0069.jpg
20130829_Bozon_Adriana_MCP_0070.jpg
20130829_Bozon_Adriana_MCP_0071.jpg
20130829_Bozon_Adriana_MCP_0072.jpg
20130829_Bozon_Adriana_MCP_0073.jpg
20130829_Bozon_Adriana_MCP_0074.jpg
20130829_Bozon_Adriana_MCP_0075.jpg
20130829_Bozon_Adriana_MCP_0076.jpg
20130829_Bozon_Adriana_MCP_0077.jpg
20130829_Bozon_Adriana_MCP_0078.jpg
20130829_Bozon_Adriana_MCP_0079.jpg
20130829_Bozon_Adriana_MCP_0080.jpg
20130829_Bozon_Adriana_MCP_0081.jpg
20130829_Bozon_Adriana_MCP_0082.jpg
20130829_Bozon_Adriana_MCP_0083.jpg
20130829_Bozon_Adriana_MCP_0084.jpg
20130829_Bozon_Adriana_MCP_0085.jpg
20130829_Bozon_Adriana_MCP_0086.jpg
20130829_Bozon_Adriana_MCP_0087.jpg
20130829_Bozon_Adriana_MCP_0088.jpg
20130829_Bozon_Adriana_MCP_0089.jpg
20130829_Bozon_Adriana_MCP_0090.jpg
20130829_Bozon_Adriana_MCP_0091.jpg
20130829_Bozon_Adriana_MCP_0092.jpg
20130829_Bozon_Adriana_MCP_0093.jpg
20130829_Bozon_Adriana_MCP_0094.jpg
20130829_Bozon_Adriana_MCP_0095.jpg
20130829_Bozon_Adriana_MCP_0096.jpg
20130829_Bozon_Adriana_MCP_0097.jpg
20130829_Bozon_Adriana_MCP_0098.jpg
20130829_Bozon_Adriana_MCP_0099.jpg
20130829_Bozon_Adriana_MCP_0100.jpg
20130829_Bozon_Adriana_MCP_0101.jpg
20130829_Bozon_Adriana_MCP_0102.jpg
20130829_Bozon_Adriana_MCP_0103.jpg
20130829_Bozon_Adriana_MCP_0104.jpg
20130829_Bozon_Adriana_MCP_0105.jpg

20130829_Bozon_Adriana_MCP_0105_COMP.jpg
20130829_Bozon_Adriana_MCP_0106.jpg
20130829_Bozon_Adriana_MCP_0108.jpg
20130829_Bozon_Adriana_MCP_0109.jpg
20130829_Bozon_Adriana_MCP_0110.jpg
20130829_Bozon_Adriana_MCP_0111.jpg
20130829_Bozon_Adriana_MCP_0112.jpg
20130829_Bozon_Adriana_MCP_0113.jpg
20130829_Bozon_Adriana_MCP_0114.jpg
20130829_Bozon_Adriana_MCP_0115.jpg
20130829_Bozon_Adriana_MCP_0116.jpg
20130829_Bozon_Adriana_MCP_0117.jpg
20130829_Bozon_Adriana_MCP_0118.jpg
20130829_Bozon_Adriana_MCP_0119.jpg
20130829_Bozon_Adriana_MCP_0120.jpg
20130829_Bozon_Adriana_MCP_0121.jpg
20130829_Bozon_Adriana_MCP_0122.jpg
20130829_Bozon_Adriana_MCP_0123.jpg
20130829_Bozon_Adriana_MCP_0124.jpg
20130829_Bozon_Adriana_MCP_0125.jpg
20130829_Bozon_Adriana_MCP_0126.jpg
20130829_Bozon_Adriana_MCP_0127.jpg
20130829_Bozon_Adriana_MCP_0128.jpg
20130829_Bozon_Adriana_MCP_0129.jpg
20130829_Bozon_Adriana_MCP_0130.jpg
20130829_Bozon_Adriana_MCP_0131.jpg
20130829_Bozon_Adriana_MCP_0132.jpg
20130829_Bozon_Adriana_MCP_0133.jpg
20130829_Bozon_Adriana_MCP_0134.jpg
20130829_Bozon_Adriana_MCP_0135.jpg
20130829_Bozon_Adriana_MCP_0136.jpg
20130829_Bozon_Adriana_MCP_0137.jpg
20130829_Bozon_Adriana_MCP_0138.jpg
20130829_Bozon_Adriana_MCP_0139.jpg
20130829_Bozon_Adriana_MCP_0140.jpg
20130829_Bozon_Adriana_MCP_0141.jpg
20130829_Bozon_Adriana_MCP_0142.jpg
20130829_Bozon_Adriana_MCP_0143.jpg
20130829_Bozon_Adriana_MCP_0144.jpg
20130829_Bozon_Adriana_MCP_0145.jpg
20130829_Bozon_Adriana_MCP_0146.jpg
20130829_Bozon_Adriana_MCP_0147.jpg
20130829_Bozon_Adriana_MCP_0148.jpg
20130829_Bozon_Adriana_MCP_0149.jpg
20130829_Bozon_Adriana_MCP_0150.jpg
20130829_Bozon_Adriana_MCP_0151.jpg
20130829_Bozon_Adriana_MCP_0152.jpg
20130829_Bozon_Adriana_MCP_0153.jpg
20130829_Bozon_Adriana_MCP_0154.jpg
20130829_Bozon_Adriana_MCP_0155.jpg
20130829_Bozon_Adriana_MCP_0156.jpg

20130827_Miele_Carlos_MCP_0707.jpg
20130827_Miele_Carlos_MCP_0708.jpg
20130827_Miele_Carlos_MCP_0709.jpg
20130827_Miele_Carlos_MCP_0710.jpg
20130827_Miele_Carlos_MCP_0711.jpg
20130827_Miele_Carlos_MCP_0712.jpg
20130827_Miele_Carlos_MCP_0713.jpg
20130827_Miele_Carlos_MCP_0714.jpg
20130827_Miele_Carlos_MCP_0715.jpg
20130827_Miele_Carlos_MCP_0716.jpg
20130827_Miele_Carlos_MCP_0717.jpg
20130827_Miele_Carlos_MCP_0718.jpg
20130827_Miele_Carlos_MCP_0719.jpg
20130827_Miele_Carlos_MCP_0720.jpg
20130827_Miele_Carlos_MCP_0721.jpg
20130827_Miele_Carlos_MCP_0722.jpg
20130827_Miele_Carlos_MCP_0723.jpg
20130827_Miele_Carlos_MCP_0724.jpg
20130827_Miele_Carlos_MCP_0725.jpg
20130827_Miele_Carlos_MCP_0726.jpg
20130827_Miele_Carlos_MCP_0727.jpg
20130827_Miele_Carlos_MCP_0728.jpg
20130827_Miele_Carlos_MCP_0729.jpg
20130827_Miele_Carlos_MCP_0730.jpg
20130827_Miele_Carlos_MCP_0732.jpg
20130827_Miele_Carlos_MCP_0733.jpg
20130827_Miele_Carlos_MCP_0734.jpg
20130827_Miele_Carlos_MCP_0735.jpg
20130827_Miele_Carlos_MCP_0736.jpg
20130827_Miele_Carlos_MCP_0737.jpg
20130827_Miele_Carlos_MCP_0738.jpg
20130827_Miele_Carlos_MCP_0739.jpg
20130827_Miele_Carlos_MCP_0740.jpg
20130827_Miele_Carlos_MCP_0741.jpg
20130827_Miele_Carlos_MCP_0742.jpg
20130827_Miele_Carlos_MCP_0743.jpg
20130827_Miele_Carlos_MCP_0744.jpg
20130827_Miele_Carlos_MCP_0745.jpg
20130827_Miele_Carlos_MCP_0746.jpg
20130827_Miele_Carlos_MCP_0747.jpg
20130827_Miele_Carlos_MCP_0748.jpg
20130827_Miele_Carlos_MCP_0749.jpg
20130827_Miele_Carlos_MCP_0750.jpg
20130827_Miele_Carlos_MCP_0751.jpg
20130827_Miele_Carlos_MCP_0752.jpg
20130827_Miele_Carlos_MCP_0753.jpg
20130827_Miele_Carlos_MCP_0754.jpg
20130829_Bozon_Adriana_MGP
20130829_Bozon_Adriana_MGP_0001.jpg
20130829_Bozon_Adriana_MGP_0002.jpg
20130829_Bozon_Adriana_MGP_0003.jpg

20130829_Bozon_Adriana_MGP_0004.jpg
20130829_Bozon_Adriana_MGP_0005.jpg
20130829_Bozon_Adriana_MGP_0006.jpg
20130829_Bozon_Adnata_MGP_0007.jpg
20130829_Bozon_Adriana_MGP_0008.jpg
20130829_Bozon_Adriana_MGP_0009.jpg
20130829_Bozon_Adriana_MGP_0010.jpg
20130829_Bozon_Adriana_MGP_0011.jpg
20130829_Bozon_Adriana_MGP_0012.jpg
20130829_Bozon_Adriana_MGP_0013.jpg
20130829_Bozon_Adriana_MGP_0014.jpg
20130829_Bozon_Adriana_MGP_0015.jpg
20130829_Bozon_Adriana_MGP_0016.jpg
20130829_Bozon_Adriana_MGP_0017.jpg
20130829_Bozon_Adriana_MGP_0018.jpg
20130829_Bozon_Adriana_MGP_0019.jpg
20130829_Bozon_Adriana_MGP_0020.jpg
20130829_Bozon_Adriana_MGP_0021.jpg
20130829_Bozon_Adriana_MGP_0022.jpg
20130829_Bozon_Adriana_MGP_0023.jpg
20130829_Bozon_Adriana_MGP_0024.jpg
20130829_Bozon_Adriana_MGP_0025.jpg
20130829_Bozon_Adriana_MGP_0026.jpg
20130829_Bozon_Adriana_MGP_0027.jpg
20130829_Bozon_Adriana_MGP_0028.jpg
20130829_Bozon_Adriana_MGP_0029.jpg
20130829_Bozon_Adriana_MGP_0030.jpg
20130829_Bozon_Adriana_MGP_0031.jpg
20130829_Bozon_Adriana_MGP_0032.jpg
20130829_Bozon_Adriana_MGP_0033.jpg
20130829_Bozon_Adriana_MGP_0034.jpg
20130829_Bozon_Adriana_MGP_0035.jpg
20130829_Bozon_Adriana_MGP_0036.jpg
20130829_Bozon_Adriana_MGP_0037.jpg
20130829_Bozon_Adriana_MGP_0038.jpg
20130829_Bozon_Adriana_MGP_0039.jpg
20130829_Bozon_Adriana_MGP_0040.jpg
20130829_Bozon_Adriana_MGP_0041.jpg
20130829_Bozon_Adriana_MGP_0042.jpg
20130829_Bozon_Adriana_MGP_0043.jpg
20130829_Bozon_Adriana_MGP_0044.jpg
20130829_Bozon_Adriana_MGP_0045.jpg
20130829_Bozon_Adriana_MGP_0046.jpg
20130829_Bozon_Adriana_MGP_0047.jpg
20130829_Bozon_Adriana_MGP_0048.jpg
20130829_Bozon_Adriana_MGP_0049.jpg
20130829_Bozon_Adriana_MGP_0050.jpg
20130829_Bozon_Adriana_MGP_0051.jpg
20130829_Bozon_Adriana_MGP_0052.jpg
20130829_Bozon_Adriana_MGP_0053.jpg
20130829_Bozon_Adriana_MGP_0054.jpg

20130829_Bozon_Adriana_MGP_0259.jpg
20130829_Bozon_Adriana_MGP_0260.jpg
20130829_Bozon_Adriana_MGP_0261.jpg
20130829_Bozon_Adriana_MGP_0262.jpg
20130829_Bozon_Adriana_MGP_0263.jpg
20130829_Bozon_Adriana_MGP_0264.jpg
20130829_Bozon_Adriana_MGP_0265.jpg
20130829_Bozon_Adriana_MGP_0266.jpg
20130829_Bozon_Adriana_MGP_0267.jpg
20130829_Bozon_Adriana_MGP_0268.jpg
20130829_Bozon_Adriana_MGP_0269.jpg
20130829_Bozon_Adriana_MGP_0270.jpg
20130829_Bozon_Adriana_MGP_0271.jpg
20130829_Bozon_Adriana_MGP_0272.jpg
20130829_Bozon_Adriana_MGP_0273.jpg
20130829_Bozon_Adriana_MGP_0274.jpg
20130829_Bozon_Adriana_MGP_0275.jpg
20130829_Bozon_Adriana_MGP_0276.jpg
20130829_Bozon_Adriana_MGP_0277.jpg
20130829_Bozon_Adriana_MGP_0278.jpg
20130829_Bozon_Adriana_MGP_0279.jpg
20130829_Bozon_Adriana_MGP_0280.jpg
20130829_Bozon_Adriana_MGP_0281.jpg
20130829_Bozon_Adriana_MGP_0282.jpg
20130829_Bozon_Adriana_MGP_0283.jpg
20130829_Bozon_Adriana_MGP_0284.jpg
20130829_Bozon_Adriana_MGP_0285.jpg
20130829_Bozon_Adriana_MGP_0286.jpg
20130829_Bozon_Adriana_MGP_0287.jpg
20130829_Bozon_Adriana_MGP_0288.jpg
20130829_Bozon_Adriana_MGP_0289.jpg
20130829_Bozon_Adriana_MGP_0290.jpg
20130829_Bozon_Adriana_MGP_0291.jpg
20130829_Bozon_Adriana_MGP_0292.jpg
20130829_Bozon_Adriana_MGP_0293.jpg
20130829_Bozon_Adriana_MGP_0294.jpg
20130829_Bozon_Adriana_MGP_0295.jpg
20130829_Bozon_Adriana_MGP_0296.jpg
20130829_Bozon_Adriana_MGP_0297.jpg
20130829_Bozon_Adriana_MGP_0298.jpg
20130829_Bozon_Adriana_MGP_0299.jpg
20130829_Bozon_Adriana_MGP_0300.jpg
20130829_Bozon_Adriana_MGP_0301.jpg
20130829_Bozon_Adriana_MGP_0302.jpg
20130829_Bozon_Adriana_MGP_0303.jpg
20130829_Bozon_Adriana_MGP_0304.jpg
20130829_Bozon_Adriana_MGP_0305.jpg
20130829_Bozon_Adriana_MGP_0306.jpg
20130829_Bozon_Adriana_MGP_0307.jpg
20130829_Bozon_Adriana_MGP_0308.jpg
20130829_Bozon_Adriana_MGP_0309.jpg
20130829_Bozon_Adriana_MGP_0310.jpg
20130829_Bozon_Adriana_MGP_0311.jpg
20130829_Bozon_Adriana_MGP_0312.jpg
20130829_Bozon_Adriana_MGP_0313.jpg
20130829_Bozon_Adriana_MGP_0314.jpg
20130829_Bozon_Adriana_MGP_0315.jpg
20130829_Bozon_Adriana_MGP_0316.jpg
**20130829_Iodice_Valdemar_MGP**
20130829_Iodice_Valdemar_MGP_1421.jpg
20130829_Iodice_Valdemar_MGP_1422.jpg
20130829_Iodice_Valdemar_MGP_1423.jpg
20130829_Iodice_Valdemar_MGP_1424.jpg
20130829_Iodice_Valdemar_MGP_1425.jpg
20130829_Iodice_Valdemar_MGP_1426.jpg
20130829_Iodice_Valdemar_MGP_1427.jpg
20130829_Iodice_Valdemar_MGP_1428.jpg
20130829_Iodice_Valdemar_MGP_1429.jpg
20130829_Iodice_Valdemar_MGP_1430.jpg
20130829_Iodice_Valdemar_MGP_1431.jpg
20130829_Iodice_Valdemar_MGP_1432.jpg
20130829_Iodice_Valdemar_MGP_1433.jpg
20130829_Iodice_Valdemar_MGP_1434.jpg
20130829_Iodice_Valdemar_MGP_1435.jpg
20130829_Iodice_Valdemar_MGP_1436.jpg
20130829_Iodice_Valdemar_MGP_1437.jpg
20130829_Iodice_Valdemar_MGP_1438.jpg
20130829_Iodice_Valdemar_MGP_1439.jpg
20130829_Iodice_Valdemar_MGP_1440.jpg
20130829_Iodice_Valdemar_MGP_1441.jpg
20130829_Iodice_Valdemar_MGP_1442.jpg
20130829_Iodice_Valdemar_MGP_1443.jpg
20130829_Iodice_Valdemar_MGP_1444.jpg
20130829_Iodice_Valdemar_MGP_1445.jpg
20130829_Iodice_Valdemar_MGP_1446.jpg
20130829_Iodice_Valdemar_MGP_1447.jpg
20130829_Iodice_Valdemar_MGP_1448.jpg
20130829_Iodice_Valdemar_MGP_1449.jpg
20130829_Iodice_Valdemar_MGP_1450.jpg
20130829_Iodice_Valdemar_MGP_1451.jpg
20130829_Iodice_Valdemar_MGP_1452.jpg
20130829_Iodice_Valdemar_MGP_1453.jpg
20130829_Iodice_Valdemar_MGP_1454.jpg
20130829_Iodice_Valdemar_MGP_1455.jpg
20130829_Iodice_Valdemar_MGP_1456.jpg
20130829_Iodice_Valdemar_MGP_1457.jpg
20130829_Iodice_Valdemar_MGP_1458.jpg
20130829_Iodice_Valdemar_MGP_1459.jpg
20130829_Iodice_Valdemar_MGP_1460.jpg
20130829_Iodice_Valdemar_MGP_1461.jpg
20130829_Iodice_Valdemar_MGP_1462.jpg
20130829_Iodice_Valdemar_MGP_1463.jpg

20130829_Bozon_Adriana_MGP_0157.jpg
20130829_Bozon_Adriana_MGP_0158.jpg
20130829_Bozon_Adriana_MGP_0159.jpg
20130829_Bozon_Adriana_MGP_0160.jpg
20130829_Bozon_Adriana_MGP_0161.jpg
20130829_Bozon_Adriana_MGP_0162.jpg
20130829_Bozon_Adriana_MGP_0163.jpg
20130829_Bozon_Adriana_MGP_0164.jpg
20130829_Bozon_Adriana_MGP_0165.jpg
20130829_Bozon_Adriana_MGP_0166.jpg
20130829_Bozon_Adriana_MGP_0167.jpg
20130829_Bozon_Adriana_MGP_0168.jpg
20130829_Bozon_Adriana_MGP_0169.jpg
20130829_Bozon_Adriana_MGP_0170.jpg
20130829_Bozon_Adriana_MGP_0171.jpg
20130829_Bozon_Adriana_MGP_0172.jpg
20130829_Bozon_Adriana_MGP_0173.jpg
20130829_Bozon_Adriana_MGP_0174.jpg
20130829_Bozon_Adriana_MGP_0175.jpg
20130829_Bozon_Adriana_MGP_0176.jpg
20130829_Bozon_Adriana_MGP_0177.jpg
20130829_Bozon_Adriana_MGP_0178.jpg
20130829_Bozon_Adriana_MGP_0179.jpg
20130829_Bozon_Adriana_MGP_0180.jpg
20130829_Bozon_Adriana_MGP_0181.jpg
20130829_Bozon_Adriana_MGP_0182.jpg
20130829_Bozon_Adriana_MGP_0183.jpg
20130829_Bozon_Adriana_MGP_0184.jpg
20130829_Bozon_Adriana_MGP_0185.jpg
20130829_Bozon_Adriana_MGP_0186.jpg
20130829_Bozon_Adriana_MGP_0187.jpg
20130829_Bozon_Adriana_MGP_0188.jpg
20130829_Bozon_Adriana_MGP_0189.jpg
20130829_Bozon_Adriana_MGP_0190.jpg
20130829_Bozon_Adriana_MGP_0191.jpg
20130829_Bozon_Adriana_MGP_0192.jpg
20130829_Bozon_Adriana_MGP_0193.jpg
20130829_Bozon_Adriana_MGP_0194.jpg
20130829_Bozon_Adriana_MGP_0195.jpg
20130829_Bozon_Adriana_MGP_0196.jpg
20130829_Bozon_Adriana_MGP_0197.jpg
20130829_Bozon_Adriana_MGP_0198.jpg
20130829_Bozon_Adriana_MGP_0199.jpg
20130829_Bozon_Adriana_MGP_0200.jpg
20130829_Bozon_Adriana_MGP_0201.jpg
20130829_Bozon_Adriana_MGP_0202.jpg
20130829_Bozon_Adriana_MGP_0203.jpg
20130829_Bozon_Adriana_MGP_0204.jpg
20130829_Bozon_Adriana_MGP_0205.jpg
20130829_Bozon_Adriana_MGP_0206.jpg
20130829_Bozon_Adriana_MGP_0207.jpg
20130829_Bozon_Adriana_MGP_0208.jpg
20130829_Bozon_Adriana_MGP_0209.jpg
20130829_Bozon_Adriana_MGP_0210.jpg
20130829_Bozon_Adriana_MGP_0211.jpg
20130829_Bozon_Adriana_MGP_0212.jpg
20130829_Bozon_Adriana_MGP_0213.jpg
20130829_Bozon_Adriana_MGP_0214.jpg
20130829_Bozon_Adriana_MGP_0215.jpg
20130829_Bozon_Adriana_MGP_0216.jpg
20130829_Bozon_Adriana_MGP_0217.jpg
20130829_Bozon_Adriana_MGP_0218.jpg
20130829_Bozon_Adriana_MGP_0219.jpg
20130829_Bozon_Adriana_MGP_0220.jpg
20130829_Bozon_Adriana_MGP_0221.jpg
20130829_Bozon_Adriana_MGP_0222.jpg
20130829_Bozon_Adriana_MGP_0223.jpg
20130829_Bozon_Adriana_MGP_0224.jpg
20130829_Bozon_Adriana_MGP_0225.jpg
20130829_Bozon_Adriana_MGP_0226.jpg
20130829_Bozon_Adriana_MGP_0227.jpg
20130829_Bozon_Adriana_MGP_0228.jpg
20130829_Bozon_Adriana_MGP_0229.jpg
20130829_Bozon_Adriana_MGP_0230.jpg
20130829_Bozon_Adriana_MGP_0231.jpg
20130829_Bozon_Adriana_MGP_0232.jpg
20130829_Bozon_Adriana_MGP_0233.jpg
20130829_Bozon_Adriana_MGP_0234.jpg
20130829_Bozon_Adriana_MGP_0235.jpg
20130829_Bozon_Adriana_MGP_0236.jpg
20130829_Bozon_Adriana_MGP_0237.jpg
20130829_Bozon_Adriana_MGP_0238.jpg
20130829_Bozon_Adriana_MGP_0239.jpg
20130829_Bozon_Adriana_MGP_0240.jpg
20130829_Bozon_Adriana_MGP_0241.jpg
20130829_Bozon_Adriana_MGP_0242.jpg
20130829_Bozon_Adriana_MGP_0243.jpg
20130829_Bozon_Adriana_MGP_0244.jpg
20130829_Bozon_Adriana_MGP_0245.jpg
20130829_Bozon_Adriana_MGP_0246.jpg
20130829_Bozon_Adriana_MGP_0247.jpg
20130829_Bozon_Adriana_MGP_0248.jpg
20130829_Bozon_Adriana_MGP_0249.jpg
20130829_Bozon_Adriana_MGP_0250.jpg
20130829_Bozon_Adriana_MGP_0251.jpg
20130829_Bozon_Adriana_MGP_0252.jpg
20130829_Bozon_Adriana_MGP_0253.jpg
20130829_Bozon_Adriana_MGP_0254.jpg
20130829_Bozon_Adriana_MGP_0255.jpg
20130829_Bozon_Adriana_MGP_0256.jpg
20130829_Bozon_Adriana_MGP_0257.jpg
20130829_Bozon_Adriana_MGP_0258.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 30)

20130829_Iodice_Valdemar_MGP_1566.jpg
20130829_Iodice_Valdemar_MGP_1567.jpg
20130829_Iodice_Valdemar_MGP_1568.jpg
20130829_Iodice_Valdemar_MGP_1569.jpg
20130829_Iodice_Valdemar_MGP_1570.jpg
20130829_Iodice_Valdemar_MGP_1571.jpg
20130829_Iodice_Valdemar_MGP_1572.jpg
20130829_Iodice_Valdemar_MGP_1573.jpg
20130829_Iodice_Valdemar_MGP_1574.jpg
20130829_Iodice_Valdemar_MGP_1575.jpg
20130829_Iodice_Valdemar_MGP_1576.jpg
20130829_Iodice_Valdemar_MGP_1577.jpg
20130829_Iodice_Valdemar_MGP_1578.jpg
20130829_Iodice_Valdemar_MGP_1579.jpg
20130829_Iodice_Valdemar_MGP_1580.jpg
20130829_Iodice_Valdemar_MGP_1581.jpg
20130829_Iodice_Valdemar_MGP_1582.jpg
20130829_Iodice_Valdemar_MGP_1583.jpg
20130829_Iodice_Valdemar_MGP_1584.jpg
20130829_Iodice_Valdemar_MGP_1585.jpg
20130829_Iodice_Valdemar_MGP_1586.jpg
20130829_Iodice_Valdemar_MGP_1587.jpg
20130829_Iodice_Valdemar_MGP_1588.jpg
20130829_Iodice_Valdemar_MGP_1589.jpg
20130829_Iodice_Valdemar_MGP_1590.jpg
20130829_Iodice_Valdemar_MGP_1591.jpg
20130829_Iodice_Valdemar_MGP_1592.jpg
20130829_Iodice_Valdemar_MGP_1593.jpg
20130829_Iodice_Valdemar_MGP_1594.jpg
20130829_Iodice_Valdemar_MGP_1595.jpg
20130829_Iodice_Valdemar_MGP_1596.jpg
20130829_Iodice_Valdemar_MGP_1597.jpg
20130829_Iodice_Valdemar_MGP_1598.jpg
20130829_Iodice_Valdemar_MGP_1599.jpg
20130829_Iodice_Valdemar_MGP_1600.jpg
20130829_Iodice_Valdemar_MGP_1601.jpg
20130829_Iodice_Valdemar_MGP_1602.jpg
20130829_Iodice_Valdemar_MGP_1603.jpg
20130829_Iodice_Valdemar_MGP_1604.jpg
20130829_Iodice_Valdemar_MGP_1605.jpg
20130829_Iodice_Valdemar_MGP_1606.jpg
20130829_Iodice_Valdemar_MGP_1607.jpg
20130829_Iodice_Valdemar_MGP_1608.jpg
20130829_Iodice_Valdemar_MGP_1609.jpg
20130829_Iodice_Valdemar_MGP_1610.jpg
20130829_Iodice_Valdemar_MGP_1611.jpg
20130829_Iodice_Valdemar_MGP_1612.jpg
20130829_Iodice_Valdemar_MGP_1613.jpg
**20130829_Lourenco_Reinaldo_MGP**
20130829_Lourenco_Reinaldo_MGP_0758.jpg
20130829_Lourenco_Reinaldo_MGP_0759.jpg

20130829_Lourenco_Reinaldo_MGP_0760.jpg
20130829_Lourenco_Reinaldo_MGP_0761.jpg
20130829_Lourenco_Reinaldo_MGP_0762.jpg
20130829_Lourenco_Reinaldo_MGP_0763.jpg
20130829_Lourenco_Reinaldo_MGP_0764.jpg
20130829_Lourenco_Reinaldo_MGP_0765.jpg
20130829_Lourenco_Reinaldo_MGP_0766.jpg
20130829_Lourenco_Reinaldo_MGP_0767.jpg
20130829_Lourenco_Reinaldo_MGP_0768.jpg
20130829_Lourenco_Reinaldo_MGP_0769.jpg
20130829_Lourenco_Reinaldo_MGP_0770.jpg
20130829_Lourenco_Reinaldo_MGP_0771.jpg
20130829_Lourenco_Reinaldo_MGP_0772.jpg
20130829_Lourenco_Reinaldo_MGP_0773.jpg
20130829_Lourenco_Reinaldo_MGP_0774.jpg
20130829_Lourenco_Reinaldo_MGP_0775.jpg
20130829_Lourenco_Reinaldo_MGP_0776.jpg
20130829_Lourenco_Reinaldo_MGP_0777.jpg
20130829_Lourenco_Reinaldo_MGP_0778.jpg
20130829_Lourenco_Reinaldo_MGP_0779.jpg
20130829_Lourenco_Reinaldo_MGP_0780.jpg
20130829_Lourenco_Reinaldo_MGP_0781.jpg
20130829_Lourenco_Reinaldo_MGP_0782.jpg
20130829_Lourenco_Reinaldo_MGP_0783.jpg
20130829_Lourenco_Reinaldo_MGP_0784.jpg
20130829_Lourenco_Reinaldo_MGP_0785.jpg
20130829_Lourenco_Reinaldo_MGP_0786.jpg
20130829_Lourenco_Reinaldo_MGP_0787.jpg
20130829_Lourenco_Reinaldo_MGP_0788.jpg
20130829_Lourenco_Reinaldo_MGP_0789.jpg
20130829_Lourenco_Reinaldo_MGP_0790.jpg
20130829_Lourenco_Reinaldo_MGP_0791.jpg
20130829_Lourenco_Reinaldo_MGP_0792.jpg
20130829_Lourenco_Reinaldo_MGP_0793.jpg
20130829_Lourenco_Reinaldo_MGP_0794.jpg
20130829_Lourenco_Reinaldo_MGP_0795.jpg
20130829_Lourenco_Reinaldo_MGP_0796.jpg
20130829_Lourenco_Reinaldo_MGP_0797.jpg
20130829_Lourenco_Reinaldo_MGP_0798.jpg
20130829_Lourenco_Reinaldo_MGP_0799.jpg
20130829_Lourenco_Reinaldo_MGP_0800.jpg
20130829_Lourenco_Reinaldo_MGP_0801.jpg
20130829_Lourenco_Reinaldo_MGP_0802.jpg
20130829_Lourenco_Reinaldo_MGP_0803.jpg
20130829_Lourenco_Reinaldo_MGP_0804.jpg
20130829_Lourenco_Reinaldo_MGP_0805.jpg
20130829_Lourenco_Reinaldo_MGP_0806.jpg
20130829_Lourenco_Reinaldo_MGP_0807.jpg
20130829_Lourenco_Reinaldo_MGP_0808.jpg
20130829_Lourenco_Reinaldo_MGP_0809.jpg
20130829_Lourenco_Reinaldo_MGP_0810.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 29)

20130829_Iodice_Valdemar_MGP_1464.jpg
20130829_Iodice_Valdemar_MGP_1465.jpg
20130829_Iodice_Valdemar_MGP_1466.jpg
20130829_Iodice_Valdemar_MGP_1467.jpg
20130829_Iodice_Valdemar_MGP_1468.jpg
20130829_Iodice_Valdemar_MGP_1469.jpg
20130829_Iodice_Valdemar_MGP_1470.jpg
20130829_Iodice_Valdemar_MGP_1471.jpg
20130829_Iodice_Valdemar_MGP_1472.jpg
20130829_Iodice_Valdemar_MGP_1473.jpg
20130829_Iodice_Valdemar_MGP_1474.jpg
20130829_Iodice_Valdemar_MGP_1475.jpg
20130829_Iodice_Valdemar_MGP_1476.jpg
20130829_Iodice_Valdemar_MGP_1477.jpg
20130829_Iodice_Valdemar_MGP_1478.jpg
20130829_Iodice_Valdemar_MGP_1479.jpg
20130829_Iodice_Valdemar_MGP_1480.jpg
20130829_Iodice_Valdemar_MGP_1481.jpg
20130829_Iodice_Valdemar_MGP_1482.jpg
20130829_Iodice_Valdemar_MGP_1483.jpg
20130829_Iodice_Valdemar_MGP_1484.jpg
20130829_Iodice_Valdemar_MGP_1485.jpg
20130829_Iodice_Valdemar_MGP_1486.jpg
20130829_Iodice_Valdemar_MGP_1487.jpg
20130829_Iodice_Valdemar_MGP_1488.jpg
20130829_Iodice_Valdemar_MGP_1489.jpg
20130829_Iodice_Valdemar_MGP_1490.jpg
20130829_Iodice_Valdemar_MGP_1491.jpg
20130829_Iodice_Valdemar_MGP_1492.jpg
20130829_Iodice_Valdemar_MGP_1493.jpg
20130829_Iodice_Valdemar_MGP_1494.jpg
20130829_Iodice_Valdemar_MGP_1495.jpg
20130829_Iodice_Valdemar_MGP_1496.jpg
20130829_Iodice_Valdemar_MGP_1497.jpg
20130829_Iodice_Valdemar_MGP_1498.jpg
20130829_Iodice_Valdemar_MGP_1499.jpg
20130829_Iodice_Valdemar_MGP_1500.jpg
20130829_Iodice_Valdemar_MGP_1501.jpg
20130829_Iodice_Valdemar_MGP_1502.jpg
20130829_Iodice_Valdemar_MGP_1503.jpg
20130829_Iodice_Valdemar_MGP_1504.jpg
20130829_Iodice_Valdemar_MGP_1505.jpg
20130829_Iodice_Valdemar_MGP_1506.jpg
20130829_Iodice_Valdemar_MGP_1507.jpg
20130829_Iodice_Valdemar_MGP_1508.jpg
20130829_Iodice_Valdemar_MGP_1509.jpg
20130829_Iodice_Valdemar_MGP_1510.jpg
20130829_Iodice_Valdemar_MGP_1511.jpg
20130829_Iodice_Valdemar_MGP_1512.jpg
20130829_Iodice_Valdemar_MGP_1513.jpg
20130829_Iodice_Valdemar_MGP_1514.jpg

