UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-6

| Case No. | **CV 19-1153-DMG (AFMx)** | Date | November 18, 2019 |
|---|---|---|---|

| Title | *Michael Grecco Productions, Inc. v. Shutterstock, Inc. et al.* |
|---|---|

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation to dismiss action filed on November 15, 2019 [Doc. # 39], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its/his own costs and attorneys' fees. The Order to Show Cause dated November 12, 2019 is discharged. [Doc. # 38.]

IT IS SO ORDERED.