20130829_Iodice_Valdemar_MGP_1515.jpg
20130829_Iodice_Valdemar_MGP_1516.jpg
20130829_Iodice_Valdemar_MGP_1517.jpg
20130829_Iodice_Valdemar_MGP_1518.jpg
20130829_Iodice_Valdemar_MGP_1519.jpg
20130829_Iodice_Valdemar_MGP_1520.jpg
20130829_Iodice_Valdemar_MGP_1521.jpg
20130829_Iodice_Valdemar_MGP_1522.jpg
20130829_Iodice_Valdemar_MGP_1523.jpg
20130829_Iodice_Valdemar_MGP_1524.jpg
20130829_Iodice_Valdemar_MGP_1525.jpg
20130829_Iodice_Valdemar_MGP_1526.jpg
20130829_Iodice_Valdemar_MGP_1527.jpg
20130829_Iodice_Valdemar_MGP_1528.jpg
20130829_Iodice_Valdemar_MGP_1529.jpg
20130829_Iodice_Valdemar_MGP_1530.jpg
20130829_Iodice_Valdemar_MGP_1531.jpg
20130829_Iodice_Valdemar_MGP_1532.jpg
20130829_Iodice_Valdemar_MGP_1533.jpg
20130829_Iodice_Valdemar_MGP_1534.jpg
20130829_Iodice_Valdemar_MGP_1535.jpg
20130829_Iodice_Valdemar_MGP_1536.jpg
20130829_Iodice_Valdemar_MGP_1537.jpg
20130829_Iodice_Valdemar_MGP_1538.jpg
20130829_Iodice_Valdemar_MGP_1539.jpg
20130829_Iodice_Valdemar_MGP_1540.jpg
20130829_Iodice_Valdemar_MGP_1541.jpg
20130829_Iodice_Valdemar_MGP_1542.jpg
20130829_Iodice_Valdemar_MGP_1543.jpg
20130829_Iodice_Valdemar_MGP_1544.jpg
20130829_Iodice_Valdemar_MGP_1545.jpg
20130829_Iodice_Valdemar_MGP_1546.jpg
20130829_Iodice_Valdemar_MGP_1547.jpg
20130829_Iodice_Valdemar_MGP_1548.jpg
20130829_Iodice_Valdemar_MGP_1549.jpg
20130829_Iodice_Valdemar_MGP_1550.jpg
20130829_Iodice_Valdemar_MGP_1551.jpg
20130829_Iodice_Valdemar_MGP_1552.jpg
20130829_Iodice_Valdemar_MGP_1553.jpg
20130829_Iodice_Valdemar_MGP_1554.jpg
20130829_Iodice_Valdemar_MGP_1555.jpg
20130829_Iodice_Valdemar_MGP_1556.jpg
20130829_Iodice_Valdemar_MGP_1557.jpg
20130829_Iodice_Valdemar_MGP_1558.jpg
20130829_Iodice_Valdemar_MGP_1559.jpg
20130829_Iodice_Valdemar_MGP_1560.jpg
20130829_Iodice_Valdemar_MGP_1561.jpg
20130829_Iodice_Valdemar_MGP_1562.jpg
20130829_Iodice_Valdemar_MGP_1563.jpg
20130829_Iodice_Valdemar_MGP_1564.jpg
20130829_Iodice_Valdemar_MGP_1565.jpg

33

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 32)

20130829_Lourenco_Reinaldo_MGP_0913.jpg
20130829_Lourenco_Reinaldo_MGP_0914.jpg
20130829_Lourenco_Reinaldo_MGP_0915.jpg
20130829_Lourenco_Reinaldo_MGP_0916.jpg
20130829_Lourenco_Reinaldo_MGP_0917.jpg
20130829_Lourenco_Reinaldo_MGP_0918.jpg
20130829_Lourenco_Reinaldo_MGP_0919.jpg
20130829_Lourenco_Reinaldo_MGP_0920.jpg
20130829_Lourenco_Reinaldo_MGP_0921.jpg
20130829_Lourenco_Reinaldo_MGP_0922.jpg
20130829_Lourenco_Reinaldo_MGP_0923.jpg
20130829_Lourenco_Reinaldo_MGP_0924.jpg
20130829_Lourenco_Reinaldo_MGP_0925.jpg
20130829_Lourenco_Reinaldo_MGP_0926.jpg
20130829_Lourenco_Reinaldo_MGP_0927.jpg
20130829_Lourenco_Reinaldo_MGP_0928.jpg
20130829_Lourenco_Reinaldo_MGP_0929.jpg
20130829_Lourenco_Reinaldo_MGP_0930.jpg
20130829_Lourenco_Reinaldo_MGP_0931.jpg
20130829_Lourenco_Reinaldo_MGP_0932.jpg
20130829_Lourenco_Reinaldo_MGP_0933.jpg
20130829_Lourenco_Reinaldo_MGP_0934.jpg
20130829_Lourenco_Reinaldo_MGP_0935.jpg
20130829_Lourenco_Reinaldo_MGP_0936.jpg
20130829_Lourenco_Reinaldo_MGP_0937.jpg
20130829_Lourenco_Reinaldo_MGP_0938.jpg
20130829_Lourenco_Reinaldo_MGP_0939.jpg
20130829_Lourenco_Reinaldo_MGP_0940.jpg
20130829_Lourenco_Reinaldo_MGP_0941.jpg
20130829_Lourenco_Reinaldo_MGP_0942.jpg
20130829_Lourenco_Reinaldo_MGP_0943.jpg
20130829_Lourenco_Reinaldo_MGP_0944.jpg
20130829_Lourenco_Reinaldo_MGP_0945.jpg
20130829_Lourenco_Reinaldo_MGP_0946.jpg
20130829_Lourenco_Reinaldo_MGP_0947.jpg
20130829_Lourenco_Reinaldo_MGP_0948.jpg
20130829_Lourenco_Reinaldo_MGP_0949.jpg
20130829_Lourenco_Reinaldo_MGP_0950.jpg
20130829_Lourenco_Reinaldo_MGP_0951.jpg
20130829_Lourenco_Reinaldo_MGP_0952.jpg
20130829_Lourenco_Reinaldo_MGP_0953.jpg
20130829_Lourenco_Reinaldo_MGP_0954.jpg
20130829_Lourenco_Reinaldo_MGP_0955.jpg
20130829_Lourenco_Reinaldo_MGP_0956.jpg
20130829_Lourenco_Reinaldo_MGP_0957.jpg
20130829_Lourenco_Reinaldo_MGP_0958.jpg
20130829_Lourenco_Reinaldo_MGP_0959.jpg
20130829_Lourenco_Reinaldo_MGP_0960.jpg
20130829_Lourenco_Reinaldo_MGP_0961.jpg
20130829_Lourenco_Reinaldo_MGP_0962.jpg
20130829_Lourenco_Reinaldo_MGP_0963.jpg
20130829_Lourenco_Reinaldo_MGP_0964.jpg
20130829_Lourenco_Reinaldo_MGP_0965.jpg
20130829_Lourenco_Reinaldo_MGP_0966.jpg
20130829_Lourenco_Reinaldo_MGP_0967.jpg
20130829_Lourenco_Reinaldo_MGP_0968.jpg
20130829_Lourenco_Reinaldo_MGP_0969.jpg
20130829_Lourenco_Reinaldo_MGP_0970.jpg
20130829_Lourenco_Reinaldo_MGP_0971.jpg
20130829_Lourenco_Reinaldo_MGP_0972.jpg
20130829_Lourenco_Reinaldo_MGP_0973.jpg
20130829_Lourenco_Reinaldo_MGP_0974.jpg
20130829_Lourenco_Reinaldo_MGP_0975.jpg
20130829_Lourenco_Reinaldo_MGP_0976.jpg
20130829_Lourenco_Reinaldo_MGP_0977.jpg
20130829_Lourenco_Reinaldo_MGP_0978.jpg
20130829_Lourenco_Reinaldo_MGP_0979.jpg
20130829_Lourenco_Reinaldo_MGP_0980.jpg
20130829_Lourenco_Reinaldo_MGP_0981.jpg
20130829_Lourenco_Reinaldo_MGP_0982.jpg
20130829_Lourenco_Reinaldo_MGP_0983.jpg
20130829_Lourenco_Reinaldo_MGP_0984.jpg
20130829_Lourenco_Reinaldo_MGP_0985.jpg
20130829_Lourenco_Reinaldo_MGP_0986.jpg
20130829_Lourenco_Reinaldo_MGP_0987.jpg
20130829_Lourenco_Reinaldo_MGP_0988.jpg
20130829_Lourenco_Reinaldo_MGP_0989.jpg
20130829_Lourenco_Reinaldo_MGP_0990.jpg
20130829_Lourenco_Reinaldo_MGP_0991.jpg
20130829_Lourenco_Reinaldo_MGP_0992.jpg
20130829_Lourenco_Reinaldo_MGP_0993.jpg
20130829_Lourenco_Reinaldo_MGP_0994.jpg
20130829_Lourenco_Reinaldo_MGP_0995.jpg
20130829_Lourenco_Reinaldo_MGP_0996.jpg
20130829_Lourenco_Reinaldo_MGP_0997.jpg
20130829_Lourenco_Reinaldo_MGP_0998.jpg
20130829_Lourenco_Reinaldo_MGP_0999.jpg
20130829_Lourenco_Reinaldo_MGP_1000.jpg
20130829_Lourenco_Reinaldo_MGP_1001.jpg
20130829_Lourenco_Reinaldo_MGP_1002.jpg
20130829_Lourenco_Reinaldo_MGP_1003.jpg
20130829_Lourenco_Reinaldo_MGP_1004.jpg
20130829_Lourenco_Reinaldo_MGP_1005.jpg
20130829_Lourenco_Reinaldo_MGP_1006.jpg
20130829_Lourenco_Reinaldo_MGP_1007.jpg
20130829_Lourenco_Reinaldo_MGP_1008.jpg
20130829_Lourenco_Reinaldo_MGP_1009.jpg
20130829_Lourenco_Reinaldo_MGP_1010.jpg
20130829_Lourenco_Reinaldo_MGP_1011.jpg
20130829_Lourenco_Reinaldo_MGP_1012.jpg
20130829_Lourenco_Reinaldo_MGP_1013.jpg
20130829_Lourenco_Reinaldo_MGP_1015.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 31)

20130829_Lourenco_Reinaldo_MGP_0811.jpg
20130829_Lourenco_Reinaldo_MGP_0812.jpg
20130829_Lourenco_Reinaldo_MGP_0813.jpg
20130829_Lourenco_Reinaldo_MGP_0814.jpg
20130829_Lourenco_Reinaldo_MGP_0815.jpg
20130829_Lourenco_Reinaldo_MGP_0816.jpg
20130829_Lourenco_Reinaldo_MGP_0817.jpg
20130829_Lourenco_Reinaldo_MGP_0818.jpg
20130829_Lourenco_Reinaldo_MGP_0819.jpg
20130829_Lourenco_Reinaldo_MGP_0820.jpg
20130829_Lourenco_Reinaldo_MGP_0821.jpg
20130829_Lourenco_Reinaldo_MGP_0822.jpg
20130829_Lourenco_Reinaldo_MGP_0823.jpg
20130829_Lourenco_Reinaldo_MGP_0824.jpg
20130829_Lourenco_Reinaldo_MGP_0825.jpg
20130829_Lourenco_Reinaldo_MGP_0826.jpg
20130829_Lourenco_Reinaldo_MGP_0827.jpg
20130829_Lourenco_Reinaldo_MGP_0828.jpg
20130829_Lourenco_Reinaldo_MGP_0829.jpg
20130829_Lourenco_Reinaldo_MGP_0830.jpg
20130829_Lourenco_Reinaldo_MGP_0831.jpg
20130829_Lourenco_Reinaldo_MGP_0832.jpg
20130829_Lourenco_Reinaldo_MGP_0833.jpg
20130829_Lourenco_Reinaldo_MGP_0834.jpg
20130829_Lourenco_Reinaldo_MGP_0835.jpg
20130829_Lourenco_Reinaldo_MGP_0836.jpg
20130829_Lourenco_Reinaldo_MGP_0837.jpg
20130829_Lourenco_Reinaldo_MGP_0838.jpg
20130829_Lourenco_Reinaldo_MGP_0839.jpg
20130829_Lourenco_Reinaldo_MGP_0840.jpg
20130829_Lourenco_Reinaldo_MGP_0841.jpg
20130829_Lourenco_Reinaldo_MGP_0842.jpg
20130829_Lourenco_Reinaldo_MGP_0843.jpg
20130829_Lourenco_Reinaldo_MGP_0844.jpg
20130829_Lourenco_Reinaldo_MGP_0845.jpg
20130829_Lourenco_Reinaldo_MGP_0846.jpg
20130829_Lourenco_Reinaldo_MGP_0847.jpg
20130829_Lourenco_Reinaldo_MGP_0848.jpg
20130829_Lourenco_Reinaldo_MGP_0849.jpg
20130829_Lourenco_Reinaldo_MGP_0850.jpg
20130829_Lourenco_Reinaldo_MGP_0851.jpg
20130829_Lourenco_Reinaldo_MGP_0852.jpg
20130829_Lourenco_Reinaldo_MGP_0853.jpg
20130829_Lourenco_Reinaldo_MGP_0854.jpg
20130829_Lourenco_Reinaldo_MGP_0855.jpg
20130829_Lourenco_Reinaldo_MGP_0856.jpg
20130829_Lourenco_Reinaldo_MGP_0857.jpg
20130829_Lourenco_Reinaldo_MGP_0858.jpg
20130829_Lourenco_Reinaldo_MGP_0859.jpg
20130829_Lourenco_Reinaldo_MGP_0860.jpg
20130829_Lourenco_Reinaldo_MGP_0861.jpg
20130829_Lourenco_Reinaldo_MGP_0862.jpg
20130829_Lourenco_Reinaldo_MGP_0863.jpg
20130829_Lourenco_Reinaldo_MGP_0864.jpg
20130829_Lourenco_Reinaldo_MGP_0865.jpg
20130829_Lourenco_Reinaldo_MGP_0866.jpg
20130829_Lourenco_Reinaldo_MGP_0867.jpg
20130829_Lourenco_Reinaldo_MGP_0868.jpg
20130829_Lourenco_Reinaldo_MGP_0869.jpg
20130829_Lourenco_Reinaldo_MGP_0870.jpg
20130829_Lourenco_Reinaldo_MGP_0871.jpg
20130829_Lourenco_Reinaldo_MGP_0872.jpg
20130829_Lourenco_Reinaldo_MGP_0873.jpg
20130829_Lourenco_Reinaldo_MGP_0874.jpg
20130829_Lourenco_Reinaldo_MGP_0875.jpg
20130829_Lourenco_Reinaldo_MGP_0876.jpg
20130829_Lourenco_Reinaldo_MGP_0877.jpg
20130829_Lourenco_Reinaldo_MGP_0878.jpg
20130829_Lourenco_Reinaldo_MGP_0879.jpg
20130829_Lourenco_Reinaldo_MGP_0880.jpg
20130829_Lourenco_Reinaldo_MGP_0881.jpg
20130829_Lourenco_Reinaldo_MGP_0882.jpg
20130829_Lourenco_Reinaldo_MGP_0883.jpg
20130829_Lourenco_Reinaldo_MGP_0884.jpg
20130829_Lourenco_Reinaldo_MGP_0885.jpg
20130829_Lourenco_Reinaldo_MGP_0886.jpg
20130829_Lourenco_Reinaldo_MGP_0887.jpg
20130829_Lourenco_Reinaldo_MGP_0888.jpg
20130829_Lourenco_Reinaldo_MGP_0889.jpg
20130829_Lourenco_Reinaldo_MGP_0890.jpg
20130829_Lourenco_Reinaldo_MGP_0891.jpg
20130829_Lourenco_Reinaldo_MGP_0892.jpg
20130829_Lourenco_Reinaldo_MGP_0893.jpg
20130829_Lourenco_Reinaldo_MGP_0894.jpg
20130829_Lourenco_Reinaldo_MGP_0895.jpg
20130829_Lourenco_Reinaldo_MGP_0896.jpg
20130829_Lourenco_Reinaldo_MGP_0897.jpg
20130829_Lourenco_Reinaldo_MGP_0898.jpg
20130829_Lourenco_Reinaldo_MGP_0899.jpg
20130829_Lourenco_Reinaldo_MGP_0900.jpg
20130829_Lourenco_Reinaldo_MGP_0901.jpg
20130829_Lourenco_Reinaldo_MGP_0902.jpg
20130829_Lourenco_Reinaldo_MGP_0903.jpg
20130829_Lourenco_Reinaldo_MGP_0904.jpg
20130829_Lourenco_Reinaldo_MGP_0905.jpg
20130829_Lourenco_Reinaldo_MGP_0906.jpg
20130829_Lourenco_Reinaldo_MGP_0907.jpg
20130829_Lourenco_Reinaldo_MGP_0908.jpg
20130829_Lourenco_Reinaldo_MGP_0909.jpg
20130829_Lourenco_Reinaldo_MGP_0910.jpg
20130829_Lourenco_Reinaldo_MGP_0911.jpg
20130829_Lourenco_Reinaldo_MGP_0912.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 34)

20130904_Hernandez_Martina_Mascara_0038.jpg
20130904_Hernandez_Martina_Mascara_0039.jpg
20130904_Hernandez_Martina_Mascara_0040.jpg
20130904_Hernandez_Martina_Mascara_0041.jpg
20130904_Hernandez_Martina_Mascara_0042.jpg
20130904_Hernandez_Martina_Mascara_0043.jpg
20130904_Hernandez_Martina_Mascara_0044.jpg
20130904_Hernandez_Martina_Mascara_0045.jpg
20130904_Hernandez_Martina_Mascara_0046.jpg
20130904_Hernandez_Martina_Mascara_0047.jpg
20130904_Hernandez_Martina_Mascara_0048.jpg
20130904_Hernandez_Martina_Mascara_0049.jpg
20130904_Hernandez_Martina_Mascara_0050.jpg
20130904_Hernandez_Martina_Mascara_0051.jpg
20130904_Hernandez_Martina_Mascara_0052.jpg
20130904_Hernandez_Martina_Mascara_0053.jpg
20130904_Hernandez_Martina_Mascara_0054.jpg
20130904_Hernandez_Martina_Mascara_0055.jpg
20130904_Hernandez_Martina_Mascara_0056.jpg
20130904_Hernandez_Martina_Mascara_0057.jpg
20130904_Hernandez_Martina_Mascara_0058.jpg
20130904_Hernandez_Martina_Mascara_0059.jpg
20130904_Hernandez_Martina_Mascara_0060.jpg
20130904_Hernandez_Martina_Mascara_0061.jpg
20130904_Hernandez_Martina_Mascara_0062.jpg
20130904_Hernandez_Martina_Mascara_0063.jpg
20130904_Hernandez_Martina_Mascara_0064.jpg
20130904_Hernandez_Martina_Mascara_0065.jpg
20130904_Hernandez_Martina_Mascara_0066.jpg
20130904_Hernandez_Martina_Mascara_0067.jpg
20130904_Hernandez_Martina_Mascara_0068.jpg
20130904_Hernandez_Martina_Mascara_0069.jpg
20130904_Hernandez_Martina_Mascara_0070.jpg
20130904_Hernandez_Martina_Mascara_0071.jpg
20130904_Hernandez_Martina_Mascara_0072.jpg
20130904_Hernandez_Martina_Mascara_0073.jpg
20130904_Hernandez_Martina_Mascara_0074.jpg
20130904_Hernandez_Martina_Mascara_0075.jpg
20130904_Hernandez_Martina_Mascara_0076.jpg
20130904_Hernandez_Martina_Mascara_0077.jpg
20130904_Hernandez_Martina_Mascara_0078.jpg
20130904_Hernandez_Martina_Mascara_0079.jpg
20130904_Hernandez_Martina_Mascara_0080.jpg
20130904_Hernandez_Martina_Mascara_0081.jpg
20130904_Hernandez_Martina_Mascara_0082.jpg
20130904_Hernandez_Martina_Mascara_0083.jpg
20130904_Hernandez_Martina_Mascara_0084.jpg
20130904_Hernandez_Martina_Mascara_0085.jpg
20130904_Hernandez_Martina_Mascara_0086.jpg
20130904_Hernandez_Martina_Mascara_0087.jpg
20130904_Hernandez_Martina_Mascara_0088.jpg
20130904_Hernandez_Martina_Mascara_0089.jpg
20130904_Hernandez_Martina_Mascara_0090.jpg
20130904_Hernandez_Martina_Mascara_0091.jpg
20130904_Hernandez_Martina_Mascara_0092.jpg
20130904_Hernandez_Martina_Mascara_0093.jpg
20130904_Hernandez_Martina_Mascara_0094.jpg
20130904_Hernandez_Martina_Mascara_0095.jpg
20130904_Hernandez_Martina_Mascara_0096.jpg
20130904_Hernandez_Martina_Mascara_0097.jpg
20130904_Hernandez_Martina_Mascara_0098.jpg
20130904_Hernandez_Martina_Mascara_0099.jpg
20130904_Hernandez_Martina_Mascara_0100.jpg
20130904_Hernandez_Martina_Mascara_0101.jpg
20130904_Hernandez_Martina_Mascara_0102.jpg
20130904_Hernandez_Martina_Mascara_0103.jpg
20130904_Hernandez_Martina_Mascara_0104.jpg
20130904_Hernandez_Martina_Mascara_0105.jpg
20130904_Hernandez_Martina_Mascara_0106.jpg
20130904_Hernandez_Martina_Mascara_0107.jpg
20130904_Hernandez_Martina_Mascara_0108.jpg
20130904_Hernandez_Martina_Mascara_0109.jpg
20130904_Hernandez_Martina_Mascara_0110.jpg
20130904_Hernandez_Martina_Mascara_0111.jpg
20130904_Hernandez_Martina_Mascara_0112.jpg
20130904_Hernandez_Martina_Mascara_0113.jpg
20130904_Hernandez_Martina_Mascara_0114.jpg
20130904_Hernandez_Martina_Mascara_0115.jpg
20130904_Hernandez_Martina_Mascara_0116.jpg
20130904_Hernandez_Martina_Mascara_0117.jpg
20130904_Hernandez_Martina_Mascara_0118.jpg
20130904_Hernandez_Martina_Mascara_0119.jpg
20130904_Hernandez_Martina_Mascara_0120.jpg
20130904_Hernandez_Martina_Mascara_0121.jpg
20130904_Hernandez_Martina_Mascara_0122.jpg
20130904_Hernandez_Martina_Mascara_0123.jpg
20130904_Hernandez_Martina_Mascara_0124.jpg
20130904_Hernandez_Martina_Mascara_0125.jpg
20130904_Hernandez_Martina_Mascara_0126.jpg
20130904_Hernandez_Martina_Mascara_0127.jpg
20130904_Hernandez_Martina_Mascara_0128.jpg
20130904_Hernandez_Martina_Mascara_0129.jpg
20130904_Hernandez_Martina_Mascara_0130.jpg
20130904_Hernandez_Martina_Mascara_0131.jpg
20130904_Hernandez_Martina_Mascara_0132.jpg
20130904_Hernandez_Martina_Mascara_0133.jpg
20130904_Hernandez_Martina_Mascara_0134.jpg
20130904_Hernandez_Martina_Mascara_0135.jpg
20130904_Hernandez_Martina_Mascara_0136.jpg
20130904_Hernandez_Martina_Mascara_0137.jpg
20130904_Hernandez_Martina_Mascara_0138.jpg
20130904_Hernandez_Martina_Mascara_0139.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 33)

20130829_Lourenco_Reinaldo_MGP_1016.jpg
20130829_Lourenco_Reinaldo_MGP_1017.jpg
20130829_Lourenco_Reinaldo_MGP_1018.jpg
20130829_Lourenco_Reinaldo_MGP_1019.jpg
20130829_Lourenco_Reinaldo_MGP_1020.jpg
20130829_Lourenco_Reinaldo_MGP_1021.jpg
20130829_Lourenco_Reinaldo_MGP_1022.jpg
20130829_Lourenco_Reinaldo_MGP_1023.jpg
20130829_Lourenco_Reinaldo_MGP_1024.jpg
20130829_Lourenco_Reinaldo_MGP_1025.jpg
20130829_Lourenco_Reinaldo_MGP_1026.jpg
20130829_Lourenco_Reinaldo_MGP_1027.jpg
20130829_Lourenco_Reinaldo_MGP_1028.jpg
20130829_Lourenco_Reinaldo_MGP_1029.jpg
20130829_Lourenco_Reinaldo_MGP_1030.jpg
20130829_Lourenco_Reinaldo_MGP_1031.jpg
20130829_Lourenco_Reinaldo_MGP_1032.jpg
20130829_Lourenco_Reinaldo_MGP_1033.jpg
20130829_Lourenco_Reinaldo_MGP_1034.jpg
20130829_Lourenco_Reinaldo_MGP_1035.jpg
20130829_Lourenco_Reinaldo_MGP_1036.jpg
20130829_Lourenco_Reinaldo_MGP_1037.jpg
20130829_Lourenco_Reinaldo_MGP_1038.jpg
20130829_Lourenco_Reinaldo_MGP_1039.jpg
20130829_Lourenco_Reinaldo_MGP_1040.jpg
20130829_Lourenco_Reinaldo_MGP_1041.jpg
20130829_Lourenco_Reinaldo_MGP_1042.jpg
20130829_Lourenco_Reinaldo_MGP_1043.jpg
20130829_Lourenco_Reinaldo_MGP_1044.jpg
20130829_Lourenco_Reinaldo_MGP_1045.jpg
20130829_Lourenco_Reinaldo_MGP_1046.jpg
20130829_Lourenco_Reinaldo_MGP_1047.jpg
20130829_Lourenco_Reinaldo_MGP_1048.jpg
20130829_Lourenco_Reinaldo_MGP_1049.jpg
20130829_Lourenco_Reinaldo_MGP_1050.jpg
20130829_Lourenco_Reinaldo_MGP_1051.jpg
20130829_Lourenco_Reinaldo_MGP_1052.jpg
20130829_Lourenco_Reinaldo_MGP_1053.jpg
20130829_Lourenco_Reinaldo_MGP_1054.jpg
20130829_Lourenco_Reinaldo_MGP_1055.jpg
20130829_Lourenco_Reinaldo_MGP_1056.jpg
20130829_Lourenco_Reinaldo_MGP_1057.jpg
20130829_Lourenco_Reinaldo_MGP_1058.jpg
20130829_Lourenco_Reinaldo_MGP_1059.jpg
20130829_Lourenco_Reinaldo_MGP_1060.jpg
20130829_Lourenco_Reinaldo_MGP_1061.jpg
20130829_Lourenco_Reinaldo_MGP_1062.jpg
20130829_Lourenco_Reinaldo_MGP_1063.jpg
20130829_Lourenco_Reinaldo_MGP_1064.jpg
20130829_Lourenco_Reinaldo_MGP_1065.jpg
20130829_Lourenco_Reinaldo_MGP_1066.jpg
20130829_Lourenco_Reinaldo_MGP_1067.jpg
20130829_Lourenco_Reinaldo_MGP_1068.jpg
20130829_Lourenco_Reinaldo_MGP_1069.jpg
20130829_Lourenco_Reinaldo_MGP_1070.jpg
20130829_Lourenco_Reinaldo_MGP_1071.jpg
20130829_Lourenco_Reinaldo_MGP_1072.jpg
20130829_Lourenco_Reinaldo_MGP_1073.jpg
20130829_Lourenco_Reinaldo_MGP_1074.jpg
20130829_Lourenco_Reinaldo_MGP_1075.jpg
20130829_Lourenco_Reinaldo_MGP_1076.jpg
20130829_Lourenco_Reinaldo_MGP_1077.jpg
20130829_Lourenco_Reinaldo_MGP_1078.jpg
20130829_Lourenco_Reinaldo_MGP_1079.jpg
20130829_Lourenco_Reinaldo_MGP_1080.jpg
20130829_Lourenco_Reinaldo_MGP_1081.jpg
20130829_Lourenco_Reinaldo_MGP_1082.jpg
20130829_Lourenco_Reinaldo_MGP_1083.jpg
20130829_Lourenco_Reinaldo_MGP_1084.jpg
20130829_Lourenco_Reinaldo_MGP_1085.jpg
20130829_Lourenco_Reinaldo_MGP_1086.jpg
20130829_Lourenco_Reinaldo_MGP_1087.jpg
20130829_Lourenco_Reinaldo_MGP_1088.jpg
20130829_Lourenco_Reinaldo_MGP_1089.jpg
20130829_Lourenco_Reinaldo_MGP_1090.jpg
20130829_Lourenco_Reinaldo_MGP_1091.jpg
20130829_Lourenco_Reinaldo_MGP_1092.jpg
20130829_Lourenco_Reinaldo_MGP_1093.jpg
20130829_Lourenco_Reinaldo_MGP_1094.jpg
20130829_Lourenco_Reinaldo_MGP_1095.jpg
20130829_Lourenco_Reinaldo_MGP_FRT_1014.jpg
**20130904_Latisse_MGP**
20130904_Hernandez_Martina_Mascara_0018.jpg
20130904_Hernandez_Martina_Mascara_0019.jpg
20130904_Hernandez_Martina_Mascara_0020.jpg
20130904_Hernandez_Martina_Mascara_0021.jpg
20130904_Hernandez_Martina_Mascara_0022.jpg
20130904_Hernandez_Martina_Mascara_0023.jpg
20130904_Hernandez_Martina_Mascara_0024.jpg
20130904_Hernandez_Martina_Mascara_0025.jpg
20130904_Hernandez_Martina_Mascara_0026.jpg
20130904_Hernandez_Martina_Mascara_0027.jpg
20130904_Hernandez_Martina_Mascara_0028.jpg
20130904_Hernandez_Martina_Mascara_0029.jpg
20130904_Hernandez_Martina_Mascara_0030.jpg
20130904_Hernandez_Martina_Mascara_0031.jpg
20130904_Hernandez_Martina_Mascara_0032.jpg
20130904_Hernandez_Martina_Mascara_0033.jpg
20130904_Hernandez_Martina_Mascara_0034.jpg
20130904_Hernandez_Martina_Mascara_0035.jpg
20130904_Hernandez_Martina_Mascara_0036.jpg
20130904_Hernandez_Martina_Mascara_0037.jpg

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 40)

20130904_Smith_Victoria_MGP_0569.jpg
20130904_Smith_Victoria_MGP_0570.jpg
20130904_Smith_Victoria_MGP_0571.jpg
20130904_Smith_Victoria_MGP_0572.jpg
20130904_Smith_Victoria_MGP_0573.jpg
20130904_Smith_Victoria_MGP_0574.jpg
20130904_Smith_Victoria_MGP_0575.jpg
20130904_Smith_Victoria_MGP_0576.jpg
20130904_Smith_Victoria_MGP_0577.jpg
20130904_Smith_Victoria_MGP_0578.jpg
20130904_Smith_Victoria_MGP_0579.jpg
20130904_Stone_Shannon_Mascara_MGP_0779.jpg
20130904_Stone_Shannon_Mascara_MGP_0780.jpg
20130904_Stone_Shannon_Mascara_MGP_0781.jpg
20130904_Stone_Shannon_Mascara_MGP_0782.jpg
20130904_Stone_Shannon_Mascara_MGP_0783.jpg
20130904_Stone_Shannon_Mascara_MGP_0784.jpg
20130904_Stone_Shannon_Mascara_MGP_0785.jpg
20130904_Stone_Shannon_Mascara_MGP_0786.jpg
20130904_Stone_Shannon_Mascara_MGP_0787.jpg
20130904_Stone_Shannon_Mascara_MGP_0788.jpg
20130904_Stone_Shannon_Mascara_MGP_0789.jpg
20130904_Stone_Shannon_Mascara_MGP_0790.jpg
20130904_Stone_Shannon_Mascara_MGP_0791.jpg
20130904_Stone_Shannon_Mascara_MGP_0792.jpg
20130904_Stone_Shannon_Mascara_MGP_0793.jpg
20130904_Stone_Shannon_Mascara_MGP_0794.jpg
20130904_Stone_Shannon_Mascara_MGP_0795.jpg
20130904_Stone_Shannon_Mascara_MGP_0796.jpg
20130904_Stone_Shannon_Mascara_MGP_0797.jpg
20130904_Stone_Shannon_Mascara_MGP_0798.jpg
20130904_Stone_Shannon_Mascara_MGP_0799.jpg
20130904_Stone_Shannon_Mascara_MGP_0800.jpg
20130904_Stone_Shannon_Mascara_MGP_0801.jpg
20130904_Stone_Shannon_Mascara_MGP_0802.jpg
20130904_Stone_Shannon_Mascara_MGP_0803.jpg
20130904_Stone_Shannon_Mascara_MGP_0804.jpg
20130904_Stone_Shannon_Mascara_MGP_0805.jpg
20130904_Stone_Shannon_Mascara_MGP_0806.jpg
20130904_Stone_Shannon_Mascara_MGP_0807.jpg
20130904_Stone_Shannon_Mascara_MGP_0808.jpg
20130904_Stone_Shannon_Mascara_MGP_0809.jpg
20130904_Stone_Shannon_Mascara_MGP_0810.jpg
20130904_Stone_Shannon_Mascara_MGP_0811.jpg
20130904_Stone_Shannon_Mascara_MGP_0812.jpg
20130904_Stone_Shannon_Mascara_MGP_0813.jpg
20130904_Stone_Shannon_Mascara_MGP_0814.jpg
20130904_Stone_Shannon_Mascara_MGP_0815.jpg
20130904_Stone_Shannon_Mascara_MGP_0816.jpg
20130904_Stone_Shannon_Mascara_MGP_0817.jpg
20130904_Stone_Shannon_Mascara_MGP_0818.jpg

20130904_Stone_Shannon_Mascara_MGP_0819.jpg
20130904_Stone_Shannon_Mascara_MGP_0820.jpg
20130904_Stone_Shannon_Mascara_MGP_0821.jpg
20130904_Stone_Shannon_Mascara_MGP_0822.jpg
20130904_Stone_Shannon_Mascara_MGP_0823.jpg
20130904_Stone_Shannon_Mascara_MGP_0824.jpg
20130904_Stone_Shannon_Mascara_MGP_0825.jpg
20130904_Stone_Shannon_Mascara_MGP_0826.jpg
20130904_Stone_Shannon_Mascara_MGP_0827.jpg
20130904_Stone_Shannon_Mascara_MGP_0828.jpg
20130904_Stone_Shannon_Mascara_MGP_0829.jpg
20130904_Stone_Shannon_Mascara_MGP_0830.jpg
20130904_Stone_Shannon_Mascara_MGP_0831.jpg
20130904_Stone_Shannon_Mascara_MGP_0832.jpg
20130904_Stone_Shannon_Mascara_MGP_0833.jpg
20130904_Stone_Shannon_Mascara_MGP_0834.jpg
20130904_Stone_Shannon_Mascara_MGP_0835.jpg
20130904_Stone_Shannon_Mascara_MGP_0836.jpg
20130904_Stone_Shannon_Mascara_MGP_0837.jpg
20130904_Stone_Shannon_Mascara_MGP_0838.jpg
20130904_Stone_Shannon_Mascara_MGP_0839.jpg
20130904_Stone_Shannon_Mascara_MGP_0840.jpg
20130904_Stone_Shannon_Mascara_MGP_0841.jpg
20130904_Stone_Shannon_Mascara_MGP_0842.jpg
20130904_Stone_Shannon_Mascara_MGP_0843.jpg
20130904_Stone_Shannon_Mascara_MGP_0844.jpg
20130904_Stone_Shannon_Mascara_MGP_0845.jpg
20130904_Stone_Shannon_Mascara_MGP_0846.jpg
20130904_Stone_Shannon_Mascara_MGP_0847.jpg
20130904_Stone_Shannon_Mascara_MGP_0848.jpg
20130904_Stone_Shannon_Mascara_MGP_0849.jpg
20130904_Stone_Shannon_Mascara_MGP_0850.jpg
20130904_Stone_Shannon_Mascara_MGP_0851.jpg
20130904_Stone_Shannon_Mascara_MGP_0852.jpg
20130904_Stone_Shannon_Mascara_MGP_0853.jpg
20130904_Stone_Shannon_Mascara_MGP_0854.jpg
20130904_Stone_Shannon_Mascara_MGP_0855.jpg
20130904_Stone_Shannon_Mascara_MGP_0856.jpg
20130904_Stone_Shannon_Mascara_MGP_0857.jpg
20130904_Stone_Shannon_Mascara_MGP_0858.jpg
20130904_Stone_Shannon_MGP_0675.jpg
20130904_Stone_Shannon_MGP_0676.jpg
20130904_Stone_Shannon_MGP_0677.jpg
20130904_Stone_Shannon_MGP_0678.jpg
20130904_Stone_Shannon_MGP_0679.jpg
20130904_Stone_Shannon_MGP_0680.jpg
20130904_Stone_Shannon_MGP_0681.jpg
20130904_Stone_Shannon_MGP_0682.jpg
20130904_Stone_Shannon_MGP_0683.jpg
20130904_Stone_Shannon_MGP_0684.jpg
20130904_Stone_Shannon_MGP_0685.jpg

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:          Sunday, December 22, 2013 at 4:29:16 PM

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 39)

20130904_Smith_Victoria_Mascara_MGP_0286.jpg
20130904_Smith_Victoria_Mascara_MGP_0287.jpg
20130904_Smith_Victoria_Mascara_MGP_0288.jpg
20130904_Smith_Victoria_Mascara_MGP_0289.jpg
20130904_Smith_Victoria_Mascara_MGP_0290.jpg
20130904_Smith_Victoria_Mascara_MGP_0291.jpg
20130904_Smith_Victoria_Mascara_MGP_0292.jpg
20130904_Smith_Victoria_Mascara_MGP_0293.jpg
20130904_Smith_Victoria_Mascara_MGP_0294.jpg
20130904_Smith_Victoria_Mascara_MGP_0295.jpg
20130904_Smith_Victoria_Mascara_MGP_0296.jpg
20130904_Smith_Victoria_Mascara_MGP_0297.jpg
20130904_Smith_Victoria_Mascara_MGP_0298.jpg
20130904_Smith_Victoria_Mascara_MGP_0299.jpg
20130904_Smith_Victoria_Mascara_MGP_0300.jpg
20130904_Smith_Victoria_MGP_0482.jpg
20130904_Smith_Victoria_MGP_0483.jpg
20130904_Smith_Victoria_MGP_0484.jpg
20130904_Smith_Victoria_MGP_0485.jpg
20130904_Smith_Victoria_MGP_0486.jpg
20130904_Smith_Victoria_MGP_0487.jpg
20130904_Smith_Victoria_MGP_0488.jpg
20130904_Smith_Victoria_MGP_0489.jpg
20130904_Smith_Victoria_MGP_0490.jpg
20130904_Smith_Victoria_MGP_0491.jpg
20130904_Smith_Victoria_MGP_0492.jpg
20130904_Smith_Victoria_MGP_0493.jpg
20130904_Smith_Victoria_MGP_0494.jpg
20130904_Smith_Victoria_MGP_0495.jpg
20130904_Smith_Victoria_MGP_0496.jpg
20130904_Smith_Victoria_MGP_0497.jpg
20130904_Smith_Victoria_MGP_0498.jpg
20130904_Smith_Victoria_MGP_0499.jpg
20130904_Smith_Victoria_MGP_0500.jpg
20130904_Smith_Victoria_MGP_0501.jpg
20130904_Smith_Victoria_MGP_0502.jpg
20130904_Smith_Victoria_MGP_0503.jpg
20130904_Smith_Victoria_MGP_0504.jpg
20130904_Smith_Victoria_MGP_0505.jpg
20130904_Smith_Victoria_MGP_0506.jpg
20130904_Smith_Victoria_MGP_0507.jpg
20130904_Smith_Victoria_MGP_0508.jpg
20130904_Smith_Victoria_MGP_0509.jpg
20130904_Smith_Victoria_MGP_0510.jpg
20130904_Smith_Victoria_MGP_0511.jpg
20130904_Smith_Victoria_MGP_0512.jpg
20130904_Smith_Victoria_MGP_0513.jpg
20130904_Smith_Victoria_MGP_0514.jpg
20130904_Smith_Victoria_MGP_0515.jpg
20130904_Smith_Victoria_MGP_0516.jpg
20130904_Smith_Victoria_MGP_0517.jpg

20130904_Smith_Victoria_MGP_0518.jpg
20130904_Smith_Victoria_MGP_0519.jpg
20130904_Smith_Victoria_MGP_0520.jpg
20130904_Smith_Victoria_MGP_0521.jpg
20130904_Smith_Victoria_MGP_0522.jpg
20130904_Smith_Victoria_MGP_0523.jpg
20130904_Smith_Victoria_MGP_0524.jpg
20130904_Smith_Victoria_MGP_0525.jpg
20130904_Smith_Victoria_MGP_0526.jpg
20130904_Smith_Victoria_MGP_0527.jpg
20130904_Smith_Victoria_MGP_0528.jpg
20130904_Smith_Victoria_MGP_0529.jpg
20130904_Smith_Victoria_MGP_0530.jpg
20130904_Smith_Victoria_MGP_0531.jpg
20130904_Smith_Victoria_MGP_0532.jpg
20130904_Smith_Victoria_MGP_0533.jpg
20130904_Smith_Victoria_MGP_0534.jpg
20130904_Smith_Victoria_MGP_0535.jpg
20130904_Smith_Victoria_MGP_0536.jpg
20130904_Smith_Victoria_MGP_0537.jpg
20130904_Smith_Victoria_MGP_0538.jpg
20130904_Smith_Victoria_MGP_0539.jpg
20130904_Smith_Victoria_MGP_0540.jpg
20130904_Smith_Victoria_MGP_0541.jpg
20130904_Smith_Victoria_MGP_0542.jpg
20130904_Smith_Victoria_MGP_0543.jpg
20130904_Smith_Victoria_MGP_0544.jpg
20130904_Smith_Victoria_MGP_0545.jpg
20130904_Smith_Victoria_MGP_0546.jpg
20130904_Smith_Victoria_MGP_0547.jpg
20130904_Smith_Victoria_MGP_0548.jpg
20130904_Smith_Victoria_MGP_0549.jpg
20130904_Smith_Victoria_MGP_0550.jpg
20130904_Smith_Victoria_MGP_0551.jpg
20130904_Smith_Victoria_MGP_0552.jpg
20130904_Smith_Victoria_MGP_0553.jpg
20130904_Smith_Victoria_MGP_0554.jpg
20130904_Smith_Victoria_MGP_0555.jpg
20130904_Smith_Victoria_MGP_0556.jpg
20130904_Smith_Victoria_MGP_0557.jpg
20130904_Smith_Victoria_MGP_0558.jpg
20130904_Smith_Victoria_MGP_0559.jpg
20130904_Smith_Victoria_MGP_0560.jpg
20130904_Smith_Victoria_MGP_0561.jpg
20130904_Smith_Victoria_MGP_0562.jpg
20130904_Smith_Victoria_MGP_0563.jpg
20130904_Smith_Victoria_MGP_0564.jpg
20130904_Smith_Victoria_MGP_0565.jpg
20130904_Smith_Victoria_MGP_0566.jpg
20130904_Smith_Victoria_MGP_0567.jpg
20130904_Smith_Victoria_MGP_0568.jpg

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:          Sunday, December 22, 2013 at 4:29:16 PM

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 42)

```
20131014_Singer_Mark_MGP_0009.jpg        20131014_Singer_Mark_MGP_0060.jpg
20131014_Singer_Mark_MGP_0010.jpg        20131014_Singer_Mark_MGP_0061.jpg
20131014_Singer_Mark_MGP_0011.jpg        20131014_Singer_Mark_MGP_0062.jpg
20131014_Singer_Mark_MGP_0012.jpg        20131014_Singer_Mark_MGP_0063.jpg
20131014_Singer_Mark_MGP_0013.jpg        20131014_Singer_Mark_MGP_0064.jpg
20131014_Singer_Mark_MGP_0014.jpg        20131014_Singer_Mark_MGP_0065.jpg
20131014_Singer_Mark_MGP_0015.jpg        20131014_Singer_Mark_MGP_0066.jpg
20131014_Singer_Mark_MGP_0016.jpg        20131014_Singer_Mark_MGP_0067.jpg
20131014_Singer_Mark_MGP_0017.jpg        20131014_Singer_Mark_MGP_0068.jpg
20131014_Singer_Mark_MGP_0018.jpg        20131014_Singer_Mark_MGP_0069.jpg
20131014_Singer_Mark_MGP_0019.jpg        20131014_Singer_Mark_MGP_0070.jpg
20131014_Singer_Mark_MGP_0020.jpg        20131014_Singer_Mark_MGP_0071.jpg
20131014_Singer_Mark_MGP_0021.jpg        20131014_Singer_Mark_MGP_0072.jpg
20131014_Singer_Mark_MGP_0022.jpg        20131014_Singer_Mark_MGP_0073.jpg
20131014_Singer_Mark_MGP_0023.jpg        20131014_Singer_Mark_MGP_0074.jpg
20131014_Singer_Mark_MGP_0024.jpg        20131014_Singer_Mark_MGP_0075.jpg
20131014_Singer_Mark_MGP_0025.jpg        20131014_Singer_Mark_MGP_0076.jpg
20131014_Singer_Mark_MGP_0026.jpg        20131014_Singer_Mark_MGP_0077.jpg
20131014_Singer_Mark_MGP_0027.jpg        20131014_Singer_Mark_MGP_0078.jpg
20131014_Singer_Mark_MGP_0028.jpg        20131014_Singer_Mark_MGP_0079.jpg
20131014_Singer_Mark_MGP_0029.jpg        20131014_Singer_Mark_MGP_0080.jpg
20131014_Singer_Mark_MGP_0030.jpg        20131014_Singer_Mark_MGP_0081.jpg
20131014_Singer_Mark_MGP_0031.jpg        20131014_Singer_Mark_MGP_0082.jpg
20131014_Singer_Mark_MGP_0032.jpg        20131014_Singer_Mark_MGP_0083.jpg
20131014_Singer_Mark_MGP_0033.jpg        20131014_Singer_Mark_MGP_0084.jpg
20131014_Singer_Mark_MGP_0034.jpg        20131014_Singer_Mark_MGP_0085.jpg
20131014_Singer_Mark_MGP_0035.jpg        20131014_Singer_Mark_MGP_0086.jpg
20131014_Singer_Mark_MGP_0036.jpg        20131030_Istanbul_MGP
20131014_Singer_Mark_MGP_0037.jpg        20131030_Istanbul_MGP_06127.jpg
20131014_Singer_Mark_MGP_0038.jpg        20131030_Istanbul_MGP_06128.jpg
20131014_Singer_Mark_MGP_0039.jpg        20131030_Istanbul_MGP_06129.jpg
20131014_Singer_Mark_MGP_0040.jpg        20131030_Istanbul_MGP_06130.jpg
20131014_Singer_Mark_MGP_0041.jpg        20131030_Istanbul_MGP_06131.jpg
20131014_Singer_Mark_MGP_0042.jpg        20131030_Istanbul_MGP_06132.jpg
20131014_Singer_Mark_MGP_0043.jpg        20131030_Istanbul_MGP_06133.jpg
20131014_Singer_Mark_MGP_0044.jpg        20131030_Istanbul_MGP_06134.jpg
20131014_Singer_Mark_MGP_0045.jpg        20131030_Istanbul_MGP_06135.jpg
20131014_Singer_Mark_MGP_0046.jpg        20131030_Istanbul_MGP_06136.jpg
20131014_Singer_Mark_MGP_0047.jpg        20131030_Istanbul_MGP_06137.jpg
20131014_Singer_Mark_MGP_0048.jpg        20131030_Istanbul_MGP_06138.jpg
20131014_Singer_Mark_MGP_0049.jpg        20131030_Istanbul_MGP_06139.jpg
20131014_Singer_Mark_MGP_0050.jpg        20131030_Istanbul_MGP_06140.jpg
20131014_Singer_Mark_MGP_0051.jpg        20131030_Istanbul_MGP_06141.jpg
20131014_Singer_Mark_MGP_0052.jpg        20131030_Istanbul_MGP_06142.jpg
20131014_Singer_Mark_MGP_0053.jpg        20131030_Istanbul_MGP_06143.jpg
20131014_Singer_Mark_MGP_0054.jpg        20131030_Istanbul_MGP_06144.jpg
20131014_Singer_Mark_MGP_0055.jpg        20131030_Istanbul_MGP_06145.jpg
20131014_Singer_Mark_MGP_0056.jpg        20131030_Istanbul_MGP_06146.jpg
20131014_Singer_Mark_MGP_0057.jpg        20131030_Istanbul_MGP_06147.jpg
20131014_Singer_Mark_MGP_0058.jpg        20131030_Istanbul_MGP_06148.jpg
20131014_Singer_Mark_MGP_0059.jpg        20131030_Istanbul_MGP_06149.jpg
```

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:          Sunday, December 22, 2013 at 4:29:16 PM

## Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 41)

```
20130904_Stone_Shannon_MGP_0686.jpg      20130904_Stone_Shannon_MGP_0737.jpg
20130904_Stone_Shannon_MGP_0687.jpg      20130904_Stone_Shannon_MGP_0738.jpg
20130904_Stone_Shannon_MGP_0688.jpg      20130904_Stone_Shannon_MGP_0739.jpg
20130904_Stone_Shannon_MGP_0689.jpg      20130904_Stone_Shannon_MGP_0740.jpg
20130904_Stone_Shannon_MGP_0690.jpg      20130904_Stone_Shannon_MGP_0741.jpg
20130904_Stone_Shannon_MGP_0691.jpg      20130904_Stone_Shannon_MGP_0742.jpg
20130904_Stone_Shannon_MGP_0692.jpg      20130904_Stone_Shannon_MGP_0743.jpg
20130904_Stone_Shannon_MGP_0693.jpg      20130904_Stone_Shannon_MGP_0744.jpg
20130904_Stone_Shannon_MGP_0694.jpg      20130904_Stone_Shannon_MGP_0745.jpg
20130904_Stone_Shannon_MGP_0695.jpg      20130904_Stone_Shannon_MGP_0746.jpg
20130904_Stone_Shannon_MGP_0696.jpg      20130904_Stone_Shannon_MGP_0747.jpg
20130904_Stone_Shannon_MGP_0697.jpg      20130904_Stone_Shannon_MGP_0748.jpg
20130904_Stone_Shannon_MGP_0698.jpg      20130904_Stone_Shannon_MGP_0749.jpg
20130904_Stone_Shannon_MGP_0699.jpg      20130904_Stone_Shannon_MGP_0750.jpg
20130904_Stone_Shannon_MGP_0700.jpg      20130904_Stone_Shannon_MGP_0751.jpg
20130904_Stone_Shannon_MGP_0701.jpg      20130904_Stone_Shannon_MGP_0752.jpg
20130904_Stone_Shannon_MGP_0702.jpg      20130904_Stone_Shannon_MGP_0753.jpg
20130904_Stone_Shannon_MGP_0703.jpg      20130904_Stone_Shannon_MGP_0754.jpg
20130904_Stone_Shannon_MGP_0704.jpg      20130904_Stone_Shannon_MGP_0755.jpg
20130904_Stone_Shannon_MGP_0705.jpg      20130904_Stone_Shannon_MGP_0756.jpg
20130904_Stone_Shannon_MGP_0706.jpg      20130904_Stone_Shannon_MGP_0757.jpg
20130904_Stone_Shannon_MGP_0707.jpg      20130904_Stone_Shannon_MGP_0758.jpg
20130904_Stone_Shannon_MGP_0708.jpg      20130904_Stone_Shannon_MGP_0759.jpg
20130904_Stone_Shannon_MGP_0709.jpg      20130904_Stone_Shannon_MGP_0760.jpg
20130904_Stone_Shannon_MGP_0710.jpg      20130904_Stone_Shannon_MGP_0761.jpg
20130904_Stone_Shannon_MGP_0711.jpg      20130904_Stone_Shannon_MGP_0762.jpg
20130904_Stone_Shannon_MGP_0712.jpg      20130904_Stone_Shannon_MGP_0763.jpg
20130904_Stone_Shannon_MGP_0713.jpg      20130904_Stone_Shannon_MGP_0764.jpg
20130904_Stone_Shannon_MGP_0714.jpg      20130904_Stone_Shannon_MGP_0765.jpg
20130904_Stone_Shannon_MGP_0715.jpg      20130904_Stone_Shannon_MGP_0766.jpg
20130904_Stone_Shannon_MGP_0716.jpg      20130904_Stone_Shannon_MGP_0767.jpg
20130904_Stone_Shannon_MGP_0717.jpg      20130904_Stone_Shannon_MGP_0768.jpg
20130904_Stone_Shannon_MGP_0718.jpg      20130904_Stone_Shannon_MGP_0769.jpg
20130904_Stone_Shannon_MGP_0719.jpg      20130904_Stone_Shannon_MGP_0770.jpg
20130904_Stone_Shannon_MGP_0720.jpg      20130904_Stone_Shannon_MGP_0771.jpg
20130904_Stone_Shannon_MGP_0721.jpg      20130904_Stone_Shannon_MGP_0772.jpg
20130904_Stone_Shannon_MGP_0722.jpg      20130904_Stone_Shannon_MGP_0773.jpg
20130904_Stone_Shannon_MGP_0723.jpg      20130904_Stone_Shannon_MGP_0774.jpg
20130904_Stone_Shannon_MGP_0724.jpg      20130904_Stone_Shannon_MGP_0775.jpg
20130904_Stone_Shannon_MGP_0725.jpg      20130904_Stone_Shannon_MGP_0776.jpg
20130904_Stone_Shannon_MGP_0726.jpg      20130904_Stone_Shannon_MGP_0777.jpg
20130904_Stone_Shannon_MGP_0727.jpg      20130904_Stone_Shannon_MGP_0778.jpg
20130904_Stone_Shannon_MGP_0728.jpg      20131014_Singer_Mark_MGP
20130904_Stone_Shannon_MGP_0729.jpg      20131014_Singer_Mark_MGP_0001.jpg
20130904_Stone_Shannon_MGP_0730.jpg      20131014_Singer_Mark_MGP_0002.jpg
20130904_Stone_Shannon_MGP_0731.jpg      20131014_Singer_Mark_MGP_0003.jpg
20130904_Stone_Shannon_MGP_0732.jpg      20131014_Singer_Mark_MGP_0004.jpg
20130904_Stone_Shannon_MGP_0733.jpg      20131014_Singer_Mark_MGP_0005.jpg
20130904_Stone_Shannon_MGP_0734.jpg      20131014_Singer_Mark_MGP_0006.jpg
20130904_Stone_Shannon_MGP_0735.jpg      20131014_Singer_Mark_MGP_0007.jpg
20130904_Stone_Shannon_MGP_0736.jpg      20131014_Singer_Mark_MGP_0008.jpg
```

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:          Sunday, December 22, 2013 at 4:29:16 PM

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 44)

_20131030_Istanbul_MGP_6073.jpg
_20131030_Istanbul_MGP_6074.jpg
_20131030_Istanbul_MGP_6075.jpg
_20131030_Istanbul_MGP_6076.jpg
_20131030_Istanbul_MGP_6077.jpg
_20131030_Istanbul_MGP_6078.jpg
_20131030_Istanbul_MGP_6079.jpg
_20131030_Istanbul_MGP_6080.jpg
_20131030_Istanbul_MGP_6081.jpg
_20131030_Istanbul_MGP_6083.jpg
_20131030_Istanbul_MGP_6084.jpg
_20131030_Istanbul_MGP_6085.jpg
_20131030_Istanbul_MGP_6086.jpg
_20131030_Istanbul_MGP_6087.jpg
_20131030_Istanbul_MGP_6088.jpg
_20131030_Istanbul_MGP_6089.jpg
_20131030_Istanbul_MGP_6090.jpg
_20131030_Istanbul_MGP_6091.jpg
_20131030_Istanbul_MGP_6092.jpg
_20131030_Istanbul_MGP_6093.jpg
_20131030_Istanbul_MGP_6094.jpg
_20131030_Istanbul_MGP_6095.jpg
_20131030_Istanbul_MGP_6096.jpg
_20131030_Istanbul_MGP_6097.jpg
_20131030_Istanbul_MGP_6098.jpg
_20131030_Istanbul_MGP_6099.jpg
_20131030_Istanbul_MGP_6100.jpg
_20131030_Istanbul_MGP_6101.jpg
_20131030_Istanbul_MGP_6102.jpg
_20131030_Istanbul_MGP_6103.jpg
_20131030_Istanbul_MGP_6104.jpg
_20131030_Istanbul_MGP_6105.jpg
_20131030_Istanbul_MGP_6106.jpg
_20131030_Istanbul_MGP_6107.jpg
_20131030_Istanbul_MGP_6108.jpg
_20131030_Istanbul_MGP_6109.jpg
_20131030_Istanbul_MGP_6110.jpg
_20131030_Istanbul_MGP_6111.jpg
_20131030_Istanbul_MGP_6112.jpg
_20131030_Istanbul_MGP_6113.jpg
_20131030_Istanbul_MGP_6114.jpg
_20131030_Istanbul_MGP_6115.jpg
_20131030_Istanbul_MGP_6116.jpg
_20131030_Istanbul_MGP_6117.jpg
_20131030_Istanbul_MGP_6118.jpg
_20131030_Istanbul_MGP_6119.jpg
_20131030_Istanbul_MGP_6120.jpg
_20131030_Istanbul_MGP_6122.jpg
_20131030_Istanbul_MGP_6123.jpg
_20131030_Istanbul_MGP_6124.jpg
_20131030_Istanbul_MGP_6125.jpg

_20131030_Istanbul_MGP_6126.jpg
**20131124_Tocco_Digital_Retouching**
Cicada_Shoot_Oct_-061.jpg
ED4Q3375print.jpg
ED4Q3733print_.jpg
ED4Q3858_.jpg
ED4Q4095_.jpg
ED4Q4253 darker_.jpg
ED4Q5148_.jpg
ED4Q5415_.jpg
ED4Q8380_V3.jpg
ED4Q9896_V2_Cropped copy.jpg
IMG_2931print_.jpg
IMG_2951print.jpg
**20131203_Snapchat_MGP**
20131203_Snapchat_MGP_0008.jpg
20131203_Snapchat_MGP_0009.jpg
20131203_Snapchat_MGP_0010.jpg
20131203_Snapchat_MGP_0011.jpg
20131203_Snapchat_MGP_0012.jpg
20131203_Snapchat_MGP_0013.jpg
20131203_Snapchat_MGP_0014.jpg
20131203_Snapchat_MGP_0015.jpg
20131203_Snapchat_MGP_0016.jpg
20131203_Snapchat_MGP_0017.jpg
20131203_Snapchat_MGP_0018.jpg
20131203_Snapchat_MGP_0019.jpg
20131203_Snapchat_MGP_0020.jpg
20131203_Snapchat_MGP_0021.jpg
20131203_Snapchat_MGP_0022.jpg
20131203_Snapchat_MGP_0023.jpg
20131203_Snapchat_MGP_0024.jpg
20131203_Snapchat_MGP_0025.jpg
20131203_Snapchat_MGP_0026.jpg
20131203_Snapchat_MGP_0027.jpg
20131203_Snapchat_MGP_0028.jpg
20131203_Snapchat_MGP_0029.jpg
20131203_Snapchat_MGP_0030.jpg
20131203_Snapchat_MGP_0031.jpg
20131203_Snapchat_MGP_0032.jpg
20131203_Snapchat_MGP_0033.jpg
20131203_Snapchat_MGP_0034.jpg
20131203_Snapchat_MGP_0035.jpg
20131203_Snapchat_MGP_0036.jpg
20131203_Snapchat_MGP_0037.jpg
20131203_Snapchat_MGP_0038.jpg
20131203_Snapchat_MGP_0039.jpg
20131203_Snapchat_MGP_0040.jpg
20131203_Snapchat_MGP_0041.jpg
20131203_Snapchat_MGP_0042.jpg
20131203_Snapchat_MGP_0043.jpg

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:    Sunday, December 22, 2013 at 4:29:16 PM

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 43)

20131030_Istanbul_MGP_06150.jpg
20131030_Istanbul_MGP_06151.jpg
20131030_Istanbul_MGP_06152.jpg
20131030_Istanbul_MGP_06153.jpg
20131030_Istanbul_MGP_06154.jpg
20131030_Istanbul_MGP_06155.jpg
20131030_Istanbul_MGP_06156.jpg
20131030_Istanbul_MGP_06157.jpg
20131030_Istanbul_MGP_06158.jpg
20131030_Istanbul_MGP_06159.jpg
20131030_Istanbul_MGP_06160.jpg
20131030_Istanbul_MGP_06161.jpg
20131030_Istanbul_MGP_06162.jpg
20131030_Istanbul_MGP_06163.jpg
20131030_Istanbul_MGP_06164.jpg
20131030_Istanbul_MGP_06165.jpg
20131030_Istanbul_MGP_06166.jpg
20131030_Istanbul_MGP_06167.jpg
20131030_Istanbul_MGP_06168.jpg
20131030_Istanbul_MGP_06169.jpg
20131030_Istanbul_MGP_06170.jpg
20131030_Istanbul_MGP_06171.jpg
20131030_Istanbul_MGP_06172.jpg
20131030_Istanbul_MGP_06173.jpg
20131030_Istanbul_MGP_06174.jpg
20131030_Istanbul_MGP_06175.jpg
20131030_Istanbul_MGP_06176.jpg
_20131030_Istanbul_MGP_5996.jpg
_20131030_Istanbul_MGP_5997.jpg
_20131030_Istanbul_MGP_5998.jpg
_20131030_Istanbul_MGP_5999.jpg
_20131030_Istanbul_MGP_6000.jpg
_20131030_Istanbul_MGP_6001.jpg
_20131030_Istanbul_MGP_6002.jpg
_20131030_Istanbul_MGP_6003.jpg
_20131030_Istanbul_MGP_6004.jpg
_20131030_Istanbul_MGP_6005.jpg
_20131030_Istanbul_MGP_6006.jpg
_20131030_Istanbul_MGP_6007.jpg
_20131030_Istanbul_MGP_6008.jpg
_20131030_Istanbul_MGP_6009.jpg
_20131030_Istanbul_MGP_6010.jpg
_20131030_Istanbul_MGP_6011.jpg
_20131030_Istanbul_MGP_6012.jpg
_20131030_Istanbul_MGP_6013.jpg
_20131030_Istanbul_MGP_6014.jpg
_20131030_Istanbul_MGP_6015.jpg
_20131030_Istanbul_MGP_6016.jpg
_20131030_Istanbul_MGP_6017.jpg
_20131030_Istanbul_MGP_6018.jpg
_20131010_Istanbul_MGP_6019.jpg

_20131030_Istanbul_MGP_6020.jpg
_20131030_Istanbul_MGP_6021.jpg
_20131030_Istanbul_MGP_6022.jpg
_20131030_Istanbul_MGP_6023.jpg
_20131030_Istanbul_MGP_6024.jpg
_20131030_Istanbul_MGP_6025.jpg
_20131030_Istanbul_MGP_6026.jpg
_20131030_Istanbul_MGP_6027.jpg
_20131030_Istanbul_MGP_6028.jpg
_20131030_Istanbul_MGP_6029.jpg
_20131030_Istanbul_MGP_6030.jpg
_20131030_Istanbul_MGP_6031.jpg
_20131030_Istanbul_MGP_6032.jpg
_20131030_Istanbul_MGP_6033.jpg
_20131030_Istanbul_MGP_6034.jpg
_20131030_Istanbul_MGP_6035.jpg
_20131030_Istanbul_MGP_6036.jpg
_20131030_Istanbul_MGP_6037.jpg
_20131030_Istanbul_MGP_6038.jpg
_20131030_Istanbul_MGP_6041.jpg
_20131030_Istanbul_MGP_6042.jpg
_20131030_Istanbul_MGP_6043.jpg
_20131030_Istanbul_MGP_6044.jpg
_20131030_Istanbul_MGP_6045.jpg
_20131030_Istanbul_MGP_6046.jpg
_20131030_Istanbul_MGP_6047.jpg
_20131030_Istanbul_MGP_6048.jpg
_20131030_Istanbul_MGP_6049.jpg
_20131030_Istanbul_MGP_6050.jpg
_20131030_Istanbul_MGP_6051.jpg
_20131030_Istanbul_MGP_6052.jpg
_20131030_Istanbul_MGP_6053.jpg
_20131030_Istanbul_MGP_6054.jpg
_20131030_Istanbul_MGP_6055.jpg
_20131030_Istanbul_MGP_6056.jpg
_20131030_Istanbul_MGP_6057.jpg
_20131030_Istanbul_MGP_6058.jpg
_20131030_Istanbul_MGP_6059.jpg
_20131030_Istanbul_MGP_6060.jpg
_20131030_Istanbul_MGP_6061.jpg
_20131030_Istanbul_MGP_6062.jpg
_20131030_Istanbul_MGP_6063.jpg
_20131030_Istanbul_MGP_6064.jpg
_20131030_Istanbul_MGP_6065.jpg
_20131030_Istanbul_MGP_6066.jpg
_20131030_Istanbul_MGP_6067.jpg
_20131030_Istanbul_MGP_6068.jpg
_20131030_Istanbul_MGP_6069.jpg
_20131030_Istanbul_MGP_6070.jpg
_20131030_Istanbul_MGP_6071.jpg
_20131030_Istanbul_MGP_6072.jpg

Scanner HD:Users:admin:Desktop:20130729_To_20131222_Grecco_Unpublished:    Sunday, December 22, 2013 at 4:29:16 PM

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 46)

20131203_Snapchat_MGP_0146.jpg
20131203_Snapchat_MGP_0147.jpg
20131203_Snapchat_MGP_0148.jpg
20131203_Snapchat_MGP_0149.jpg
20131203_Snapchat_MGP_0150.jpg
20131203_Snapchat_MGP_0151.jpg
20131203_Snapchat_MGP_0152.jpg
20131203_Snapchat_MGP_0153.jpg
20131203_Snapchat_MGP_0154.jpg
20131203_Snapchat_MGP_0155.jpg
20131203_Snapchat_MGP_0156.jpg
20131203_Snapchat_MGP_0157.jpg
20131203_Snapchat_MGP_0158.jpg
20131203_Snapchat_MGP_0159.jpg
20131203_Snapchat_MGP_0160.jpg
20131203_Snapchat_MGP_0161.jpg
20131203_Snapchat_MGP_0162.jpg
20131203_Snapchat_MGP_0163.jpg
20131203_Snapchat_MGP_0164.jpg
20131203_Snapchat_MGP_0165.jpg
20131203_Snapchat_MGP_0166.jpg
20131203_Snapchat_MGP_0167.jpg
20131203_Snapchat_MGP_0168.jpg
20131203_Snapchat_MGP_0169.jpg
20131203_Snapchat_MGP_0170.jpg
20131203_Snapchat_MGP_0171.jpg
20131203_Snapchat_MGP_0172.jpg
20131203_Snapchat_MGP_0173.jpg
20131203_Snapchat_MGP_0174.jpg
20131203_Snapchat_MGP_0175.jpg
20131203_Snapchat_MGP_0176.jpg
20131203_Snapchat_MGP_0177.jpg
20131203_Snapchat_MGP_0178.jpg
20131203_Snapchat_MGP_0179.jpg
20131203_Snapchat_MGP_0180.jpg
20131203_Snapchat_MGP_0181.jpg
20131203_Snapchat_MGP_0182.jpg
20131203_Snapchat_MGP_0183.jpg
20131203_Snapchat_MGP_0184.jpg
20131203_Snapchat_MGP_0185.jpg
20131203_Snapchat_MGP_0186.jpg
20131203_Snapchat_MGP_0187.jpg
20131203_Snapchat_MGP_0188.jpg
20131203_Snapchat_MGP_0189.jpg
20131203_Snapchat_MGP_0190.jpg
20131203_Snapchat_MGP_0191.jpg
20131203_Snapchat_MGP_0192.jpg
20131203_Snapchat_MGP_0196.jpg
20131203_Snapchat_MGP_0197.jpg
20131203_Snapchat_MGP_0198.jpg
20131203_Snapchat_MGP_0199.jpg
20131203_Snapchat_MGP_0200.jpg
20131203_Snapchat_MGP_0201.jpg
20131203_Snapchat_MGP_0202.jpg
20131203_Snapchat_MGP_0203.jpg
20131203_Snapchat_MGP_0204.jpg
20131203_Snapchat_MGP_0205.jpg
20131203_Snapchat_MGP_0206.jpg
20131203_Snapchat_MGP_0207.jpg
20131203_Snapchat_MGP_0208.jpg
20131203_Snapchat_MGP_0209.jpg
20131203_Snapchat_MGP_0210.jpg
20131203_Snapchat_MGP_0211.jpg
20131203_Snapchat_MGP_0212.jpg
20131203_Snapchat_MGP_0213.jpg
20131203_Snapchat_MGP_0214.jpg
20131203_Snapchat_MGP_0215.jpg
20131203_Snapchat_MGP_0216.jpg
20131203_Snapchat_MGP_0217.jpg
20131203_Snapchat_MGP_0218.jpg
20131203_Snapchat_MGP_0219.jpg
20131203_Snapchat_MGP_0220.jpg
20131203_Snapchat_MGP_0221.jpg
20131203_Snapchat_MGP_0222.jpg
20131203_Snapchat_MGP_0223.jpg
20131203_Snapchat_MGP_0224.jpg
20131203_Snapchat_MGP_0225.jpg
20131203_Snapchat_MGP_0226.jpg
20131203_Snapchat_MGP_0227.jpg
20131203_Snapchat_MGP_0228.jpg
20131203_Snapchat_MGP_0229.jpg
20131203_Snapchat_MGP_0230.jpg
20131203_Snapchat_MGP_0231.jpg
20131203_Snapchat_MGP_0232.jpg
20131203_Snapchat_MGP_0233.jpg
20131203_Snapchat_MGP_0234.jpg
20131203_Snapchat_MGP_0235.jpg
20131203_Snapchat_MGP_0236.jpg
20131203_Snapchat_MGP_0237.jpg
20131203_Snapchat_MGP_0238.jpg
20131203_Snapchat_MGP_0239.jpg
20131203_Snapchat_MGP_0240.jpg
20131203_Snapchat_MGP_0241.jpg
20131203_Snapchat_MGP_0242.jpg
20131203_Snapchat_MGP_0243.jpg
20131203_Snapchat_MGP_0244.jpg
20131203_Snapchat_MGP_0245.jpg
20131203_Snapchat_MGP_0246.jpg
20131203_Snapchat_MGP_0247.jpg
20131203_Snapchat_MGP_0248.jpg
20131203_Snapchat_MGP_0249.jpg
20131203_Snapchat_MGP_0250.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 45)

20131203_Snapchat_MGP_0044.jpg
20131203_Snapchat_MGP_0045.jpg
20131203_Snapchat_MGP_0046.jpg
20131203_Snapchat_MGP_0047.jpg
20131203_Snapchat_MGP_0048.jpg
20131203_Snapchat_MGP_0049.jpg
20131203_Snapchat_MGP_0050.jpg
20131203_Snapchat_MGP_0051.jpg
20131203_Snapchat_MGP_0052.jpg
20131203_Snapchat_MGP_0053.jpg
20131203_Snapchat_MGP_0054.jpg
20131203_Snapchat_MGP_0055.jpg
20131203_Snapchat_MGP_0056.jpg
20131203_Snapchat_MGP_0057.jpg
20131203_Snapchat_MGP_0058.jpg
20131203_Snapchat_MGP_0059.jpg
20131203_Snapchat_MGP_0060.jpg
20131203_Snapchat_MGP_0061.jpg
20131203_Snapchat_MGP_0062.jpg
20131203_Snapchat_MGP_0063.jpg
20131203_Snapchat_MGP_0064.jpg
20131203_Snapchat_MGP_0065.jpg
20131203_Snapchat_MGP_0066.jpg
20131203_Snapchat_MGP_0067.jpg
20131203_Snapchat_MGP_0068.jpg
20131203_Snapchat_MGP_0069.jpg
20131203_Snapchat_MGP_0070.jpg
20131203_Snapchat_MGP_0071.jpg
20131203_Snapchat_MGP_0072.jpg
20131203_Snapchat_MGP_0073.jpg
20131203_Snapchat_MGP_0074.jpg
20131203_Snapchat_MGP_0075.jpg
20131203_Snapchat_MGP_0076.jpg
20131203_Snapchat_MGP_0077.jpg
20131203_Snapchat_MGP_0078.jpg
20131203_Snapchat_MGP_0079.jpg
20131203_Snapchat_MGP_0080.jpg
20131203_Snapchat_MGP_0081.jpg
20131203_Snapchat_MGP_0082.jpg
20131203_Snapchat_MGP_0083.jpg
20131203_Snapchat_MGP_0084.jpg
20131203_Snapchat_MGP_0085.jpg
20131203_Snapchat_MGP_0086.jpg
20131203_Snapchat_MGP_0087.jpg
20131203_Snapchat_MGP_0088.jpg
20131203_Snapchat_MGP_0089.jpg
20131203_Snapchat_MGP_0090.jpg
20131203_Snapchat_MGP_0091.jpg
20131203_Snapchat_MGP_0092.jpg
20131203_Snapchat_MGP_0093.jpg
20131203_Snapchat_MGP_0094.jpg
20131203_Snapchat_MGP_0095.jpg
20131203_Snapchat_MGP_0096.jpg
20131203_Snapchat_MGP_0097.jpg
20131203_Snapchat_MGP_0098.jpg
20131203_Snapchat_MGP_0099.jpg
20131203_Snapchat_MGP_0100.jpg
20131203_Snapchat_MGP_0101.jpg
20131203_Snapchat_MGP_0102.jpg
20131203_Snapchat_MGP_0103.jpg
20131203_Snapchat_MGP_0104.jpg
20131203_Snapchat_MGP_0105.jpg
20131203_Snapchat_MGP_0106.jpg
20131203_Snapchat_MGP_0107.jpg
20131203_Snapchat_MGP_0108.jpg
20131203_Snapchat_MGP_0109.jpg
20131203_Snapchat_MGP_0110.jpg
20131203_Snapchat_MGP_0111.jpg
20131203_Snapchat_MGP_0112.jpg
20131203_Snapchat_MGP_0113.jpg
20131203_Snapchat_MGP_0114.jpg
20131203_Snapchat_MGP_0115.jpg
20131203_Snapchat_MGP_0116.jpg
20131203_Snapchat_MGP_0117.jpg
20131203_Snapchat_MGP_0118.jpg
20131203_Snapchat_MGP_0119.jpg
20131203_Snapchat_MGP_0120.jpg
20131203_Snapchat_MGP_0121.jpg
20131203_Snapchat_MGP_0122.jpg
20131203_Snapchat_MGP_0123.jpg
20131203_Snapchat_MGP_0124.jpg
20131203_Snapchat_MGP_0125.jpg
20131203_Snapchat_MGP_0126.jpg
20131203_Snapchat_MGP_0127.jpg
20131203_Snapchat_MGP_0128.jpg
20131203_Snapchat_MGP_0129.jpg
20131203_Snapchat_MGP_0130.jpg
20131203_Snapchat_MGP_0131.jpg
20131203_Snapchat_MGP_0132.jpg
20131203_Snapchat_MGP_0133.jpg
20131203_Snapchat_MGP_0134.jpg
20131203_Snapchat_MGP_0135.jpg
20131203_Snapchat_MGP_0136.jpg
20131203_Snapchat_MGP_0137.jpg
20131203_Snapchat_MGP_0138.jpg
20131203_Snapchat_MGP_0139.jpg
20131203_Snapchat_MGP_0140.jpg
20131203_Snapchat_MGP_0141.jpg
20131203_Snapchat_MGP_0142.jpg
20131203_Snapchat_MGP_0143.jpg
20131203_Snapchat_MGP_0144.jpg
20131203_Snapchat_MGP_0145.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 48)

20131215_Costner_Kevin_MGP_6270.jpg
20131215_Costner_Kevin_MGP_6271.jpg
20131215_Costner_Kevin_MGP_6272.jpg
20131215_Costner_Kevin_MGP_6273.jpg
20131215_Costner_Kevin_MGP_6274.jpg
20131215_Costner_Kevin_MGP_6275.jpg
20131215_Costner_Kevin_MGP_6276.jpg
20131215_Costner_Kevin_MGP_6277.jpg
20131215_Costner_Kevin_MGP_6278.jpg
20131215_Costner_Kevin_MGP_6279.jpg
20131215_Costner_Kevin_MGP_6280.jpg
20131215_Costner_Kevin_MGP_6281.jpg
20131215_Costner_Kevin_MGP_6282.jpg
20131215_Costner_Kevin_MGP_6283.jpg
20131215_Costner_Kevin_MGP_6284.jpg
20131215_Costner_Kevin_MGP_6285.jpg
20131215_Costner_Kevin_MGP_6286.jpg
20131215_Costner_Kevin_MGP_6287.jpg
20131215_Costner_Kevin_MGP_6288.jpg
20131215_Costner_Kevin_MGP_6289.jpg
20131215_Costner_Kevin_MGP_6290.jpg
20131215_Costner_Kevin_MGP_6291.jpg
20131215_Costner_Kevin_MGP_6292.jpg
20131215_Costner_Kevin_MGP_6293.jpg
20131215_Costner_Kevin_MGP_6294.jpg
20131215_Costner_Kevin_MGP_6295.jpg
20131215_Costner_Kevin_MGP_6296.jpg
20131215_Costner_Kevin_MGP_6297.jpg
20131215_Costner_Kevin_MGP_6298.jpg
20131215_Costner_Kevin_MGP_6299.jpg
20131215_Costner_Kevin_MGP_6300.jpg
20131215_Costner_Kevin_MGP_6301.jpg
20131215_Costner_Kevin_MGP_6302.jpg
20131215_Costner_Kevin_MGP_6303.jpg

Listing of "20130729_To_20131222_Grecco_Unpublished" (Page 47)

20131203_Snapchat_MGP_0251.jpg
20131203_Snapchat_MGP_0252.jpg
20131203_Snapchat_MGP_0253.jpg
20131203_Snapchat_MGP_0254.jpg
20131203_Snapchat_MGP_0255.jpg
20131203_Snapchat_MGP_0256.jpg
20131203_Snapchat_MGP_0257.jpg
20131203_Snapchat_MGP_0258.jpg
20131203_Snapchat_MGP_0259.jpg
20131203_Snapchat_MGP_0260.jpg
20131203_Snapchat_MGP_0261.jpg
**20131215_Cosner_Kevin_MGP**
20131215_Costner_Kevin_MGP_6180.jpg
20131215_Costner_Kevin_MGP_6181.jpg
20131215_Costner_Kevin_MGP_6182.jpg
20131215_Costner_Kevin_MGP_6183.jpg
20131215_Costner_Kevin_MGP_6184.jpg
20131215_Costner_Kevin_MGP_6185.jpg
20131215_Costner_Kevin_MGP_6186.jpg
20131215_Costner_Kevin_MGP_6187.jpg
20131215_Costner_Kevin_MGP_6188.jpg
20131215_Costner_Kevin_MGP_6189.jpg
20131215_Costner_Kevin_MGP_6190.jpg
20131215_Costner_Kevin_MGP_6191.jpg
20131215_Costner_Kevin_MGP_6192.jpg
20131215_Costner_Kevin_MGP_6193.jpg
20131215_Costner_Kevin_MGP_6194.jpg
20131215_Costner_Kevin_MGP_6195.jpg
20131215_Costner_Kevin_MGP_6196.jpg
20131215_Costner_Kevin_MGP_6197.jpg
20131215_Costner_Kevin_MGP_6198.jpg
20131215_Costner_Kevin_MGP_6199.jpg
20131215_Costner_Kevin_MGP_6200.jpg
20131215_Costner_Kevin_MGP_6201.jpg
20131215_Costner_Kevin_MGP_6202.jpg
20131215_Costner_Kevin_MGP_6203.jpg
20131215_Costner_Kevin_MGP_6204.jpg
20131215_Costner_Kevin_MGP_6205.jpg
20131215_Costner_Kevin_MGP_6206.jpg
20131215_Costner_Kevin_MGP_6207.jpg
20131215_Costner_Kevin_MGP_6208.jpg
20131215_Costner_Kevin_MGP_6209.jpg
20131215_Costner_Kevin_MGP_6210.jpg
20131215_Costner_Kevin_MGP_6211.jpg
20131215_Costner_Kevin_MGP_6212.jpg
20131215_Costner_Kevin_MGP_6213.jpg
20131215_Costner_Kevin_MGP_6214.jpg
20131215_Costner_Kevin_MGP_6215.jpg
20131215_Costner_Kevin_MGP_6216.jpg
20131215_Costner_Kevin_MGP_6217.jpg
20131215_Costner_Kevin_MGP_6218.jpg
20131215_Costner_Kevin_MGP_6219.jpg
20131215_Costner_Kevin_MGP_6220.jpg
20131215_Costner_Kevin_MGP_6221.jpg
20131215_Costner_Kevin_MGP_6222.jpg
20131215_Costner_Kevin_MGP_6223.jpg
20131215_Costner_Kevin_MGP_6224.jpg
20131215_Costner_Kevin_MGP_6225.jpg
20131215_Costner_Kevin_MGP_6226.jpg
20131215_Costner_Kevin_MGP_6227.jpg
20131215_Costner_Kevin_MGP_6228.jpg
20131215_Costner_Kevin_MGP_6229.jpg
20131215_Costner_Kevin_MGP_6230.jpg
20131215_Costner_Kevin_MGP_6231.jpg
20131215_Costner_Kevin_MGP_6232.jpg
20131215_Costner_Kevin_MGP_6233.jpg
20131215_Costner_Kevin_MGP_6234.jpg
20131215_Costner_Kevin_MGP_6235.jpg
20131215_Costner_Kevin_MGP_6236.jpg
20131215_Costner_Kevin_MGP_6237.jpg
20131215_Costner_Kevin_MGP_6238.jpg
20131215_Costner_Kevin_MGP_6239.jpg
20131215_Costner_Kevin_MGP_6240.jpg
20131215_Costner_Kevin_MGP_6241.jpg
20131215_Costner_Kevin_MGP_6242.jpg
20131215_Costner_Kevin_MGP_6243.jpg
20131215_Costner_Kevin_MGP_6244.jpg
20131215_Costner_Kevin_MGP_6245.jpg
20131215_Costner_Kevin_MGP_6246.jpg
20131215_Costner_Kevin_MGP_6247.jpg
20131215_Costner_Kevin_MGP_6248.jpg
20131215_Costner_Kevin_MGP_6249.jpg
20131215_Costner_Kevin_MGP_6250.jpg
20131215_Costner_Kevin_MGP_6251.jpg
20131215_Costner_Kevin_MGP_6252.jpg
20131215_Costner_Kevin_MGP_6253.jpg
20131215_Costner_Kevin_MGP_6254.jpg
20131215_Costner_Kevin_MGP_6255.jpg
20131215_Costner_Kevin_MGP_6256.jpg
20131215_Costner_Kevin_MGP_6257.jpg
20131215_Costner_Kevin_MGP_6258.jpg
20131215_Costner_Kevin_MGP_6259.jpg
20131215_Costner_Kevin_MGP_6260.jpg
20131215_Costner_Kevin_MGP_6261.jpg
20131215_Costner_Kevin_MGP_6262.jpg
20131215_Costner_Kevin_MGP_6263.jpg
20131215_Costner_Kevin_MGP_6264.jpg
20131215_Costner_Kevin_MGP_6265.jpg
20131215_Costner_Kevin_MGP_6266.jpg
20131215_Costner_Kevin_MGP_6267.jpg
20131215_Costner_Kevin_MGP_6268.jpg
20131215_Costner_Kevin_MGP_6269.jpg

trackingupdates@fedex.com                              December 30, 2013  6:48 AM
To: michael@michaelgrecco.com
Reply-To: trackingmail@fedex.com
FedEx Shipment 797496657553 Delivered

---

This tracking update has been requested by:

Company Name:                    MGP, INC
Name:                            Michael Grecco
E-mail:                          michael@michaelgrecco.com

---

Our records indicate that the following shipment has been delivered:

Reference:                       Legal & Professional
Ship (P/U) date:                 Dec 26, 2013
Delivery date:                   Dec 30, 2013 9:33 AM
Sign for by:                     R.WALKER
Delivery location:               WASHINGTON, DC
Delivered to:                    Receptionist/Front Desk
Service type:                    FedEx 2Day
Packaging type:                  FedEx Envelope
Number of pieces:                1
Weight:                          0.50 lb.
Special handling/Services:       Adult Signature Required
                                 Deliver Weekday

Tracking number:

Shipper Information                  Recipient Information
Michael Grecco                       VA Registrations
MGP, INC                             UNITED STATES COPYRIGHT OFFICE
3103 17th Street                     101 INDEPENDENCE AVE SE
SANTA MONICA                         WASHINGTON
CA                                   DC
US                                   US
90405                                20559

Please do not respond to this message. This email was sent from an
unattended mailbox. This report was generated at approximately 8:48 AM CST
on 12/30/2013.

To learn more about FedEx Express, please visit our website at _____.



  

20131203_Snapchat_MGP
_0008

20131203_Snapchat_MGP
_0009

20131203_Snapchat_MGP
_0010

20131203_Snapchat_MGP
_0011

 

20131203_Snapchat_MGP
_0012

20131203_Snapchat_MGP
_0013

20131203_Snapchat_MGP
_0014

20131203_Snapchat_MGP
_0015

   

20131203_Snapchat_MGP
_0016

20131203_Snapchat_MGP
_0017

20131203_Snapchat_MGP
_0018

20131203_Snapchat_MGP
_0019

   

20131203_Snapchat_MGP
_0020

20131203_Snapchat_MGP
_0021

20131203_Snapchat_MGP
_0022

20131203_Snapchat_MGP
_0023

   

20131203_Snapchat_MGP
_0024

20131203_Snapchat_MGP
_0025

20131203_Snapchat_MGP
_0026

20131203_Snapchat_MGP
_0027


20131203_Snapchat_MGP
_0028


20131203_Snapchat_MGP
_0029


20131203_Snapchat_MGP
_0030


20131203_Snapchat_MGP
_0031


20131203_Snapchat_MGP
_0032


20131203_Snapchat_MGP
_0033


20131203_Snapchat_MGP
_0034


20131203_Snapchat_MGP
_0035


20131203_Snapchat_MGP
_0036


20131203_Snapchat_MGP
_0037


20131203_Snapchat_MGP
_0038


20131203_Snapchat_MGP
_0039


20131203_Snapchat_MGP
_0040


20131203_Snapchat_MGP
_0041


20131203_Snapchat_MGP
_0042


20131203_Snapchat_MGP
_0043


20131203_Snapchat_MGP
_0044


20131203_Snapchat_MGP
_0045


20131203_Snapchat_MGP
_0046


20131203_Snapchat_MGP
_0047

    

20131203_Snapchat_MGP
_0048

20131203_Snapchat_MGP
_0049

20131203_Snapchat_MGP
_0050

20131203_Snapchat_MGP
_0051

   

20131203_Snapchat_MGP
_0052

20131203_Snapchat_MGP
_0053

20131203_Snapchat_MGP
_0054

20131203_Snapchat_MGP
_0055

   

20131203_Snapchat_MGP
_0056

20131203_Snapchat_MGP
_0057

20131203_Snapchat_MGP
_0058

20131203_Snapchat_MGP
_0059

   

20131203_Snapchat_MGP
_0060

20131203_Snapchat_MGP
_0061

20131203_Snapchat_MGP
_0062

20131203_Snapchat_MGP
_0063

   

20131203_Snapchat_MGP
_0064

20131203_Snapchat_MGP
_0065

20131203_Snapchat_MGP
_0066

20131203_Snapchat_MGP
_0067

   


20131203_Snapchat_MGP
_0068

20131203_Snapchat_MGP
_0069

20131203_Snapchat_MGP
_0070

20131203_Snapchat_MGP
_0071

  

20131203_Snapchat_MGP
_0072

20131203_Snapchat_MGP
_0073

20131203_Snapchat_MGP
_0074

20131203_Snapchat_MGP
_0075

   

20131203_Snapchat_MGP
_0076

20131203_Snapchat_MGP
_0077

20131203_Snapchat_MGP
_0078

20131203_Snapchat_MGP
_0079

   

20131203_Snapchat_MGP
_0080

20131203_Snapchat_MGP
_0081

20131203_Snapchat_MGP
_0082

20131203_Snapchat_MGP
_0083

   

20131203_Snapchat_MGP
_0084

20131203_Snapchat_MGP
_0085

20131203_Snapchat_MGP
_0086

20131203_Snapchat_MGP
_0087


20131203_Snapchat_MGP
_0088


20131203_Snapchat_MGP
_0089


20131203_Snapchat_MGP
_0090


20131203_Snapchat_MGP
_0091


20131203_Snapchat_MGP
_0092


20131203_Snapchat_MGP
_0093


20131203_Snapchat_MGP
_0094


20131203_Snapchat_MGP
_0095


20131203_Snapchat_MGP
_0096


20131203_Snapchat_MGP
_0097


20131203_Snapchat_MGP
_0098


20131203_Snapchat_MGP
_0099


20131203_Snapchat_MGP
_0100


20131203_Snapchat_MGP
_0101


20131203_Snapchat_MGP
_0102


20131203_Snapchat_MGP
_0103


20131203_Snapchat_MGP
_0104


20131203_Snapchat_MGP
_0105


20131203_Snapchat_MGP
_0106


20131203_Snapchat_MGP
_0107





















20131203_Snapchat_MGP_0108   20131203_Snapchat_MGP_0109   20131203_Snapchat_MGP_0110   20131203_Snapchat_MGP_0111

20131203_Snapchat_MGP_0112   20131203_Snapchat_MGP_0113   20131203_Snapchat_MGP_0114   20131203_Snapchat_MGP_0115

20131203_Snapchat_MGP_0116   20131203_Snapchat_MGP_0117   20131203_Snapchat_MGP_0118   20131203_Snapchat_MGP_0119

20131203_Snapchat_MGP_0120   20131203_Snapchat_MGP_0121   20131203_Snapchat_MGP_0122   20131203_Snapchat_MGP_0123

20131203_Snapchat_MGP_0124   20131203_Snapchat_MGP_0125   20131203_Snapchat_MGP_0126   20131203_Snapchat_MGP_0127





20131203_Snapchat_MGP
_0128

20131203_Snapchat_MGP
_0129

20131203_Snapchat_MGP
_0130

20131203_Snapchat_MGP
_0131




20131203_Snapchat_MGP
_0132

20131203_Snapchat_MGP
_0133

20131203_Snapchat_MGP
_0134

20131203_Snapchat_MGP
_0135






20131203_Snapchat_MGP
_0136

20131203_Snapchat_MGP
_0137

20131203_Snapchat_MGP
_0138

20131203_Snapchat_MGP
_0139





20131203_Snapchat_MGP
_0140

20131203_Snapchat_MGP
_0141

20131203_Snapchat_MGP
_0142

20131203_Snapchat_MGP
_0143







20131203_Snapchat_MGP
_0144

20131203_Snapchat_MGP
_0145

20131203_Snapchat_MGP
_0146

20131203_Snapchat_MGP
_0147



20131203_Snapchat_MGP
_0148

20131203_Snapchat_MGP
_0149

20131203_Snapchat_MGP
_0150

20131203_Snapchat_MGP
_0151






20131203_Snapchat_MGP
_0152

20131203_Snapchat_MGP
_0153

20131203_Snapchat_MGP
_0154

20131203_Snapchat_MGP
_0155





20131203_Snapchat_MGP
_0156

20131203_Snapchat_MGP
_0157

20131203_Snapchat_MGP
_0158

20131203_Snapchat_MGP
_0159






20131203_Snapchat_MGP
_0160

20131203_Snapchat_MGP
_0161

20131203_Snapchat_MGP
_0162

20131203_Snapchat_MGP
_0163






20131203_Snapchat_MGP
_0164

20131203_Snapchat_MGP
_0165

20131203_Snapchat_MGP
_0166

20131203_Snapchat_MGP
_0167



20131203_Snapchat_MGP
_0168



20131203_Snapchat_MGP
_0169



20131203_Snapchat_MGP
_0170



20131203_Snapchat_MGP
_0171



20131203_Snapchat_MGP
_0172



20131203_Snapchat_MGP
_0173



20131203_Snapchat_MGP
_0174



20131203_Snapchat_MGP
_0175



20131203_Snapchat_MGP
_0176



20131203_Snapchat_MGP
_0177



20131203_Snapchat_MGP
_0178



20131203_Snapchat_MGP
_0179



20131203_Snapchat_MGP
_0180



20131203_Snapchat_MGP
_0181



20131203_Snapchat_MGP
_0182



20131203_Snapchat_MGP
_0183



20131203_Snapchat_MGP
_0184



20131203_Snapchat_MGP
_0185



20131203_Snapchat_MGP
_0186



20131203_Snapchat_MGP
_0187


20131203_Snapchat_MGP
_0188


20131203_Snapchat_MGP
_0189


20131203_Snapchat_MGP
_0190


20131203_Snapchat_MGP
_0191


20131203_Snapchat_MGP
_0192


20131203_Snapchat_MGP
_0196


20131203_Snapchat_MGP
_0197


20131203_Snapchat_MGP
_0198


20131203_Snapchat_MGP
_0199


20131203_Snapchat_MGP
_0200


20131203_Snapchat_MGP
_0201


20131203_Snapchat_MGP
_0202


20131203_Snapchat_MGP
_0203


20131203_Snapchat_MGP
_0204


20131203_Snapchat_MGP
_0205


20131203_Snapchat_MGP
_0206


20131203_Snapchat_MGP
_0207


20131203_Snapchat_MGP
_0208


20131203_Snapchat_MGP
_0209


20131203_Snapchat_MGP
_0210





20131203_Snapchat_MGP _0211

20131203_Snapchat_MGP _0212

20131203_Snapchat_MGP _0213

20131203_Snapchat_MGP _0214





20131203_Snapchat_MGP _0215

20131203_Snapchat_MGP _0216

20131203_Snapchat_MGP _0217

20131203_Snapchat_MGP _0218





20131203_Snapchat_MGP _0219

20131203_Snapchat_MGP _0220

20131203_Snapchat_MGP _0221

20131203_Snapchat_MGP _0222





20131203_Snapchat_MGP _0223

20131203_Snapchat_MGP _0224

20131203_Snapchat_MGP _0225

20131203_Snapchat_MGP _0226





20131203_Snapchat_MGP _0227

20131203_Snapchat_MGP _0228

20131203_Snapchat_MGP _0229

20131203_Snapchat_MGP _0230






20131203_Snapchat_MGP_0231
20131203_Snapchat_MGP_0232
20131203_Snapchat_MGP_0233
20131203_Snapchat_MGP_0234
20131203_Snapchat_MGP_0235
20131203_Snapchat_MGP_0236
20131203_Snapchat_MGP_0237
20131203_Snapchat_MGP_0238
20131203_Snapchat_MGP_0239
20131203_Snapchat_MGP_0240
20131203_Snapchat_MGP_0241
20131203_Snapchat_MGP_0242
20131203_Snapchat_MGP_0243
20131203_Snapchat_MGP_0244
20131203_Snapchat_MGP_0245
20131203_Snapchat_MGP_0246
20131203_Snapchat_MGP_0247
20131203_Snapchat_MGP_0248
20131203_Snapchat_MGP_0249
20131203_Snapchat_MGP_0250



20131203_Snapchat_MGP
_0251



20131203_Snapchat_MGP
_0252



20131203_Snapchat_MGP
_0253



20131203_Snapchat_MGP
_0254



20131203_Snapchat_MGP
_0255



20131203_Snapchat_MGP
_0256



20131203_Snapchat_MGP
_0257



20131203_Snapchat_MGP
_0258



20131203_Snapchat_MGP
_0259



20131203_Snapchat_MGP
_0260



20131203_Snapchat_MGP
_0261

# EXHIBIT
# "B"

YOUR MONEY　　　Jan 9, 2019

## 50 Best Money Saving And Money Making Apps

5 min read　　by Mark Sander



Apr 15, 2018

### With Stormy Economic Times Ahead, Americans With Retirement Funds Are Jumping On Gold

5 min read　|　by Admin

YOUR MONEY



May 1, 2018

### How To Get The Most Out Of Your Tax Refund

5 min read    |    by Megan Roth

## Grow Your Money

Get tips on saving, investing and practical finance

# 57,332

Registered users at Volleypost

Your Email    Get Tips

# The Latest



LIFESTYLE

Jan 23, 2019

## Top 6 Benefits Of Assisted Living And How It's Changing In 2019

5 min read    |    by Ryan Kinnar



YOUR MONEY

Aug 6, 2018

## 10 Smart Ways To Generate Passive Income

5 min read    |    by Mark Sander



INVESTING

Aug 6, 2018

## Investing In Gold Can Help In Financial Standing

10 min read    |    by Ryan Kinnar



YOUR MONEY

Jul 30, 2018

## Thirty Ways To Make Quick Money On The Side

5 min read    |    by Ryan Kinnar



SSD

Jun 28, 2018

## Top 5 Common Social Security Disability Myths

5 min read    |    by Megan Roth

# Most popular

YOUR MONEY    Dec 28, 2016

## 4 Brilliant Ways To Boost Your Income Right Now

YOUR MONEY    May 19, 2018

## YouTube Monetization: Making Money Out Of Videos

YOUR MONEY    Apr 30, 2018

## The Most Common Tax Scams During Tax Season

YOUR MONEY      Apr 15, 2018

**Retire Rich With These 4 Very Useful Tips**

LIFESTYLE      Mar 22, 2018

**Check Out 14 Of The Most Beautiful And Costly Homes Of The Stars**

Download Our App

 

YOUR MONEY

Jun 28, 2018

6 Tips On How To Write A Check Safely

5 min read      by Mark Sander

Jun 28, 2018

How The Social Security Disability Verification Letter Helps

5 min read      by Ryan Kinnar

60



Jun 27, 2018

## Maslow's Hierarchy Of Needs: The Human Motivation Theory

5 min read | by Megan Roth



Jun 25, 2018

## The Importance Of Social Security Disability History On Work

5 min read | by Ryan Kinnar



Jun 25, 2018

## How Insurers Calculate Car Accident Compensation Claim

5 min read | by Megan Roth



Jun 15, 2018

## How To Safeguard Car Accident Compensation Claim

5 min read    |    by Ryan Kinnar



Jun 15, 2018

## What Are The Social Security Disability Employment Rules

5 min read    |    by Mark Sander



Jun 10, 2018

## 5 Ways To Get A Divorce Without Breaking The Bank

5 min read    |    by Megan Smith

Volleypost - Effortless Personal Finance



Jun 10, 2018

## What Is The Average Income In America?

5 min read    |    by Ryan Kinnar



Jun 4, 2018

## Here Are The Best Ways To Value A Stock

5 min read    |    by Megan Roth



Jun 4, 2018

## 4 Simple Ways To Reduce Car Insurance After Accident

5 min read    |    by Ryan Kinnar

5 min read   |   by Ryan Kinnar



May 30, 2018

## How Social Security For Disabled Dependents Works

5 min read   |   by Megan Roth



May 28, 2018

## Can Social Security Disability Be Garnished?

5 min read   |   by Mark Sander



May 28, 2018

## Social Security Disability Taxable Or Not?

5 min read  |  by Megan Roth



LOANS

May 27, 2018

## If Money Is Tight, Consider Getting A Personal Loan

5 min read  |  by Mark Sander



YOUR MONEY

May 23, 2018

## Student Loan Debts May Be Cancelled For Disabled Veterans

5 min read  |  by Ryan Kinnar



YOUR MONEY

May 23, 2018

## Explanation Of Benefits – How You Save Money

Volleypost - Effective Personal Finance

5 min read   |   by Megan Roth

More articles



Your Money                              Career

Real Estate                             Lifestyle

Markets                                 Stingy Zone

Volleypost - Elect - Designed Finance

Contact Us    Terms & Conditions    Privacy Policy

© 2018 All Rights Reserved Volleypost



Kobert Media - Intelligent Content Marketing

# PERFORMANCE ADVERTISIN

## From Another World



**A B O U T**

—

**CONTENT MARKETING THAT CONVERTS**

*Founded by a veteran team in the online advertising industry, we've created an agency solely focused on content marketing. People don't click on unwanted ads, they read content that's interesting to them. By creating illuminating content, targeted at the relevant audience we're able to create intent and deliver campaigns that truly result in positive performance.*

**S E R V I C E S**

Writing, designing, analyzing and optimizing



Content Marketing

We create content that targets your audience and brings them into the conversion funnel.



Campaign Management

We distribute your content and run targeted campaigns on the top distribution channels available.



Conversion Optimization

We take care of the full conversion funnel, from analytics to optimization to lead management.

69

Kobert Media Elite | Intelligent Content Marketing



**INTELLIGENT CONTENT MARKETING**

349 5TH AVE, NEW YORK / ROTHSCHILD 45, TEL-AVIV

US 212-464-8557 / IL 972-52-3840544

HELLO@KOBERTMEDIA.COM

## CONTACT

Please fill in your information below and we'll get back to you asap

*Name*

*Email*

*Subject*

*Message*

SEND MESSAGE

© COPYRIGHT 2015, KOBERT MEDIA

Case 2:19-cv-01153-DMG-AFM   Document 1   Filed 02/14/19   Page 71 of 155   Page ID #:71


(/)

All Images ▾   🔍

# Great stories start here.

Discover over 259 million royalty free stock images, stock footage, and music tracks.

Abstract rainbow (/image-vector/abstract-rainbow-colors-circle-on-white-133376048) by AnaMarques (/g/AnaMarques)

## Stunning content, straightforward prices
## Find your plan ❯ (/subscribe)

Royalty free stock images, photos, videos, and more for your creative projects



Photos

(/photos)



Vectors

(/vectors)



Illustrations

(/search/illustrations)




Icons

(/search/icons)



Case 2:19-cv-01153-DMG-AFM    Document 1    Filed 02/14/19    Page 72 of 155    Page ID #:72

 

Footage

(video)

Music

(/music)

Royalty free stock assets curated for you

Black History Month

(/featured-collections/black-history-month-138446332)

Valentine's Day

(/featured-collections/valentine-s-day-145634644)

Pantone Living Coral

(/featured-collections/pantone-living-coral-147605197)

Chinese New Year

(/featured-collections/chinese-new-year-138397252)

## Sign up and get a free image or photo every week

**Free Stock Image of the Week**
by YUSHENG HSU (/g/yushenghsu)

Download ()

**Free Stock Vector of the Week**
by Speranto (/g/Speranto)

Download ()

| Email Address |
| Password |

**Create Account**

By creating an account, I agree to Shutterstock's Website Terms (/terms), Privacy Policy (/privacy), and Licensing Terms (/license).

## Explore Shutterstock's collections of creative assets



Case 2:19-cv-01153-DMG-AFM   Document 1   Filed 02/14/19   Page 74 of 155   Page ID #:74

## Introducing Shutterstock Custom
On-brand content created for you (http://custom.shutterstock.com/).

## Shutterstock for Final Cut Pro
Access incredible stock content (https://www.shutterstock.com/discover/fcpx) as you edit.



Explore Offset by Shutterstock
A curated collection of premium images (https://www.offset.com).

## Learn about Shutterstock Premier
A creative platform built for your team (https://premier.shutterstock.com/).

## Explore Shutterstock Select
Our new premium stock footage (https://www.shutterstock.com/video/select)

Case 2:19-cv-01153-DMG-AFM Document 1 Filed 02/14/19 Page 77 of 155 Page ID #:77

Tried and trusted
How top companies use Shutterstock (https://www.shutterstock.com/special/partners).

## Browse by stock image category

Abstract (/category/abstract)

Animals/Wildlife (/category/animals-wildlife)

The Arts (/category/the-arts)

Backgrounds/Textures (/category/backgrounds-textures)

Beauty/Fashion (/category/beauty-fashion)

Buildings/Landmarks (/category/buildings-landmarks)

Business/Finance (/category/business-finance)

Celebrities (/category/celebrities)

Editorial (/category/editorial)

Education (/category/education)

Food and Drink (/category/food-and-drink)

Healthcare/Medical (/category/healthcare-medical)

Holidays (/category/holidays)

Illustrations/Clip-Art (/category/illustrations-clip-art)

Industrial (/category/industrial)

Interiors (/category/interiors)

Miscellaneous (/category/miscellaneous)

Nature (/category/nature)

Objects (/category/objects)

Parks/Outdoor (/category/parks-outdoor)

People (/category/people)

Religion (/category/religion)

Science (/category/science)

Signs/Symbols (/category/signs-symbols)

Sports/Recreation (/category/sports-recreation)

Technology (/category/technology)

Transportation (/category/transportation)

Vectors (/category/vectors)

Vintage (/category/vintage)

## Popular stock image searches

| | |
|---|---|
| Abstract (/search/abstract) | Food (/search/food) |
| Background (/search/background) | Free Background (/search/free%20background) |
| Summer (/search/summer) | Wooden Background (/search/wooden%20background) |
| 3d (/search/3d) | Infographics (/search/infographics) |
| Pattern (/search/pattern) | Illustrations (/search/illustrations) |
| Art (/search/art) | Water (/search/water) |
| Logo (/search/logo) | Symbols (/search/symbols) |
| Birthday (/search/birthday) | Car (/search/car) |
| Business (/search/business) | Sports (/search/sports) |
| Flower (/search/flower) | Cryptocurrency (/search/cryptocurrency) |

## Royalty free stock images, photos, and videos

Shutterstock offers the best quality, royalty free stock images, photos, vectors, illustrations, footage, video, and music for nearly any application. From illustrations to vectors, when you need the perfect stock image for your website or blog, we have you covered. Our massive selection of stock footage and music tracks are the ideal choice to set the scene in your next short or feature film.

**246,527,888** royalty-free stock images
**1,680,097** new stock images added this week

Shutterstock.com
Home (/)
About Us (/about)
Subscribe / Renew (/subscribe)
Shutterstock Footage (https://www.shutterstock.com/video)
Shutterstock Music (https://www.shutterstock.com/music/)
Shutterstock Editorial (/editorial)
Shutterstock Blog (https://www.shutterstock.com/blog/)
Royalty Free Images (/explore/royalty-free-images)
Stock Photos (/photos)
Trending Topics (/sitemap/topics-trends-stock-photography)
Press / Media (/press)
Careers (/jobs)
Become a Contributor (https://submit.shutterstock.com?pl=LOHPCTA-CTA&cr=LOHCTA)
Affiliate Program (https://www.shutterstock.com/explore/affiliates)
Reseller Partner Program (/international-reseller-program)
Developers (https://developers.shutterstock.com/)
Shutterstock for iOS (https://itunes.apple.com/us/app/shutterstock/id473347409?mt=8)

78

Shutterstock for Android (https://play.google.com/store/apps/details?id=com.shutterstock.consumer&hl=en)

Shutterstock Coupons (/coupons)

Investor Relations (http://investor.shutterstock.com/)

Editorial Sitemap (/editorial/sitemap)

## Help

Support Center (/support/)

Contact Us (/contactus)

## Sales

1-866-663-3954 (tel:1-866-663-3954)

1-646-419-4452 (US) (tel:1-646-419-4452)

## Follow Us

## Select a language

| | |
|---|---|
| Čeština (/cs/) | Português (/pt/) |
| Dansk (/da/) | Suomi (/fi/) |
| Deutsch (/de/) | Svenska (/sv/) |
| English (/en/) | Türkçe (/tr/) |
| Español (/es/) | Русский (/ru/) |
| Français (/fr/) | ไทย (/th/) |
| Italiano (/it/) | 한국어 (/ko/) |
| Magyar (/hu/) | 日本語 (/ja/) |
| Nederlands (/nl/) | 简体中文 (/zh/) |
| | Norsk (/nb/) |
| 繁體中文 (/zh-Hant/) | Polski (/pl/) |

## Legal

Website Terms of Use (/terms)

License Agreement (/license)

Privacy Policy (/privacy)

Patents (/patents)

© 2003-2019 Shutterstock, Inc. All rights reserved.

# EXHIBIT
# "C"

Michael,

This image was downloaded with a license from Shutterstock. I've discussed this with Shutterstock and they confirmed the purchase of this specific image.

I've pasted below receipts for April / May / June 2018.

If this is not sufficient I will forward your email to Shutterstock's legal team. Their legal department informed me that they will handle this issue with you moving forward.

Ayal Ebert.

<image002.png>

<image003.png>

<image004.png>

81

# shutterst*ck

Shutterstock Netherlands, B.V.
Hoogte Kadijk 39,
1018 BE Amsterdam,
The Netherlands
Registered with Dutch Chamber
of Commerce under Trade
Register number: 61173851
VAT#: NL 854239510B01

## INVOICE/RECEIPT

Sequence Number: **NLNL-0E66CD9D5-9**
Order ID: **SSTK-0BA51-C1FF**

| Bill To |
| --- |
| Guy Falkovitch<br>Dizengoff 196<br>Tel Aviv, Israel 6346234<br>Israel<br><br>Username: ayalebert27 |

| Date | Credit Card | Terms |
| --- | --- | --- |
| 4/25/2018 | 3737 | Paid |

| Qty | Description | Euro Approximation | Amount |
| --- | --- | --- | --- |
| 1 | 30-day Subscription, Standard License with 750 Downloads per Month | € 204.35 | US$ 249.00 |
| | Tax: | € 0.00 | US$ 0.00 |
| | TOTAL: | € 204.35 | **US$ 249.00** |

Thank you for your business!
support@shutterstock.com
(646) 419-4452

# shutterstock

Shutterstock Netherlands, B.V.
Hoogte Kadijk 39,
1018 BE Amsterdam,
The Netherlands
Registered with Dutch Chamber
of Commerce under Trade
Register number: 61173851
VAT#: NL 854239510B01

# INVOICE/RECEIPT

Sequence Number: **NLNL-0E66CD9D5-10**
Order ID: **SSTK-0A091-540D**

| Bill To |
| --- |

Guy Falkovitch
Dizengoff 196
Tel Aviv, Israel 6346234
Israel

Username: ayalebert27

| Date | Credit Card | Terms |
| --- | --- | --- |
| 5/25/2018 | 3737 | Paid |

| Qty | Description | Euro Approximation | Amount |
| --- | --- | --- | --- |
| 1 | 30-day Subscription, Standard License with 750 Downloads per Month | € 213.28 | US$ 249.00 |
| | Tax: | € 0.00 | US$ 0.00 |
| | **TOTAL:** | € 213.28 | **US$ 249.00** |

Thank you for your business!
support@shutterstock.com
(646) 419-4452

# shutterstɔck

Shutterstock Netherlands, B.V.
Hoogte Kadijk 39,
1018 BE Amsterdam,
The Netherlands
Registered with Dutch Chamber
of Commerce under Trade
Register number: 61173851
VAT#: NL 854239510B01

## INVOICE/RECEIPT

Sequence Number: NLNL-
0E66CD9D5-11
Order ID: SSTK-033CE-3A78

| Bill To |
|---|
| Guy Falkovitch |
| Dizengoff 196 |
| Tel Aviv, Israel 6346234 |
| Israel |
| |
| Username: ayalebert27 |

| Date | Credit Card | Terms |
|---|---|---|
| 7/1/2018 | 5903 | Paid |

| Qty | Description | Euro Approximation | Amount |
|---|---|---|---|
| 1 | 365-day Subscription, Standard License with 750 Downloads per Month (11 Payments Remaining) | € 170.70 | US$ 199.00 |
| | Tax: | € 0.00 | US$ 0.00 |
| | TOTAL: | € 170.70 | US$ 199.00 |

Thank you for your business!
support@shutterstock.com
(646) 419-4452

# EXHIBIT
# "D"

# Shutterstock Reports Fourth Quarter and Full Year 2017 Financial Results



NEWS PROVIDED BY
**Shutterstock, Inc.** ➡
Feb 22, 2018, 07:02 ET

NEW YORK, Feb. 22, 2018 /PRNewswire/ -- Shutterstock, Inc. (NYSE: SSTK), a leading global technology company offering a creative platform for high-quality assets, tools and services, today announced financial results for the fourth quarter and full year ended December 31, 2017.

Commenting on the company's performance, founder and CEO Jon Oringer said, "We had a strong finish to 2017, seeing customer engagement at an all-time high – both in the number of paid downloads and the number of active users on our sites. Our investments in our technology and products combined with pricing and packaging optimization across our entire platform are enabling our customers to search, discover and license the perfect content to meet their needs better and faster than ever before. In 2017, with the addition of Shutterstock Custom, we took steps to provide our customers with custom content creation capabilities for their specific brand use-cases. We've helped streamline our customers' workflows through plug-ins and features including our ever improving editing tool, Shutterstock Editor; and we broke new ground with our enhanced AI-driven search and discovery tools, all with the goal of delivering on our commitment to meet our customers' broad array of unique content needs. Through our innovation and execution, we continue to attract new customers and expand our workflow product offerings and penetrate deeper into international markets. Earlier this year, we celebrated a milestone of having 1 billion licenses to date and we believe we are well-positioned for strong, profitable growth in 2018 and beyond."

**Full Year 2017 highlights as compared to Full Year 2016:**

<u>Key Operating Metrics</u>

- Paid downloads increased 2% to 172.0 million
- Revenue per download increased 9% to $3.13
- Images in our collection expanded 46% to 170.1 million images
- Videos in our collection expanded 47% to 9.1 million clips

<u>Financial Highlights</u>

- Revenue increased 12.7% to $557.1 million (on a constant currency basis, increased 12.6%)
- Income from operations decreased 42% to $26.3 million
- Net income decreased 49% to $16.7 million
- Adjusted EBITDA decreased 8% to $88.0 million
- Diluted EPS decreased 48% to $0.47 per share

**Fourth Quarter 2017 highlights as compared to Fourth Quarter 2016:**

- Paid downloads increased 4% to 43.9 million
- Revenue per download increased 11% to $3.33

<u>Financial Highlights</u>

- Revenue increased 16.6% to $151.8 million (on a constant currency basis, increased 13.9%)
- Income from operations decreased 46% to $7.2 million
- Net income decreased 79% to $2.1 million
- Adjusted EBITDA decreased 10% to $23.3 million
- Diluted EPS decreased 78% to $0.06 per share

**FULL YEAR RESULTS**

**Revenue**

Full year revenue of $557.1 million increased $62.8 million or 12.7% as compared to 2016, driven by continued growth in our customer base resulting from the continued expansion of our product offerings to meet the needs of a more diverse customer base and increased activity by our enterprise customers. These factors also drove a 9% increase in revenue per download and a 2% increase in the number of paid downloads. Foreign currency movements had virtually no impact on the revenue growth from 2016 to 2017.

Revenue generated through our e-commerce platform increased approximately 6.0% as compared to 2016, to $348.0 million or 62.5% of total revenue in 2017. Revenue from direct sales to enterprise customers increased approximately 24.1% as compared to 2016, to $186.0 million or 33.4% of total revenue in 2017. Revenue from our other sales channels, including Webdam and content sold through application program interfaces increased approximately 44.4% as compared to 2016, to $23.1 million or 4.1% of total revenue in 2017.

**Income from Operations**

Income from operations of $26.3 million decreased $19.4 million or 42% as compared to the full year 2016. This decrease is driven by increased operating expenses during the year, which were partially offset by the full year revenue growth. Operating expense increases were primarily due to costs associated with increased employee expenses, sales and marketing expenses, and additional costs related to technology and infrastructure enhancements, including depreciation.

**Net Income**

Net income available to common stockholders of $16.7 million, or $0.47 per diluted share, decreased $15.9 million as compared to $32.6 million, or $0.91 per diluted share, for the full year 2016, primarily due to the decline in Income from Operations and an increase in the effective tax rate, partially offset by favorable non-operating foreign exchange impact and the impact of contingent consideration expenses in 2016 that did not recur in 2017. The higher effective tax rate during 2017 was primarily a result of recently enacted tax legislation, commonly known as the Tax Cuts and Jobs Act ("TCJA"), which, among other things, required a non-cash devaluation of our deferred tax assets and a one-time tax on earnings held in jurisdictions outside of the United States.

**Adjusted EBITDA**

Adjusted EBITDA of $88.0 million for the full year decreased $7.4 million from the full year 2016 driven primarily by cost increases during 2017 related to our continued technology and infrastructure enhancements. We define adjusted EBITDA as net income adjusted for foreign currency transaction gains and losses, expenses related to long-term incentives and contingent consideration related to acquisitions, interest income and expense, income taxes, depreciation, amortization, and non-cash equity-based compensation.

**Adjusted Net Income**

Adjusted net income was $40.8 million, or $1.16 per diluted share, for the full year as compared to $55.2 million, or $1.54 per diluted share, for the full year 2016. We define adjusted net income as net income excluding the impact of one-time tax charges related to the enactment of the TCJA, non-cash equity-based compensation, amortization of acquisition-related intangible assets, expenses related to long-term incentives and contingent consideration related to acquisitions and the estimated tax impact of such adjustments.

**FOURTH QUARTER RESULTS**

**Revenue**

Revenue of $151.8 million for the fourth quarter of 2017 increased $21.7 million, or 16.6%, as compared to the fourth quarter of 2016. This increase is attributable to our continued growth in enterprise sales, as well as increased customer acquisition through our e-commerce platform. Excluding the impact of foreign currency movements, revenue growth was approximately 13.9% in the fourth quarter of 2017.

Revenue generated through our e-commerce platform increased approximately 9.7% as compared to the fourth quarter of 2016, to $92.4 million or 60.8% of total revenue in the fourth quarter of 2017. Revenue from direct sales to enterprise customers increased approximately 25.8% as compared to 2016, to $51.9 million or 34.2% of total revenue in 2017. Revenue from our other sales channels, including Webdam and content sold through application program interfaces increased approximately 60.2% as compared to 2016, to $7.5 million or 5.0% of total revenue in 2017.

**Income from Operations**

Income from operations of $7.2 million for the fourth quarter of 2017 decreased $6.0 million, or 46%, as compared to the fourth quarter of 2016, due primarily to increases in employee cash compensation expenses and depreciation and amortization expense. These increases are attributable to the Company's ongoing investments in improving its technology platform and operations.

**Net Income**

Net income of $2.1 million, or $0.06 per diluted share, for the fourth quarter of 2017 decreased $7.8 million, or 79%, as compared with $9.9 million, or $0.27 per diluted share, in the fourth quarter of 2016 primarily due to the decline in Income from Operations and the increase in effective tax rate during the fourth quarter of 2017 compared to 2016, driven in large part by the Company's adoption of the TCJA.

**Adjusted EBITDA**

Adjusted EBITDA of $23.3 million for the fourth quarter of 2017 decreased $2.6 million or 10%, as compared to the fourth quarter of 2016 driven primarily by the Company's investment in its smaller but high-growth products and markets.

Adjusted net income was $10.6 million, or $0.30 per diluted share, for the fourth quarter of 2017 as compared to $15.1 million or $0.42 per diluted share, in the fourth quarter of 2016.

## LIQUIDITY

Our cash, cash equivalents and short-term investments decreased by $25.7 million to $253.4 million at December 31, 2017 as compared with $279.2 million at December 31, 2016. This decrease reflects approximately $49.6 million of cash used to acquire Flashstock (now known as Shutterstock Custom), $25.0 million of cash used to repurchase shares of the Company's outstanding common stock, $55.1 million of cash used for capital expenditures and a payment of contingent consideration of $10.0 million related to the 2015 acquisition of PremiumBeat, which were partially offset by cash generated from operations. Cash taxes paid in 2017 were $5.0 million in compared to $19.2 million in 2016.

Free cash flow was $18.7 million in the fourth quarter of 2017, an increase of $9.2 million from the fourth quarter of 2016. This change was primarily driven by increased cash from operations partially offset by slight increases in capital expenditures and cash used to acquire content. Free cash flow is defined as cash provided by operating activities adjusted for capital expenditures and content acquisition.

## STOCK REPURCHASE PROGRAM

During the fourth quarter of 2017, we did not repurchase shares of our stock pursuant to our existing stock repurchase program. From the inception of this program through December 31, 2017, we have repurchased 2.6 million shares of our stock for a total of $100.0 million under the stock repurchase program at an average per-share price of $39.09. As of December 31, 2017, there remains $100 million available for purchases under our share repurchase program.

The stock repurchase program, which commenced in November 2015, authorizes management to purchase shares from time to time through open market purchases or privately negotiated transactions at prevailing prices as permitted by securities laws and other legal requirements. The timing and amount of any future share repurchases will be determined by our management based on its evaluation of market conditions and other factors. The repurchase program may be modified, suspended or discontinued at any time.

**OPERATING METRICS**

|  | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
|  | 2017 | 2016 | 2017 | 2016 |
|  | (in millions, except revenue per download) | | | |
| Number of paid downloads | 43.9 | 42.1 | 172.0 | 167.9 |
| Revenue per download [1] | $3.33 | $3.01 | $3.13 | $2.88 |
| Content in our collection (end of period)[2]: |  |  |  |  |
| Images | 170.1 | 116.2 | 170.1 | 116.2 |
| Videos | 9.1 | 6.2 | 9.1 | 6.2 |

_____

(1)   Revenue per download metric excludes the impact of revenue not associated with content downloads.

(2)   Represents images (photographs, vectors and illustrations) and video clips available on shutterstock.com at the end of the period. We exclude content that is not uploaded directly to our site but is available to our customers through an application program interface and certain images that may be licensed for editorial use only.

## FIRST QUARTER 2018 STRATEGIC TRANSACTIONS

On Janu... 2018, ... the Company ... million ... convertible ... interest ... of Zcool Network Technology Limited ("Zcool"), which is equivalent to a 25% fully diluted equity ownership interest, to further expand the Company's presence in fast-growing markets. Zcool's primary business is the operation of an e-commerce platform in China whereby customers can pay to license content contributed by creative professionals. Zcool has been the exclusive distributor of Shutterstock creative content in China since 2014.

On February 15, 2018, Shutterstock entered into an agreement to sell certain assets constituting its digital asset management business, known as Webdam, under which the buyer has agreed to assume certain contracts and liabilities of Webdam, for an aggregate purchase price of $49.1 million, payable in cash, and subject to certain customary closing adjustments for a transaction of this kind. We purchased Webdam in March 2014 for $14.4 million.  For the year ended December 31, 2017, Webdam revenues were approximately $16.2 million and Adjusted EBITDA attributable to Webdam for 2017 was not material.

**FINANCIAL OUTLOOK**

The Company's current expectations for the full year 2018, excluding the contribution of Webdam, are as follows:

- Revenue of $625 - $635 million, representing growth of approximately 15% - 17%
- Adjusted EBITDA of $105 - $110 million, representing growth of approximately 19% - 25%
- Income from Operations of $30 - $35 million
- Non-cash equity-based compensation expense of approximately $28 million
- Capital expenditures, including capitalized labor, of approximately $48 million
- Effective tax rate in mid-20's%

**NON-GAAP FINANCIAL MEASURES**

In addition to reporting results in accordance with United States generally accepted accounting principles (GAAP), Shutterstock also refers to adjusted EBITDA, adjusted net income, revenue growth on a constant currency basis, adjusted EBITDA margin, adjusted EBITDA growth on a constant currency basis and free cash flow. Shutterstock defines adjusted EBITDA as net income adjusted for foreign currency transaction gains and losses, expenses related to long-term incentives and contingent consideration related to acquisitions, interest income and expense, income taxes, depreciation, amortization, disposals and non-cash equity-based compensation; adjusted net income as net income excluding the impact of one-time tax charges related to the enactment of the TCJA, the impact of non-cash equity-based compensation, the amortization of acquisition-related intangible assets and expenses related to long-term incentives and contingent consideration related to acquisitions and the estimated tax impact of such adjustments; revenue growth on a constant currency basis (expressed as a percentage) as the increase in current period revenues over prior period revenues, utilizing fixed exchange rates for translating foreign currency revenues for both periods; adjusted EBITDA margin (expressed as a percentage) as the ratio of adjusted EBITDA to revenue; adjusted EBITDA growth on a constant currency basis (expressed as a percentage) as the increase in current period adjusted EBITDA over prior period adjusted EBITDA, utilizing fixed exchange rates for translating foreign currency revenues and expenses for both periods; and free cash flow as cash provided by/(used in) operating activities adjusted for capital expenditures and content acquisition. These figures have not been calculated in accordance with GAAP and should be considered in addition to results prepared in accordance with GAAP and should not be considered as a substitute for, or superior to, GAAP results. We caution investors that non-GAAP financial measures are not based on any standardized methodology prescribed by GAAP and are not necessarily comparable to similarly-titled measures presented by other companies.

Management believes that adjusted EBITDA, adjusted net income, revenue growth on a constant currency basis, adjusted EBITDA margin and adjusted EBITDA growth on a constant currency basis are useful to investors to provide them with disclosures of Shutterstock's operating results on the same basis as that used by management. Additionally, management believes that adjusted EBITDA and adjusted net income provide useful information to investors about the performance of the Company's overall business

because Shutterstock's management also reviews these measures in order to compare the Company's inferred operating performance against the business's underlying operating performance and, with respect to revenue growth and adjusted EBITDA growth on a constant currency basis, provide useful information to investors by eliminating the effect of foreign currency fluctuations that are not directly attributable to Shutterstock's business. Additionally, management believes that providing these non-GAAP financial measures enhances the comparability for investors in assessing Shutterstock's financial reporting. Management believes that free cash flow is useful for investors because it provides them with an important perspective on the cash available for strategic measures, after making necessary capital investments in property and equipment to support the Company's ongoing business operations, and provides them with the same measures that management uses as the basis for making resource allocation decisions.

Shutterstock's management also uses the non-GAAP financial measures adjusted EBITDA, adjusted net income, revenue growth on a constant currency basis, adjusted EBITDA margin, adjusted EBITDA growth on a constant currency basis and free cash flow, in conjunction with GAAP financial measures, as an integral part of managing the business and to: (i) monitor and evaluate the performance of Shutterstock's business operations, financial performance and overall liquidity; (ii) facilitate management's internal comparisons of the historical operating performance of its business operations; (iii) facilitate management's external comparisons of the results of its overall business to the historical operating performance of other companies that may have different capital structures and debt levels; (iv) review and assess the operating performance of Shutterstock's management team and, together with other operational objectives, as a measure in evaluating employee compensation and bonuses; (v) analyze and evaluate financial and strategic planning decisions regarding future operating investments; and (vi) plan for and prepare future annual operating budgets and determine appropriate levels of operating investments.

A reconciliation of the differences between adjusted EBITDA, adjusted net income, and free cash flow, and the most comparable financial measure calculated and presented in accordance with GAAP, is presented under the heading "Reconciliation of Non-GAAP Financial Information to GAAP" immediately following the Consolidated Balance Sheets. We do not provide a reconciliation of adjusted EBITDA guidance to net income guidance, as the impact of net non-operating foreign currency exchange gains or losses which are excluded from adjusted EBITDA is inherently uncertain and difficult to estimate and is unavailable without unreasonable efforts. In addition, we believe such reconciliations would imply a degree of precision that would be confusing or misleading to investors.

**EARNINGS TELECONFERENCE INFORMATION**

The Company will discuss its fourth quarter and full year financial results during a teleconference today, February 22, 2018, at 8:30 AM ET.  The conference call can be accessed in the U.S. at (844) 634-1442 or outside the U.S. at (404) 537-3406 with the conference ID# 6469119.  A live audio webcast of the call will also be available simultaneously at http://investor.shutterstock.com.

Following completion of the call, a recorded replay of the webcast will be available in the investor relations section of Shutterstock's website. A telephone replay of the call will also be available until March 1, 2018 in the U.S. at (855) 859-2056 or outside the U.S. at (404) 537-3406 with the conference ID# 6469119.

Additional investor information can be accessed at http://investor.shutterstock.com.

**ABOUT SHUTTERSTOCK**

Shutterstock, Inc. (NYSE:  SSTK), directly and through its group subsidiaries, is a leading global provider of high-quality licensed photographs, vectors, illustrations, videos and music to businesses, marketing agencies and media organizations around the world. Working with its growing community of over 350,000 contributors, Shutterstock adds hundreds of thousands of images each week, and currently has more than 175 million images and more than 9 million video clips available.

Headquartered in New York City, Shutterstock has offices around the world and customers in more than 150 countries. The company also owns Bigstock, a value-oriented stock media agency; Shutterstock Custom, a custom content creation platform; Offset, a high-end image collection; PremiumBeat a curated royalty-free music library; Rex Features, a premier source of editorial images for the world's media; and Webdam, a cloud-based digital asset management service for businesses.

For more information, please visit www.shutterstock.com and follow Shutterstock on Twitter and on Facebook.

**FORWARD-LOOKING STATEMENTS**

Statements in this press release regarding management's future expectations, predictions, beliefs, goals, intentions, plans, prospects or strategies, including statements regarding Shutterstock's future financial and operating performance on both a GAAP and non-GAAP basis and statements regarding Shutterstock's future growth and profitability such as Shutterstock's expectations regarding financial outlook, may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995.  Such forward-looking statements are subject to known and unknown risks, uncertainties and other factors including risks related to any unforeseen changes to or the effects on liabilities, financial condition, future capital expenditures, revenue, expenses, net income or loss, synergies and future prospects; our inability to continue to attract and retain customers and contributors to our online marketplace for creative content; competitive factors; our inability to innovate technologically or develop, market and offer new products and services; unforeseen costs related to infringement claims, indemnification claims and the inability to prevent misuse of our digital content; our inability to increase market awareness of Shutterstock and our products and services; our inability to effectively manage our growth; our inability to grow at historic growth rates or at all; technological interruptions that impair access to our websites; assertions by third parties of infringement of intellectual property rights by Shutterstock, our inability to effectively manage risks associated with operating internationally; our exposure to foreign exchange rate risk; our inability to address risks associated with sales to large corporate customers; government regulation of the internet; increasing regulation related to the handling of personal data; actions by governments to restrict access to our products and services; our inability to effectively expand our operations into new products, services and technologies; our inability to protect the confidential information of customers; increased tax liabilities associated with our worldwide operations, including our exposure to withholding, sales and transaction tax liabilities; the effect of the TCJA; general economic and political conditions worldwide; our inability to successfully integrate acquisitions and the associated technology and achieve operational efficiencies; and other factors and risks discussed under the heading "Risk Factors" in our most recent Annual Report on Form 10-K, as well as in other documents that may be filed by Shutterstock from time to time with the Securities and Exchange Commission.  As a result of such risks, uncertainties and factors, Shutterstock's actual results may differ materially from any future results, performance or achievements discussed in or implied by the forward-looking statements contained herein. The forward-looking statements contained in this press release are made only as of this date and assumes no obligation to update the information included in this press release or revise any forward-looking statements, whether as a result of new information, future developments or otherwise, except as required by law.

**Shutterstock, Inc.**

**Consolidated Statements of Operations**

(In thousands, except for per share data)

(Unaudited)

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| Revenue | $ 151,829 | $ 130,173 | $ 557,111 | $ 494,317 |
| Operating expenses: | | | | |
| Cost of revenue | 64,590 | 52,637 | 233,102 | 203,129 |
| Sales and marketing | 40,844 | 34,990 | 146,464 | 126,626 |
| Product development | 15,210 | 12,989 | 52,486 | 47,789 |
| General and administrative | 23,994 | 16,358 | 98,710 | 70,987 |
| Total operating expenses | 144,638 | 116,974 | 530,762 | 448,531 |
| Income from operations | 7,191 | 13,199 | 26,349 | 45,786 |
| Other income (expense), net | 1,637 | (1,167) | 3,732 | (1,289) |
| Income before income taxes | 8,828 | 12,032 | 30,081 | 44,497 |
| Provision for income taxes | 6,772 | 2,177 | 13,354 | 11,869 |
| Net income available to common stockholders | $ 2,056 | $ 9,855 | $ 16,727 | $ 32,628 |
| Net income per common share available to common stockholders: | | | | |
| Basic | $ 0.06 | $ 0.28 | $ 0.48 | $ 0.93 |
| Diluted | $ 0.06 | $ 0.27 | $ 0.47 | $ 0.91 |
| Weighted average common shares outstanding: | | | | |
| Basic | 34,686 | 35,089 | 34,627 | 35,114 |
| Diluted | 35,149 | 35,881 | 35,291 | 35,861 |

**Shutterstock, Inc.**
**Consolidated Balance Sheets**
(In thousands, except par value amount)
(Unaudited)

|  | December 31, 2017 | December 31, 2016 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 253,428 | $ 224,190 |
| Short-term investments | — | 54,972 |
| Accounts receivable, net | 49,932 | 38,107 |
| Prepaid expenses and other current assets | 37,109 | 22,569 |
| Total current assets | 340,469 | 339,838 |
| Property and equipment, net | 85,698 | 56,101 |
| Intangibles assets, net | 34,197 | 30,157 |
| Goodwill | 98,654 | 49,271 |
| Deferred tax assets, net | 9,761 | 23,013 |
| Other assets | 8,997 | 3,398 |
| Total assets | $ 577,776 | $ 501,778 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 7,160 | $ 7,305 |
| Accrued expenses | 58,734 | 41,106 |
| Contributor royalties payable | 20,088 | 20,473 |
| Deferred revenue | 157,803 | 122,235 |
| Other liabilities | 1,957 | 12,378 |
| Total current liabilities | 245,742 | 203,497 |
| Deferred tax liability, net | 1,486 | 2,147 |
| Other non-current liabilities | 15,963 | 9,438 |
| Total liabilities | 263,191 | 215,082 |
| Commitment and contingencies | | |
| Stockholders' equity: | | |
| Common stock, $0.01 par value; 200,000 shares authorized; 37,270 and 36,926 shares issued and 34,712 and 34,816 shares outstanding as of December 31, 2017 and December 31, 2016, respectively | 373 | 369 |
| Treasury stock, at cost; 2,558 and 2,110 shares as of December 31, 2017 and December 31, 2016, respectively | (100,027) | (77,567) |
| Additional paid-in capital | 272,657 | 251,890 |
| Accumulated other comprehensive loss | (3,557) | (17,061) |
| Retained earnings | 145,139 | 129,065 |
| Total stockholders' equity | 314,585 | 286,696 |
| Total liabilities and stockholders' equity | $ 577,776 | $ 501,778 |

**Shutterstock, Inc.**
**Reconciliation of Non-GAAP Financial Information to GAAP**
(In thousands, except per share information)
(Unaudited)

Adjusted EBITDA, adjusted net income and free cash flow are not financial measures under United States generally accepted accounting principles (GAAP). Such non-GAAP financial measures should not be construed as alternatives to any other measures of performance determined in accordance with GAAP. We caution investors that non-GAAP financial measures are not based on any standardized methodology prescribed by GAAP and are not necessarily comparable to similarly-titled measures presented by other companies.

|  | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
|  | 2017 | 2016 | 2017 | 2016 |
| Net Income | $ 2,056 | $ 9,855 | $ 16,727 | $ 32,628 |
| Add: | | | | |
| Depreciation and amortization | 10,542 | 5,765 | 35,490 | 19,946 |
| Non-cash equity-based compensation | 4,830 | 6,970 | 24,958 | 28,080 |
| Other adjustments, net [1] | (899) | 1,167 | (2,480) | 2,940 |
| Provision for income taxes | 6,772 | 2,177 | 13,354 | 11,869 |
| Adjusted EBITDA | $ 23,301 | $ 25,934 | $ 88,049 | $ 95,463 |

|  | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
|  | 2017 | 2016 | 2017 | 2016 |
| Net income | $ 2,056 | $ 9,855 | $ 16,727 | $ 32,628 |
| Add/(less): |  |  |  |  |
| One-time effect of the Tax Cuts and Jobs Act on the provision for income taxes[2] | 4,507 | — | 4,507 | — |
| Non-cash equity-based compensation | 4,830 | 6,970 | 24,958 | 28,080 |
| Tax effect of non-cash equity-based compensation [3] | (1,776) | (2,515) | (9,176) | (10,048) |
| Acquisition-related amortization expense | 825 | 999 | 4,801 | 4,309 |
| Tax effect of acquisition-related amortization expense [3] | (303) | (367) | (1,766) | (1,584) |
| Acquisition-related long-term incentives and contingent consideration | 738 | 300 | 1,252 | 2,925 |
| Tax effect of acquisition-related long-term incentives and contingent consideration [3] | (271) | (110) | (460) | (1,075) |
| Adjusted net income | $ 10,606 | $ 15,132 | $ 40,843 | $ 55,235 |
| Adjusted net income per diluted common share | $ 0.30 | $ 0.42 | $ 1.16 | $ 1.54 |
| Weighted average diluted shares | 35,149 | 35,881 | 35,291 | 35,861 |

|  | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
|  | 2017 | 2016 | 2017 | 2016 |
| Net cash provided by operating activities | $ 36,527 | $ 24,545 | $ 108,037 | $ 100,723 |
| Capital expenditures | (17,436) | (13,212) | (55,062) | (39,959) |
| Content acquisition | (393) | (1,831) | (2,961) | (8,045) |
| Free cash flow | $ 18,698 | $ 9,502 | $ 50,014 | $ 52,719 |

(1)   Included in other adjustments, net is foreign currency transaction gains and losses, expenses related to long-term incentives and contingent consideration related to acquisitions, and interest income and expense.

(2)   Represents approximately $3.7 million of non-cash charges related to a remeasurement of deferred tax assets related to the change in U.S. tax rates from 35% to 21% and approximately $0.8 million of cash charges related to a one-time U.S. cash tax for unrepatriated foreign earnings.

(3)   Estimated tax effect of adjusted net income adjustments reflects the consolidated blended tax rate as applied to the taxable portion of the adjustment.

**Shutterstock, Inc.**

**Supplemental Financial Data**

(Unaudited)

**Historical Operating Metrics**

|  | Three Months Ended | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 12/31/17 | 9/30/17 | 6/30/17 | 3/31/17 | 12/31/16 | 9/30/16 | 6/30/16 | 3/31/16 | 12/31/15 |
|  | (in millions, except revenue per download) | | | | | | | | |
| Number of paid downloads | 43.9 | 41.9 | 42.7 | 43.5 | 42.1 | 41.2 | 43.4 | 41.2 | 39.8 |
| Revenue per download [1] | $ 3.33 | $ 3.23 | $ 3.05 | $ 2.91 | $ 3.01 | $ 2.91 | $ 2.81 | $ 2.77 | $ 2.86 |
| Content in collection (end of period): [2] |  |  |  |  |  |  |  |  |  |
| Images | 170.1 | 155.8 | 144.7 | 132.0 | 116.2 | 102.7 | 92.1 | 81.0 | 71.4 |
| Videos | 9.1 | 8.3 | 7.6 | 6.9 | 6.2 | 5.4 | 4.9 | 4.2 | 3.7 |

(1)   Revenue per download metric excludes the impact of revenue not associated with content downloads.

(2)   Images (photographs, vectors and illustrations) and video clips available on shutterstock.com at the end of the period. We exclude content that is not uploaded directly to our site but is available to our customers through an application program interface, custom content and certain images that may be licensed for editorial use only.

SOURCE Shutterstock, Inc.

Related Links

http://www.shutterstock.com

# EXHIBIT
## "E"

# shutterstock

- Images
  - Photos
  - Vectors
  - All Categories
- Footage
- Music
- Editorial
  - Entertainment
  - News
  - Sports
  - Royalty
- Blog
- Tools
  - Shutterstock Editor
  - Mobile App
  - Plugins

- 1-866-663-3954
- 
-  English 
  - Čeština
  - Dansk
  - Deutsch
  - English
  - Español
  - Français
  - Italiano
  - Magyar
  - Nederlands
  - Norsk
  - Polski
  - Português
  - Suomi
  - Svenska
  - Türkçe
  - Русский
  - ไทย
  - 한국어
  - 日本語
  - 简体中文
  - 繁體中文

- Discover Offset.com 
- Pricing 
- Sign In

97

Case 2:19-cv-01153-DMG-AFM    Document 1    Filed 02/14/19    Page 98 of 155    Page ID #:98

Search for royalty-free stoc

All Images

- All Images
- Photos
- Vectors
- Illustrations
- 
- Editorial
- 
- Footage
- 
- Music

# About Us

Shutterstock is a leading global technology company offering a creative platform for high-quality assets, tools and services.

The company licenses images, video, music, and editorial assets -- as well as custom content tailored to a brand's needs. Shutterstock offers a variety of plans for individuals, teams, and enterprise customers as well as creative editing and collaboration capabilities. The Shutterstock portfolio of brands includes Bigstock, Offset, PremiumBeat, Rex Features and Shutterstock Custom.

## Jon Oringer

Founder, Chairman and CEO

@JonOringer

Jon founded Shutterstock in 2003 with thousands of his own digital photographs. A serial entrepreneur, he recognized the need for licensable images at an affordable cost and created the first global subscription image marketplace. Since then, Shutterstock has grown into a portfolio of brands serving businesses, marketing agencies and media organizations around the world with all the creative and editorial assets needed. Jon holds an MS in Computer Science from Columbia University and a BS in Computer Science and Mathematics from The State University of New York at Stony Brook.

## Steven Berns

Chief Operating Officer and Chief Financial Officer

@StevenBerns

Steven is the Chief Operating Officer and Chief Financial Officer of Shutterstock. He is helping drive the strategic vision of the company, while leading the company's financial and legal functions. Steven has nearly 30 years experience in global financial management, acquisitions, and business operations, including as Chief Financial Officer at the Tribune Media Company, a television and digital media company, and Revlon, a worldwide cosmetic and beauty products company. Berns is a Certified Public Accountant and received a B.S. from Lehigh University and an MBA from the Stern School of Business at New York.

98

# Marty Brodbeck

Chief Technology Officer

[@MartyBrodbeck](#)

As Chief Technology Officer, Marty manages the technology organization, partnering with the product and marketing teams to drive development and implementation of products that solve customers' problems. Marty has over 20 years experience delivering solutions at scale during his tenure as CTO at companies including Pearson, Pfizer and Diageo. He has a strong track record leading companies through cloud, big data and product engineering transformations and aligning business strategies with technology solutions to deliver revenue and increase productivity. Marty holds a B.A. from the University of Richmond and an M.S. from the Stevens Institute of Technology.

# Lisa Nadler

Chief Human Resources Officer

[@lnadl3r](#)

Lisa is the Chief Human Resources Officer of Shutterstock. In this role, she is focused on attracting and developing the best talent and building a culture of engagement, agility and innovation. Lisa has held leadership positions at Citibank, Gartner, Madison Square Garden, and most recently was the CHRO at Sotheby's. Throughout her career, she has built strategic programs focused on delivering business results, developing differentiated talent strategies, improving performance management, and changing and aligning culture to business strategy. Lisa holds a BS in Engineering from Lehigh University.

# David Petts

Chief Revenue Officer

[@PettsSSTK](#)

David is the Chief Revenue Officer of Shutterstock. In this position he contributes to shaping the company strategy as part of the executive team, as well as leading the company's sales and customer success functions. David has a wealth of experience in global sales leadership, go-to-market optimization, sales operations and customer success management. David has held global sales and customer success roles at ShoreTel, Nokia and HP/Compaq, covering SaaS, software and product solutions, to businesses of all sizes. David received a B.S. in Economics and Quantitative Studies from Queen Mary University of London, UK.

# Louis Weiss

Chief Marketing Officer

[@weissl](#)

Louis leads Shutterstock's global marketing teams. He has a 25+ year track record of driving significant revenue growth in marketing leadership, strategy, and general management roles, including as Chief Marketing & Merchandising Officer of the Vitamin Shoppe, an omnichannel retailer/e-tailer of nutritional supplements, and as President & Chief Marketing Officer of Plated, a meal-kit delivery company. He holds a B.S. in Economics, magna cum laude, from the Wharton School at the University of Pennsylvania.

# Heidi Garfield

General Counsel

[@heidigarfield](#)

Heidi is Shutterstock's General Counsel & Corporate Secretary and is responsible for overseeing the global legal and compliance functions for the company. She has been working at the company for over four years since she started as Corporate Counsel in 2012. Prior to joining Shutterstock, Heidi was an intellectual property associate at Greenberg Traurig LLP, and before that, a litigation associate at Sidley Austin LLP. Heidi received her J.D. from Washington University School of Law and her B.S. from Syracuse University.

SHUTTERSTOCK STATS:

**246,527,888** royalty-free stock images

/

**1,680,097** new stock images added this week

**Shutterstock.com**

- [Home](#)
- [About Us](#)
- [Subscribe / Renew](#)
- [Shutterstock Footage](#)
- [Shutterstock Music](#)
- [Shutterstock Editorial](#)
- [Shutterstock Blog](#)
- [Royalty Free Images](#)
- [Stock Photos](#)
- [Trending Topics](#)
- [Press / Media](#)
- [Careers](#)
- [Become a Contributor](#)
- [Affiliate Program](#)
- [Reseller Partner Program](#)
- [Developers](#)
- [Shutterstock for iOS](#)
- [Shutterstock for Android](#)
- [Shutterstock Coupons](#)
- [Investor Relations](#)

**Help**

- [Support Center](#)
- [Contact Us](#)

**Sales**

- 1-866-663-3954
- 1-646-419-4452 (US)

Bios, Officers & Executive Team | About Shutterstock

**Follow Us**

- Facebook
- Twitter
- Vimeo
- Instagram

**Select a language**

- Čeština
- Dansk
- Deutsch
- English
- Español
- Français
- Italiano
- Magyar
- Nederlands
- Norsk
- Polski
- Português
- Suomi
- Svenska
- Türkçe
- Русский
- ไทย
- 한국어
- 日本語
- 简体中文
- 繁體中文

**Legal**

- Website Terms of Use
- License Agreement
- Privacy Policy
- Patents

© 2003 - 2019 Shutterstock, Inc. All rights reserved.





# A B O U T

―

**CONTENT MARKETING THAT CONVERTS**

*Founded by a veteran team in the online advertising industry, we've created an agency solely focused on content marketing. People don't click on unwanted ads, they read content that's interesting to them. By creating illuminating content, targeted at the relevant audience we're able to create intent and deliver campaigns that truly result in positive performance.*

# S E R V I C E S

Writing, designing, analyzing and optimizing



**Content Marketing**

We create content that targets your audience and brings them into the conversion funnel.



**Campaign Management**

We distribute your content and run targeted campaigns on the top distribution channels available.



**Conversion Optimization**

We take care of the full conversion funnel, from analytics to optimization to lead management.

Case 2:19-cv-01153-DMG-AFM   Document 1   Filed 02/14/19   Page 104 of 155   Page ID #:104



**INTELLIGENT CONTENT MARKETING**

349 5TH AVE, NEW YORK / ROTHSCHILD 45, TEL-AVIV

US 212-464-8557 / IL 972-52-3840544

HELLO@KOBERTMEDIA.COM

## CONTACT

Please fill in your information below and we'll get back to you asap

Name

Email

Subject

Message

SEND MESSAGE

© COPYRIGHT 2015, KOBERT MEDIA

# EXHIBIT
## "F"

These terms and conditions together with the Privacy Policy located at
https://www.volleypost.com/privacypolicy govern your use of this website; by using this
website, you accept these terms and conditions in full. If you disagree with these terms and
conditions or any part of these terms and conditions, you must not use this website.

You must be at least [18] years of age to use this website. By using this website and by
agreeing to these terms and conditions you warrant and represent that you are at least [18]
years of age.

**License to use website**
Unless otherwise stated, Volleypost and/or its licensors own the intellectual property rights
in the website and material on the website. Subject to the license below, all these intellectual
property rights are reserved.

You may view, download for caching purposes only, and print pages from the website for
your own personal use, subject to the restrictions set out below and elsewhere in these
terms and conditions.

You must not:

- republish material from this website (including republication on another website);
- sell, rent or sub-license material from the website;
- show any material from the website in public;
- reproduce, duplicate, copy or otherwise exploit material on this website for a
  commercial purpose;
- edit or otherwise modify any material on the website; or
- redistribute material from this website [except for content specifically and
  expressly made available for redistribution].

**Acceptable use**
You must not use this website in any way that causes, or may cause, damage to the website
or impairment of the availability or accessibility of the website; or in any way which is
unlawful, illegal, fraudulent or harmful, or in connection with any unlawful, illegal, fraudulent
or harmful purpose or activity.

You must not use this website to copy, store, host, transmit, send, use, publish or distribute
any material which consists of (or is linked to) any spyware, computer virus, Trojan horse,

106

worm, keystroke logger, rootkit or other malicious computer software.

You must not conduct any systematic or automated data collection activities (including without limitation scraping, data mining, data extraction and data harvesting) on or in relation to this website without Volleypost's express written consent.

You must not use this website for any purposes related to marketing without Volleypost's express written consent.

**Restricted access**

Access to certain areas of this website is restricted. Volleypost reserves the right to restrict access to other areas of this website, or indeed this entire website, at Volleypost's discretion.

If Volleypost provides you with a user ID and password to enable you to access restricted areas of this website or other content or services, you must ensure that the user ID and password are kept confidential.

Volleypost may disable your user ID and password in Volleypost's sole discretion without notice or explanation.

**User content**

In these terms and conditions, "your user content" means material (including without limitation text, images, audio material, video material and audio-visual material) that you submit to this website, for whatever purpose.

You grant to Volleypost a worldwide, irrevocable, non-exclusive, royalty-free license to use, reproduce, adapt, publish, translate and distribute your user content in any existing or future media. You also grant to Volleypost the right to sub-license these rights, and the right to bring an action for infringement of these rights.

Your user content must not be illegal or unlawful, must not infringe any third party's legal rights, and must not be capable of giving rise to legal action whether against you or Volleypost or a third party (in each case under any applicable law).

You must not submit any user content to the website that is or has ever been the subject of any threatened or actual legal proceedings or other similar complaint.

Volleypost reserves the right to edit or remove any material submitted to this website, or stored on Volleypost's servers, or hosted or published upon this website.

107

**No warranties**

This website is provided "as is" without any representations or warranties, express or implied. Volleypost makes no representations or warranties in relation to this website or the information and materials provided on this website.

Without prejudice to the generality of the foregoing paragraph, Volleypost does not warrant that:

- this website will be constantly available, or available at all; or
- the information on this website is complete, true, accurate or non-misleading.

Nothing on this website constitutes, or is meant to constitute, advice of any kind. If you require advice in relation to any legal, financial or medical matter you should consult an appropriate professional.

Volleypost nor the Website are an **inter**mediary, broker/dealer, investment advisor, or exchange and do not provide investment advice or investment advisory services.

**Limitations of liability**

Volleypost will not be liable to you (whether under the law of contact, the law of torts or otherwise) in relation to the contents of, or use of, or otherwise in connection with, this website:

- to the extent that the website is provided free-of-charge, for any direct loss;
- for any indirect, special or consequential loss; or
- for any business losses, loss of revenue, income, profits or anticipated savings, loss of contracts or business relationships, loss of reputation or goodwill, or loss or corruption of information or data.

These limitations of liability apply even if Volleypost has been expressly advised of the potential loss.

**Reasonableness**

By using this website, you agree that the exclusions and limitations of liability set out in this website disclaimer are reasonable.

If you do not think they are reasonable, you must not use this website.

**Other parties**

You accept that, as a limited liability entity, Volleypost has an **inter**est in limiting the personal

liability of its officers and employees. You agree that you will not bring any claim personally against Volleypost's officers or employees in respect of any losses you suffer in connection with the website.

Without prejudice to the foregoing paragraph, you agree that the limitations of warranties and liability set out in this website disclaimer will protect Volleypost's officers, employees, agents, subsidiaries, successors, assigns and sub-contractors as well as Volleypost.

### Unenforceable provisions
If any provision of this website disclaimer is, or is found to be, unenforceable under applicable law, that will not affect the enforceability of the other provisions of this website disclaimer.

### Indemnity
You hereby indemnify Volleypost and undertake to keep Volleypost indemnified against any losses, damages, costs, liabilities and expenses (including without limitation legal expenses and any amounts paid by Volleypost to a third party in settlement of a claim or dispute on the advice of Volleypost's legal advisers) incurred or suffered by Volleypost arising out of any breach by you of any provision of these terms and conditions, or arising out of any claim that you have breached any provision of these terms and conditions.

### Breaches of these terms and conditions
Without prejudice to Volleypost's other rights under these terms and conditions, if you breach these terms and conditions in any way, Volleypost may take such action as Volleypost deems appropriate to deal with the breach, including suspending your access to the website, prohibiting you from accessing the website, blocking computers using your IP address from accessing the website, contacting your internet service provider to request that they block your access to the website and/or bringing court proceedings against you.

### Variation
Volleypost may revise these terms and conditions from time-to-time. Revised terms and conditions will apply to the use of this website from the date of the publication of the revised terms and conditions on this website. Please check this page regularly to ensure you are familiar with the current version.

### Assignment
Volleypost may transfer, sub-contract or otherwise deal with Volleypost's rights and/or

obligations under these terms and conditions without notifying you or obtaining your consent.

You may not transfer, sub-contract or otherwise deal with your rights and/or obligations under these terms and conditions.

## Severability

If a provision of these terms and conditions is determined by any court or other competent authority to be unlawful and/or unenforceable, the other provisions will continue in effect. If any unlawful and/or unenforceable provision would be lawful or enforceable if part of it were deleted, that part will be deemed to be deleted, and the rest of the provision will continue in effect.

## Entire agreement

These terms and conditions together with the Privacy Policy located at https://www.volleypost.com/privacypolicy constitute the entire agreement between you and Volleypost in relation to your use of this website, and supersede all previous agreements in respect of your use of this website.

The information contained in the web site is general legal information and should not be construed as legal advice to be applied to a specific situation. We do not undertake to update any materials in our web site to reflect subsequent legal or other developments, but only to reflect new laws or legal information that are available to the public. Online readers should not act on this information without seeking professional counsel. Reading the information at this web site no attorney-client relationship or a visitor-client relationship is formed by using this web site in any fashion. An attorney-client relationship with any of our sponsoring Attorneys, non-attorney advocate-client relationship or a business relationship with a non-attorney is ONLY created after:

- the attorney or non-attorney advocate agrees to accept your case, and
- you have entered into a signed written contract with one of the attorneys or non-attorney advocates, and
- you have paid all agreed retainer fees to one of the attorneys or non-attorney advocates.

In sum, an attorney-client relationship or non-attorney advocate-client relationship can only be established by mutual written consent between you and the attorney; or non-attorney

advocate.

**PLEASE NOTE:** Sending e-mail to this site does not establish an attorney-client relationship or non-attorney advocate-client relationship as this site and Volleypost are not law firms. No attorney-client relationship or non-attorney advocate-client relationship is created by the information provided here or by any consultation with our sponsoring law firm's attorneys or staff or non-attorney advocate's employees. By submitting information to this site you are giving permission to this site to review the information and possibly forward the information to a sponsoring attorney, non-attorney advocate, or other Volleypost partner and have that entity contact you via phone, email, text message or regular mail.

By submitting information to us, you also agree to receive special offers and marketing communication from Volleypost and/or one of our affiliates. You may opt out of these communications at any time by clicking the "unsubscribe" link in the marketing email or by notifying Volleypost in writing that you no longer wish to receive these communications.

You should not act or rely on any information at this web site without seeking the advice of an attorney or non-attorney advocate. The determination of whether you need services and your choice of an attorney or non-attorney advocate are very important matters that should not be based solely on web sites or advertisements.

Persons already represented by counsel should inform us of such representation. Sponsoring attorneys and non-attorney advocates do not wish to be contacted by anyone who has retained an attorney or other person to assist them in a social security disability case or any other legal matter.

This site is provided on an "AS IS" basis and all warranties are expressly disclaimed, including the warranties of merchantability and fitness for a particular purpose. We make no representation, guarantee or warranty as to the legal ability, competence, or quality of representation or service by any attorney, law firm, non-attorney advocate or any advertiser. We disclaim all responsibility for any loss of any kind resulting in any way from any errors on this site or omissions therefore, from any errors or omissions of said parties, and from any infringement, direct or indirect

As the information on this site is acquired from various public and private sources, no responsibility is assumed for the accuracy or timeliness of any information provided herein. These materials provide only general information about the matters discussed. The

application of any law referenced, to a particular transaction or dispute can vary significantly depending upon the factors unique to that situation. Therefore, we strongly recommend that you obtain advice from a licensed attorney or non-attorney advocate who can adequately assess your unique situation. With respect to attorneys and purposes of meeting the requirements of numerous states' Supreme Court Rules on ethics, the following additional disclosures are made:

If you have any questions or concerns regarding this notice, you should contact us at:

Kobert Media (DBA Volleypost)
1397 2nd ave #133
New York, NY 10021

- Legal service is a serious matter and the decision to choose an attorney should not be based solely on an advertisement or advertising.
- Additional information about each attorney is available upon written request from each sponsoring attorney or law firm.
- No representations are made that any sponsoring attorney or law firm are Specialists. Certain State Bar Associations require additional attorney disclaimers regarding certification as a Specialists. The following is a list of state-specific disclaimers:

**Alabama**

No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

Alabama Rules of Professional Conduct Rule 7.2(e) (1997).

**Alaska**

The Alaska Bar Association does not accredit or endorse certifying organizations.

Alaska Rules of Professional Conduct Rule 7.4(a)(2) (1998).

**Florida**

The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience.

Florida Rules of Professional Conduct Rule 4-7.2(d) (1997).

**Hawaii**

There is no procedure for review or approval of specialist certification organizations in Hawaii.

Hawaii Rules of Professional Conduct Rule 7.4(c) (1997).

**Illinois**

The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice law in Illinois.

Illinois Rules of Professional Conduct Rule 7.4(c)(2) (1997).

**Iowa**

The determination of the need for legal services and the choice of a lawyer are extremely important decisions and should not be based solely upon advertisements or self-proclaimed expertise. This disclosure is required by rule of the Supreme Court of Iowa.

Memberships and offices in legal fraternities and legal societies, technical and professional licenses, and memberships in scientific, technical and professional associations and societies of law or field of practice do not mean that a lawyer is a specialist or expert in a field of law, nor do they mean that such a lawyer is necessarily any more expert or competent than any other lawyer.

A description or indication of limitation of practice does not mean that any agency or board has certified such lawyer as a specialist or expert in an indicated field of law practice, nor does it mean that such lawyer is necessarily any more expert or competent than any other lawyer.

All potential clients are urged to make their own independent investigation and evaluation of any lawyer being considered.  This notice is required by rule of the Supreme Court of Iowa.

*See* Iowa Code of Professional Responsibility DR 2-101(A), DR 2-101(C), DR 2-105(A)(3)(c) (1997).

**Massachusetts**

If a Massachusetts lawyer holds himself or herself out as "certified" in a particular service, field or area of law by a non-governmental body, the certifying organization is a private

organization, whose standards for certification are not regulated by the Commonwealth of Massachusetts.

*See* Massachusetts Code of Professional Responsibility DR 2-105(B) (1997).

**Mississippi**

The Mississippi Supreme Court advises that a decision on legal services is important and should not be based solely on advertisements.

Free Background information is available upon request to a Mississippi attorney.

The listing of any area of practice by a Mississippi attorney does not indicate any certification of expertise therein.

*See* Mississippi Rules of Professional Conduct Rule 7.2(d), Rule 7.4(a), Rule 7.6(a) (1997).

**Missouri**

Neither the Supreme Court of Missouri nor the Missouri Bar reviews or approves certifying organizations or specialist designations.

Missouri Rules of Professional Conduct Rule 7.4 (1997).

**Nevada**

Neither the state bar of Nevada nor any agency of the State Bar has certified any lawyer identified here as a specialist or as an expert.  Anyone considering a lawyer should independently investigate the lawyer's credentials and ability.

Nevada Rules of Professional Conduct Rule 198 (1997).

**New Jersey**

Any certification as a specialist, or any certification in a field of practice, that does not state that such certification has been granted by the Supreme Court of New Jersey or by an organization that has been approved by the American Bar Association, indicates that the certifying organization has not been approved, or has been denied approval, by the Supreme Court of New Jersey and the American Bar Association.

*See* New Jersey Rules of Professional Conduct Rule 7.4(b) (1997).

**New Mexico**

Any certification by an organization other than the New Mexico Board of Legal Specialization does not constitute recognition by the New Mexico Board of Legal

Specialization, unless the lawyer is also recognized by the board as a specialist in that area of law.

*See* New Mexico Rules of Professional Conduct Rule 16-704(D) (1997).

### Rhode Island

The Rhode Island Supreme Court licenses all lawyers in the general practice of law. The court does not license or certify any lawyer as an expert or specialist in any field of practice.

Rhode Island Rules of Professional Conduct Rule 7.4 (1998).

### Tennessee

Unless otherwise indicated, Tennessee attorneys are not certified as specialists by the Tennessee Commission on Continuing Legal Education and Specialization in the areas of practice listed on their profiles.

*See* Tennessee Code of Professional Responsibility DR 2-101(C)(3) (1998).

### Texas

Unless otherwise indicated, Texas attorneys are Not Certified by the Texas Board of Legal Specialization in the areas of practice listed on their profiles.

*See* Texas Disciplinary Rules of Professional Conduct Rule 7.04(b)(3) (1999).

### Washington

The Supreme Court of Washington does not recognize certification of specialties in the practice of law. Any certificate, award, or recognition by a group, organization or association used by a Washington attorney to describe his or her qualifications as a lawyer or qualifications in any subspecialty of law is not a requirement to practice law in the State of Washington.

*See* Washington Rules of Professional Responsibility Rule 7.4(b) (1997).

### Wyoming

The Wyoming State Bar does not certify any lawyer as a specialist or expert. Anyone considering a lawyer should independently investigate the lawyer's credentials and ability, and not rely upon advertisements or self-proclaimed expertise.

Wyoming Rules of Professional Conduct for Attorneys at Law Rule 7.4 (1997).



Your Money

Career

Real Estate

Lifestyle

Markets

Stingy Zone

Contact Us    Terms & Conditions    Privacy Policy

© 2018 All Rights Reserved Volleypost

 (/)

| Search for royalty-free stock images | All Images ▾ | 🔍 |

# Policies

Terms of Use (/terms)    Privacy Policy (/privacy)

1. ACCEPTANCE OF TERMS
2. INTELLECTUAL PROPERTY; LIMITED LICENSE TO USERS
3. SHUTTERSTOCK TRADEMARKS
4. INFORMATION YOU PROVIDE
5. YOUR CONTENT
6. INFRINGEMENT CLAIMS / DMCA NOTICES
7. LIMITATIONS
8. RESTRICTION AND TERMINATION OF USE
9. LINKS TO THIRD PARTY SITES
10. WARRANTIES AND DISCLAIMERS
11. INDEMNIFICATION
12. MISCELLANOUS

> Please read these Terms of Use carefully before accessing or using this website, software, apps, and/or plug-ins made available by Shutterstock or its affiliates (individually and collectively, the "Site").

## 1. ACCEPTANCE OF TERMS

**1.1** You agree to and are bound by the terms and conditions set forth below and in any modified or additional terms that Shutterstock, Inc. ("Shutterstock") may publish from time to time (collectively, the "Terms of Use"). **If you do not agree to all of the terms and conditions contained in the Terms of Use, do not access or use this Site.**

**1.2** Shutterstock may change these Terms of Use from time to time. Your continued access or use of the Site constitutes your acceptance of such changes. Your access and use of the Site will be subject to the current version of the Terms of Use, rules and guidelines posted on the Site at the time of such use. Please regularly check the "Terms of Use" link on the home page of shutterstock.com to view the then-current terms. If you breach any of the Terms of Use, your license to access or use this Site shall automatically terminate.

## 2. INTELLECTUAL PROPERTY; LIMITED LICENSE TO USERS

**2.1** Subject to your compliance with these Terms of Use, any applicable license agreement with Shutterstock, and the law, you may access and use the Site. Shutterstock remains the sole owner of all right, title, and interest in the Site and reserves all rights not expressly granted under these Terms of Use. Shutterstock may modify, replace, or discontinue the Site or any part thereof at any time, for any reason, with or without notice, in Shutterstock's sole discretion. Shutterstock provides the Site on an "as is" and "as available" basis.

**2.2** All content on this Site, including but not limited to Images, Footage, Music, and related metadata (collectively the "Shutterstock Content"), as well as the selection and arrangement of the Shutterstock Content, are protected by copyright, trademark, patent, trade secret and other intellectual property laws and treaties. Any unauthorized use of any Shutterstock Content violates such laws and this Terms of Use. Except as expressly provided herein or in a separate license agreement between you and Shutterstock, Shutterstock does not grant any express or implied permission to use the Site or any Shutterstock Content. You agree not to copy, republish, frame, link to, download, transmit, modify, adapt, create derivative works based on, rent, lease, loan, sell, assign, distribute, display, perform, license, sublicense or reverse engineer the Site or any Shutterstock Content. In addition, you agree not to use any data mining, robots or similar data and/or image gathering and extraction methods in connection with the Site or Shutterstock Content.

**2.3** Unless you enter into a license agreement with Shutterstock you may not download, distribute, display and/or copy any Shutterstock Content.

**2.4** You may not remove any watermarks or copyright notices contained in the Shutterstock Content.

∧

## 3. SHUTTERSTOCK TRADEMARKS

**3.1** For the purposes of these Terms of Use, the term, "Trademark(s)" means all common law or registered trademarks, logos, service marks, trade names, Internet domain names, or other indications of origin now or in the future used by Shutterstock.

**3.2** Nothing contained herein grants or shall be construed to grant you any rights to use any Shutterstock Trademark, unless expressly conferred by these Terms of Use.

**3.3** You agree that you will not use Shutterstock's Trademarks in any manner that might tarnish, disparage, or reflect adversely on such Trademarks or Shutterstock.

**3.4** You agree that you will not contest or otherwise challenge (e.g., in any legal action or otherwise), or assist or encourage any other person or entity to contest or challenge, the validity of any of Shutterstock Trademarks or the Trademark rights claimed by Shutterstock.

**3.5** You agree that you will not use any Shutterstock Trademark or any variant thereof including misspellings) as a domain name or as part of a domain name regardless of the top-level domain, or as a metatag, keyword, or any other type of programming code or data.

**3.6** You may not at any time, adopt or use, without Shutterstock's prior written consent any word or mark which is similar to or likely to be confused with Shutterstock's Trademarks.

**3.7** The look and feel of the Shutterstock website, including all page headers, custom graphics, button icons, and scripts, is the trade dress and/or trademark or service mark of Shutterstock and may not be copied, imitated or used, in whole or in part, without the prior written consent of Shutterstock.

**3.8** All other trademarks, product names, and company names or logos used or appearing on the Shutterstock website are the property of their respective owners. Reference to any products, services, processes or other information, by trade name, trademark, manufacturer, supplier or otherwise does not constitute or imply endorsement, sponsorship or recommendation thereof by Shutterstock, unless expressly so stated.

**3.9** You may not use a Shutterstock trademark, logo, Image or other proprietary graphic of Shutterstock to link to the Shutterstock website without the prior written consent of Shutterstock.

**3.10** You may not frame or hotlink to the Shutterstock website or any Image without the prior written consent of Shutterstock.

## 4. INFORMATION YOU PROVIDE

**4.1** Shutterstock (or third parties acting on its behalf) may collect information related to your use of the Site. Third-party platforms through which you access the Site may collect information related to your use of such third-party platform and make such information available to Shutterstock subject to your agreement with the applicable third-party platform. Shutterstock's collection and use of all such information shall at all times conform to this Terms of Use, the Shutterstock Privacy Policy, and applicable law.

**4.2** Shutterstock will use and protect your personal information, such as your name and address, in accordance with the Shutterstock Privacy Statement, the contents of which are incorporated by reference into these Terms of Use.

## 5. YOUR CONTENT

**5.1** For any image, footage, text, audio, or any other content that you upload or post to the Site ("Your Content"), you represent and warrant that: (i) you have all necessary rights to submit Your Content to the Site and grant the licenses set forth herein; (ii) Shutterstock will not need to obtain licenses from any third party or pay royalties to any third party with respect to Your Content; (iii) Your Content does not infringe any third party's rights, including intellectual property rights and privacy rights; and (iv) Your Content complies with these Terms of Use and all applicable laws.

**5.2** By uploading Your Content, you grant Shutterstock a limited, worldwide, non-exclusive, royalty-free license and right to copy, transmit, distribute, publicly perform and display (through all media now known or hereafter created), and make derivative works from Your Content for the purpose of allowing you to edit and display Your Content using the Site and archiving or preserving Your Content for disputes, legal proceedings, or investigations. The above licenses will continue unless and until you remove Your Content from the Site, in which case the licenses will terminate within a commercially reasonable period of time. Notwithstanding the foregoing, the license for legal archival/preservation purposes will continue indefinitely.

**5.3** You may not upload, post, or transmit any video, image, text, audio recording, or other content that:

- Infringes any third party's copyrights or other intellectual property rights or any right of publicity or privacy;

- Contains any pornographic, defamatory, or otherwise unlawful or immoral content.

- Exploits minors;

- Depicts unlawful or violent acts;

- Depicts animal cruelty or violence towards animals;

- Promotes fraudulent schemes or gives rise to a claim of deceptive advertising or unfair competition; or

- Violates any law, statute, or regulation.

**5.4** You may not use any Shutterstock Content for any purpose without first obtaining a license to use such Shutterstock Content. Any use of Shutterstock Content by you shall be governed by the applicable license agreement separately entered into between you and Shutterstock. Displaying and/or distributing to the public any watermarked or unlicensed Shutterstock Content (whether incorporated into a derivative work or alone) constitutes copyright infringement.

## 6. INFRINGEMENT CLAIMS / DMCA NOTICES

**6.1** If you believe that any Image or other material made available by Shutterstock infringes upon any copyright that you own or control, you may notify Shutterstock in the manner set forth in our DMCA Copyright Infringement Notice Policy (/terms/dmca-notice).

## 7. LIMITATIONS

**7.1** You agree that you shall not:

- Engage in any conduct that shall constitute a violation of any law or that infringes the rights of Shutterstock or any third party.

- Violate any applicable laws or regulations related to the access to or use of the Site, or engage in any activity prohibited by these Terms of Use.

- Violate the rights of Shutterstock or any third party (including rights of privacy and publicity) or abuse, defame, harass, stalk or threaten another.

## 8. RESTRICTION AND TERMINATION OF USE

**8.1** Shutterstock may block, restrict, disable, suspend or terminate your access to all or part of the Site and/or Shutterstock Content at any time in Shutterstock's discretion, without prior notice or liability to you. Any conduct by you that, in Shutterstock's sole discretion, restricts or inhibits any other person or entity from using or enjoying the Site is strictly prohibited and may result in the termination of your access to the Site without further notice.

## 9. LINKS TO THIRD PARTY SITES

**9.1 In the event that the Site is available through any third-party platform, or if Shutterstock provides links from the Site to any third-party platform or permits any third party to link from its platform to the Site, you understand and agree that Shutterstock makes no warranty of any kind, express or implied, and accepts no responsibility for any content or practices of such third parties or their platforms. Such platforms are not under the control of Shutterstock, and Shutterstock provides and/or permits these links only as a convenience to you. The inclusion of any link does not imply affiliation, endorsement, or adoption by Shutterstock.**

## 10. WARRANTIES AND DISCLAIMERS

**10.1 Your use of the Site is at your own risk. The Site is provided by Shutterstock under these terms of use "as is" without warranty of any kind, either express, implied, statutory or otherwise. Shutterstock expressly disclaims any and all warranties of any kind, whether express or implied, to each and any service available from the Site, including, but not limited to the implied warranties of merchantability, fitness for a particular purpose, non-infringement, and any other warranty that might arise under any law. Without limiting the foregoing, Shutterstock makes no warranty that: (i) the Site will meet your requirements; (ii) access to the Site will be uninterrupted; (iii) the quality of the Site will meet your expectations; and (iv) any errors or defects in the site, services or materials will be corrected. Shutterstock makes no representations or warranties that the Site will be permitted in your jurisdiction, that any of Your Content submitted by you will be available through the Site or will be stored by the Site, that the Site will meet your needs, or that Shutterstock will continue to support any particular feature of the Site. To the extent any disclaimer or limitation of liability does not apply, all applicable express, implied, and statutory warranties will be limited in duration to a period of thirty (30) days after the date on which you first used the Site, and no warranties shall apply after such period.**

## 11. INDEMNIFICATION

**11.1** You agree to defend, indemnify and hold harmless Shutterstock, its subsidiaries, affiliates, licensors, employees, agents, third party information providers, Submitters and independent contractors against any claims, damages, costs, liabilities and expenses (including, but not limited to, reasonable attorneys' fees) arising out of or related to your conduct, your use or inability to use Site, your breach or alleged breach of the Website Terms of Use or of any representation or warranty contained herein, your unauthorized use of the Shutterstock Content, or your violation of any rights of another.

## 12. MISCELLANOUS

**12.1** Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by binding arbitration administered under the Commercial Arbitration Rules of the American Arbitration Association or of the International Centre for Dispute Resolution in effect on the date of the commencement of arbitration, rather than in court, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof or having jurisdiction over the relevant party or its assets. The place of arbitration shall be the state and county of New York. The language of the arbitration shall be English. There shall be one arbitrator. Each party shall bear its own costs in the arbitration. Shutterstock shall also have the right to commence and prosecute any legal or equitable action or proceeding before any court of competent jurisdiction to obtain injunctive or other relief against you in the event that, in the opinion of Shutterstock, such action is necessary or desirable.

**12.2** These Terms of Use are governed by and shall be construed in accordance with the laws of the State of New York, without respect to its conflict of laws principles.

**12.3** In the event of any conflict between these Terms of Use and any license agreement you enter with Shutterstock, the terms of such license agreement shall control.

**12.4** These Terms of Use shall be construed neither against nor in favor of any party, but rather in accordance with the fair meaning of the language hereof. The invalidity or unenforceability of any part of these Terms of Use shall not affect the validity or enforceability of the balance hereof.

---

SHUTTERSTOCK STATS:

**246,527,888** royalty-free stock images  /  **1,680,097** new stock images added this week

Shutterstock.com

Home (/)
About Us (/about)
Subscribe / Renew (/subscribe)
Shutterstock Footage
(https://www.shutterstock.com/video)
Shutterstock Music
(https://www.shutterstock.com/music/)
Shutterstock Editorial (/editorial)
Shutterstock Blog
(https://www.shutterstock.com/blog/)
Royalty Free Images (/explore/royalty-free-images)
Stock Photos (/photos)
Trending Topics (/sitemap/topics-trends-stock-photography)
Press / Media (/press)
Careers (/jobs)
Become a Contributor
(https://submit.shutterstock.com?
pl=LOHPCTA-CTA&cr=LOHCTA)
Affiliate Program
(https://www.shutterstock.com/explore/affiliates)
Reseller Partner Program (/international-reseller-program)
Developers
(https://developers.shutterstock.com/)
Shutterstock for iOS
(https://itunes.apple.com/us/app/shutterstock/id473347409?
mt=8)
Shutterstock for Android
(https://play.google.com/store/apps/details?
id=com.shutterstock.consumer&hl=en)
Shutterstock Coupons (/coupons)
Investor Relations
(http://investor.shutterstock.com/)

Help

Support Center (/support/)
Contact Us (/contactus)

Sales

1-866-663-3954
1-646-419-4452 (US)

Follow Us

Select a language

Čeština
(/cs/terms)
Dansk
(/da/terms)
Deutsch
(/de/terms)
English
(/en/terms)
Español
(/es/terms)
Français
(/fr/terms)
한국어
(/ko/terms)
日本語
(/ja/terms)
简体中文
(/zh/terms)
繁體中文 (/zh-Hant/terms)

Português
(/pt/terms)
Suomi
(/fi/terms)
Svenska
(/sv/terms)
Türkçe
(/tr/terms)
Русский
(/ru/terms)
ไทย (/th/terms)
Italiano
(/it/terms)
Magyar
(/hu/terms)
Nederlands
(/nl/terms)
Norsk
(/no/terms)
Polski
(/pl/terms)

Legal

Website Terms of Use (/terms)
License Agreement (/license)
Privacy Policy (/privacy)
Patents (/patents)

Editorial Sitemap (/editorial/sitemap)

© 2003-2019 Shutterstock, Inc. All rights reserved.

# shutterst⚙ck

- Images
  - Photos
  - Vectors
  - All Categories
- Footage
- Music
- Editorial
  - Entertainment
  - News
  - Sports
  - Royalty
- Blog
- Tools
  - Shutterstock Editor
  - Mobile App
  - Plugins

- 1-866-663-3954
-
-  English
  - Čeština
  - Dansk
  - Deutsch
  - English
  - Español
  - Français
  - Italiano
  - Magyar
  - Nederlands
  - Norsk
  - Polski
  - Português
  - Suomi
  - Svenska
  - Türkçe
  - Русский
  - ไทย
  - 한국어
  - 日本語
  - 简体中文
  - 繁體中文

- Discover Offset.com
- Pricing
- Sign In

Search for royalty-free stoc

All Images

- All Images
- Photos
- Vectors
- Illustrations
- 
- Editorial
- 
- Footage
- 
- Music

The current Terms of Service are printed below. To view previous versions of the Terms of Service, click here.

**SHUTTERSTOCK**

**Terms of Service**

**Shutterstock License Agreement(s)**

Dear Shutterstock Customer:

The following Terms of Service ("TOS") is a legal agreement between you or the employer or other entity on whose behalf you are entering into this agreement ("you" or "Customer") and Shutterstock (as such term is defined in Section 25 below) and sets forth the rights and obligations with respect to any Content licensed by you. By entering into this TOS, you verify that your country of residence is the same as your billing address.

Please revisit this TOS when you purchase any Content licenses. Shutterstock reserves the right to modify the TOS at any time in its sole discretion. Prior to such changes becoming effective, Shutterstock will use reasonable efforts to notify you of any such change. Such notice may be made by email to the email address on file in your Shutterstock account, an announcement on this page, your login page, and/or by other means. Modifications to this TOS will only apply to prospective purchases (including any automated renewals). By licensing Content following any such modifications, you agree to be bound the TOS as modified.

THIS IS A SINGLE SEAT LICENSE AUTHORIZING ONE NATURAL PERSON TO LICENSE, DOWNLOAD AND USE CONTENT. UNLESS YOU UPGRADE TO A "TEAM SUBSCRIPTION" OR "PREMIER PLATFORM" ACCOUNT, NO OTHER PERSONS (INCLUDING EMPLOYEES, CO-WORKERS OR INDEPENDENT CONTRACTORS) MAY ACCESS YOUR ACCOUNT OR USE CONTENT LICENSED THROUGH YOUR ACCOUNT.

IF YOU PURCHASE A "TEAM SUBSCRIPTION" THE RIGHT TO LICENSE, DOWNLOAD AND USE CONTENT IS LIMITED TO THE NUMBER OF USERS PERMITTED BY THAT TEAM SUBSCRIPTION. SHUTTERSTOCK'S "PREMIER PLATFORM" GRANTS ACCESS AND USAGE RIGHTS TO UNLIMITED USERS AMONG OTHER ADDITIONAL RIGHTS.

*If you require access and usage rights for more than one natural person, please contact Customer Service (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: Customer Support or our Premier Team). For clarity, if a user is acting in an employment capacity, the employer will be deemed the licensee for the purposes of the license.*

- "<u>Content</u>" means all content available for license from the Shutterstock website, including Images, Footage, Editorial, and Music (as defined herein.)

- "<u>Footage</u>" means any moving images, animations, films, videos or other audio/visual representations, video elements, visual effects elements, templates, graphics packs, and motion design projects excluding still images, recorded in any format.

- "<u>Image(s)</u>" means still photographs, vectors, drawings, graphics, and the like.

- "<u>Music</u>" means any musical compositions, master recordings, and any other recordings containing sounds or a series of sounds, in all formats, now known and hereinafter developed.

- "<u>Editorial</u>" means still photographs and footage appearing under the Editorial tab/section.

- "<u>Visual Content</u>" shall refer collectively to Editorial, Images, and Footage.

**PART I – VISUAL CONTENT LICENSES**

1. Shutterstock hereby grants you a non-exclusive, non-transferable right to use, modify (except as expressly prohibited herein) and reproduce Visual Content worldwide, in perpetuity, as expressly permitted by the applicable license and subject to the limitations set forth herein:

   a. IMAGE LICENSES

      i. A <u>STANDARD IMAGE LICENSE</u> grants you the right to use Images:

         1. As a digital reproduction, including on websites, in online advertising, in social media, in mobile advertising, mobile "apps", software, e-cards, e-publications (e-books, e-magazines, blogs, etc.), email marketing and in online media (including on video-sharing services such as YouTube, Dailymotion, Vimeo, etc., subject to the budget limitations set forth in sub-section I.a.i.4 below);

         2. Printed in physical form as part of product packaging and labeling, letterhead and business cards, point of sale advertising, CD and DVD cover art, or in the advertising and copy of tangible media, including magazines, newspapers, and books provided no Image is reproduced more than 500,000 times in the aggregate;

         3. As part of an "Out-of-Home" advertising campaign, including on billboards, street furniture, etc., provided the intended audience for such campaign is less than 500,000 gross impressions.

         4. Incorporated into film, video, television series, advertisement, or other audio-visual productions for distribution in any medium now known or hereafter devised, without regard to audience size, provided the budget for any such production does not exceed USD $10,000;

         5. For your own personal, non-commercial use (not for resale, download, distribution, or any commercial use of any kind)

      ii. AN <u>ENHANCED IMAGE LICENSE</u> grants you the right to use Images (which rights are in addition to 1-5 above and exclusive to Enhanced Image Licenses):

         1. In any manner permitted under a Standard Image License, without any limitation on the number of reproductions, impressions, or budget;

    2. Incorporated into merchandise intended for sale or promotional distribution (collectively "Merchandise"), including, without limitation, textiles, artwork, magnets, wall-art, calendars, toys, stationery, greeting cards, and any other physical reproduction for resale or distribution, provided that such Merchandise incorporates material creative or functional elements apart from the Image(s).

    3. In wall art (and without requiring further creative or functional elements) for decorative purposes in a commercial space owned by you or your client, and not for sale.

    4. Incorporated as elements of digital templates for sale or distribution.

  iii. If the Standard or Enhanced Image licenses do not grant the rights you require please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: [Customer Support](#))

b. FOOTAGE LICENSES

  i. A FOOTAGE USE LICENSE grants you the right to use Footage:

    1. in a multi-media production displayed or distributed via the web, on social media, using so-called "Apps", or as otherwise disseminated in accordance herewith (see restrictions for distribution limitations), provided the audience for such production does not exceed 500,000;

    2. in connection with a live performance, provided the audience for all such performances does not exceed 500,000 people;

    3. on websites.

  ii. If the Footage Use License does not grant the rights you require, please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: [Customer Support](#))

  iii. A FOOTAGE COMP LICENSE grants you the right to use watermarked, low resolution Footage as a comp (the "Comp Footage") solely in test, sample, comp, or rough cut evaluation materials. Footage Comp Licenses do not permit you to display or distribute to the public or incorporate into any final materials any such Footage. Comp Footage can be edited, but you may not remove or alter the Shutterstock watermark. Comp Footage is available to license under the Footage Use License at the time it is downloaded as Comp Footage, but Shutterstock makes no guarantees and shall have no obligation to ensure that Comp Footage will be available for license at any time thereafter.

c. EDITORIAL LICENSE

  i. AN EDITORIAL LICENSE grants you the right to make a single, editorial use of an item of Editorial content, which single use may be distributed worldwide, in perpetuity.

  ii. A "single use" for the purposes of this license permits the use of Editorial content in a single context (i.e., a news story, blog post, page of a publication) a single time, provided you shall have the right to distribute that use in-context across unlimited mediums and distribution channels. For example, the use of Editorial content to illustrate a printed article, maybe reused on a blog, on social media, etc., provided it is in-context to the original printed article. Any use not in-context to the original printed article would require an additional license.

  iii. An "editorial use" for the purposes of this license shall be a use made for descriptive purposes in a context that is newsworthy or of human interest and expressly excludes commercial uses

such as advertising and merchandising.

    iv. Any use of Editorial Content licensed hereunder is further subject to those express restrictions set forth in Part I, Section 4 (prohibiting any use distributed via broadcast/cable/OTT, on publication covers, and in print runs in excess of 500,000) as well as any "special restrictions" (e.g., geographical or industry-specific usage restrictions) indicated on the image detail page and/or included in the metadata attached to an item of Editorial Content.

    v. All Editorial content shall be deemed "Editorial Use Only" for the purposes of this TOS.

    vi. Not all Editorial content is available for license from the Shutterstock website, nor may it be available from all subscriptions. You understand that the Editorial content available for license can change at any time and you shall have no right to demand to license any particular item of Editorial content. If you want to license any Editorial content not available for license from the website, please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: [Customer Support])

## 2. RESTRICTIONS ON USE OF VISUAL CONTENT

YOU MAY NOT:

a. Use Visual Content other than as expressly provided by the license you purchased with respect to such Visual Content.

b. Portray any person depicted in Visual Content (a "Model") in a way that a reasonable person would find offensive, including but not limited to depicting a Model: a) in connection with pornography, "adult videos", adult entertainment venues, escort services, dating services, or the like; b) in connection with the advertisement or promotion of tobacco products; c) in a political context, such as the promotion, advertisement or endorsement of any party, candidate, or elected official, or in connection with any political policy or viewpoint; d) as suffering from, or medicating for, a physical or mental ailment; or e) engaging in immoral or criminal activities.

c. Use any Visual Content in a pornographic, defamatory, or deceptive context, or in a manner that could be considered libelous, obscene, or illegal.

d. Modify Visual Content designated "Editorial Use Only" in a manner that changes the context of what is depicted.

e. Use Visual Content designated "Editorial Use Only" (including, but not limited to, Editorial content) for commercial purposes, including for reference, in any advertising, merchandise or other non-editorial contexts.

f. Resell, redistribute, provide access to, share or transfer any Visual Content except as specifically provided herein. For example and not by way of limitation, the foregoing prohibits displaying Content as, or as part of, a "gallery" of content through which third parties may search and select from such content.

g. Use Visual Content in a manner that infringes upon any third party's trademark or other intellectual property, or would give rise to a claim of deceptive advertising or unfair competition.

h. Use any Visual Content (in whole or in part) as a trademark, service mark, logo, or other indication of origin, or as part thereof.

i. Falsely represent, expressly or by way of reasonable implication, that any Visual Content was created by you or a person other than the copyright holder(s) of that Visual Content.

126

### 3. RESTRICTIONS SPECIFIC TO FOOTAGE

a. Use any Footage in a multi-media production distributed via broadcast, cable network, OTT video service (e.g. Netflix, Hulu, Amazon), or in theaters.

b. Use "stills" derived from Footage except solely in connection with the in-context marketing, promotion, and advertising of your derivative works incorporating Footage.

### 4. RESTRICTIONS SPECIFIC TO EDITORIAL

a. Use any Editorial content in a multi-media production distributed via broadcast, cable network, OTT video service (e.g. Netflix, Hulu, Amazon), or in theaters, or in related promotional materials.

b. Use any Editorial content on a publication cover, jacket, or other packaging related to the underlying use.

c. Use any Editorial content in a publication with a print run in excess of 500,000 copies.

### 5. **CREDIT AND COPYRIGHT NOTICES**

a. The use of Images and Footage in connection with news reporting, commentary, publishing, or any other "editorial" context, shall be accompanied by an adjacent credit to the Shutterstock contributor and to Shutterstock in substantially the following form:

"Name of Artist/Shutterstock.com"

b. Editorial credits shall take the following form:

"Name of Artist / Agency / Shutterstock"

c. If and where commercially reasonable, the use of Images or Footage in Merchandise or an audio-visual production shall be accompanied by a credit to Shutterstock in substantially the following form:

"Image(s) or Footage (as applicable), used under license from Shutterstock.com"

d. Credit attributions are not required in connection with any other use of Footage or Images unless another stock content provided is afforded credit in connection with the same use. For clarity, attribution is always required for Editorial content.

e. In all cases the credit and attribution shall be of such size, color and prominence so as to be clearly and easily readable by the unaided eye.

**PART II - MUSIC LICENSES**

1. "Production" means all versions of a single audio-visual project or all versions of a single audio-only project in which Music is synchronized to narration in the context of a podcast episode, radio documentary, radio advertisement, or other similar audio-only production.

2. MUSIC LICENSES

Shutterstock grants you a non-exclusive, non-transferable right to synchronize Music in a Production, which Production may be distributed worldwide, in perpetuity, pursuant to the license you purchase (from among the two license types set forth below), and subject to the restrictions set forth in Part II Section 3 hereof:

a. STANDARD MUSIC LICENSE: A Standard Music License grants you the non-exclusive right to synchronize Music in a Production (and in-context trailers and promotional materials), distributed via web based-viewing platforms or used in non-web based "industrial" contexts, which include trade shows, conferences, corporate Events, internal corporate Use, and point of sale.

b. ENHANCED MUSIC LICENSE: An Enhanced Music License grants you the non-exclusive right to synchronize Music in a Production (and in-context trailers and promotions therefor), solely subject to the restrictions set forth in Part II Section 3 hereof.

c. COMP MUSIC LICENSE: A Comp Music License grants you the right to synchronize watermarked Music solely in test, sample, comp, or rough cut evaluation materials related to a Production. The Comp Music License expressly prohibits distributing Music to the public in any form or incorporating Music into any final materials. You may not remove or alter the Shutterstock watermark from Music under any circumstances

3. RESTRICTIONS ON THE USE OF MUSIC.

YOU MAY NOT:

a. Sub-license, re-sell, rent, lend, assign, gift or otherwise transfer or distribute to any third-party the Music or the right to use the Music separate and apart from the Production in which (pursuant to your license) it is embodied;

b. Resell, redistribute, provide access to, share or transfer any Music except as specifically provided herein;

c. Manufacture, distribute, sell or otherwise exploit "records", CDs, mp3s or any other audio product embodying sound alone which incorporates Music, other than an audio-only Production expressly described in the definition of "Production" above. For the purpose of this sub-section the term "records" means all forms of reproductions, whether now known or hereafter devised, manufacture or distributed primary for home use, school use, or juke box use, embodying sound alone (excluding synchronized material);

d. Use the Music in connection with other material that is pornographic, defamatory, libelous, obscene, immoral, illegal or that otherwise violates any right(s) of any third party(ies);

e. Violate export laws, restrictions or regulations, by shipping, transferring or exporting Music into any country in violation of any export laws, restrictions or regulation;

f. Use, sell, sublicense, reproduce, distribute, display, incorporate into or otherwise make Music, in whole or in part, available as, or as part of, production library content, or downloadable files or include the Music or any derivative work incorporating the Music in any other stock product, library, or collection;

g. Remix, mashup, or otherwise alter the Music, except that you may engage in basic editing of the Music (e.g., setting start/stop points, determining fade-in/fade-out points, etc.) in connection with the exercise of the license granted under this agreement;

h. Use Music in an audio-only Production in which music is the primary content.

4. Except for that Music designated "PRO-free," in the event any public performance licenses are required in connection with your use of the Music authorized under this TOS, you shall be responsible for obtaining such licenses at your sole expense. Notwithstanding anything to the contrary contained in this TOS: (a) in the event the laws of any jurisdiction require that, in order to avoid infringement or the violation of any third party rights, licenses be obtained from collection societies or similar entities for or in connection

with activities otherwise authorized under this TOS, you shall be responsible for obtaining and paying for such licenses at your sole expense; and (b) this agreement does not include any so-called "moral rights" or like rights. You will file complete and accurate "cue sheets" with the appropriate Performing Rights Organization(s) and furnish a copy of each such cue sheet to Shutterstock via email to cuesheets@shutterstock.com. This obligation shall apply to all Music except that Music designated "PRO-free."

5. You may publish Productions incorporating Music on third party "user-generated" content distribution platforms (e.g., YouTube) (each a "UGC Platform"). You may not claim ownership of the Music or otherwise register any Music with any UGC Platform even as synchronized with your own Production. If you become aware that any third party claims any ownership interests in any Music, you agree to promptly notify Shutterstock of each such claim.

6. When incorporating the Music in the type of Production in which copyright attribution is customary, you shall provide credit in substantially the following form:

"'[Music Title]' performed by [Artist], used under license from Shutterstock"

### PART III - WARRANTIES AND REPRESENTATIONS

1. Shutterstock warrants and represents that:

   a. Shutterstock's contributors have granted Shutterstock all necessary rights in and to the Content to grant the rights set forth in Part I or Part II as applicable.

   b. Footage and Images in its original unaltered form and used in full compliance with this TOS and applicable law, will not: i) infringe any copyright, trademark or other intellectual property right; ii) violate any third parties' rights of privacy or publicity; iii) violate any US law, statute, ordinance, or regulation; or iv) be defamatory, libelous, pornographic or obscene.

   c. Editorial content in the original unaltered form and used in full compliance with this TOS and applicable law, will not infringe a third party's copyright, it being understood that the foregoing warranty does not apply to elements depicted in the Editorial content.

2. While Shutterstock makes commercially reasonable efforts to ensure the accuracy of keywords and descriptions, as well as the integrity of Visual Content designated "Editorial Use Only", SHUTTERSTOCK MAKES NO WARRANTIES AND/OR REPRESENTATIONS REGARDING ANY: I) KEYWORD, TITLES OR DESCRIPTIONS; OR II) AUDIO IN FOOTAGE. For the sake of clarity, Shutterstock will not indemnify or have any liability in respect of any claims arising from inaccurate keyword, titles or descriptions, any audio in Footage.

3. SHUTTERSTOCK MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOEVER OTHER THAN THOSE EXPRESSLY MADE IN THIS "WARRANTIES AND REPRESENTATIONS" SECTION.

### PART IV - INDEMNIFICATION AND LIABILITY

1. Subject to the terms hereof, and provided that you have not breached the terms of this or any other agreement with Shutterstock, Shutterstock will defend, indemnify, and hold you harmless up to the applicable "Limit of Liability" set forth below. Such indemnification is solely limited to Customer's direct damages arising from a third-party claim directly attributable to Shutterstock's breach of the express warranties and representations made in Part III hereof, together with associated expenses (including reasonable attorneys' fees). Indemnification is conditioned upon you notifying Shutterstock, in writing, of any such claim or threatened claim, no later than five (5) business days from the date you know or

129

reasonably should have known of the claim or threatened claim. Such notification must include all details of the claim then known to you (e.g., the use of Content at issue, the name and contact information of the person and/or entity making the claim, copies of any correspondence received and/or sent in connection with the claim). The notification must be emailed to Shutterstock at legal-notices@shutterstock.com, with a hard copy to Shutterstock, 350 5th Avenue, 21st Floor, New York, New York, 10118, Attention: General Counsel, via certified mail, return receipt requested; or ii) overnight courier, recipient's signature required. Shutterstock shall have the right to assume the handling, settlement or defense of any claim or litigation to which this indemnification applies. You agree to cooperate with Shutterstock in the defense of any such claim and shall have the right to participate in any litigation at your own expense. You agree that Shutterstock is not liable for any legal fees and/or other costs incurred by you or on your behalf prior to Shutterstock having a reasonable opportunity to analyze such claim's validity.

2. Shutterstock shall not be liable for any damages, costs or losses arising as a result of modifications made to the Content or due to the context in which you use the Content.

3. <u>Limits of Liability</u>: Shutterstock's total maximum aggregate obligation and liability (the "Limit of Liability") arising out of each of Customer's:

   1. Standard Image Licenses shall be USD $10,000.

   2. Enhanced Image Licenses shall be USD $250,000.

   3. Footage Use Licenses shall be USD $10,000.

   4. Editorial Licenses shall be USD $25,000.

   5. Standard or Enhanced Music Licenses shall be USD $10,000.

   If you have questions about the foregoing, please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: Customer Support)

4. You will indemnify and hold Shutterstock, its officers, employees, shareholders, directors, managers, members and suppliers, harmless against any damages or liability of any kind arising from any use of the Visual Content other than the uses expressly permitted by this TOS. You further agree to indemnify Shutterstock for all costs and expenses that Shutterstock incurs in the event that you breach any of the terms of this or any other agreement with Shutterstock.

**PART V - ADDITIONAL TERMS**

1. Except when required by law, Shutterstock shall be under no obligation to issue refunds under any circumstances. All fees are non-refundable, even if your subscription is terminated before its expiration. You authorize Shutterstock to charge you all subscription fees for the duration of the term agreed to at the time of purchase. In the event that Shutterstock determines that you are entitled to a refund of all or part of the fees you paid, such refund shall be made using the payment method originally used by you to make your purchase. If you reside in the European Union and you cancel your account within fourteen (14) days of making payment to Shutterstock, provided that you have not yet downloaded or licensed any Visual Content, Shutterstock, will refund the payment made by you in connection with such cancelled account. To cancel your account, *please contact Customer Service. (Phone: Inside US 1-866-663-3954, Outside US 1-646-419-4452 Email: Customer Support)*.

2. Following the expiration of your subscription plan, such plan will automatically renew on the same terms as your original plan purchase. You can disable automatic renewal at any time prior to renewal using your account settings. You expressly grant Shutterstock the right to charge you for each automatic renewal until you timely disable automatic renewal.

3. If Shutterstock is required to collect indirect and/or transactional taxes (such as sales tax, value-added tax, goods and services tax, et al) under the laws of your state or country of residence, you shall be liable for payment of any such indirect tax. Where Shutterstock or you are required to collect or remit direct or indirect taxes, you may be required to self-assess said tax under the applicable laws of your country of residence.

4. "Non-transferable" as used herein means that except as specifically provided in this TOS, you may not sell, rent, load, give, sublicense, or otherwise transfer to anyone, Content or the right to use Content. You may however, make a one-time transfer of Content to a third party for the sole purpose of causing such third party to print and/or manufacture your goods incorporating Content subject to the terms and conditions herein. If you become aware that any social media website uses any Content in a manner that exceeds your license hereunder, you agree to remove all derivative works incorporating Content from such Social Media Site, and to promptly notify Shutterstock of each such social media website's use. You agree to take all commercially reasonable steps to prevent third parties from duplicating any Content. If you become aware of any unauthorized duplication of any Content please notify us via email at support@shutterstock.com.

5. Upon notice from Shutterstock or if you learn that any Content is subject to a threatened or actual claim of infringement, violation of another right, or any other claim for which Shutterstock may be liable, or if Shutterstock removes any Content due to perceived business risk as determined in Shutterstock's reasonable discretion and gives you notice of such removal, you will remove the Content from your computer systems and storage devices (electronic or physical) and, if possible, cease any future use of the removed Content at your own expense. Shutterstock shall provide you with comparable Content (which comparability will be determined by Shutterstock in its reasonable commercial judgment) free of charge, but subject to the terms and conditions of this TOS.

6. If you use any Content as part of work product created for or delivered to a client or customer, you will disclose the identities of such clients or customers to Shutterstock, upon Shutterstock's reasonable request.

7. Arbitration.

   1. Any controversy or claim arising out of or relating to this TOS, or the breach thereof, shall be settled by binding individual (not class) arbitration administered under the Commercial Arbitration Rules of the American Arbitration Association or of the International Centre for Dispute Resolution in effect on the date of the commencement of arbitration, rather than in court, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof or having jurisdiction over the relevant party or its assets. The place of arbitration shall be the state and county of New York. The language of the arbitration shall be English. There shall be one arbitrator to be mutually agreed by the parties. Each party shall bear its own costs in the arbitration. Both parties agree that the following claims are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) any claim related to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) any claim seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack) (iii) any claim arising solely from Customer's alleged failure to pay fees due to Shutterstock. This arbitration provision will survive termination of this TOS.

   2. YOU AND SHUTTERSTOCK AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION. Unless both you and Shutterstock agree, no arbitrator or judge may consolidate more than one person's claims or otherwise preside over any form of a representative or class proceeding. The arbitrator may award injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. You and Shutterstock

acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable disputes under this TOS.

    3. If a court decides that applicable law precludes enforcement of any of the limitations in this Part V, Section 7 as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court.

8. Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by binding arbitration administered under the Commercial Arbitration Rules of the American Arbitration Association or of the International Centre for Dispute Resolution in effect on the date of the commencement of arbitration, rather than in court, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof or having jurisdiction over the relevant party or its assets. The place of arbitration shall be the state and county of New York. The language of the arbitration shall be English. There shall be one arbitrator. Each party shall bear its own costs in the arbitration. Shutterstock shall also have the right to commence and prosecute any legal or equitable action or proceeding before any court of competent jurisdiction to obtain injunctive or other relief against you in the event that, in the opinion of Shutterstock, such action is necessary or desirable.

9. this TOS shall be construed neither against nor in favor of any party, but rather in accordance with the fair meaning of the language hereof. this TOS are governed by and shall be construed in accordance with the laws of the State of New York, without respect to its conflict of laws principles.

10. If you are entering into this TOS on behalf of your employer or other entity, you warrant and represent that you have the full right and authority to do so. In the event that you do not have such authority, you agree that you will be personally liable to Shutterstock for any breaches of the terms of this TOS. You hereby grant Shutterstock a worldwide, non-exclusive, limited license to use your trademarks in Shutterstock's promotional materials, including a public customer list. Shutterstock's use of your trademarks shall at all times conform to your then-current trademark use policies as made available to Shutterstock and shall at all times inure to your benefit. Shutterstock further agrees that it will use commercially reasonable efforts to terminate any particular use of your trademark no later than thirty (30) days from the date of receipt by Shutterstock of your email request to legal-notices@shutterstock.com.

11. The number of Content downloads available to you is determined by the product you purchase. For the purposes of this TOS, a day is defined as the twenty four (24) hour period beginning at the time your product is purchased. A month is defined as a calendar month beginning on and including the date that you purchase your product and ending on that date which is the earlier of (i) the same date as your purchase in the following month or (ii) the last day of the following month. By way of example, if you purchase a monthly subscription on March 5, it will renew on April 5. If you purchase a monthly subscription on August 31, your subscription will renew on September 30.

12. Neither party may assign this agreement, without the prior written approval of the other party, except that Shutterstock may assign this agreement to a subsidiary, an affiliated company within the Shutterstock group, the entity that results from a merger or other corporate reorganization involving Shutterstock, or an entity that acquires all or substantially all of Shutterstock's assets or capital stock.

13. Unless otherwise specified in the coupon, any coupon or discount code applied to a purchase hereunder shall apply only to the first payment made in connection with such purchase.

14. If any individual term of this TOS is found to be invalid or unenforceable by any legal or regulatory body of competent jurisdiction, such finding will be limited solely to such invalid or unenforceable part, without affecting the remaining parts of such individual term, or any other part of this TOS, so that this TOS shall otherwise remain in full force and effect.

15. **You expressly agree that any feedback provided to you by Shutterstock or its representatives regarding any questions you may have about this TOS or your use of Content licensed hereunder, is**

solely for the purpose of interpreting this TOS and is not legal advice. Shutterstock cannot render legal advice to you and expressly disclaims any liability of any kind related to any feedback provided by Shutterstock or its representatives.

16. It is expressly understood and agreed that this TOS is entered into solely for the mutual benefit of the parties herein and that no benefits, rights, duties, or obligations are intended by this TOS as to third parties.

17. In the event that you breach any of the terms of this or any other agreement with Shutterstock, Shutterstock shall have the right to terminate your account without further notice, in addition to Shutterstock's other rights at law and/or equity. Shutterstock shall be under no obligation to refund any fees paid by you in the event that your account is terminated by reason of a breach.

18. Except as expressly set forth herein, Shutterstock grants no rights and makes no warranties, with regard to the use of personally identifiable information that may be contained in the Content, music or other audio in Footage, trademarks, trade dress or copyrighted designs or works of art or architecture depicted in any Visual Content. Shutterstock only has model or property releases where expressly indicated on the Shutterstock website.

19. Shutterstock's liability under any individual license purchased hereunder shall not exceed the "Limit of Liability" applicable to the license in effect at the time customer knows or should have known of the claim, and is without regard to the number of times the subject Content is licensed or used by you.

20. Except as specifically provided in Part IV hereof, in no event, will Shutterstock's total aggregate liability to you or any third party claiming through you, arising out of or in connection with your use of or inability to use the Shutterstock websites and/or Content contained thereon (whether in contract, tort or otherwise) exceed the monetary amount actually received by Shutterstock from you for the applicable Content license.

21. Neither Shutterstock nor any of its officers, employees, managers, members, shareholders, directors or suppliers shall be liable to you or to any other person or entity for any general, punitive, special, indirect, consequential or incidental damages, or lost profits or any other damages, costs or losses arising out of your use of the Content, Shutterstock's breach of this agreement, or otherwise, unless expressly provided for herein, even if Shutterstock has been advised of the possibility of such damages, costs or losses.

22. Except as expressly set forth in Part III, all Content is provided "as is" without warranty of any kind, either express or implied, including, but not limited to the implied warranties of non-infringement, merchantability, or fitness for a particular purpose. Some Content may contain elements that require additional clearance if the Content is modified or used in a particular context. If you make such modification or use Content in such context, you are solely responsible for obtaining any additional clearances thereby required.

23. Shutterstock does not warrant that the Content, Shutterstock websites, or other materials will meet your requirements or that use will be uninterrupted or error free. The entire risk as to the quality, performance and use of the Content is solely with you.

24. In the event that you use fraudulent credit card information to open an account or otherwise engage in any criminal activity affecting Shutterstock, Shutterstock will promptly file a complaint with www.ic3.gov, the internet crime complaint center, a partnership between the Federal Bureau of Investigation (FBI) and the National White Collar Crime Center.

25. Shutterstock contracting party:

a. Visual Content.

- For licenses fulfilled through December 31, 2018:

    i. if you are located in the United States or Canada, or if you created your account before August 3, 2015, "Shutterstock" means Shutterstock, Inc., a Delaware corporation with its office at Shutterstock, Inc., 350 Fifth Avenue, 21st Floor, New York, NY 10118, United States.

    ii. if you are not located in the United States or Canada, and created your account on or after August 3, 2015, "Shutterstock" means Shutterstock Netherlands, B.V., incorporated under the laws of the Netherlands, having its principal place of business at Herengracht 495, 1017 BT Amsterdam, the Netherlands.

- Effective January 1, 2019, and notwithstanding anything to the contrary herein, for licenses fulfilled thereafter, "Shutterstock" means Shutterstock, Inc., a Delaware corporation with its office at Shutterstock, Inc., 350 Fifth Avenue, 21st Floor, New York, NY 10118, United States.

b. Music. If you are licensing Music, "Shutterstock" means Shutterstock Canada ULC, with an address at 4398 St-Laurent, Suite 103, Montreal, QC H2W 1Z5, Canada

c. Editorial. Your rights to Editorial content licensed hereunder are granted jointly by Rex Features Ltd. with its registered office at Third Floor Counting House, Hays Galleria, 51-57 Tooley Street, London SE1 2QN and Shutterstock, Inc.

EFFECTIVE DATE: December 13, 2018

SHUTTERSTOCK STATS:

**247,060,683** royalty-free stock images

/

**1,778,611** new stock images added this week

**Shutterstock.com**

- Home
- About Us
- Subscribe / Renew
- Shutterstock Footage
- Shutterstock Music
- Shutterstock Editorial
- Shutterstock Blog
- Royalty Free Images
- Stock Photos
- Trending Topics
- Press / Media
- Careers
- Become a Contributor
- Affiliate Program
- Reseller Partner Program
- Developers
- Shutterstock for iOS

- [Shutterstock for Android](#)
- [Shutterstock Coupons](#)
- [Investor Relations](#)

**Help**

- [Support Center](#)
- [Contact Us](#)

**Sales**

- 1-866-663-3954
- 1-646-419-4452 (US)

**Follow Us**

- [Facebook](#)
- [Twitter](#)
- [Vimeo](#)
- [Instagram](#)

**Select a language**

- [Čeština](#)
- [Dansk](#)
- [Deutsch](#)
- [English](#)
- [Español](#)
- [Français](#)
- [Italiano](#)
- [Magyar](#)
- [Nederlands](#)
- [Norsk](#)
- [Polski](#)
- [Português](#)
- [Suomi](#)
- [Svenska](#)
- [Türkçe](#)
- [Русский](#)
- [ไทย](#)
- [한국어](#)
- [日本語](#)
- [简体中文](#)
- [繁體中文](#)

**Legal**

- [Website Terms of Use](#)
- [License Agreement](#)
- [Privacy Policy](#)
- [Patents](#)

135

© 2003 - 2019 Shutterstock, Inc. All rights reserved.

# EXHIBIT
# "G"



**Volleypost**

**Your Money**  **Career**  **Real Estate**  **Lifestyle**  **Markets**  **Stingy Zone**



**The Stingy Zone**

| | Social Security Disability |
| --- | --- |
| ...al Loans | |
| ...sonal Loan | Check for Disability |
| ...njury | Workers Compensation |
| ...dent Comp | Work Injury Comp |
| ...Score | Debt Termination |
| ...our Credit | Bankruptcy Evaluation |
| ...dvisors | Mortgage Refinancing |
| ...Saving | Check Refinancing |

**All Comparisons**

**Most Popular**



**The US Government is Compensating Americans with a Disability, Reaching up to $2,788 Per Month in 2018**

Home > Your Money

# Evan Spiegel's Net Worth: Everything to Know



 Share on Facebook     ✉ Share by Email

📅 June 2018   👤 Mark Sander   🔳 Your Money

If you have been using the photo- and video-sharing app Snapchat for a while, then you know at least who Evan Spiegel is. He is none other than the co-founder and CEO of Snap Inc., which is the name of the said flagship app. Born in 1990 in Los Angeles, California, Spiegel is the brainchild behind the idea for its product which he developed while attending Stanford University with the help of Bobby Murphy. The app, which was initially named Picaboo, was released sometime in 2011 and has since then accumulated steam. It was only a matter of time before its co-founders became billionaires when Snapchat went public in early 2017. If you are wondering about Evan Spiegel's net worth, below is a more detailed breakdown.

**What Is Evan Spiegel's Net Worth?**

**Volleypost**

Home (https://www.volleypost.com/)  ›
Your Money (https://www.volleypost.com/category/your-money/)

## The Stingy Zone



**Social Security Disability**

**Check for Disability**

(https://www.volleypost.com/social-security-disability/)



**Personal Loans**

**Get a Personal Loan**

(https://www.volleypost.com/best-personal-loans-online/)



**Workers Compensation**

**Work Injury Comp**

(https://www.volleypost.com/workers-compensation/)



**Auto Injury**

**Auto Accident Comp**

(https://www.volleypost.com/car-accident-compensation/)



**Debt Termination**

**Bankruptcy Evaluation**

(https://www.volleypost.com/filing-for-bankruptcy/)

**Credit Score**

# Evan Spiegel's Net Worth: Everything to Know



on Facebook

📅 June 2018
👤 Mark Sander (https://www.volleypost.com/author/marksander/)
🔲 Your Money (https://www.volleypost.com/category/your-money/)

If you have been using the photo- and video-sharing app Snapchat for a while, then you know at least who Evan Spiegel is. He is none other than the co-founder and CEO of Snap Inc., which is the name of the said flagship app. Born in 1990 in Los Angeles, California, Spiegel is the brainchild behind the idea for its product which he developed while attending Stanford University with the help of Bobby Murphy. The app, which was initially named Picaboo, was released sometime in 2011 and has since then accumulated steam. It was only a matter of time before its co-founders became billionaires when Snapchat went public in early 2017. If you are wondering about Evan Spiegel's net worth, below is a more detailed breakdown.

**What Is Evan Spiegel's Net Worth?**

140



**Check Your Credit**

(https://www.volleypost.com/best-free-credit-report-sites/)



**Mortgage Refinancing**

**Check Refinancing**

(https://www.volleypost.com/save-thousands-of-dollars-a-year-through-the-home-affordable-refinance-plan/) ()



**Robo Advisors**

**Start Saving**

Evan Spiegel, the Snapchat co-founder (http://www.digitalspy.com/tech/apps/feature/a663482/who-is-evan-spiegel-7-things-you-need-to-know-about-the-snapchat-founder-dating-miranda-kerr/) had an estimated worth of around $3.2 billion by Forbes. This was largely based on his 18 percent ownership in the very company he co-founded. Eventually, it marked a significant drop-off when the company decided to go public in March 2017. At that time, it closed its first day of trading, which reportedly had around $24.48 per share and was even up 44 percent from its IPO Snap. This resulted in Spiegel amassing 37 million additional shares, and thus led to his net worth (https://www.volleypost.com/donald-trump-net-worth-2018/) hitting nearly $5.5 billion. As of this writing, however, Evan Spiegel's net worth sits at $2.5 billion.



Evan Spiegel's net worth is mostly the result of snapchate

## Most Popular



**The US**

(https://www.volleypost.com/what-you-need-to-know-about-social-security-disability-benefits/)

**Government is Compensating Americans with a Disability, Reaching up to $2,788 Per Month in 2018 (https://www.volleypost.com/what-you-need-to-know-about-social-security-disability-benefits/)**

**Injured in an Auto Accident? US Residents Should Check If You Qualify For Full**

Below are some interesting facts about Evan Spiegel:

○ He became the youngest public company CEO when Snap started trading during the aforementioned date.
○ His co-founder Bobby Murphy was actually his former fraternity brother in Stanford University.
○ Spiegel and Murphy each own about 18% of Snap. However, they still have voting shares that enable them to gain control over the board.

There are approximately 170 million people who use Snapchat. These are mostly teens and millennials, all of whom use the app to send disappearing messages.

### Snapchat Founding at Stanford

Evan Spiegel became part of the Kappa Sigma fraternity at the aforementioned university, the same institution where his future Snapchat CTO Bobby Murphy. The duo decided to collaborate on some few other projects, which included a college admissions website called Future Freshmen. Apparently, they decided to abandon it later on. It was in the spring of 2011 when the idea to create Snapchat surface. This was after



(https://www.volleypost.com/injured-in-an-auto-accident-probably-didnt-get-all-the-compensation-you-deserve/)
**Compensation (https://www.volleypost.com/injured-in-an-auto-accident-you-probably-didnt-get-all-the-compensation-you-deserve/)**



(https://www.volleypost.com/injured-at-work-you-should-check-if-you-qualify-for-compensation/)
**Injured at Work? You Should Check If You Qualify for Full Compensation (https://www.volleypost.com/injured-at-work-you-should-check-if-you-qualify-for-compensation/)**

US



(https://www.volleypost.com/what-you-need-to-know-about-bankruptcy-filing/)
**Residents in Debt are Getting a Fresh Start by Using These Bankruptcy Options (https://www.volleypost.com/what-you-need-to-know-about-bankruptcy-filing/)**

Best Free



(https://www.volleypost.com/best-free-credit-report-sites/)
**Credit Report Sites (https://www.volleypost.com/best-free-credit-report-sites/)**

Best Personal Loans

sire to send disappearing photos. Spiegel, without hesitation, seized on the idea and recruited Murphy (who already graduated at that time) to join the project.

The three went on to camp out that summer at Spiegel's home (https://www.volleypost.com/check-out-14-of-the-most-beautiful-and-costly-homes-of-the-stars/) in Pacific Palisades. They together build a business that had designated roles: Spiegel helm the CEO and designer role, Murphy took the CTO and developer sits, and Brown became their chief marketing officer. Although the app was yet to reach its full potential, the three decided to launch an early version of it and called Picaboo. The latter gave users the ability to send photos that could quickly disappear while revealing and then erasing any trace of evidence of illicit activities.

Apparently, in August, the original promise of the project was stained following a squabble. Both Murphy and Spiegel ousted Brown, as they moved forward with a new app name called Snapchat. Although sales did not immediately go high, something clicked as soon as winter came. The app managed to achieve a total user count of 20,000 in January 2012. This even went high in April of the same year, after accumulating about 100,000 users. It was revealed that the surge in demand became the catalyst for a massive increase in server bills. Fortunately, the two founders were saved after a whopping investment of $485,000 came courtesy of Lightspeed Venture Partners in the following month. Just a few weeks shy of his graduation, Spiegel decided to drop out of Stanford to focus on his companyγ

**Marriage**

One could say that Evan Spiegel's net worth is very desirable, but this is nothing compared to his marriage with Miranda Kerr (http://www.businessinsider.com/evan-spiegel-net-worth-miranda-kerr-richest-people-2017-11). Yes, that is right – Spiegel's significant other is none other than the titular Australian supermodel. He is definitely enjoying a rock star lifestyle, so to speak. The two got engaged in July 2016 and, later that year, bought a house in the high-class L.A. neighborhood of Brentwood. They finally exchanged "I Do's" in their backyard in May 2017.

Kerr appears to be an enthusiastic supporter of Spiegel's company. When announcing their engagement, she used the app's very own Bitmojis to reveal the news on Instagram. She even went to slam Mark Zuckerberg's Facebook for allegedly stealing her husband's ideas. In November 2017, the couple announced that they were expecting their first child. Apart from modeling, Kerr also owned a cosmetic line called Kora Organics. It is safe to say that the 35-year-old is somewhat wealthy in her own accord, as she has an estimated worth of $45 million.



**Online (https://www.volleypost.com/best-personal-loans-online/)**

# Related Articles You May Like



**With New**

(https://www.volleypost.com/life-insurance-rates-dropping-dramatically-2018/)

**Reform, Life Insurance Rates are Dropping Dramatically in 2018 and Americans are Savings Thousands (https://www.volleypost.com/life-insurance-rates-dropping-dramatically-2018/)**



**US**

(https://www.volleypost.com/debt-relief-americans/)

**Residents in Debt Could Be Eligible for Dramatic Debt Relief (https://www.volleypost.com/debt-relief-americans/)**



(https://www.volleypost.com/bill-gates-net-worth/)

**Bill Gates Net Worth: Why it Really Matters (https://www.volleypost.com/bill-gates-net-worth/)**



(https://www.volleypost.com/elon-musk-net-worth-skyrocketed/)

**Elon Musk Net Worth: How His Wealth Skyrocketed (https://www.volleypost.com/elon-musk-net-worth-skyrocketed/)**



(https://www.volleypost.com/floyd-mayweather-net-worth-revealed/)

**Floyd Mayweather Net Worth Revealed (https://www.volleypost.com/floyd-mayweather-net-worth-revealed/)**



(https://www.volleypost.com/jeff-bezos-net-worth-richest-person/)

**Jeff Bezos Net Worth: The Richest Person in the World (https://www.volleypost.com/jeff-bezos-net-worth-richest-person/)**

# Newsletter Signup

Get Tips On Saving, Investing And Everyday Finance

# 40,067

Registered Users At Volleypost

Email

Subscribe

**Download our App**



(https://play.google.com/store/apps/details?
id=volleypost.com.volleypost&hl=en_CA)



(https://itunes.apple.com/us/app/volleypost/id1397585373?
mt=8)

Search

Contact Us (https://www.volleypost.com/contact-page/)
Terms & Conditions (https://www.volleypost.com/terms/)
Privacy Policy (https://www.volleypost.com/privacy-policy/)

All Rights Reserved Voleypost 2016

# EXHIBIT "H"

www.shutterstock.com • 274356284









bobby murphy | net worth | leaders | billionaires | richest | snapchat | miranda kerr | youngest | young >



Snapchat CEO Evan Spiegel's...
businessinsider.com



$1.5 billion from Powerball would...
marketwatch.com



The World's Youngest Billi...
forbes.com



Snapchat CEO Evan ...
businessinsider.com



Evan Spiegel | BoF 500 | The P...
businessoffashion.com



Youngest American Billionai...
time.com



Snapchat cofounder Bobb...
businessinsider.com



CHIANGMAI THAILAND A...
shutterstock.com

Evan Spiegel forbes shutterstock

...icensing.pdf Grecco_Stock_Licensing.pdf Art Apple Amazon News Photo Marketing Tips Photography Raid Shopping Travel Yahoo YouTube Google Maps

snapchat - Google Search | forbes shutterstock - Google Sea... | Stock Photos, Royalty-Free Imag... | Stock Pictures, Editorial Images a... | shutterstock uk - Google Search



Evan Spiegel | BoF 500 | The P...
businessoffashion.com



Youngest American Billionai...
time.com



Snapchat cofounder Bobb...
businessinsider.com




CHIANGMAI THAILAND A...
shutterstock.com




450 × 320 - Images may be subject to copyright. Learn More

CHIANGMAI THAILAND April 30 20...
Shutterstock
CHIANGMAI, THAILAND - April 30, 2015: Photo of Forbes article page about Evan


Visit


Add to

Collections


Share

Related images:













Get help - Send feedback

Evan Spiegel's Google Search

Meet the richest person the sa...
msn.com

the billionaires who got riche...
msn.com

Evan Spiegel Expecting T...
everydaykoala.com

Youngest American Billiona...
time.com

The World's Youngest Billion...
forbes.com

Miranda Kerr Just Got Engaged...
elitedaily.com

309 best PEOPL...
pinterest.com

Forbes Youngest Billionaires
townandcountrymag.com

World's Top 10 Youngest Bi...
investopedia.com

fabulous life of Snap CEO Ev...
amp.pulse.ng

Self-Made Billionaires ...
gobankingrates.com

The Unspoken Truths Ab...
forbes.com

kissing Snapchat CEO Evan ...
upi.com

dennizn's Portfolio on Shutt...
shutterstock.com

Meet the richest millennial...
businessinsider.com

Summer Chastant Meredith ...
shutterstock.com

The World's Richest Billionaires Under...
moneywise.com

Snapchat Just Got Sued at ...
vanityfair.com

Forbes Magazine...
thewrap.com

Bill Gates richest man ...
theregister.co.uk

92 Calif. Billionaires On F...
patch.com

Co-Founder and CEO Evan Spie...
gobankingrates.com

Offered to Pay a Monster A...
thewrap.com

fabulous life of Snap CE...
amp.pulse.nq

Evan Spiegel Be Post-Snap IPO ...
entrepreneur.com

Snap CEO Evan Spiegel...
businessinsider.com

The 14 Youngest ...
bestlifeonline.com

Forbes list of billionaires in 2016
yourstory.com

Youngest America...
time.com

Snapchat shares soar as comp...
dailymail.co.uk

dennizn's Portfolio on Shutter...
shutterstock.com

Forbes 30 Under 30: 30 succes...
verdict.co.uk

The World's Richest Billionaires ...
moneywise.com

a day ago
George Lucas is America's ...
robbreport.com

billionaires who got riches...
lovemoney.com

Youngest billionaires in the...
businessbreakingnews.net

Guess Who The Rich...
patch.com

kissing Snapchat CEO ...
upi.com

Forbes Youngest ...
townandcountry...

The 11 richest millenni...
americarichest.com

The world's younges...
msn.com

Youngest Billionaires ...
bankrate.com

Forbes 30 Under 30: 30 succes...
verdict.co.uk

World's Top 10 Youngest Billion...
investopedia.com

The 14 Youngest B...
bestlifeonline.com

Spiegel Imágenes, fotos y ve...
shutterstock.com

Leaders Can Gain Trust When...
forbes.com

10 Times These Millionaires Were...
gobankingrates.com

Jennifer Sklias Ga...
shutterstock.com

Forbes' list of richest people i...
infoworld.com

Snapchat Just Got Sued at a...
vanityfair.com

Spiegel Imágenes, fotos y ...
shutterstock.com

rich list for tech billionaires ...
dailymail.co.uk

Mark Zuckerberg ...
nasdaq.com

Spiegel Imágenes, fotos ...
shutterstock.com

The 11 richest millennials in...
marketwatch.com

Successful Millennial Entreprene...
inc.com

billionaires who got riche...
lovemoney.com

The Snapchat success story
vz.ae

Youngest billionaires in the wo...
businessbreakingnews.net

Snapchat Facts That ...
dlqmedia.nyc

Business Care About Snapchat ...
fundbox.com

kissing Snapchat CEO E...
upi.com

career rise of Snap CE...
worldnews.easybranch...

Top 10 Most Handsome Billion...
careeraddict.com

a day ago

Snapchat founder Evan Spi...
bluesocialagency.co.uk

Google News - Jornalista - Mai...
news.google.com

These Millennials Into Milliona...
gobankingrates.com

The 14 Youngest Billio...
bestlifeonline.com

10 ways to make your first...
msn.com

Forbes 30 Under 30: 30 ...
verdict.co.uk

Raise Money As A Mark...
forbes.com

The Top 10 Best Blogs on Forbes 400
notey.com

MONTREAL CANADA...
shutterstock.com

50 best Forbes Mag...
pinterest.com

Youngest American Billionaires:...
time.com

4 pieces of wearable tech to look out for
yourstory.com

fabulous life of Snap CEO...
amp.pulse.ng

Miranda Kerr loo...
dailymail.co.uk

Snapchat Update: Wh...
themarketingscope.com

Search Results for "1" ...
adweek.com

Forbes Youngest ...
townandcountry...

Evan Spiegel photos - Google Search                                                                                    1/23/14 11:00 PM

Entrepreneurs Who are Bringing ...
entrepreneur.com

billionaires who got riche...
lovemoney.com

How Did Snapchat Reac...
growthhackers.com

Youngest Billionaires ...
bankrate.com

The Top 10 Best Blogs on For...
notey.com

Top 10 Most Handsome Billionair...
careeraddict.com

Why Is Silicon Vall...
theatlantic.com

kissing Snapchat CEO Evan S...
upi.com



CHIANGMAI THAILAND April 30 201...
shutterstock.com · 274356284



The Diversity on Forbes 30 Under 30 i...
digmedia.nyc



What Google's 'Don't Be Evil' Slogan ...
forbes.com



The Diversity on Forbes 30 ...
digmedia.nyc



Cofounders Are Now Worth $...
me.me



Forbes Youngest Billionaires
townandcountrymag.com



The Forbes 400: Here are 2014's rich...
humanresourcesonline.net



www.shutterstock.com · 274356284

450 × 320 · Images may be subject to copyright. Learn More

CHIANGMAI THAILAND April 30 2015 Photo Stock...
Shutterstock

CHIANGMAI, THAILAND - April 30, 2015: Photo of Forbes article page about Evan

Visit      Share

Related images:



Get help · Send feedback